IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| Google Inc.,<br>    *Plaintiff*, | )<br>)<br>)<br>)<br>) |  |
|    *v.* | )<br>)<br>)<br>) | No. 3:14cv981 HTW-LRA |
|  | )<br>) | **Plaintiff Google Inc.'s Corporate Disclosure Statement** |
| Jim Hood, Attorney General of the State of Mississippi, in his official capacity,<br>    *Defendant.* | )<br>)<br>)<br>) |  |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and Local Civil Rule 7(c), the undersigned counsel for Plaintiff Google Inc. ("Google") in the above captioned action states as follows:

Google certifies that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have an interest in the outcome of this lawsuit:

1. Google, 1600 Amphitheater Parkway, Mountain View, California 94043.

Google is publicly traded as "GOOG." Google does not have a parent corporation and no publicly held corporation owns 10% or more of the stock of Google.

December 19, 2014                                         Respectfully submitted,

 s/ Fred Krutz_____
Fred Krutz, MSB No. 4270
OF COUNSEL:                                               Daniel J. Mulholland, MSB No. 3643
                                                          FORMAN PERRY WATKINS KRUTZ &
Jamie S. Gorelick                                            TARDY LLP
Patrick J. Carome                                         200 South Lamar Street, Suite 100
Paul N. Lekas                                             Jackson, Mississippi 39201
Blake C. Roberts                                          Post Office Box 22608
WILMER CUTLER PICKERING                                   Jackson, Mississippi 39225-2608
  HALE AND DORR LLP                                       Phone: (601) 960-8600
1875 Pennsylvania Ave., NW                                Facsimile: (601) 960-8613
Washington, DC 20006                                      fred@fpwk.com
Telephone: (202) 663-6000                                 mulholladdj@fpwk.com
Facsimile: (202) 663-6363
jamie.gorelick@wilmerhale.com                             *Attorneys for Plaintiff Google Inc.*
patrick.carome@wilmerhale.com
paul.lekas@wilmerhale.com
blake.roberts@wilmerhale.com

Peter Neiman
Violetta G. Watson
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8000
Facsimile: (212) 230-8888
peter.neiman@wilmerhale.com
violetta.watson@wilmerhale.com