Page 1

1

2

3

4

5

6          NATIONAL ASSOCIATES OF ATTORNEYS GENERAL

7                    2013 SUMMER MEETING

8                     JUNE 18, 2013

9          INTELLECTUAL PROPERTY CRIMES ONLINE:

10   DANGEROUS ACCESS TO PRESCRIPTION DRUGS AND PIRATED CONTENT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25       Job No. CS1693191

Neiman Decl.
Ex. 9

Page 2

1          DOUG:  All right.  This afternoon's session will

2   address two aspects of international property.  I'm not

3   going to make any Mississippi intellectual jokes, nope.

4          The first will cover I.P. crimes online, and

5   Mississippi Attorney General Jim Hood, who co-chairs the

6   NAAG I.P. Committee with Virginia Attorney General Ken

7   Cuccinelli, will moderate, and General Hood's all worked up

8   an exercised and ready to go.  So here we go.

9          MR. HOOD:  Good afternoon.  We are here with a

10  panel today, and I'm going to try to give you an update for

11  General Louie and General Cuccinelli, who are both co-chairs

12  of the Intellectual Property Theft Committee along with me.

13  So I'll be making some initial comments to kind of get up to

14  speed as to what letters have occurred and what all the

15  committee has tried to do in this area.

16         We also have a panel who will give comments.  Tom

17  Galvin is executive director of the Digital Citizens

18  Alliance.  Chris Castle is managing partner of Christian L.

19  Castle Attorneys, and Benjamin Edelman is an associate

20  professor at Harvard Business School.

21         So I have some initial comments to try to boil

22  this down in as fast as possible.  I've been co-chair of the

23  Intellectual Property Theft Committee for, I think, four

24  years, so it's taken me four years.

25         I am a little bit slow, Doug, so, you know, and I

Page 3

1    admit it.

2          DOUG:  Uh-huh.

3          MR. HOOD:  To kind of get a handle on some of the

4    issues that we're dealing with with, you know, Internet

5    issues with intellectual property theft -- and so, it's

6    taken quite a bit of time to try to work through these

7    issues and make sure that we actually understand what some

8    of the search engines are doing, and I've been a prosecutor

9    my entire career.

10          I was assistant A.G. five years, a D.A. for eight,

11    and also, as being A.G., I'm in my tenth year.  So

12    basically, the way I've done practice is before juries, and

13    it's just been straight, right to the point, and I'll try to

14    run through the background information as fast as possible.

15          But we have kind of a special guest here today.

16    We have Emma Kelly, who is Chris Kelly's daughter.  Martha

17    Coakley's head of the Digital Evidence Lab in the Maryland

18    -- excuse me -- in the Massachusetts attorney general's

19    office.

20          She's 14 years old.  She took off school today,

21    but she's going to be doing some work online live to show

22    you how easy it is for a 14-year-old to download movies that

23    are in the theaters or buy drugs online or things of that

24    nature.  So we will have some parts of this that will be

25    live.  I will be presenting some slides of some drug buys

Page 4

1    that my investigators have made from Google advertisers.   So

2    hopefully, we will be able to make the electronics all work

3    and get through this.

4         What we're looking at is a huge issue for

5    attorneys general, and I've equated it sort of as the battle

6    that my predecessors had when I was assistant A.G. with

7    tobacco.   This is an issue that affects so many businesses

8    and our individual and public safety issues, and it will

9    take a lot of work from us.

10        You know, this is a very complex area that we have

11   to deal with, and you have to understand a lot of these

12   terms of art.   There are a lot of them, just like in law,

13   terms of art.

14        You know, they use things like auto complete.   You

15   know?   Some of you know exactly what I'm talking about.

16   Some of you don't understand what auto complete is, but I'll

17   try my best to not bore those who know the answers, yet, at

18   the same time, help educate those who may not understand

19   exactly what all has occurred.

20        And, when I'm talking about search engines, you

21   know, Google's got 84 percent of the mobile market, about 79

22   -- I believe it's about 70 percent of the search market.

23   So, you know, they're the biggest search engine out there,

24   and they're the ones that we have dealt with.

25        This sort of began when they entered into a non-

Page 5

1    prosecution agreement and paid a $500 million fine to the

2    federal government in August of 2012 for allowing out-of-

3    country sales of pharmaceutical drugs without prescriptions.

4    They entered into a non-prosecution agreement there again in

5    August of 2012.

6           We had a meeting in November where we had the

7    Intellectual Property Theft Committee convene all the rights

8    holders, you know, the payment processors.  That's Visa and

9    the ones who process the money.  Had many at the table, and

10   we invited Google to be there, and, when we started asking

11   them questions such as -- and we pointedly asked them, you

12   know, why do you have an auto complete feature, and auto

13   complete is -- can you all pull that slide up to show them

14   what auto complete is?

15          Okay.  I'm handing over this thing.

16          (Laughter)

17          When you type in prescription drugs on, then you

18   get the drop-down feature, and you'll see the red line that

19   shows you with no prescription.  That's auto complete, and

20   so, this is an issue we raised with Google.

21          You know, why would you suggest to someone to buy

22   drugs online without a prescription when it may be somebody

23   innocent that's trying to come in and, you know, actually

24   purchase prescription drugs online with a prescription, but

25   it made that suggestion, and what they -- the people they

1    sent down to the committee -- and several of you were there.

2    I appreciate your attendance, but they just didn't answer

3    the question.  So we wrote them a letter.

4         The Intellectual Property Theft Committee co-

5    chairs wrote them a letter February of this year, 2013, and

6    we asked some pointed questions, not only of Google, but the

7    other search engines and all the other rights holders as to

8    what we could do, and we didn't get an answer from Google,

9    and so, April 1st I wrote a letter, and it pointed out this

10   same issue, you know, buying prescription drugs.

11        You just could punch in instead of Oxycodone, the

12   whole word, you just punch in oxy.  I pointed out in this

13   letter hey, you're getting auto complete that says buy it

14   without prescription online.  You know, it's suggesting to

15   people to go to that site.

16        Well, finally we got a response to our committee

17   letter, and that was on April 19th, 2013, and they didn't

18   answer the question.  You know, I think in some of the

19   materials, we have a letter -- maybe you see in Exhibit 1 a

20   letter from Google, and, on page 4, you know, where they're

21   actually supposed to respond about the auto complete issue

22   of without -- purchasing drugs without a prescription, they

23   just say oh, well, it wouldn't be appropriate for us to

24   block the word prescription, something that broad or online.

25        Well, the fact is I'm not worried about the word

1    prescription or drugs or any of that nature.  It's the

2    phrase that they're using, and, when they make this

3    suggestion, I think they're stepping over the line out of

4    section 230 protections that Doug's excellent panel this

5    morning discussed, and so, I wrote them a letter back, which

6    was sort of in response to theirs, but May 17th I sent you a

7    letter.  I don't know if you got it, but I said hey, you

8    know, this issue is escalating.  Here are the issues that

9    we're having to deal with, and I sent Google another letter,

10   and then, on May 20th, they responded to my April 1st

11   letter, and their response was go to the payment processors.

12   Make them cut the money flow off.  We're not going to do

13   anything to stop suggesting on auto complete features such

14   as, you know, purchase drugs without a prescription, and it

15   was another letter in which they just didn't answer any

16   questions, and they keep giving these statistics.

17          "We take down more than any other search engine

18   out there."  Well, they've got -- there again, they've got

19   70 percent of the market.  You know, Google -- I mean,

20   Microsoft owns Bing, which has about 17 percent of the

21   market.  So, you know, they should take down more from

22   notices of copyright violations.

23          So, after reading the letter that they responded

24   to me, I wrote a letter May 21st to the CEO of Google and

25   asked him and his chief counsel to appear before us and be

1    on this panel. Instead of responding to me, what they did

2    was they called Admiral McPherson and said we're not coming,

3    and then, the next thing I received was a letter from a

4    lawyer where, you know, in the old criminal courts where I

5    roam, you know, they say they lawyered up, basically, and

6    they said -- lawyers said you communicate with us. You

7    know, they threatened litigation and things of that nature,

8    because I told them in my May 21st letter if you don't, you

9    know, come and be a part of the panel and be part of the

10   discussion and work with us to make some of these changes

11   that we've been suggesting since November, then I'm going to

12   call on my colleagues to issue civil investigative demands

13   or subpoenas to get some of these documents that we think

14   will show that they have, in fact, manipulated their

15   algorithm to allow for these searches of some of these

16   pirating sites to pop up.

17           So I sent them a litigation hold letter June 10th

18   asking them anything that they took down to preserve it,

19   emails and so forth. Now, what's happened since these

20   series of letters have occurred -- then they began to take

21   down information.

22           They began -- in fact, now -- do you have that

23   second slide where they -- if you get online -- any of you

24   got laptops, you're welcome to join in with this. If you go

25   online and punch in oxy, O-X-Y, codone, now it doesn't have

1   the auto complete that says without a prescription.  They've

2   made these changes.  They won't admit to them, I don't

3   think.  I hadn't heard any, you know, admission by them that

4   they've made these changes, but they began to make these

5   changes.

6           And then, we noticed that about two-thirds of the

7   videos that showed you how to purchase prescription drugs

8   online without a prescription have been taken down off

9   YouTube.  I mean, they literally had -- and we have -- I'll

10  show you some of the slides in a little while.  You know,

11  all we have captured is just the still page of a guy who

12  tells you in a video on YouTube how to go online and

13  purchase prescription drugs without a prescription.

14          YouTube, by the way, is owned by Google.  So that

15  was part of their advertising platform.  You see that video.

16  They've got ads over in the margins of where they're making

17  money off of every -- when people, you know, view these

18  videos.  So they have a tremendous flow of income as a

19  result of their actions.

20          The last series of letters that I'll mention is,

21  on yesterday, Google advised that they had a third-party

22  group, who was actually monitoring all the pharmaceutical

23  companies' ads on their network, and so, I issued a

24  litigation hold letter for that third-party group yesterday

25  as well.  So anyway, we've got somewhat of a feud started, I

1  suppose, but, you know, I don't want to have a fight with

2  this group.  I want to see them work with us, and, you know,

3  the other companies have done that.

4        I went on online.  I just was checking with Yahoo,

5  which is powered by Bing, Friday.  Called them and said

6  look, you all have got this auto complete feature.

7        Today, if you go online, you're not going to see

8  this auto complete of buy prescriptions without -- buy drugs

9  without a prescription, in other words.  They took it down

10  within three days.

11        We've been after Google since November.  Google

12  wouldn't even appear to respond with us.  They sent one of

13  the professors from Santa Clara.  I think he is a consultant

14  for Google that spoke this morning on section 230.  He

15  conveyed the message of what Google's saying.

16        They're saying, under section 230, come try us

17  out.  We're going to kick out any of your criminal

18  prosecutions.  We're going to try to remove you to federal

19  court.  We're going to use this -- what was initially

20  intended to be a shield -- we're going to use it as a sword,

21  and that is the position that Google has taken, and I hope

22  we don't get to the point of litigation to find that out,

23  but, you know, I think we have to push this issue further,

24  and I suggest, toward the end, some ways in which I think

25  that we can make that happen.

Page 11

1        Take, for example, AOL.  Will Castleberry -- you

2    know, he's now with FaceBook, but AOL was always straight up

3    with us when Intellectual Property Theft Committee was

4    discussing with the Internet service providers about

5    filtering out child pornography.  AOL was sitting on our

6    side, you know, speaking to the others saying we're doing

7    it.  We're filtering it out on our system.

8        AOL -- if you went on two weeks ago, as far as I

9    know, two months ago, they don't allow those auto completes

10   to drop down and try to advise you and steer you to buying

11   prescription drugs without a prescription.  So, you know, it

12   can be done.

13       You know, Google will say wait a minute.  We got

14   an algorithm.  Our algorithm -- we don't touch it.  You

15   know?  It's only driven by the number of queries that people

16   pose online, and therefore, there's more people out there

17   asking queries about buy prescription drugs online without a

18   prescription, and so, that is obviously not true, because

19   now, they have taken all this content down.

20       Used to you could punch in child, and it would

21   auto complete to child porn.  They blocked that months ago,

22   but now they're blocking prescription drugs, but, when you

23   go on and ask a query about download, you punch in download,

24   auto complete goes download music for free, download movies

25   for free.  You know?

1       All this content -- it directs you to go to these

2    sites, and, when you look at the search result, if you go

3    down and drop down and click on that for free, one of the

4    first ones you're going to see -- in fact, the Recording

5    Industry of America yesterday did a little survey of the top

6    songs.  They ran 50 searches.  Of that 50, 40 came up with

7    sites that were all rogue sites that Google was well-aware

8    of through these notices that are sent by RIAA.

9       In fact, the number one -- I think it was 78

10   percent of the time.  The number one search result was

11   called MP3 Skull.  They have received -- they -- Google has

12   received probably over 500,000 at this point -- notices from

13   the recording industry that MP3 is a rogue site that does

14   nothing else but sell pirated music, and they haven't taken

15   it down.  They haven't delisted it.  That's another one of

16   the terms that are used.

17      You got delisting and demoting.  Delisting --

18   taking them off or at least push them down.  Push them down

19   to last page.  I mean, the legitimate sites like iTunes and

20   others -- they can't get to the top, because you got all

21   these bogus sites that are in the search results, and

22   they've got all the -- they -- Google has all of these

23   notices, and they're well-aware of these sites.  Yet they

24   refuse to take them down.  They will not work with other

25   industries.

1    You know, we A.G.s have convened the rights

2  holders and the banks and others, and the banks have done

3  great.  They've responded.  They've cut the flow to a lot of

4  these rogue sites, but, you know, you've still got the

5  search engine group is the one that we still have to deal

6  with and the domain issuers, the one who issued the domains

7  that they keep getting new names and keep populating back

8  up, but right now, I'm talking about just, you know, the

9  search engine aspects of it.

10    Moving on to the non-prosecution group, where they

11  paid $500 million fine now, a fine, for selling prescription

12  drugs without a prescription, primarily from Canadian

13  pharmacies.  In that agreement, they agreed to stop selling

14  ads to pharmacies outside the United States, and that's it.

15  They didn't agree to, you know, stop the search results.

16    There's two different things.  You got the auto

17  complete, and then, you've got the search results that are

18  under it.  They didn't agree to stop that part.

19    If you go on there right now, you're going to --

20  and Google -- buy prescription drugs or something, you're

21  going to see a lot of these sites.  It'll still -- your

22  search results will show, you know, without a prescription.

23  So you're going to still be able to see all these sites.

24    Now, whether or not you can buy from it is a

25  different question.  Some of our buys bought Oxycontin

Page 14

1  recently, and they never ran our credit card through.  They

2  oftentimes try to send you an email response that will

3  infect your computers in which they can use to do other

4  scams.

5       They may try to get your credit card number.  You

6  know?  They may try to steal your identity.  So it's all --

7  you know, even if you can't buy the prescription, a lot of

8  it is a scam if you go on there and click on some of these.

9       But, in the non-prosecution agreement, just some

10 examples of where they actually -- what they actually wrote,

11 signed onto with the federal government, the United States

12 attorney's office in the state of Rhode Island, and Peter

13 Kilmartin has profited well, because the drug sale occurred

14 in the state of Rhode Island, and he was a part of that

15 forfeiture.  They call it a forfeiture.

16      But what Google did was they had another one of

17 these third-party monitoring groups, and this third-party

18 group was supposed to be monitoring the ads for words that

19 would indicate that it is a pharmacy in one of their ads

20 that was not on U.S. shores.  Okay?  So that's all they're

21 looking for.  They're only screening their ads, but, you

22 know, they weren't screening these words that they are

23 selling.

24      They have words that they can sell, and this

25 system that they have is called ad words.  They sell -- you

Page 15

1   know, they'll sell you a word which will lead you to a site,

2   the purchaser's site.  Many of them were, you know,

3   counterfeit Web sites.

4        Well, they were -- on one hand, Google says well,

5   okay, we're screening over here any ads that we publish, but

6   their emails -- and the emails in this discovery are just

7   devastating.  I think what we will see, if we issue civil

8   investigative demands, very much similar type email

9   communications, but these emails that are spelled out in

10  this prosecution agreement, non-prosecution agreement, which

11  is in your materials, and I encourage you to read the thing,

12  because it just goes through one after the other of things

13  that they did to try to get around the law, but they were

14  selling these ad words over here, and the emails indicated

15  that they clearly knew it, and they knew that Canadian

16  pharmacies and all these other pharmacies were purchasing

17  these words.

18       They're called key words.  They were buying them

19  so it would lead to a priority of those rogue sites, but, at

20  the same time, those pharmacies offshore were smart enough

21  not to put any words in their advertising that that

22  screening system would catch that would indicate that it was

23  an offshore pharmacy.  So that's a very complicated scheme,

24  but they're a smart company, and so, the feds caught them

25  and made them, you know, agree to stop that.

Page 16

1    There is a section in that non-prosecution

2  agreement that exempts state prosecutions, and so, this did

3  not bind the states.  I want you to know that -- I'm going

4  to show some of these slides in just a minute, and I only

5  have a little time to show a lot of slides -- that I'm going

6  to notify the Department of Justice that I think these buys

7  that we made online from Google advertisers -- now, that's

8  important.

9    We bought it from people who were advertising on

10 Google.  That violates this federal non-prosecution

11 agreement, and I'm going to encourage the U.S. attorney, who

12 did a great job in Rhode Island and the Department of

13 Justice, to look into this.  We're going to send them the

14 evidence of our buys.  I'm going to show you some lab

15 reports that we have here on slides.

16    So now, if we can roll through some of the slides

17 quickly.  I'll try to point out, as we go -- and I have to

18 go very quickly, because we got some great panelists.

19    We made an Oxycodone purchase.  This one they

20 never delivered.  The others that they did.  This is the

21 auto complete.  You punch in Oxycodone online.  Auto

22 complete goes to buy without a prescription.  The first two

23 search results are Web sites that talk about no

24 prescription.

25    Go ahead.

Page 17

1    There's the buy.  See the click down at the

2   bottom, right?  And that's the auto complete.  It suggested

3   that you use this term.

4        These sites that are shown in the red box, the

5   second red box, are those which have been reported to Google

6   as having -- being a rogue site.

7        Go to the next one.

8        And there's -- oh, you went back to the buy.

9   Okay?

10       Oh, yeah, here's a Viagra purchase.  You know?

11  You know it's a prescription, but we made this purchase

12  online of Viagra, a prescription drug.  Viagra was -- and

13  there's the lab reports that it is, in fact, Viagra or the

14  chemical that's in Viagra.

15       And is that a counterfeit?  Does it say Viagra?

16       UNIDENTIFIED SPEAKER:  It says Viagra.

17       MR. HOOD:  All right.

18       UNIDENTIFIED SPEAKER:  It's (indiscernible)

19  Viagra.

20       MR. HOOD:  All right.

21       So it may be counterfeit.  You know?  We don't

22  know.  That's the problem with so much of this stuff is it

23  can be counterfeit.

24       Now, let me tell you another scheme that Google

25  pulled.  They pulled this on the federal government in that

1   non-prosecution agreement.  They say we're going to take

2   down Google Health, and it was a site that had all these --

3   this is back when they originally signed the non-prosecution

4   agreement in August of 2011.

5          I said 2012 a while ago.  It was 2011 when they

6   signed this non-prosecution agreement, but they agreed to

7   take down Google Health.  Okay.  Well, they took it down,

8   but then, if you punched in Google query about buy Tramadol

9   or buy Oxycodone, it would do the dropdown without a

10  prescription.

11         You click on it, and one of the first results that

12  came up was an archive.  An archive is a site that captures

13  all the things on the Internet, and then, it lists it.  And

14  guess what?  In that archive, the first one that pops up

15  there is Google Health.  So you click on that, and then, you

16  go back into the live Google Health site that was supposed

17  to have been removed.

18         This archive Web site -- there's, like, three easy

19  steps that you can take to take your old archive stuff off,

20  but Google didn't do it.  But guess what?  Last week, it

21  came down.  So that's another thing that they had a back

22  door for you to make buys through Google Health, and, you

23  know, they thought it didn't violate the federal

24  government's non-prosecution agreement.  So archives is just

25  another little trick, and this is another purchase.

1          Go ahead.  What was that one?

2          UNIDENTIFIED SPEAKER:  That was an archive Google

3     Health.

4          MR. HOOD:  Okay.  That was an archive Google

5     Health buy.

6          This is bath salts.  You know the battles we've

7     had with the bath salts.  We made a buy.  If you'll flip

8     through those slides.

9          This Google salts was an advertiser of Google.

10    So, I mean, it's like they're making money off of this sale.

11         You know, just imagine if one of the TV stations

12    ran an ad about, you know, here, young person, 14-year-old,

13    you can go online and buy drugs without a prescription, or

14    imagine if the Boston Globe ran an ad about telling a kid

15    how to go buy drugs or steal somebody's CD, those kind of

16    things.  We would be all over them.

17         Yet kids can sit in their own house and make these

18    kind of buys just like my investigators did.  There is a

19    different rule for publications and television, because

20    these online groups -- they have that section 230

21    protection, they think, that will protect them from this

22    kind of action.

23         Have you all been able, back there in the back, to

24    make any purchases or watch any videos online?  Can you

25    switch what you may have seen?

Page 20

1        All right.  So they're punching in.  Watch

2   Hangover 3.  Now, that's in the theaters right now.

3   Everybody knows that that's not supposed to be online.

4   Google knows that's not supposed to be online.  They ought

5   to have a list of what's in the theaters and at least block

6   that, and she's going to -- we don't want to watch much

7   illegal content, but that's the real deal.  That's the

8   movie.

9        I mean, we have videos of one of my investigators

10  -- 14-year-old watching Django Unchained, and the unchained

11  version is extremely violent, and she watched it while it

12  was in the theaters, and so, it's so easy for a young person

13  to go online and watch a movie that we raise cane with the

14  motion picture industry about keeping them out of the

15  theaters.  You know, we have all the R and all these

16  different things.

17       Well, they can watch it on -- I mean, it's that

18  easy.  They're sitting back there doing that live.  So, you

19  know, most of us don't sit around and think about trying to

20  put these things, these queries in a computer, but our kids

21  do, and that's the ones that, you know, these -- that's who

22  these dangers are hurting.

23       So are you all going to do another one?

24       That's an online example of buy prescription

25  drugs.  Is that without prescription.

Page 21

1        UNIDENTIFIED SPEAKER:  Yes, sir.

2        MR. HOOD:  All right.  So they're online right

3   now.  Buy prescription drugs without a prescription.  That's

4   how easy this is.

5        If we can go back to the slides.  I think I need

6   to move through and let my panelists go forward.

7        Where were we on -- what buy were we on?

8        UNIDENTIFIED SPEAKER:  We were (indiscernible)

9   spice.

10       MR. HOOD:  Okay.

11       We made a spice buy.

12       UNIDENTIFIED SPEAKER:  It's essentially the same

13   as the --

14       MR. HOOD:  Online?

15       It was from a Google advertiser, right?

16       UNIDENTIFIED SPEAKER:  Correct.

17       MR. HOOD:  And see the Google ad, the part in the

18   tan there?  They've also got ads up on the right, the right

19   side of the column, but that was a purchase my investigators

20   made of spice, and these purchases were made June of last

21   year.  So it was June of 2012.

22       We made a buy.  Got it delivered.  There's the

23   test of it.

24       UNIDENTIFIED SPEAKER:  (Indiscernible.)

25       MR. HOOD:  YouTube prescription drug?  No.

1      Tom is going to go through the YouTube part.

2  We'll skip through that, because I am running over my time.

3      Just skip on to the next.

4      UNIDENTIFIED SPEAKER:  On through --

5      MR. HOOD:  Yeah.  Oh, wait.  Back up.  Back up.

6  Back up to where -- this guy right here -- he was telling

7  you how.  That was a video that was online that they took

8  down off of YouTube.  I mean, it was telling you how to buy

9  prescription drugs without a prescription.

10      I mean, think about if TV sold an ad to somebody

11  to get on TV about buying prescription drugs without a

12  prescription.  We'd have a riot.  We A.G.s would be all over

13  it.  You know?  But there again, because of this section 230

14  sword that the online search engines mainly are using,

15  they're trying to use it as a sword.  I say that there are

16  ways for us to try to address this issue.

17      You can go on and flip through some more of them.

18  Go on down to -- yeah, that was the Django Unchained.

19      UNIDENTIFIED SPEAKER:  (Indiscernible?)

20      MR. HOOD:  No, we need to skip through that.

21      We're going to give you all copies of this slide,

22  if any of you would like it, but the Google transparency

23  report -- that's something that they produce.  They say, you

24  know, hey, we're open and transparent.  You go to that, and

25  it tells how many notices they've had of, you know, this

1  site that was showing Django Unchained or MP3 Skull or

2  whatever, but they've got all these notices, but they don't

3  take any action on it.

4          They don't delist them, and so, you know, it's my

5  position that I think that there are several legal issues

6  that we can address that will force them to come to the

7  table in earnest and make these changes and admit what

8  they've done, perhaps enter into MOU with us like the

9  Internet service providers did so that they will actually,

10 you know, use some best practices to try to block out the

11 auto complete, but also some of the search results that are

12 coming to the top ahead of, you know, legitimate sites like

13 iTunes, where you can actually go on and purchase.

14         At some point, there's got to be some happy

15 medium.  As one of the panelists said this morning, they

16 don't think Congress is going to make this change.  I don't,

17 either.  You know?  I just don't see the appetite for us

18 making the 230 change, and, as Marty mentioned to you this

19 morning, we're all -- I assume all of us are going to sign

20 on and say, you know, Congress, exempt states, and let us

21 have a criminal prosecution without them being able to raise

22 some type of section 230 defense.

23         I think that our civil investigative demands,

24 under state law, if issued to Google -- they will probably

25 try to remove us to federal court, which they really can't.

Page 24

1   They'll try to raise that defense in state court, but

2   hopefully, once we get that information, I suspect we start

3   seeing emails and that type of information and we actually

4   get into their algorithm.  The way they've been successful

5   in defending these cases before is to say wait a minute, our

6   algorithm is trade secrets.  You know, nobody can see behind

7   the curtain, not see our wizard.  You know?

8          I think what we will find, if we maybe get a third

9   party independent -- a truly independent group -- to look at

10  that algorithm, we're going to see where they've manipulated

11  it and that they've profited from it and that we'll have a

12  duty at that point to go forth and disgorge them of their

13  ill-gotten gains.

14         Now, what's the remedy?  And I'm going to sit down

15  in conclusion.  My remedy, what I suggest to you, as co-

16  chair of the Intellectual Property Theft Committee -- and my

17  colleagues, co-chairs of that committee -- I'm not speaking

18  for them.  I'm just saying what I suggest that we do, and

19  one is that we issue civil investigative demands, and I'm

20  going to issue one as soon as this meeting is over with to

21  Google.  I've already given them litigation hold letters,

22  and I suggest to you that I would hope that you would issue

23  litigation hold letters as well.

24         Particularly California, Kamala, because they're

25  located there primarily.

1            The second thing, you know, is I would encourage

2    their conscientious investors to encourage Google to stop

3    this illegal and inappropriate activity.  Mississippi, for

4    example, our public employees retirement system is pretty

5    big, because we're all under one roof.  We've got $90

6    million worth of stock of Google, and I don't think the

7    state of Mississippi or the state of Nevada or some of your

8    other state employee retirement systems want to have stock

9    in a company that's promoting illegal activity and will not

10   work with the state.  So I hope there are other

11   institutional investors that'll step forward and

12   advertisers, as were mentioned.

13            I hope advertisers, legitimate advertisers -- now,

14   there's a lot of, you know, these other advertisers they

15   have online.  I hope advertisers will step up and encourage

16   Google, and, if they don't take some action, you know, pull

17   their ads with them.

18            And lastly, but most importantly, is the media,

19   and I think some are maybe here.  The media -- to ask

20   questions of Google.  Because, when I sent that letter

21   inviting Larry Page to come here to be on this panel, the

22   media started -- I had a press conference.  I asked the

23   media to go ask him, and, when the media began to ask

24   questions, we started seeing these sites come down.  So it

25   may take, you know, a lengthy process, but I think at some

Page 26

1   point maybe we attorneys general can get some MOU signed

2   with Google and then, Bing and all the rest of the search

3   engines and try to get all the parties together and make a

4   difference in protecting our children.

5            I'm going to turn it over at this time to our

6   panelists.

7            Tom Galvin -- there again, Tom's executive

8   director of the Digital Citizens Alliance.

9            Thank you.

10   MR. GALVIN:  Thank you, General Hood, and thank

11  you to the National Association of Attorneys General for the

12  invitation to be here to -- there you go -- to discuss

13  Internet safety.  I also know the A.G.s have made it a

14  priority to look at Web sites that could potentially pose a

15  danger to consumers in the past, especially children.

16           So just a little bit about Digital Citizens before

17  we talk about our subject today.  We're a consumer-focused

18  group made up of individuals, associations, and companies

19  trying to raise awareness about the dangers that can be

20  posed online and how we make the Internet a safer place.

21           Among the work we've done in the last year include

22  exposing how the cyber mafia operates, raising awareness

23  about various scams.  For example, we did one after the

24  Newtown tragedy that showed how scammers were taking

25  Americans' money that they thought was going to go towards

Page 27

1.   the victims.  We've done a lot of work on I.D. theft,

2    especially trying to point out how criminals exploit your

3    I.D., and finally and what we'll talk mostly about here

4    today, the potential dangers from drugs bought online.

5         Our investigation, our work, didn't start with

6    YouTube.  It actually started looking broadly at teens and

7    drugs and trying to raise awareness about the ease by which

8    drugs can be purchased from rogue online pharmacies.

9         We're going to show a short video that shows a 15-

10   year-old who went online through search, found rogue

11   pharmacies, and then, he interacted by phone with some of

12   those pharmacies, and we filmed it, and they didn't care

13   whether he had a prescription, and they didn't care what his

14   age was.  So I'm going to ask if we can roll that video now.

15        (Begin Video)

16        PHARMACY EMPLOYEE 1:  This is the pharmacy.  How

17   can I help you?

18        CUSTOMER:  Hi.  I'd like to order some Percocet,

19   please.

20        NARRATOR:  Think it's hard to order painkillers?

21   Watch what happens when a 15-year-old boy orders the

22   powerful pain killer, Percocet, without a prescription.

23        PHARMACY EMPLOYEE 1:  Okay.  Which one are you on?

24        CUSTOMER:  7.5 milligram; is that right?

25        PHARMACY EMPLOYEE 1:  Yes.  Do you have a

Page 28

1   prescription?

2            CUSTOMER:  No, I don't have a prescription.

3            PHARMACY EMPLOYEE 1:  No problem.  You can get

4   that.  You don't have a prescription, we can write them.  No

5   problem.

6            NARRATOR:  What can Percocet do to a 15-year-old?

7            PHYSICIAN:  There are a number of bad things that

8   can happen to a kid that age, and somebody that age is not

9   going to be well-equipped to deal with it.

10           NARRATOR:  The teen is working with the Internet

11  safety watchdog group, the Digital Citizens Alliance,

12  demonstrating how easy it is to order drugs from rogue

13  online pharmacies.  Watch what happens when the same 15-

14  year-old initiates an order of the painkiller, Hydrocodone,

15  from another online pharmacy.  He doesn't have a

16  prescription.  He even shares his age, but it doesn't change

17  the outcome.

18           PHARMACY EMPLOYEE 2:  What kind of payment are you

19  going to use?

20           CUSTOMER:  I'm 15, so I'm using my dad's credit

21  card.

22           PHARMACY EMPLOYEE 2:  So you're going to use your

23  credit card?  So what type of credit card is that?

24           CUSTOMER:  That is a Visa.

25           PHARMACY EMPLOYEE 2:  Visa?  Okay.

1          NARRATOR:  Now, you --

2          (End Video)

3          MR. GALVIN:  Okay.  So it's important to note that

4     the teen stopped short of purchase for legal reasons, but we

5     did have an adult purchase drugs, Percocet, Tramadol, and

6     Hydrocodone, and, when we tested them, only two of those

7     turned out to be real drugs, and, when citizens go online to

8     purchase drugs without seeing a doctor or going through a

9     legitimate pharmacy, they're essentially bypassing all of

10    the safeguards that exist for your protection, and one of

11    the things we wanted to point out was, not only for adults,

12    but for teens, the dangers that exist there.

13          But, as we looked further at the issue of teens

14    and drugs, we came to realize that rogue pharmacies had

15    moved from Google, after the $500 million settlement that

16    General Hood mentioned earlier, to a very popular Web site

17    for teens and preteens, YouTube, and that migration to

18    YouTube is disturbing, because it's not only, like I said,

19    the third most visited site, but it's obviously a very

20    popular site that if -- I have children and young children,

21    they go on that site.  I'm sure many of you do as well.

22          And, as we looked into this, here are some of the

23    things we found, and we have some materials in front of you

24    if you want to look at them.  They should be there.

25          We found hundreds of videos promoting the purchase

Page 30

1    of drugs such as Oxycontin, Percocet, Tramadol without a

2    prescription.  We found videos promoting the purchase of

3    cocaine, marijuana, and even GHB, which is a so-called date

4    rape drug.  These videos were allowed to remain on YouTube

5    for months, if not over a year, and most alarming is Google

6    was profiting from these videos by running ads with them.

7    General Hood showed us some examples.  We'll talk a minute

8    about that.

9         So how does Google profit?  When someone wants to

10   put a video on YouTube -- they're a video producer, and they

11   put that video on YouTube.  Google asks whether they want to

12   monetize that video, and, when they say yes, which many

13   people do, at that point, Google will begin running ads, and

14   then, they'll split the ad revenue with the video producer,

15   in this case, rogue pharmacies.

16        So, from that standpoint, it's distressing,

17   because it effectively makes Google partners with bad actors

18   who are promoting drugs or other dangerous activities

19   online, and it turned out, while we started this

20   investigation among teens and drugs, we began to look at it

21   more broadly because of the volume of teens and preteens who

22   go on YouTube and the things that were available to them.

23   So, as we looked, we realized it wasn't just drugs that had

24   infested YouTube.

25        We found videos promoting things like prostitution

1   and escorts, fake passports and I.D.s, and content theft,

2   and, as we said, in each instance, Google not only allowed

3   these videos to run on YouTube, but ran ads that allowed

4   them to profit.  I'm just going to show you a couple

5   examples, and I think one of my colleagues is going to show

6   some examples as well.

7          Do it.

8          So I'm going to stand up for this.  So this is a

9   screen shot of buy Percocet online.  You can see the --

10  thank you.  I'll do it this way.

11         So you can see the screen shot of buy Percocet

12  online.  That was the thing.  It goes to an online rogue

13  pharmacy, and to the right is a Google ad for chronic pain.

14  So Google's analytics knew enough to know that the video

15  dealt with drugs, Percocet.  So they ran an ad, because

16  oftentimes, they'll try to run an ad that's relevant to it.

17         This video went online February 2012 and didn't

18  come down 'til last -- ten days ago when General Hood had

19  his press conference.  It was among the several thousand

20  videos that came off of YouTube in the following days.

21         The next one is a video that actually offered a

22  lot of different types of drugs.  What they -- what the

23  video producers will do is they will include the Web site

24  they want you to go to, because, in the end, these are just

25  promoting Web sites and ways to do it.

Page 32

1          So, in this case, it was offering quality

2     marijuana, and it had an ad to the right, which was for,

3     again, pain relief as they tried to make the connection

4     between different types of drugs.  This one had been on

5     since March of 2013.  So this was a relatively new ad, but

6     had been on for a few months, and it just wasn't,

7     unfortunately, drugs that were on there.

8          Here was the search find underage prostitute and

9     the first ad that -- just for the search result, the ad that

10    showed up for the search result was a Target ad, which I'm

11    guessing Target probably doesn't want to be associated with

12    search results for find underage prostitute.

13         And finally and one that I find particularly

14    troubling -- this was how to forge a passport, and it's fake

15    passport USA step-by-step.  It was up from May 2012 for a

16    little over a year with over 12,000 views, and the ad

17    against it running to the side was immigration appeal

18    lawyer.

19         The other ad that was associated with this video

20    was ways to get a green card.  So the analytics knew enough

21    to make it an immigration appeal ad connected to it or a

22    green card, because it dealt with a passport.

23         When you go to the Web site that this video is

24    trying to get you to go to, it has over 100 different

25    offerings, fake passports, fake driver's license, fake

1    utility bills, fake credit cards, all in, you know, as we

2    all know, the fake utility bills are -- a utility bill is

3    something you need to be able to establish residency.  So,

4    whether you're a terrorist, a criminal, or someone who's

5    trying to get around immigration law, it was a how-to Web

6    site.  That Web site still exists.

7         This driver's license PSD video producer, while

8    they took down this ad when we promoted it -- when we raised

9    an issue about it ten days ago, this video producer still

10   exists, and there is a video on there still, "get a fake

11   utility bill, fake Utah utility bill."  My gut tells me, by

12   the time we're done with this presentation, that'll be off

13   YouTube, but it just shows four different examples of ways

14   in which, unfortunately, there is dangerous stuff on

15   YouTube, and unfortunately, Google is profiting off these

16   things.

17        So, as I mentioned, when this got publicized about

18   ten days ago, Google scrubbed YouTube, and that is a good

19   thing, but the question is is it permanent.  Because, if

20   they don't have a systematic approach, there are -- we won't

21   solve the problem, and there are still today dangerous

22   videos on YouTube.

23        There's a second video I was going to show, which

24   is very fast.  If we can run that.

25        Oftentimes, these videos are very rudimentary.  It

Page 34

1  just shows this. You'll see the ad to the right for

2  business apps, and an ad's about to run there. So there's

3  two ads connected to this, even almost three. This is by

4  GHB. GHB is a date rape drug. So this promotes a Web site

5  that's saying you can buy GHB.

6       So that's really the challenge we're talking about

7  is how do we clean up YouTube and how can we get places that

8  are popular sites for teens and preteens in a better shape.

9  We appreciate the fact that Google made those changes after

10 the publicity, and we understand they have a tough job.

11 There's a lot of videos that go on to YouTube, but the

12 analogy I would use -- it's a little like the president

13 going into a troubled neighborhood for the day to take a

14 tour. The neighborhood gets cleaned up. The president

15 comes in. Everything looks good.

16      The president goes home, and the next day, what

17 happens? The neighborhood starts to get infested by the bad

18 actors again. So, unless there's a systemic change,

19 unfortunately we're going to see YouTube, as the attention

20 goes away, end up having all these videos come back on.

21      In the ten days since General Hood's press

22 conference and Google took some of those videos off YouTube,

23 we've already seen them start to repopulate, and, if the

24 only way to get rid of them is for someone to notify and not

25 have something as simple as Google isolating some search

1    terms like maybe reviewing every video that it says fake

2    passport or without a prescription, we're going to see the

3    same problem repopulate on YouTube over the next coming

4    months, and we'll be back in the same spot we were ten days

5    ago.

6              So we look at this and think Google is a great

7    company with brilliant minds.  They have done amazing

8    things.  They have created things like Google Glass and

9    self-driving cars, and we hope they'll focus some of those

10   great minds on cleaning up YouTube, and we hope we can help

11   make that happen.  So thank you very much.

12             (Applause)

13             MR. CASTLE:  So my name's Chris Castle, and I've

14   got slides.  I'm the one with the slides.

15             So if we could pop those up.

16             We're going to talk a little bit today about

17   protecting consumers and advertisers on YouTube and also

18   what I call brand-sponsored piracy.  I'm going to make three

19   main points.

20             YouTube has a catch-me-if-you-can business model

21   that allows it to profit from distributing dubious content

22   it could avoid posting.  Advertisers and consumers are

23   routinely duped on YouTube, and advertisers are routinely

24   duped into supporting piracy through search and Web

25   advertising.

1          Now, it's important to realize that there are many

2     people at YouTube who view it as a replacement for

3     television, ultimately, that will be delivered directly to

4     the home over the Internet on Internet-enabled televisions.

5     YouTube claims it cannot apply TV network-style standards

6     and practices, because YouTube allows users to upload vast

7     quantities of videos, which is sort of like the person who

8     killed their parents complaining of being an orphan.

9          YouTube expects the user community to flag problem

10    videos.  You'll hear this a lot in Google's reaction to

11    questions about what's on YouTube.  They'll say well, you

12    know, our community flags these problem videos, but only

13    after Google opens the floodgates.  So this kind of virtual

14    stoning, if you will, by the community is really sort of

15    hard to measure.

16         When is a video on YouTube flagged enough to get

17    them to take it down?  What about the harm that occurs

18    between the time the video is uploaded and the time it's

19    flagged?  No real answer.

20         So why do we care about this?  Let's take another

21    example, and I realize this is kind of a parade of

22    horribles, but yet this is the case.  Human trafficking on

23    YouTube -- after a NAAG meeting last year, Marsha Blackburn

24    and Carolyn Maloney, who are members of Congress, sent a

25    letter to Larry Page calling on Google to stop promoting

Page 37

1    human trafficking advertisements and links.  Google paid

2    some money to anti-trafficking groups, but not much

3    happened.  All the good Catholics in the room will recognize

4    an indulgence.

5            Until about September of last year, when an

6    Android Escort app. called Utoopi surfaced in the press

7    under the headline on RedState of, "Google Profits from Sex

8    Trafficking," -- now, bear in mind Utoopi, this same app.,

9    had been rejected by the app. store.  So, if you look at

10   what the competition does, Apple was presented with this

11   same app., and they didn't let it in the app. store, but it

12   was let into what's called Google Player Android Market.

13   Now, that's the landing page of the app., and I just can't

14   imagine why Apple would have gotten any conclusion about

15   that app. that there was anything wrong with it, aside from

16   the join the sex club part.

17           Jane Hamsher, at firedoglake, just to be on the

18   other side of the political spectrum, got a reaction from

19   Representative Maloney about this the next day, and her

20   reaction was appalling beyond belief.  Carolyn Maloney then

21   sent another letter to Larry Page calling his attention to

22   the app. and asking that it be removed, and she had an

23   interesting point.

24           "Utoopi is engaged in an effort to recruit into

25   the sex trafficking business those who are college age or

Page 38

1   younger," and, within 24 hours, the app. was gone.  Now, so

2   what is the connection to YouTube?

3          Well, Utoopi has had a promotional video on

4   YouTube, and we're just going to go over there right now,

5   and I'm going to play you a little bit of it promoting the

6   app.

7          (Begin Video)

8          NARRATOR:  Hi.  It's our pleasure to present

9   Nicole.  Nicole lives in Barcelona.  She's an independent

10  and modern girl.  In the morning, she works in an office in

11  the city center.  She's professional and a quick learner.

12  She likes to keep herself fit.  She loves shopping, fashion,

13  and going out with her friends.

14         She knows how to have a good time.  Additionally,

15  Nicole is an independent escort, and, when she has free

16  time, she goes online to find company.  You can find out

17  where she is on the map, and, not only her, but her

18  girlfriends, too.  You can see all of them at --

19         (End Video)

20         MR. CASTLE:  You kind of get the idea, right?

21         Now, bear in mind this is basically a promotional

22  video for an app. that Google removed with an apology after

23  a complaint by two members of Congress that clearly, you

24  know, got their attention.  Right?  So, when you look up

25  here in the right-hand corner, as Tom had indicated before,

Page 39

1   there's an ad up here, which I don't know what it's for, but

2   it's a paid ad, and that advertiser almost certainly did not

3   intend that the ad be shown against this video, which, I

4   think, pretty clearly violates YouTube's terms of service to

5   the point where, I'm sure, it will probably be off the

6   service by the time we get off of this panel.

7            Now -- oops.  Let me go back.

8            So, if you think of this from the point of view of

9   the flagging by the community, I guess what happened here

10  was that the particular community of two members of Congress

11  did not -- RedState and firedoglake -- did not actually

12  specify the particular video on YouTube that needed to be

13  taken down, just the app. that needed to be taken down from

14  the store after Google apologized.  So you can see this is

15  really flimsy stuff.  You have duped advertisers, right?

16  This is, I think, a pretty big problem.

17           We tried another search of tie teen girls, which I

18  won't actually go out to the YouTube to do, but what you got

19  back in search results on that was sex tourist videos and

20  more duped advertisers.  So there's tie teen girls.  There

21  is one video with some tied teen girls and promoting this

22  Web site of the prostitution area of Bangkok, and there is

23  duped advertiser number one, who probably did not intend for

24  his campaign ad to show up in a video for tie teen girls.

25           Then, we tried Anwar Al-Awlaki, and what we got

1    back on that was dissemination of Jehadi propaganda, more

2    duped advertisers, and some rather strange YouTube Channel

3    partners, because these videos are monetized.  So, for

4    example, there he is.  We all know who he is, and, if you

5    look at the arrow, that's an ad for Mazda.

6            Now, I can almost guarantee you that Mazda did not

7    intend for that ad to show up in that video, and, of course,

8    one of the reasons these ads show up in these videos is

9    because Google doesn't allow their advertisers to make the

10   choice about, at that level of granularity, about where they

11   want the ads to appear.  You sort of take all Google

12   platforms.  I think Ben's going to talk about this some more

13   -- or not, and it's really a contract of adhesion that

14   doesn't allow for much -- any negotiation.

15           So YouTube is nothing like television.

16   Advertisers are duped and, frankly, I think, should get

17   refunds for a lot of these videos, and, on the sex

18   trafficking part, what we saw was that, when someone stands

19   up and takes them on head-on, the community, that community

20   will win in the long run, particularly the wives and mothers

21   of that community, who will demand action, and they will get

22   results rather than indulgences.

23           So let's talk a little bit about brand-sponsored

24   piracy.  You may not have heard that term.  It's something

25   that we kind of use around the shop, and I'll give you this

Page 41

1   definition.  It's the inadvertent purchase by legitimate

2   media buyers of advertising inventory from pirate sites

3   facilitated by deceptive advertising networks that often

4   disguise the advertising served to pirate sites through an

5   affiliate reseller network with ads that are priced by

6   traffic from searches by users of major search engines or

7   what I call the unholy alliance.  You know, it also kind of

8   sounds like RICO, but maybe not.  So that's what it looks

9   like.

10          Now, we didn't do anything special to find this

11   site.  This is an illegal music site, and what we saw when

12   we got there was an ad for Pepsi.  This obviously was a

13   little back in January when we took this screen cap

14   advertising the Super Bowl halftime show.  We also saw an ad

15   for Turbo Tax and Verizon.

16          So you can understand why a consumer going to this

17   site would think it was legitimate, because it looks

18   legitimate, doesn't it?  It's got three big brands

19   advertising right there, none of whom, I'm sure, had any

20   idea that they were being served there, and I will tell you

21   -- and take my word for it -- that in the HDML code of this

22   site, if you look down, it's a who's the advertising network

23   that they are connected to -- they have a Google ad sense

24   (sic) publisher code.

25          So, if you think of it this way -- I realize that

Page 42

1    was a lot of elements that I just threw at you.  If you

2    think of the money and the traffic as separated, the money

3    starts with the brand.  It always starts with the brand.

4    The brand has a contract with their ad agency that says

5    don't serve my ads on pirate sites and other bad things.

6          The ad agency has a deal with the ad network that

7    says don't sell my client's ads on pirate sites, and the ad

8    network has a deal with its inventory providers that say I

9    won't do business with you if you're a pirate site, and

10   then, they serve with the pirate sites, and, of course, one

11   of the reasons they do that is because somewhere in here, if

12   they're dealing with Google, there is this contract of

13   adhesion that advertisers have to sign that basically

14   prevents them from doing anything about where their ads

15   appear, and I think Ben's going to talk about that as well.

16          Then, you have the traffic sites.  So how does

17   this become valuable?  You have users that go to search

18   engines, and, as we've seen, very easily find pirate sites,

19   and then, that drives traffic back to the ad network, where

20   it's very often the affiliated ad network of the search

21   engine.

22          How do we know that that happens?  Well, in the

23   Mega Video indictment, the government told us that the Mega

24   conspiracy had contracted with companies such as Ad Right

25   and Google Ad Sense for advertising on Mega Video, which is

Page 43

1    probably the biggest piracy bust in the last century.

2            As General Hood mentioned, Google receives between

3    15 to 20 million DMCA take-down notices a month for search

4    alone.  That doesn't include YouTube.  It doesn't include

5    Blogger or any of their other properties.

6            That's the Google transparency report, which you

7    can find online.  Google accumulates all these notices and

8    updates them pretty much in real time.

9            That's a close up of the total number of URLs they

10   received in the last month.  That was taken about a week

11   ago.  So already this month, we're over 16 million, and very

12   often, tens of thousands, of not hundreds of thousands of

13   these notices are sent to the same sites for the same files

14   that have just been repopulated with different links after

15   Google has disabled the link, the indexed link to them in

16   search.  So they just come right back.  This is the whack a

17   mole effect that you probably have heard about.

18           Now, Google's response to this on the advertising

19   part -- I love this.  "To the extent there's a suggestion

20   that Google ads are a major source of funding for major

21   pirate sites, we believe it is mistaken."  Not that they

22   would know or anything, or maybe it's a major source of

23   funds for minor pirate sites or a minor source of funds for

24   major pirate sites.

25           And then, Mr. Schmidt tells us to follow the

Page 44

1   money.  This is what Google always says.  General Hood

2   alluded to this before.  Go to the payment processors and so

3   on, but recently, he said something interesting, which is

4   new, in my experience.  "If people are making money by

5   stealing copyright, we can find them because the money has

6   to go somewhere."  Now, I find that to be very interesting,

7   because, if the money is going somewhere and Google knows

8   about it, why would that be if they weren't paying the

9   money?

10          So follow the money.  Let's follow the money.

11   Here's MP3crank with a well-known thief.  They're making the

12   Drive sound track available, which is for a motion picture,

13   and strangely enough, there's BMW that has an ad there.  Who

14   would ever have put that together, that a BMW ad would get

15   served on the Drive sound track?  So we follow the money.

16   We follow the money.  It starts with BMW, ends with the

17   thief.  We follow the money.

18          I don't really understand what the big mystery is

19   about this, but the truth is advertisers don't like to be

20   duped, and, if you go to them and explain this to them and

21   tell them that you want to help them, they welcome the help,

22   for the most part.  We've done this with BMW, General

23   Motors, Levis, Guitar Center, a lot of big brands, and this

24   letter that we got from Guitar Center pretty much tells you

25   what they do.

1       They thank you for bringing it to their attention.

2   They call their ad agency and tell them put this site on the

3   blocked list.  It goes on the blocked list, and that's the

4   end of it.  It takes about an hour.  So it's really not a

5   big process.  It's not burdensome.  It's something that the

6   advertisers want to do.

7       They don't say come back to me when you've

8   adjudicated them and infringed or in the highest court in

9   every land where the Internet obtains.  You know?  They

10  don't say that to you.  They say we don't want to be

11  associated with that, and we'd like your help in trying to

12  block it.

13      So the other thing to remember is that pirate

14  sites offer the same content as legitimate sites.  So, if

15  you have, like, a Spotify, which is an ad-supported site,

16  they're competing for those same advertisers and the same

17  advertising dollars right alongside the pirates.  The

18  pirates, of course, can take much lower prices for the ads,

19  because they have no content costs, and that suppresses the

20  launch of legitimate businesses.

21      So, to summarize, the failure of standards and

22  practices creates a defect, which could be easily fixed.

23  Some might say it's a design defect.  It allows YouTube

24  videos to advertise illegal and abusive activities.  It

25  allows consumers and advertisers to be duped and drives

Page 46

1    traffic to ad-supported sites, deceiving brands into

2    supporting the theft of intellectual property.

3              Thank you.

4              (Applause)

5              MR. EDELMAN:   Thanks.   I'll be brief, given the

6    time and given the privilege of participating after the

7    distinguished panel.

8              You know, it's striking to hear the laundry list

9    of bad behaviors that folks have talked about.   I took the

10   liberty of trying to classify the behavior and classify it

11   basically into two groups for you.   We have three categories

12   of Google activities where Google directly profits, where

13   Google places ads on its own services, syndicates ads onto

14   other people's sites, and then, those ads that they

15   syndicate onto other sites -- well, they could both be ads

16   that are promoting unlawful conduct and ads that are placed

17   onto unlawful sites.

18             Separately, there is a set of concerns as to

19   indirect profits.   Auto complete certainly is in that vein.

20   Google doesn't make money directly from auto complete.

21   Rather, they make money indirectly from what might happen

22   after you use auto complete.   So, too, for Google platforms

23   that host unlawful content, and, of course, the original

24   product, the algorithmic search product that makes it so

25   easy to find whatever kind of material you're looking for,

Page 47

1    be it lawful or not.

2            Well, the claims for the top half versus the

3    bottom half of this list -- I think they're going to differ

4    somewhat, maybe differ importantly, differ in the extent to

5    which one would expect an immunity to apply, whether CDA 230

6    actually does or doesn't.  Certainly, if some of us were in

7    charge, we might design the immunity, for example, to apply

8    less to the top half of the list than to the bottom of the

9    list.

10           Separately, I was struck by the variety of kinds

11   of bad behavior we've been talking about.  Personally, I got

12   started here with the top section of this list, consumer

13   deception ads, and these are near and dear to me, just a

14   sampling of the deceptive ads here.

15           This is from my Web site from seven years ago.

16   Who would have thought that the deceptive ads were

17   widespread even then?  You'll get advertisers who are

18   promising free ring tones, but the fact of the matter is

19   they're charging you $10 a month or promising that you can

20   download WinZip, and, little do you know, they're going to

21   charge you $20 to buy WinZip, when, in fact, WinZip should

22   be free.  So there are problems in that vein, which I've

23   called consumer deception.

24           Other kinds of consumer deception, too -- taking

25   advantage of some of the most vulnerable consumers in the

Page 48

1    country, folks who need a mortgage modification services of

2    one sort or another, be it green card, looking for small-

3    business grants, you name it.  Those are all, broadly

4    speaking, consumer deception.

5            Then, there are bad practices arising out of

6    copyright concerns, as Chris just presented, programs that

7    mess up your computer.  They'll do that with a very, very

8    high level of predictability.  You install this program on

9    your computer, and it is going to mess up your computer

10   every single time, at least if you're buying a

11   pharmaceutical product.  You might get lucky and get a

12   genuine, although General Hood's investigation certainly

13   gives us reason to doubt the likelihood of that actually

14   occurring.

15           Pharmacies, to me, are just a small part of the

16   problem.  They're an interesting corner of the problem,

17   because the DOJ has investigated that so thoroughly and has

18   shown us the scope of the problems.

19           Now, a separate reason to praise DOJ's effort is

20   the level of proof that they've given us.  You know, we

21   always had suspected that Google wasn't really giving this

22   their best shot.  You look at the magic Google can

23   accomplish when they put their mind to it.

24           A car that drives itself, that can recognize the

25   difference between a squirrel and a cat and a Frisbee and

Page 49

1    take different evasive actions according to the likely

2    predicted behaviors of each of those and the seriousness of

3    running over a squirrel versus running over a Frisbee.  Now,

4    this is remarkable, and Google's car can do that.  If they

5    can do that, why can't they recognize that free Oxycontin,

6    no prescription required is not a proper title for an

7    advertisement or for a video?  You sort of feel like the

8    smart engineers are off doing something else, or maybe these

9    engineers aren't giving this their best shot.

10             Well, I have here just a sampling of the pieces of

11   evidence that have always led me to suspect Google wasn't

12   trying very hard.  You know, the next-to-last on this list

13   is particularly striking.  Folks don't remember this Wall

14   Street Journal article from about three years ago.  Google

15   had extended a line of credit to advertisers whose sole

16   business was to infringe copyrights, the sorts of thing that

17   Chris was explaining to us.

18             Well, Google was their biggest creditor, and, in

19   bankruptcy proceedings, it came out that Google had loaned

20   them money to buy ads to help users infringe copyright.

21   Absolutely remarkable.  But we only get small pieces of this

22   coming out, because, of course, the litigation defenses have

23   been pretty successful.  So I want to suggest a couple next

24   steps that might be worth thinking about.

25             First, as Chris says, advertisers are paying for

1    this mess, and you might think that this is a breach of

2    contract.  After all, it can't be that an advertiser has

3    seriously contracted to place their ads on sites that

4    provide unlawful material.  To start with, that would be an

5    illegal subject matter, right, and you can't have a contract

6    for which the subject matter of the contract is the

7    performance of an illegal service.

8            So an advertiser could sue Google.  This is a

9    claim that's near and dear to my heart, because my first

10   matter as an attorney -- I guess the first month after I

11   passed the bar, brought a class action against Yahoo for

12   putting advertisers' ads in the wrong place, which they

13   absolutely had done, and I had excellent, top-quality proof

14   of that.

15           Well, Yahoo had some contract defenses.  Google

16   saw that case and saw some other rumblings in the context of

17   click fraud class actions and imposed onto advertisers just

18   some remarkable revisions, insertions into the ad words,

19   terms, and conditions contract, the standard form contract

20   that every advertiser must accept.  This is the section

21   where Google tells an advertiser where their ad will be

22   placed, an awfully important section, of course.

23           If you're buying advertising, the most important

24   thing to know is what kind of advertising you're buying.

25   Where will the user see it?  So Google says ads may be

Page 51

1  placed in any place where Google places ads.

2         If any of you are familiar with the works of

3  Dr. Seuss, right, this sort of sounds like a line out of

4  Green Eggs and Ham.  The ads are placed in the places where

5  we place them where we place them in the places where

6  they're placed.  I love that guy.

7         (Laughter)

8         I think maybe he could be a lawyer for Google.

9  This is incredibly circular.  In any consumer contract, we

10  would deem this to be an unfair and deceptive trade

11  practice.  Here in Massachusetts, you'd get out 93(a).

12         Now, a lot of the advertisers that Google does

13  business with are pretty small.  We saw some big advertisers

14  in Chris' presentation.  Fact is a lot of advertisers are

15  mom and pop shops who could never file suit against Google.

16  The big ones, meanwhile, have so much at stake, so many ways

17  that they're counting on Google to treat them fairly.

18         Imagine if you went to Google and you searched for

19  Pepsi and it showed you Coke instead.  Not totally out of

20  the question.  It happens all the time that you search for

21  Hyatt and you get an ad for Hilton.  Would Pepsi or Hyatt or

22  Hilton want to pick a fight with Google?

23         Here we get to the remarkable problem of Google's

24  dominance.  If there were ten small Googles each with ten

25  percent market share, I think our conversation would

Page 52

1    actually sound quite different today, because a few of them

2    would have sent representatives to this meeting to seek the

3    good auspices of NAAG, to seek our endorsement and

4    cooperation to find a way to fix the problem, and we'd be

5    well on the way to fixing the problem, but with only one

6    Google, they can stonewall much more effectively against the

7    attorneys general, and they can stonewall more effectively

8    against the advertisers.

9          So, to the extent that some of you are thinking

10   about the competition issues, which certainly have been

11   raised in multiple states, it seems to me that's awfully

12   important, and that could help with the harsh terms and

13   conditions here.  If we can't count on advertisers to bring

14   suit on their own, what's left?  Well, certainly attorneys

15   general could bring complaints as to the deceptive

16   advertisements or other unlawful advertisements.

17         CDA 230 offers this important defense.  No

18   provider of an interactive communications service shall be

19   treated as a publisher or speaker of any content from any

20   other publisher.  Does that really cover a company in the

21   advertising business?  Certainly, no one in Congress thought

22   so.

23         You can read the remarks on the floor of Congress,

24   read the congressional record.  This was a statute passed to

25   deal with the problem of liable, liable on AOL discussion

Page 53

1    forums.  It wasn't about advertising at all.  Frankly, I

2    think the case law interpreting CDA 230 is headed in a crazy

3    direction without much support in the statute, but, be that

4    as it may, we don't get to rewrite CDA 230, and there

5    doesn't seem to be much legislative appetite for changing

6    it.

7          Well, the criminal exception is an awfully

8    important exception, probably underused for the kinds of

9    copyright problems that Chris showed us.  These are problems

10   that all have both civil and criminal statutes on point.  If

11   you flag the criminal statute, then CDA 230 doesn't apply at

12   all, and, whatever problem you thought CDA 230 was going to

13   give you, that problem is solved, thanks to the underlying

14   criminal violation.

15         Also, claims arising out of false advertising

16   where Google itself made some particular statement.  If they

17   promised to screen for unlawful conduct, unlawful content,

18   unlawful advertisements and then, they didn't, that could be

19   the basis of an independent act, where it's Google's own

20   failure to follow through in their promise that gives rise

21   to the liability.

22         Now, finally, discovery, documents -- you think

23   about the magic of actually getting to see the internal

24   communications, see the source code, the computer code, the

25   business records.  It's a little bit unreasonable to think

Page 54

1    one could prove the case just from the material available on

2    the public Internet, and so, General Hood's requests for

3    documents, I think, is very well-taken, and all of you have

4    the power to get the documents.  Maybe that's a strategy

5    that's worth thinking about.

6         You know, I have a crawler, a robot that goes

7    around searching for places where ads shouldn't appear, and

8    it's pretty good.  It's a hard working robot.  It works

9    around the clock.  Actually, here are 100 of them, so it's

10   100-fold twins.

11        They find regularly thousands of instances of

12   Google placing ads into invisible windows, into spyware and

13   adware, popups, typo squadding, not to mention the sorts of

14   objectionable content and unlawful content that we've heard.

15   It's tempting to show you, say, what my robot caught in the

16   last 24 hours, and I've prepared a few examples of that,

17   but, given that the rest of the panel has done such a good

18   job, we've got the poster boards and so forth, perhaps I'll

19   leave it at that.

20        Thanks.

21        (Applause)

22        MR. HOOD:  We've exhausted our time, and I'm

23   really appreciative of the panel and the way that this

24   meshed together.  I had nothing to do with it.  I think that

25   the panel went through the issues in a fast manner.

Page 55

1          So we're supposed to have a break right now.

2          You want to take a couple question?

3          UNIDENTIFIED SPEAKER:  Sure.  (Indiscernible.)

4          MR. HOOD:  Okay.  Maybe we'll take about five

5     minutes, if any of you have any questions.  If not, they'll

6     be available to hopefully answer any, if any of you have any

7     questions.  Now we'll take them.

8          UNIDENTIFIED SPEAKER:  Jim, I'm wondering if you

9     could get from the two speakers that kind of had outlines --

10    if you could get that and make those available to us.  I'd

11    be very interested.

12         MR. HOOD:  All right.  I'm going to -- I wanted

13    them, too.  So --

14         UNIDENTIFIED SPEAKER:  Okay.

15         MR. HOOD:  -- what we'll do -- we will get them

16    and circulate them through email to you.

17         UNIDENTIFIED SPEAKER:  Okay.  I'd appreciate that.

18         MR. HOOD:  Okay.

19         All right.

20         UNIDENTIFIED SPEAKER: Hold on one second.

21         UNIDENTIFIED SPEAKER:  Okay.

22         UNIDENTIFIED SPEAKER:  Thank you to this panel.  I

23    think it was important for all of us.

24         A couple things.  We are going to take a break,

25    and we'll start up again at 3:00.  Former Attorney General

1  Rob McKenna will be leading that discussion.

2          For those of you who are going to the reception

3  this evening and then the baseball game, there's going to be

4  four different buses.  So you can go at either 5:00 -- what

5  is it?  Right outside on the first floor?

6          UNIDENTIFIED SPEAKER:  Right outside the first

7  floor.

8          UNIDENTIFIED SPEAKER:  Right outside of the first

9  floor at 5:00, 5:15, 5:30, or 5:45 will get you.  The

10 reception itself is from 5:30 to 6:30.  So, depending on

11 what your schedule is, you can take every 15 minutes

12 starting at 5:00 until quarter of 6:00 catch one of the 4

13 buses, and, with that, we'll take a break and reconvene at

14 3:00.

15          (Break)

16          (Conclusion of Audio)

17

18

19

20

21

22

23

24

25

Page 57

1              C E R T I F I C A T I O N

2

3    I, Nicole Yawn, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6

7

8

9

10

11

     Date:   June 27, 2013

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T I O N

2

3    I, Nicole Yawn, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6

7

8

9

10

11

     Date:   June 27, 2013

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| 1 |
| --- |
| **1**  6:19 27:16,23,25 28:3 |
| **10**  47:19 |
| **100**  32:24 54:9,10 |
| **10th**  8:17 |
| **12,000**  32:16 |
| **14**  3:20,22 19:12 20:10 |
| **15**  27:9,21 28:6,13 28:20 43:3 56:11 |
| **16**  43:11 |
| **17**  7:20 |
| **17th**  7:6 |
| **18**  1:8 |
| **19th**  6:17 |
| **1st**  6:9 7:10 |

| 2 |
| --- |
| **2**  28:18,22,25 |
| **20**  43:3 47:21 |
| **2011**  18:4,5 |
| **2012**  5:2,5 18:5 21:21 31:17 32:15 |
| **2013**  1:7,8 6:5,17 32:5 57:11 |
| **20th**  7:10 |
| **21st**  7:24 8:8 |
| **230**  7:4 10:14,16 19:20 22:13 23:18 23:22 47:5 52:17 53:2,4,11,12 |
| **24**  38:1 54:16 |
| **27**  57:11 |

| 3 |
| --- |
| **3**  20:2 |
| **3:00**  55:25 56:14 |

| 4 |
| --- |
| **4**  6:20 56:12 |
| **40**  12:6 |

| 5 |
| --- |
| **50**  12:6,6 |
| **500**  5:1 13:11 29:15 |

| 500,000  12:12 |
| --- |
| **5:00**  56:4,9,12 |
| **5:15**  56:9 |
| **5:30**  56:9,10 |
| **5:45**  56:9 |

| 6 |
| --- |
| **6:00**  56:12 |
| **6:30**  56:10 |

| 7 |
| --- |
| **7.5**  27:24 |
| **70**  4:22 7:19 |
| **78**  12:9 |
| **79**  4:21 |

| 8 |
| --- |
| **84**  4:21 |

| 9 |
| --- |
| **90**  25:5 |
| **93**  51:11 |

| a |
| --- |
| **a.g.**  3:10,11 4:6 |
| **a.g.s**  13:1 22:12 26:13 |
| **able**  4:2 13:23 19:23 23:21 33:3 |
| **absolutely**  49:21 50:13 |
| **abusive**  45:24 |
| **accept**  50:20 |
| **access**  1:10 |
| **accomplish**  48:23 |
| **accumulates**  43:7 |
| **accurate**  57:4 |
| **act**  53:19 |
| **action**  19:22 23:3 25:16 40:21 50:11 |
| **actions**  9:19 49:1 50:17 |
| **activities**  30:18 45:24 46:12 |
| **activity**  25:3,9 |
| **actors**  30:17 34:18 |

| **ad**  14:25 15:14 19:12,14 21:17 22:10 30:14 31:13 31:15,16 32:2,5,9,9 32:10,16,19,21 33:8 34:1 39:1,2,3,24 40:5,7 41:12,14,23 42:4,6,6,7,19,20,24 42:25 44:13,14 45:2 45:15 46:1 50:18,21 51:21 |
| --- |
| **ad's**  34:2 |
| **additionally**  38:14 |
| **address**  2:2 22:16 23:6 |
| **adhesion**  40:13 42:13 |
| **adjudicated**  45:8 |
| **admiral**  8:2 |
| **admission**  9:3 |
| **admit**  3:1 9:2 23:7 |
| **ads**  9:16,23 13:14 14:18,19,21 15:5 21:18 25:17 30:6,13 31:3 34:3 40:8,11 41:5 42:5,7,14 43:20 45:18 46:13 46:13,14,15,16 47:13,14,16 49:20 50:3,12,25 51:1,4 54:7,12 |
| **adult**  29:5 |
| **adults**  29:11 |
| **advantage**  47:25 |
| **advertise**  45:24 |
| **advertisement**  49:7 |
| **advertisements**  37:1 52:16,16 53:18 |
| **advertiser**  19:9 21:15 39:2,23 50:2 50:8,20,21 |
| **advertisers**  4:1 16:7 25:12,13,13,14,15 35:17,22,23 39:15 39:20 40:2,9,16 |

| **42:13 44:19 45:6,16 45:25 47:17 49:15 49:25 50:12,17 51:12,13,14 52:8,13** |
| --- |
| **advertising**  9:15 15:21 16:9 35:25 41:2,3,4,14,19,22 42:25 43:18 45:17 50:23,24 52:21 53:1 53:15 |
| **advise**  11:10 |
| **advised**  9:21 |
| **adware**  54:13 |
| **affiliate**  41:5 |
| **affiliated**  42:20 |
| **afternoon**  2:9 |
| **afternoon's**  2:1 |
| **age**  27:14 28:8,8,16 37:25 |
| **agency**  42:4,6 45:2 |
| **ago**  11:8,9,21 18:5 31:18 33:9,18 35:5 43:11 47:15 49:14 |
| **agree**  13:15,18 15:25 |
| **agreed**  13:13 18:6 |
| **agreement**  5:1,4 13:13 14:9 15:10,10 16:2,11 18:1,4,6,24 |
| **ahead**  16:25 19:1 23:12 |
| **al**  39:25 |
| **alarming**  30:5 |
| **algorithm**  8:15 11:14,14 24:4,6,10 |
| **algorithmic**  46:24 |
| **alliance**  2:18 26:8 28:11 41:7 |
| **allow**  8:15 11:9 40:9 40:14 |
| **allowed**  30:4 31:2,3 |
| **allowing**  5:2 |
| **allows**  35:21 36:6 45:23,25 |

**alluded** 44:2
**alongside** 45:17
**amazing** 35:7
**america** 12:5
**americans** 26:25
**analogy** 34:12
**analytics** 31:14
  32:20
**android** 37:6,12
**answer** 6:2,8,18
  7:15 36:19 55:6
**answers** 4:17
**anti** 37:2
**anwar** 39:25
**anyway** 9:25
**aol** 11:1,2,5,8 52:25
**apologized** 39:14
**apology** 38:22
**app** 37:6,8,9,11,11
  37:13,15,22 38:1,6
  38:22 39:13
**appalling** 37:20
**appeal** 32:17,21
**appear** 7:25 10:12
  40:11 42:15 54:7
**appetite** 23:17 53:5
**applause** 35:12 46:4
  54:21
**apple** 37:10,14
**apply** 36:5 47:5,7
  53:11
**appreciate** 6:2 34:9
  55:17
**appreciative** 54:23
**approach** 33:20
**appropriate** 6:23
**apps** 34:2
**april** 6:9,17 7:10
**archive** 18:12,12,14
  18:18,19 19:2,4
**archives** 18:24
**area** 2:15 4:10 39:22
**arising** 48:5 53:15
**arrow** 40:5

**art** 4:12,13
**article** 49:14
**aside** 37:15
**asked** 5:11 6:6 7:25
  25:22
**asking** 5:10 8:18
  11:17 37:22
**asks** 30:11
**aspects** 2:2 13:9
**assistant** 3:10 4:6
**associate** 2:19
**associated** 32:11,19
  45:11
**associates** 1:6
**association** 26:11
**associations** 26:18
**assume** 23:19
**attendance** 6:2
**attention** 34:19
  37:21 38:24 45:1
**attorney** 2:5,6 3:18
  16:11 50:10 55:25
**attorney's** 14:12
**attorneys** 1:6 2:19
  4:5 26:1,11 52:7,14
**audio** 56:16
**august** 5:2,5 18:4
**auspices** 52:3
**auto** 4:14,16 5:12,12
  5:14,19 6:13,21
  7:13 9:1 10:6,8 11:9
  11:21,24 13:16
  16:21,21 17:2 23:11
  46:19,20,22
**available** 30:22
  44:12 54:1 55:6,10
**avoid** 35:22
**aware** 12:7,23
**awareness** 26:19,22
  27:7
**awfully** 50:22 52:11
  53:7
**awlaki** 39:25

**b**

**back** 7:5 13:7 17:8
  18:3,16,21 19:23,23
  20:18 21:5 22:5,5,6
  34:20 35:4 39:7,19
  40:1 41:13 42:19
  43:16 45:7
**background** 3:14
**bad** 28:7 30:17
  34:17 42:5 46:9
  47:11 48:5
**bangkok** 39:22
**bankruptcy** 49:19
**banks** 13:2,2
**bar** 50:11
**barcelona** 38:9
**baseball** 56:3
**basically** 3:12 8:5
  38:21 42:13 46:11
**basis** 53:19
**bath** 19:6,7
**battle** 4:5
**battles** 19:6
**bear** 37:8 38:21
**began** 4:25 8:20,22
  9:4 25:23 30:20
**behavior** 46:10
  47:11
**behaviors** 46:9 49:2
**belief** 37:20
**believe** 4:22 43:21
**ben's** 40:12 42:15
**benjamin** 2:19
**best** 4:17 23:10
  48:22 49:9
**better** 34:8
**beyond** 37:20
**big** 25:5 39:16 41:18
  44:18,23 45:5 51:13
  51:16
**biggest** 4:23 43:1
  49:18
**bill** 33:2,11,11

**bills** 33:1,2
**bind** 16:3
**bing** 7:20 10:5 26:2
**bit** 2:25 3:6 26:16
  35:16 38:5 40:23
  53:25
**blackburn** 36:23
**block** 6:24 20:5
  23:10 45:12
**blocked** 11:21 45:3
  45:3
**blocking** 11:22
**blogger** 43:5
**bmw** 44:13,14,16,22
**boards** 54:18
**bogus** 12:21
**boil** 2:21
**bore** 4:17
**boston** 19:14
**bottom** 17:2 47:3,8
**bought** 13:25 16:9
  27:4
**bowl** 41:14
**box** 17:4,5
**boy** 27:21
**brand** 35:18 40:23
  42:3,3,4
**brands** 41:18 44:23
  46:1
**breach** 50:1
**break** 55:1,24 56:13
  56:15
**brief** 46:5
**brilliant** 35:7
**bring** 52:13,15
**bringing** 45:1
**broad** 6:24
**broadly** 27:6 30:21
  48:3
**brought** 50:11
**burdensome** 45:5
**buses** 56:4,13
**business** 2:20 34:2
  35:20 37:25 42:9
  48:3 49:16 51:13

[business - connected]                                                                                     Page 3

52:21 53:25
businesses  4:7 45:20
bust  43:1
buy  3:23 5:21 6:13
  10:8,8 11:17 13:20
  13:24 14:7 16:22
  17:1,8 18:8,9 19:5,7
  19:13,15 20:24 21:3
  21:7,11,22 22:8
  31:9,11 34:5 47:21
  49:20
buyers  41:2
buying  6:10 11:10
  15:18 22:11 48:10
  50:23,24
buys  3:25 13:25
  16:6,14 18:22 19:18
bypassing  29:9

**c**

c  57:1,1
california  24:24
call  8:12 14:15
  35:18 41:7 45:2
called  8:2 10:5
  12:11 14:25 15:18
  30:3 37:6,12 47:23
calling  36:25 37:21
campaign  39:24
canadian  13:12
  15:15
cane  20:13
cap  41:13
captured  9:11
captures  18:12
car  48:24 49:4
card  14:1,5 28:21,23
  28:23 32:20,22 48:2
cards  33:1
care  27:12,13 36:20
career  3:9
carolyn  36:24 37:20
cars  35:9
case  30:15 32:1
  36:22 50:16 53:2

54:1
cases  24:5
castle  2:18,19 35:13
  35:13 38:20
castleberry  11:1
cat  48:25
catch  15:22 35:20
  56:12
categories  46:11
catholics  37:3
caught  15:24 54:15
cd  19:15
cda  47:5 52:17 53:2
  53:4,11,12
center  38:11 44:23
  44:24
century  43:1
ceo  7:24
certainly  39:2 46:19
  47:6 48:12 52:10,14
  52:21
certify  57:3
chair  2:22 24:16
chairs  2:5,11 6:5
  24:17
challenge  34:6
change  23:16,18
  28:16 34:18
changes  8:10 9:2,4,5
  23:7 34:9
changing  53:5
channel  40:2
charge  47:7,21
charging  47:19
checking  10:4
chemical  17:14
chief  7:25
child  11:5,20,21
children  26:4,15
  29:20,20
choice  40:10
chris  2:18 3:16
  35:13 48:6 49:17,25
  51:14 53:9

christian  2:18
chronic  31:13
circular  51:9
circulate  55:16
citizens  2:17 26:8,16
  28:11 29:7
city  38:11
civil  8:12 15:7 23:23
  24:19 53:10
claim  50:9
claims  36:5 47:2
  53:15
clara  10:13
class  50:11,17
classify  46:10,10
clean  34:7
cleaned  34:14
cleaning  35:10
clearly  15:15 38:23
  39:4
click  12:3 14:8 17:1
  18:11,15 50:17
client's  42:7
clock  54:9
close  43:9
club  37:16
coakley's  3:17
cocaine  30:3
code  41:21,24 53:24
  53:24
codone  8:25
coke  51:19
colleagues  8:12
  24:17 31:5
college  37:25
column  21:19
come  5:23 8:9 10:16
  23:6 25:21,24 31:18
  34:20 43:16 45:7
comes  34:15
coming  8:2 23:12
  35:3 49:22
comments  2:13,16
  2:21

committee  2:6,12,15
  2:23 5:7 6:1,4,16
  11:3 24:16,17
communicate  8:6
communications
  15:9 52:18 53:24
community  36:9,12
  36:14 39:9,10 40:19
  40:19,21
companies  9:23
  10:3 26:18 42:24
company  15:24 25:9
  35:7 38:16 52:20
competing  45:16
competition  37:10
  52:10
complaining  36:8
complaint  38:23
complaints  52:15
complete  4:14,16
  5:12,13,14,19 6:13
  6:21 7:13 9:1 10:6,8
  11:21,24 13:17
  16:21,22 17:2 23:11
  46:19,20,22
completes  11:9
complex  4:10
complicated  15:23
computer  20:20
  48:7,9,9 53:24
computers  14:3
concerns  46:18 48:6
conclusion  24:15
  37:14 56:16
conditions  50:19
  52:13
conduct  46:16 53:17
conference  25:22
  31:19 34:22
congress  23:16,20
  36:24 38:23 39:10
  52:21,23
congressional  52:24
connected  32:21
  34:3 41:23

connection 32:3
   38:2
conscientious 25:2
conspiracy 42:24
consultant 10:13
consumer 26:17
   41:16 47:12,23,24
   48:4 51:9
consumers 26:15
   35:17,22 45:25
   47:25
content 1:10 11:19
   12:1 20:7 31:1
   35:21 45:14,19
   46:23 52:19 53:17
   54:14,14
context 50:16
contract 40:13 42:4
   42:12 50:2,5,6,15
   50:19,19 51:9
contracted 42:24
   50:3
convene 5:7
convened 13:1
conversation 51:25
conveyed 10:15
cooperation 52:4
copies 22:21
copyright 7:22 44:5
   48:6 49:20 53:9
copyrights 49:16
corner 38:25 48:16
correct 21:16
costs 45:19
counsel 7:25
count 52:13
counterfeit 15:3
   17:15,21,23
counting 51:17
country 5:3 48:1
couple 31:4 49:23
   55:2,24
course 40:7 42:10
   45:18 46:23 49:22
   50:22

court 10:19 23:25
   24:1 45:8
courts 8:4
cover 2:4 52:20
crawler 54:6
crazy 53:2
created 35:8
creates 45:22
credit 14:1,5 28:20
   28:23,23 33:1 49:15
creditor 49:18
crimes 1:9 2:4
criminal 8:4 10:17
   23:21 33:4 53:7,10
   53:11,14
criminals 27:2
cs1693191 1:25
cuccinelli 2:7,11
curtain 24:7
customer 27:18,24
   28:2,20,24
cut 7:12 13:3
cyber 26:22

## d

d.a. 3:10
dad's 28:20
danger 26:15
dangerous 1:10
   30:18 33:14,21
dangers 20:22 26:19
   27:4 29:12
date 30:3 34:4 57:11
daughter 3:16
day 34:13,16 37:19
days 10:10 31:18,20
   33:9,18 34:21 35:4
deal 4:11 7:9 13:5
   20:7 28:9 42:6,8
   52:25
dealing 3:4 42:12
dealt 4:24 31:15
   32:22
dear 47:13 50:9

deceiving 46:1
deception 47:13,23
   47:24 48:4
deceptive 41:3
   47:14,16 51:10
   52:15
deem 51:10
defect 45:22,23
defending 24:5
defense 23:22 24:1
   52:17
defenses 49:22
   50:15
definition 41:1
delist 23:4
delisted 12:15
delisting 12:17,17
delivered 16:20
   21:22 36:3
demand 40:21
demands 8:12 15:8
   23:23 24:19
demonstrating
   28:12
demoting 12:17
department 16:6,12
depending 56:10
design 45:23 47:7
devastating 15:7
differ 47:3,4,4
difference 26:4
   48:25
different 13:16,25
   19:19 20:16 31:22
   32:4,24 33:13 43:14
   49:1 52:1 56:4
digital 2:17 3:17
   26:8,16 28:11
direction 53:3
directly 36:3 46:12
   46:20
director 2:17 26:8
directs 12:1
disabled 43:15

discovery 15:6
   53:22
discuss 26:12
discussed 7:5
discussing 11:4
discussion 8:10
   52:25 56:1
disgorge 24:12
disguise 41:4
dissemination 40:1
distinguished 46:7
distressing 30:16
distributing 35:21
disturbing 29:18
django 20:10 22:18
   23:1
dmca 43:3
doctor 29:8
documents 8:13
   53:22 54:3,4
doing 3:8,21 11:6
   20:18 42:14 49:8
doj 48:17
doj's 48:19
dollars 45:17
domain 13:6
domains 13:6
dominance 51:24
door 18:22
doubt 48:13
doug 2:1,25 3:2
doug's 7:4
download 3:22
   11:23,23,24,24
   47:20
dr 51:3
drive 44:12,15
driven 11:15
driver's 32:25 33:7
drives 42:19 45:25
   48:24
driving 35:9
drop 5:18 11:10
   12:3

dropdown  18:9
drug  3:25 14:13
   17:12 21:25 30:4
   34:4
drugs  1:10 3:23 5:3
   5:17,22,24 6:10,22
   7:1,14 9:7,13 10:8
   11:11,17,22 13:12
   13:20 19:13,15
   20:25 21:3 22:9,11
   27:4,7,8 28:12 29:5
   29:7,8,14 30:1,18
   30:20,23 31:15,22
   32:4,7
dubious  35:21
duped  35:23,24
   39:15,20,23 40:2,16
   44:20 45:25
duty  24:12

e

e  57:1
earlier  29:16
earnest  23:7
ease  27:7
easily  42:18 45:22
easy  3:22 18:18
   20:12,18 21:4 28:12
   46:25
edelman  2:19 46:5
educate  4:18
effect  43:17
effectively  30:17
   52:6,7
effort  37:24 48:19
eggs  51:4
eight  3:10
either  23:17 56:4
electronics  4:2
elements  42:1
email  14:2 15:8
   55:16
emails  8:19 15:6,6,9
   15:14 24:3

emma  3:16
employee  25:8
   27:16,23,25 28:3,18
   28:22,25
employees  25:4
enabled  36:4
encourage  15:11
   16:11 25:1,2,15
endorsement  52:3
ends  44:16
engaged  37:24
engine  4:23 7:17
   13:5,9 42:21
engineers  49:8,9
engines  3:8 4:20 6:7
   22:14 26:3 41:6
   42:18
enter  23:8
entered  4:25 5:4
entire  3:9
equated  4:5
equipped  28:9
escalating  7:8
escort  37:6 38:15
escorts  31:1
especially  26:15
   27:2
essentially  21:12
   29:9
establish  33:3
evasive  49:1
evening  56:3
everybody  20:3
evidence  3:17 16:14
   49:11
exactly  4:15,19
example  11:1 20:24
   25:4 26:23 36:21
   40:4 47:7
examples  14:10 30:7
   31:5,6 33:13 54:16
excellent  7:4 50:13
exception  53:7,8
excuse  3:18

executive  2:17 26:7
exempt  23:20
exempts  16:2
exercised  2:8
exhausted  54:22
exhibit  6:19
exist  29:10,12
exists  33:6,10
expect  47:5
expects  36:9
experience  44:4
explain  44:20
explaining  49:17
exploit  27:2
exposing  26:22
extended  49:15
extent  43:19 47:4
   52:9
extremely  20:11

f

f  57:1
facebook  11:2
facilitated  41:3
fact  6:25 8:14,22
   12:4,9 17:13 34:9
   47:18,21 51:14
failure  45:21 53:20
fairly  51:17
fake  31:1 32:14,25
   32:25,25 33:1,2,10
   33:11 35:1
false  53:15
familiar  51:2
far  11:8
fashion  38:12
fast  2:22 3:14 33:24
   54:25
feature  5:12,18 10:6
features  7:13
february  6:5 31:17
federal  5:2 10:18
   14:11 16:10 17:25
   18:23 23:25

feds  15:24
feel  49:7
feud  9:25
fight  10:1 51:22
file  51:15
files  43:13
filmed  27:12
filtering  11:5,7
finally  6:16 27:3
   32:13 53:22
find  10:22 24:8 32:8
   32:12,13 38:16,16
   41:10 42:18 43:7
   44:5,6 46:25 52:4
   54:11
fine  5:1 13:11,11
firedoglake  37:17
   39:11
first  2:4 12:4 16:22
   18:11,14 32:9 49:25
   50:9,10 56:5,6,8
fit  38:12
five  3:10 55:4
fix  52:4
fixed  45:22
fixing  52:5
flag  36:9 53:11
flagged  36:16,19
flagging  39:9
flags  36:12
flimsy  39:15
flip  19:7 22:17
floodgates  36:13
floor  52:23 56:5,7,9
flow  7:12 9:18 13:3
focus  35:9
focused  26:17
fold  54:10
folks  46:9 48:1
   49:13
follow  43:25 44:10
   44:10,15,16,17
   53:20
following  31:20

[force - help]                                                                    Page 6

**force**  23:6
**foregoing**  57:3
**forfeiture**  14:15,15
**forge**  32:14
**form**  50:19
**former**  55:25
**forth**  8:19 24:12
  54:18
**forums**  53:1
**forward**  21:6 25:11
**found**  27:10 29:23
  29:25 30:2,25
**four**  2:23,24 33:13
  56:4
**frankly**  40:16 53:1
**fraud**  50:17
**free**  11:24,25 12:3
  38:15 47:18,22 49:5
**friday**  10:5
**friends**  38:13
**frisbee**  48:25 49:3
**front**  29:23
**funding**  43:20
**funds**  43:23,23
**further**  10:23 29:13

**g**

**gains**  24:13
**galvin**  2:17 26:7,10
  29:3
**game**  56:3
**general**  1:6 2:5,6,7
  2:11,11 4:5 26:1,10
  26:11 29:16 30:7
  31:18 34:21 43:2
  44:1,22 48:12 52:7
  52:15 54:2 55:25
**general's**  3:18
**genuine**  48:12
**getting**  6:13 13:7
  53:23
**ghb**  30:3 34:4,4,5
**girl**  38:10
**girlfriends**  38:18

**girls**  39:17,20,21,24
**give**  2:10,16 22:21
  40:25 53:13
**given**  24:21 46:5,6
  48:20 54:17
**gives**  48:13 53:20
**giving**  7:16 48:21
  49:9
**glass**  35:8
**globe**  19:14
**go**  2:8,8 6:15 7:11
  8:24 9:12 10:7
  11:23 12:1,2 13:19
  14:8 16:17,18,25
  17:7 18:16 19:1,13
  19:15 20:13 21:5,6
  22:1,17,18,24 23:13
  24:12 25:23 26:12
  26:25 29:7,21 30:22
  31:24 32:23,24
  34:11 38:4 39:7,18
  42:17 44:2,6,20
  56:4
**goes**  11:24 15:12
  16:22 31:12 34:16
  34:20 38:16 45:3
  54:6
**going**  2:3,10 3:21
  7:12 8:11 10:7,17
  10:18,19,20 12:4
  13:19,21,23 16:3,5
  16:11,13,14 18:1
  20:6,23 22:1,21
  23:16,19 24:10,14
  24:20 26:5,25 27:9
  27:14 28:9,19,22
  29:8 31:4,5,8 33:23
  34:13,19 35:2,16,18
  38:4,5,13 40:12
  41:16 42:15 44:7
  47:3,20 48:9 53:12
  55:12,24 56:2,3
**good**  2:9 33:18
  34:15 37:3 38:14
  52:3 54:8,17

**google**  4:1 5:10,20
  6:6,8,20 7:9,19,24
  9:14,21 10:1,11,14
  10:21 11:13 12:7,11
  12:22 13:20 14:16
  15:4 16:7,10 17:5
  17:24 18:2,7,8,15
  18:16,20,22 19:2,4
  19:9,9 20:4 21:15
  21:17 22:22 23:24
  24:21 25:2,6,16,20
  26:2 29:15 30:5,9
  30:11,13,17 31:2,13
  33:15,18 34:9,22,25
  35:6,8 36:13,25
  37:1,7,12 38:22
  39:14 40:9,11 41:23
  42:12,25 43:2,6,7
  43:15,20 44:1,7
  46:12,12,13,20,22
  48:21,22 49:11,14
  49:18,19 50:8,15,21
  50:25 51:1,8,12,15
  51:17,18,22 52:6
  53:16 54:12
**google's**  4:21 10:15
  31:14 36:10 43:18
  49:4 51:23 53:19
**googles**  51:24
**gotten**  24:13 37:14
**government**  5:2
  14:11 17:25 42:23
**government's**  18:24
**grants**  48:3
**granularity**  40:10
**great**  13:3 16:12,18
  35:6,10
**green**  32:20,22 48:2
  51:4
**group**  9:22,24 10:2
  13:5,10 14:18 24:9
  26:18 28:11
**groups**  14:17 19:20
  37:2 46:11

**guarantee**  40:6
**guess**  18:14,20 39:9
  50:10
**guessing**  32:11
**guest**  3:15
**guitar**  44:23,24
**gut**  33:11
**guy**  9:11 22:6 51:6

**h**

**half**  47:2,3,8
**halftime**  41:14
**ham**  51:4
**hamsher**  37:17
**hand**  15:4 38:25
**handing**  5:15
**handle**  3:3
**hangover**  20:2
**happen**  10:25 28:8
  35:11 46:21
**happened**  8:19 37:3
  39:9
**happens**  27:21
  28:13 34:17 42:22
  51:20
**happy**  23:14
**hard**  27:20 36:15
  49:12 54:8
**harm**  36:17
**harsh**  52:12
**harvard**  2:20
**hdml**  41:21
**head**  3:17 40:19
**headed**  53:2
**headline**  37:7
**health**  18:2,7,15,16
  18:22 19:3,5
**hear**  36:10 46:8
**heard**  9:3 40:24
  43:17 54:14
**heart**  50:9
**help**  4:18 27:17
  35:10 44:21,21
  45:11 49:20 52:12

hey 6:13 7:7 22:24
hi 27:18 38:8
high 48:8
highest 45:8
hilton 51:21,22
hold 8:17 9:24 24:21
  24:23 55:20
holders 5:8 6:7 13:2
home 34:16 36:4
hood 2:5,9 3:3 17:17
  17:20 19:4 21:2,10
  21:14,17,25 22:5,20
  26:10 29:16 30:7
  31:18 43:2 44:1
  54:22 55:4,12,15,18
hood's 2:7 34:21
  48:12 54:2
hope 10:21 24:22
  25:10,13,15 35:9,10
hopefully 4:2 24:2
  55:6
horribles 36:22
host 46:23
hour 45:4
hours 38:1 54:16
house 19:17
huge 4:4
huh 3:2
human 36:22 37:1
hundreds 29:25
  43:12
hurting 20:22
hyatt 51:21,21
hydrocodone 28:14
  29:6

i

i.d. 27:1,3
i.d.s 31:1
i.p. 2:4,6
idea 38:20 41:20
identity 14:6
illegal 20:7 25:3,9
  41:11 45:24 50:5,7

imagine 19:11,14
  37:14 51:18
immigration 32:17
  32:21 33:5
immunity 47:5,7
important 16:8 29:3
  36:1 50:22,23 52:12
  52:17 53:8 55:23
importantly 25:18
  47:4
imposed 50:17
inadvertent 41:1
inappropriate 25:3
include 26:21 31:23
  43:4,4
income 9:18
incredibly 51:9
independent 24:9,9
  38:9,15 53:19
indexed 43:15
indicate 14:19 15:22
indicated 15:14
  38:25
indictment 42:23
indirect 46:19
indirectly 46:21
indiscernible 17:18
  21:8,24 22:19 55:3
individual 4:8
individuals 26:18
indulgence 37:4
indulgences 40:22
industries 12:25
industry 12:5,13
  20:14
infect 14:3
infested 30:24 34:17
information 3:14
  8:21 24:2,3
infringe 49:16,20
infringed 45:8
initial 2:13,21
initially 10:19
initiates 28:14

innocent 5:23
insertions 50:18
install 48:8
instance 31:2
instances 54:11
institutional 25:11
intellectual 1:9 2:3
  2:12,23 3:5 5:7 6:4
  11:3 24:16 46:2
intend 39:3,23 40:7
intended 10:20
interacted 27:11
interactive 52:18
interested 55:11
interesting 37:23
  44:3,6 48:16
internal 53:23
international 2:2
internet 3:4 11:4
  18:13 23:9 26:13,20
  28:10 36:4,4 45:9
  54:2
interpreting 53:2
inventory 41:2 42:8
investigated 48:17
investigation 27:5
  30:20 48:12
investigative 8:12
  15:8 23:23 24:19
investigators 4:1
  19:18 20:9 21:19
investors 25:2,11
invisible 54:12
invitation 26:12
invited 5:10
inviting 25:21
island 14:12,14
  16:12
isolating 34:25
issue 4:4,7 5:20 6:10
  6:21 7:8 8:12 10:23
  15:7 22:16 24:19,20
  24:22 29:13 33:9
issued 9:23 13:6
  23:24

issuers 13:6
issues 3:4,5,7 4:8
  7:8 23:5 52:10
  54:25
it'll 13:21
itunes 12:19 23:13

j

jane 37:17
january 41:13
jehadi 40:1
jim 2:5 55:8
job 1:25 16:12 34:10
  54:18
join 8:24 37:16
jokes 2:3
journal 49:14
june 1:8 8:17 21:20
  21:21 57:11
juries 3:12
justice 16:6,13

k

kamala 24:24
keep 7:16 13:7,7
  38:12
keeping 20:14
kelly 3:16
kelly's 3:16
ken 2:6
key 15:18
kick 10:17
kid 19:14 28:8
kids 19:17 20:20
killed 36:8
killer 27:22
kilmartin 14:13
kind 2:13 3:3,15
  19:15,18,22 28:18
  36:13,21 38:20
  40:25 41:7 46:25
  50:24 55:9
kinds 47:10,24 53:8
knew 15:15,15
  31:14 32:20

**know** 2:25 3:4 4:10
4:14,15,15,17,21,23
5:8,12,21,23 6:10
6:14,18,20 7:7,8,14
7:19,21 8:4,5,7,9
9:3,10,17 10:1,2,23
11:2,6,9,11,13,15,25
13:1,4,8,15,22 14:6
14:7,22 15:1,2,25
16:3 17:10,11,21,22
18:23 19:6,11,12
20:15,19,21 22:13
22:24,25 23:4,10,12
23:17,20 24:6,7
25:1,14,16,25 26:13
31:14 33:1,2 36:12
38:24 39:1 40:4
41:7 42:22 43:22
45:9 46:8 47:20
48:20 49:12 50:24
54:6
**known** 44:11
**knows** 20:3,4 38:14
44:7

---

**l**

**l** 2:18
**lab** 3:17 16:14 17:13
**land** 45:9
**landing** 37:13
**laptops** 8:24
**larry** 25:21 36:25
37:21
**lastly** 25:18
**laughter** 5:16 51:7
**launch** 45:20
**laundry** 46:8
**law** 4:12 15:13
23:24 33:5 53:2
**lawful** 47:1
**lawyer** 8:4 32:18
51:8
**lawyered** 8:5
**lawyers** 8:6

**lead** 15:1,19
**leading** 56:1
**learner** 38:11
**leave** 54:19
**led** 49:11
**left** 52:14
**legal** 23:5 29:4
**legislative** 53:5
**legitimate** 12:19
23:12 25:13 29:9
41:1,17,18 45:14,20
**lengthy** 25:25
**letter** 6:3,5,9,13,17
6:19,20 7:5,7,9,11
7:15,23,24 8:3,8,17
9:24 25:20 36:25
37:21 44:24
**letters** 2:14 8:20
9:20 24:21,23
**level** 40:10 48:8,20
**levis** 44:23
**liability** 53:21
**liable** 52:25,25
**liberty** 46:10
**license** 32:25 33:7
**likelihood** 48:13
**likes** 38:12
**line** 5:18 7:3 49:15
51:3
**link** 43:15,15
**links** 37:1 43:14
**list** 20:5 45:3,3 46:8
47:3,8,9,12 49:12
**lists** 18:13
**literally** 9:9
**litigation** 8:7,17
9:24 10:22 24:21,23
49:22
**little** 2:25 9:10 12:5
16:5 18:25 26:16
32:16 34:12 35:16
38:5 40:23 41:13
47:20 53:25
**live** 3:21,25 18:16
20:18

**lives** 38:9
**loaned** 49:19
**located** 24:25
**long** 40:20
**look** 10:6 12:2 16:13
24:9 26:14 29:24
30:20 35:6 37:9
38:24 40:5 41:22
48:22
**looked** 29:13,22
30:23
**looking** 4:4 14:21
27:6 46:25 48:2
**looks** 34:15 41:8,17
**lot** 4:9,11,12 13:3,21
14:7 16:5 25:14
27:1 31:22 34:11
36:10 40:17 42:1
44:23 51:12,14
**louie** 2:11
**love** 43:19 51:6
**loves** 38:12
**lower** 45:18
**lucky** 48:11

---

**m**

**mafia** 26:22
**magic** 48:22 53:23
**main** 35:19
**major** 41:6 43:20,20
43:22,24
**making** 2:13 9:16
19:10 23:18 44:4,11
**maloney** 36:24
37:19,20
**managing** 2:18
**manipulated** 8:14
24:10
**manner** 54:25
**map** 38:17
**march** 32:5
**margins** 9:16
**marijuana** 30:3
32:2

**market** 4:21,22 7:19
7:21 37:12 51:25
**marsha** 36:23
**martha** 3:16
**marty** 23:18
**maryland** 3:17
**massachusetts** 3:18
51:11
**material** 46:25 50:4
54:1
**materials** 6:19
15:11 29:23
**matter** 47:18 50:5,6
50:10
**mazda** 40:5,6
**mckenna** 56:1
**mcpherson** 8:2
**mean** 7:19 9:9 12:19
19:10 20:9,17 22:8
22:10
**measure** 36:15
**media** 25:18,19,22
25:23,23 41:2
**medium** 23:15
**meeting** 1:7 5:6
24:20 36:23 52:2
**mega** 42:23,23,25
**members** 36:24
38:23 39:10
**mention** 9:20 54:13
**mentioned** 23:18
25:12 29:16 33:17
43:2
**meshed** 54:24
**mess** 48:7,9 50:1
**message** 10:15
**microsoft** 7:20
**migration** 29:17
**milligram** 27:24
**million** 5:1 13:11
25:6 29:15 43:3,11
**mind** 37:8 38:21
48:23
**minds** 35:7,10

| | | | |
|---|---|---|---|
| **minor**  43:23,23 | **mystery**  44:18 | **o** | **oops**  39:7 |
| **minute**  11:13 16:4 | **n** | **o**  8:25 57:1 | **open**  22:24 |
|   24:5 30:7 | **n**  57:1 | **objectionable**  54:14 | **opens**  36:13 |
| **minutes**  55:5 56:11 | **naag**  2:6 36:23 52:3 | **obtains**  45:9 | **operates**  26:22 |
| **mississippi**  2:3,5 | **name**  48:3 | **obviously**  11:18 | **order**  27:18,20 |
|   25:3,7 | **name's**  35:13 |   29:19 41:12 |   28:12,14 |
| **mistaken**  43:21 | **names**  13:7 | **occurred**  2:14 4:19 | **orders**  27:21 |
| **mobile**  4:21 | **narrator**  27:20 28:6 |   8:20 14:13 | **original**  46:23 |
| **model**  35:20 |   28:10 29:1 38:8 | **occurring**  48:14 | **originally**  18:3 |
| **moderate**  2:7 | **national**  1:6 26:11 | **occurs**  36:17 | **orphan**  36:8 |
| **modern**  38:10 | **nature**  3:24 7:1 8:7 | **offer**  45:14 | **ought**  20:4 |
| **modification**  48:1 | **near**  47:13 50:9 | **offered**  31:21 | **outcome**  28:17 |
| **mole**  43:17 | **need**  21:5 22:20 | **offering**  32:1 | **outlines**  55:9 |
| **mom**  51:15 |   33:3 48:1 | **offerings**  32:25 | **outside**  13:14 56:5,6 |
| **monetize**  30:12 | **needed**  39:12,13 | **offers**  52:17 |   56:8 |
| **monetized**  40:3 | **negotiation**  40:14 | **office**  3:19 14:12 | **owned**  9:14 |
| **money**  5:9 7:12 9:17 | **neighborhood**  34:13 |   38:10 | **owns**  7:20 |
|   19:10 26:25 37:2 |   34:14,17 | **offshore**  15:20,23 | **oxy**  6:12 8:25 |
|   42:2,2 44:1,4,5,7,9 | **network**  9:23 36:5 | **oftentimes**  14:2 | **oxycodone**  6:11 |
|   44:10,10,15,16,17 |   41:5,22 42:6,8,19 |   31:16 33:25 |   16:19,21 18:9 |
|   46:20,21 49:20 |   42:20 | **oh**  6:23 17:8,10 22:5 | **oxycontin**  13:25 |
| **monitoring**  9:22 | **networks**  41:3 | **okay**  5:15 14:20 |   30:1 49:5 |
|   14:17,18 | **nevada**  25:7 |   15:5 17:9 18:7 19:4 | **p** |
| **month**  43:3,10,11 | **never**  14:1 16:20 |   21:10 27:23 28:25 | **page**  6:20 9:11 |
|   47:19 50:10 |   51:15 |   29:3 55:4,14,17,18 |   12:19 25:21 36:25 |
| **months**  11:9,21 30:5 | **new**  13:7 32:5 44:4 |   55:21 |   37:13,21 |
|   32:6 35:4 | **newtown**  26:24 | **old**  3:20,22 8:4 | **paid**  5:1 13:11 37:1 |
| **morning**  7:5 10:14 | **nicole**  38:9,9,15 |   18:19 19:12 20:10 |   39:2 |
|   23:15,19 38:10 |   57:3 |   27:10,21 28:6,14 | **pain**  27:22 31:13 |
| **mortgage**  48:1 | **non**  4:25 5:4 13:10 | **once**  24:2 |   32:3 |
| **mothers**  40:20 |   14:9 15:10 16:1,10 | **ones**  4:24 5:9 12:4 | **painkiller**  28:14 |
| **motion**  20:14 44:12 |   18:1,3,6,24 |   20:21 51:16 | **painkillers**  27:20 |
| **motors**  44:23 | **nope**  2:3 | **online**  1:9 2:4 3:21 | **panel**  2:10,16 7:4 |
| **mou**  23:8 26:1 | **note**  29:3 |   3:23 5:22,24 6:14 |   8:1,9 25:21 39:6 |
| **move**  21:6 | **noticed**  9:6 |   6:24 8:23,25 9:8,12 |   46:7 54:17,23,25 |
| **moved**  29:15 | **notices**  7:22 12:8,12 |   10:4,7 11:16,17 |   55:22 |
| **movie**  20:8,13 |   12:23 22:25 23:2 |   16:7,21 17:12 19:13 | **panelists**  16:18 21:6 |
| **movies**  3:22 11:24 |   43:3,7,13 |   19:20,24 20:3,4,13 |   23:15 26:6 |
| **moving**  13:10 | **notify**  16:6 34:24 |   20:24 21:2,14 22:7 | **parade**  36:21 |
| **mp3**  12:11,13 23:1 | **november**  5:6 8:11 |   22:14 25:15 26:20 | **parents**  36:8 |
| **mp3crank**  44:11 |   10:11 |   27:4,8,10 28:13,15 | **part**  8:9,9 9:15 |
| **multiple**  52:11 | **number**  11:15 12:9 |   29:7 30:19 31:9,12 |   13:18 14:14 21:17 |
| **music**  11:24 12:14 |   12:10 14:5 28:7 |   31:12,17 38:16 43:7 |   22:1 37:16 40:18 |
|   41:11 |   39:23 43:9 | |   43:19 44:22 48:15 |

participating 46:6
particular 39:10,12
  53:16
particularly 24:24
  32:13 40:20 49:13
parties 26:3
partner 2:18
partners 30:17 40:3
parts 3:24
party 9:21,24 14:17
  14:17 24:9
passed 50:11 52:24
passport 32:14,15
  32:22 35:2
passports 31:1
  32:25
paying 44:8 49:25
payment 5:8 7:11
  28:18 44:2
people 5:25 6:15
  9:17 11:15,16 16:9
  30:13 36:2 44:4
people's 46:14
pepsi 41:12 51:19
  51:21
percent 4:21,22 7:19
  7:20 12:10 51:25
percocet 27:18,22
  28:6 29:5 30:1 31:9
  31:11,15
performance 50:7
permanent 33:19
person 19:12 20:12
  36:7
personally 47:11
peter 14:12
pharmaceutical 5:3
  9:22 48:11
pharmacies 13:13
  13:14 15:16,16,20
  27:8,11,12 28:13
  29:14 30:15 48:15
pharmacy 14:19
  15:23 27:16,16,23
  27:25 28:3,15,18,22

28:25 29:9 31:13
phone 27:11
phrase 7:2
physician 28:7
pick 51:22
picture 20:14 44:12
pieces 49:10,21
piracy 35:18,24
  40:24 43:1
pirate 41:2,4 42:5,7
  42:9,10,18 43:21,23
  43:24 45:13
pirated 1:10 12:14
pirates 45:17,18
pirating 8:16
place 26:20 50:3,12
  51:1,5,5
placed 46:16 50:22
  51:1,4,6
places 34:7 46:13
  51:1,4,5 54:7
placing 54:12
platform 9:15
platforms 40:12
  46:22
play 38:5
player 37:12
please 27:19
pleasure 38:8
point 3:13 10:22
  12:12 16:17 23:14
  24:12 26:1 27:2
  29:11 30:13 37:23
  39:5,8 53:10
pointed 6:6,9,12
pointedly 5:11
points 35:19
political 37:18
pop 8:16 35:15
  51:15
pops 18:14
popular 29:16,20
  34:8
populating 13:7

popups 54:13
porn 11:21
pornography 11:5
pose 11:16 26:14
posed 26:20
position 10:21 23:5
possible 2:22 3:14
poster 54:18
posting 35:22
potential 27:4
potentially 26:14
power 54:4
powered 10:5
powerful 27:22
practice 3:12 51:11
practices 23:10 36:6
  45:22 48:5
praise 48:19
predecessors 4:6
predictability 48:8
predicted 49:2
prepared 54:16
prescription 1:10
  5:17,19,22,24,24
  6:10,14,22,24 7:1
  7:14 9:1,7,8,13,13
  10:9 11:11,11,17,18
  11:22 13:11,12,20
  13:22 14:7 16:22,24
  17:11,12 18:10
  19:13 20:24,25 21:3
  21:3,25 22:9,9,11
  22:12 27:13,22 28:1
  28:2,4,16 30:2 35:2
  49:6
prescriptions 5:3
  10:8
present 38:8
presentation 33:12
  51:14
presented 37:10
  48:6
presenting 3:25
preserve 8:18

president 34:12,14
  34:16
press 25:22 31:19
  34:21 37:6
preteens 29:17
  30:21 34:8
pretty 25:4 39:4,16
  43:8 44:24 49:23
  51:13 54:8
prevents 42:14
priced 41:5
prices 45:18
primarily 13:12
  24:25
priority 15:19 26:14
privilege 46:6
probably 12:12
  23:24 32:11 39:5,23
  43:1,17 53:8
problem 17:22 28:3
  28:5 33:21 35:3
  36:9,12 39:16 48:16
  48:16 51:23 52:4,5
  52:25 53:12,13
problems 47:22
  48:18 53:9,9
proceedings 49:19
  57:4
process 5:9 25:25
  45:5
processors 5:8 7:11
  44:2
produce 22:23
producer 30:10,14
  33:7,9
producers 31:23
product 46:24,24
  48:11
professional 38:11
professor 2:20
professors 10:13
profit 30:9 31:4
  35:21
profited 14:13 24:11

profiting 30:6 33:15
profits 37:7 46:12
  46:19
program 48:8
programs 48:6
promise 53:20
promised 53:17
promising 47:18,19
promoted 33:8
promotes 34:4
promoting 25:9
  29:25 30:2,18,25
  31:25 36:25 38:5
  39:21 46:16
promotional 38:3
  38:21
proof 48:20 50:13
propaganda 40:1
proper 49:6
properties 43:5
property 1:9 2:2,12
  2:23 3:5 5:7 6:4
  11:3 24:16 46:2
prosecution 5:1,4
  13:10 14:9 15:10,10
  16:1,10 18:1,3,6,24
  23:21
prosecutions 10:18
  16:2
prosecutor 3:8
prostitute 32:8,12
prostitution 30:25
  39:22
protect 19:21
protecting 26:4
  35:17
protection 19:21
  29:10
protections 7:4
prove 54:1
provide 50:4
provider 52:18
providers 11:4 23:9
  42:8

psd 33:7
public 4:8 25:4 54:2
publications 19:19
publicity 34:10
publicized 33:17
publish 15:5
publisher 41:24
  52:19,20
pull 5:13 25:16
pulled 17:25,25
punch 6:11,12 8:25
  11:20,23 16:21
punched 18:8
punching 20:1
purchase 5:24 7:14
  9:7,13 16:19 17:10
  17:11 18:25 21:19
  23:13 29:4,5,8,25
  30:2 41:1
purchased 27:8
purchaser's 15:2
purchases 19:24
  21:20
purchasing 6:22
  15:16
push 10:23 12:18,18
put 15:21 20:20
  30:10,11 44:14 45:2
  48:23
putting 50:12

**q**

quality 32:1 50:13
quantities 36:7
quarter 56:12
queries 11:15,17
  20:20
query 11:23 18:8
question 6:3,18
  13:25 33:19 51:20
  55:2
questions 5:11 6:6
  7:16 25:20,24 36:11
  55:5,7

quick 38:11
quickly 16:17,18
quite 3:6 52:1

**r**

r 20:15 57:1
raise 20:13 23:21
  24:1 26:19 27:7
raised 5:20 33:8
  52:11
raising 26:22
ran 12:6 14:1 19:12
  19:14 31:3,15
rape 30:4 34:4
reaction 36:10
  37:18,20
read 15:11 52:23,24
reading 7:23
ready 2:8
real 20:7 29:7 36:19
  43:8
realize 29:14 36:1
  36:21 41:25
realized 30:23
really 23:25 34:6
  36:14 39:15 40:13
  44:18 45:4 48:21
  52:20 54:23
reason 48:13,19
reasons 29:4 40:8
  42:11
received 8:3 12:11
  12:12 43:10
receives 43:2
reception 56:2,10
recognize 37:3
  48:24 49:5
reconvene 56:13
record 52:24 57:4
recording 12:4,13
records 53:25
recruit 37:24
red 5:18 17:4,5
redstate 37:7 39:11

refunds 40:17
refuse 12:24
regularly 54:11
rejected 37:9
relatively 32:5
relevant 31:16
relief 32:3
remain 30:4
remarkable 49:4,21
  50:18 51:23
remarks 52:23
remedy 24:14,15
remember 45:13
  49:13
remove 10:18 23:25
removed 18:17
  37:22 38:22
replacement 36:2
repopulate 34:23
  35:3
repopulated 43:14
report 22:23 43:6
reported 17:5
reports 16:15 17:13
representative
  37:19
representatives 52:2
requests 54:2
required 49:6
reseller 41:5
residency 33:3
respond 6:21 10:12
responded 7:10,23
  13:3
responding 8:1
response 6:16 7:6,11
  14:2 43:18
rest 26:2 54:17
result 9:19 12:2,10
  32:9,10
results 12:21 13:15
  13:17,22 16:23
  18:11 23:11 32:12
  39:19 40:22

retirement  25:4,8
revenue  30:14
reviewing  35:1
revisions  50:18
rewrite  53:4
rhode  14:12,14
  16:12
riaa  12:8
rico  41:8
rid  34:24
right  2:1 3:13 13:8
  13:19 17:2,17,20
  20:1,2 21:2,2,15,18
  21:18 22:6 27:24
  31:13 32:2 34:1
  38:4,20,24,25 39:15
  41:19 42:24 43:16
  45:17 50:5 51:3
  55:1,12,19 56:5,6,8
rights  5:7 6:7 13:1
ring  47:18
riot  22:12
rise  53:20
roam  8:5
rob  56:1
robot  54:6,8,15
rogue  12:7,13 13:4
  15:19 17:6 27:8,10
  28:12 29:14 30:15
  31:12
roll  16:16 27:14
roof  25:5
room  37:3
routinely  35:23,23
rudimentary  33:25
rule  19:19
rumblings  50:16
run  3:14 31:3,16
  33:24 34:2 40:20
running  22:2 30:6
  30:13 32:17 49:3,3

s

safeguards  29:10

safer  26:20
safety  4:8 26:13
  28:11
sale  14:13 19:10
sales  5:3
salts  19:6,7,9
sampling  47:14
  49:10
santa  10:13
saw  40:18 41:11,14
  50:16,16 51:13
saying  10:15,16
  11:6 24:18 34:5
says  6:13 9:1 15:4
  17:16 35:1 42:4,7
  44:1 49:25 50:25
scam  14:8
scammers  26:24
scams  14:4 26:23
schedule  56:11
scheme  15:23 17:24
schmidt  43:25
school  2:20 3:20
scope  48:18
screen  31:9,11 41:13
  53:17
screening  14:21,22
  15:5,22
scrubbed  33:18
search  3:8 4:20,22
  4:23 6:7 7:17 12:2
  12:10,21 13:5,9,15
  13:17,22 16:23
  22:14 23:11 26:2
  27:10 32:8,9,10,12
  34:25 35:24 39:17
  39:19 41:6 42:17,20
  43:3,16 46:24 51:20
searched  51:18
searches  8:15 12:6
  41:6
searching  54:7
second  8:23 17:5
  25:1 33:23 55:20

secrets  24:6
section  7:4 10:14,16
  16:1 19:20 22:13
  23:22 47:12 50:20
  50:22
see  5:18 6:19 9:15
  10:2,7 12:4 13:21
  13:23 15:7 17:1
  21:17 23:17 24:6,7
  24:10 31:9,11 34:1
  34:19 35:2 38:18
  39:14 50:25 53:23
  53:24
seeing  24:3 25:24
  29:8
seek  52:2,3
seen  19:25 34:23
  42:18
self  35:9
sell  12:14 14:24,25
  15:1 42:7
selling  13:11,13
  14:23 15:14
send  14:2 16:13
sense  41:23 42:25
sent  6:1 7:6,9 8:17
  10:12 12:8 25:20
  36:24 37:21 43:13
  52:2
separate  48:19
separated  42:2
separately  46:18
  47:10
september  37:5
series  8:20 9:20
seriously  50:3
seriousness  49:2
serve  42:5,10
served  41:4,20
  44:15
service  11:4 23:9
  39:4,6 50:7 52:18
services  46:13 48:1
session  2:1

set  46:18
settlement  29:15
seuss  51:3
seven  47:15
sex  37:7,16,25 39:19
  40:17
shape  34:8
share  51:25
shares  28:16
shield  10:20
shop  40:25
shopping  38:12
shops  51:15
shores  14:20
short  27:9 29:4
shot  31:9,11 48:22
  49:9
show  3:21 5:13 8:14
  9:10 13:22 16:4,5
  16:14 27:9 31:4,5
  33:23 39:24 40:7,8
  41:14 54:15
showed  9:7 26:24
  30:7 32:10 51:19
  53:9
showing  23:1
shown  17:4 39:3
  48:18
shows  5:19 27:9
  33:13 34:1
sic  41:24
side  11:6 21:19
  32:17 37:18
sign  23:19 42:13
signed  14:11 18:3,6
  26:1
similar  15:8
simple  34:25
single  48:10
sir  21:1
sit  19:17 20:19
  24:14
site  6:15 12:13 15:1
  15:2 17:6 18:2,12
  18:16,18 23:1 29:16

29:19,20,21 31:23
32:23 33:6,6 34:4
39:22 41:11,11,17
41:22 42:9 45:2,15
47:15
**sites** 8:16 12:2,7,7
12:19,21,23 13:4,21
13:23 15:3,19 16:23
17:4 23:12 25:24
26:14 31:25 34:8
41:2,4 42:5,7,10,16
42:18 43:13,21,23
43:24 45:14,14 46:1
46:14,15,17 50:3
**sitting** 11:5 20:18
**skip** 22:2,3,20
**skull** 12:11 23:1
**slide** 5:13 8:23
22:21
**slides** 3:25 9:10 16:4
16:5,15,16 19:8
21:5 35:14,14
**slow** 2:25
**small** 48:2,15 49:21
51:13,24
**smart** 15:20,24 49:8
**sold** 22:10
**sole** 49:15
**solve** 33:21
**solved** 53:13
**somebody** 5:22
22:10 28:8
**somebody's** 19:15
**somewhat** 9:25 47:4
**songs** 12:6
**soon** 24:20
**sort** 4:5,25 7:6 36:7
36:14 40:11 48:2
49:7 51:3
**sorts** 49:16 54:13
**sound** 44:12,15 52:1
**sounds** 41:8 51:3
**source** 43:20,22,23
53:24

**speaker** 17:16,18
19:2 21:1,8,12,16
21:24 22:4,19 52:19
55:3,8,14,17,20,21
55:22 56:6,8
**speakers** 55:9
**speaking** 11:6 24:17
48:4
**special** 3:15 41:10
**specify** 39:12
**spectrum** 37:18
**speed** 2:14
**spelled** 15:9
**spice** 21:9,11,20
**split** 30:14
**spoke** 10:14
**sponsored** 35:18
40:23
**spot** 35:4
**spotify** 45:15
**spyware** 54:12
**squadding** 54:13
**squirrel** 48:25 49:3
**stake** 51:16
**stand** 31:8
**standard** 50:19
**standards** 36:5
45:21
**standpoint** 30:16
**stands** 40:18
**start** 24:2 27:5
34:23 50:4 55:25
**started** 5:10 9:25
25:22,24 27:6 30:19
47:12
**starting** 56:12
**starts** 34:17 42:3,3
44:16
**state** 14:12,14 16:2
23:24 24:1 25:7,7,8
25:10
**statement** 53:16
**states** 13:14 14:11
16:3 23:20 52:11

**stations** 19:11
**statistics** 7:16
**statute** 52:24 53:3
53:11
**statutes** 53:10
**steal** 14:6 19:15
**stealing** 44:5
**steer** 11:10
**step** 25:11,15 32:15
32:15
**stepping** 7:3
**steps** 18:19 49:24
**stock** 25:6,8
**stonewall** 52:6,7
**stoning** 36:14
**stop** 7:13 13:13,15
13:18 15:25 25:2
36:25
**stopped** 29:4
**store** 37:9,11 39:14
**straight** 3:13 11:2
**strange** 40:2
**strangely** 44:13
**strategy** 54:4
**street** 49:14
**striking** 46:8 49:13
**struck** 47:10
**stuff** 17:22 18:19
33:14 39:15
**style** 36:5
**subject** 26:17 50:5,6
**subpoenas** 8:13
**successful** 24:4
49:23
**sue** 50:8
**suggest** 5:21 10:24
24:15,18,22 49:23
**suggested** 17:2
**suggesting** 6:14 7:13
8:11
**suggestion** 5:25 7:3
43:19
**suit** 51:15 52:14
**summarize** 45:21

**summer** 1:7
**super** 41:14
**support** 53:3
**supported** 45:15
46:1
**supporting** 35:24
46:2
**suppose** 10:1
**supposed** 6:21 14:18
18:16 20:3,4 55:1
**suppresses** 45:19
**sure** 3:7 29:21 39:5
41:19 55:3
**surfaced** 37:6
**survey** 12:5
**suspect** 24:2 49:11
**suspected** 48:21
**switch** 19:25
**sword** 10:20 22:14
22:15
**syndicate** 46:15
**syndicates** 46:13
**system** 11:7 14:25
15:22 25:4
**systematic** 33:20
**systemic** 34:18
**systems** 25:8

| t |
|---|

**t** 57:1,1
**table** 5:9 23:7
**take** 4:9 7:17,21
8:20 11:1 12:24
18:1,7,19,19 23:3
25:16,25 34:13
36:17,20 40:11
41:21 43:3 45:18
49:1 55:2,4,7,24
56:11,13
**taken** 2:24 3:6 9:8
10:21 11:19 12:14
39:13,13 43:10 54:3
**takes** 40:19 45:4
**talk** 16:23 26:17
27:3 30:7 35:16

40:12,23 42:15
**talked** 46:9
**talking** 4:15,20 13:8
  34:6 47:11
**tan** 21:18
**target** 32:10,11
**tax** 41:15
**teen** 28:10 29:4
  39:17,20,21,24
**teens** 27:6 29:12,13
  29:17 30:20,21 34:8
**television** 19:19
  36:3 40:15
**televisions** 36:4
**tell** 17:24 41:20
  44:21 45:2
**telling** 19:14 22:6,8
**tells** 9:12 22:25
  33:11 43:25 44:24
  50:21
**tempting** 54:15
**ten** 31:18 33:9,18
  34:21 35:4 51:24,24
**tens** 43:12
**tenth** 3:11
**term** 17:3 40:24
**terms** 4:12,13 12:16
  35:1 39:4 50:19
  52:12
**terrorist** 33:4
**test** 21:23
**tested** 29:6
**thank** 26:9,10,10
  31:10 35:11 45:1
  46:3 55:22
**thanks** 46:5 53:13
  54:20
**theaters** 3:23 20:2,5
  20:12,15
**theft** 2:12,23 3:5 5:7
  6:4 11:3 24:16 27:1
  31:1 46:2
**theirs** 7:6
**they've** 9:1

**thief** 44:11,17
**thing** 5:15 8:3 15:11
  18:21 25:1 31:12
  33:19 45:13 49:16
  50:24
**things** 3:23 4:14 8:7
  13:16 15:12 18:13
  19:16 20:16,20 28:7
  29:11,23 30:22,25
  33:16 35:8,8 42:5
  55:24
**think** 2:23 6:18 7:3
  8:13 9:3 10:13,23
  10:24 12:9 15:7
  16:6 19:21 20:19
  21:5 22:10 23:5,16
  23:23 24:8 25:6,19
  25:25 27:20 31:5
  35:6 39:4,8,16
  40:12,16 41:17,25
  42:2,15 47:3 50:1
  51:8,25 53:2,22,25
  54:3,24 55:23
**thinking** 49:24 52:9
  54:5
**third** 9:21,24 14:17
  14:17 24:8 29:19
**thirds** 9:6
**thoroughly** 48:17
**thought** 18:23 26:25
  47:16 52:21 53:12
**thousand** 31:19
**thousands** 43:12,12
  54:11
**threatened** 8:7
**three** 10:10 18:18
  34:3 35:18 41:18
  46:11 49:14
**threw** 42:1
**tie** 39:17,20,24
**tied** 39:21
**time** 3:6 4:18 12:10
  15:20 16:5 22:2
  26:5 33:12 36:18,18
  38:14,16 39:6 43:8

46:6 48:10 51:20
  54:22
**title** 49:6
**tobacco** 4:7
**today** 2:10 3:15,20
  10:7 26:17 27:4
  33:21 35:16 52:1
**told** 8:8 42:23
**tom** 2:16 22:1 26:7
  38:25
**tom's** 26:7
**tones** 47:18
**top** 12:5,20 23:12
  47:2,8,12 50:13
**total** 43:9
**totally** 51:19
**touch** 11:14
**tough** 34:10
**tour** 34:14
**tourist** 39:19
**track** 44:12,15
**trade** 24:6 51:10
**traffic** 41:6 42:2,16
  42:19 46:1
**trafficking** 36:22
  37:1,2,8,25 40:18
**tragedy** 26:24
**tramadol** 18:8 29:5
  30:1
**transcript** 57:3
**transparency** 22:22
  43:6
**transparent** 22:24
**treat** 51:17
**treated** 52:19
**tremendous** 9:18
**trick** 18:25
**tried** 2:15 32:3
  39:17,25
**troubled** 34:13
**troubling** 32:14
**true** 11:18 57:4
**truly** 24:9
**truth** 44:19

**try** 2:10,21 3:6,13
  4:17 10:16,18 11:10
  14:2,5,6 15:13
  16:17 22:16 23:10
  23:25 24:1 26:3
  31:16
**trying** 5:23 20:19
  22:15 26:19 27:2,7
  32:24 33:5 45:11
  46:10 49:12
**turbo** 41:15
**turn** 26:5
**turned** 29:7 30:19
**tv** 19:11 22:10,11
  36:5
**twins** 54:10
**two** 2:2 9:6 11:8,9
  13:16 16:22 29:6
  34:3 38:23 39:10
  46:11 55:9
**type** 5:17 15:8 23:22
  24:3 28:23
**types** 31:22 32:4
**typo** 54:13

                    **u**

**u.s.** 14:20 16:11
**uh** 3:2
**ultimately** 36:3
**unchained** 20:10,10
  22:18 23:1
**underage** 32:8,12
**underlying** 53:13
**understand** 3:7 4:11
  4:16,18 34:10 41:16
  44:18
**underused** 53:8
**unfair** 51:10
**unfortunately** 32:7
  33:14,15 34:19
**unholy** 41:7
**unidentified** 17:16
  17:18 19:2 21:1,8
  21:12,16,24 22:4,19
  55:3,8,14,17,20,21

55:22 56:6,8
**united** 13:14 14:11
**unlawful** 46:16,17
  46:23 50:4 52:16
  53:17,17,18 54:14
**unreasonable** 53:25
**update** 2:10
**updates** 43:8
**upload** 36:6
**uploaded** 36:18
**urls** 43:9
**usa** 32:15
**use** 4:14 10:19,20
  14:3 17:3 22:15
  23:10 28:19,22
  34:12 40:25 46:22
**user** 36:9 50:25
**users** 36:6 41:6
  42:17 49:20
**utah** 33:11
**utility** 33:1,2,2,11
  33:11
**utoopi** 37:6,8,24
  38:3

**v**

**valuable** 42:17
**variety** 47:10
**various** 26:23
**vast** 36:6
**vein** 46:19 47:22
**verizon** 41:15
**version** 20:11
**versus** 47:2 49:3
**viagra** 17:10,12,12
  17:13,14,15,16,19
**victims** 27:1
**video** 9:12,15 22:7
  27:9,14,15 29:2
  30:10,10,11,12,14
  31:14,17,21,23
  32:19,23 33:7,9,10
  33:23 35:1 36:16,18
  38:3,7,19,22 39:3
  39:12,21,24 40:7

42:23,25 49:7
**videos** 9:7,18 19:24
  20:9 29:25 30:2,4,6
  30:25 31:3,20 33:22
  33:25 34:11,20,22
  36:7,10,12 39:19
  40:3,8,17 45:24
**view** 9:17 36:2 39:8
**views** 32:16
**violate** 18:23
**violates** 16:10 39:4
**violation** 53:14
**violations** 7:22
**violent** 20:11
**virginia** 2:6
**virtual** 36:13
**visa** 5:8 28:24,25
**visited** 29:19
**volume** 30:21
**vulnerable** 47:25

**w**

**wait** 11:13 22:5 24:5
**wall** 49:13
**want** 10:1,2 16:3
  20:6 25:8 29:24
  30:11 31:24 32:11
  40:11 44:21 45:6,10
  49:23 51:22 55:2
**wanted** 29:11 55:12
**wants** 30:9
**watch** 19:24 20:1,6
  20:13,17 27:21
  28:13
**watchdog** 28:11
**watched** 20:11
**watching** 20:10
**way** 3:12 9:14 24:4
  31:10 34:24 41:25
  52:4,5 54:23
**ways** 10:24 22:16
  31:25 32:20 33:13
  51:16
**we've** 8:11 9:25
  10:11 19:6 25:5

26:21 27:1 34:23
  42:18 44:22 47:11
  54:14,18,22
**web** 15:3 16:23
  18:18 26:14 29:16
  31:23,25 32:23 33:5
  33:6 34:4 35:24
  39:22 47:15
**week** 18:20 43:10
**weeks** 11:8
**welcome** 8:24 44:21
**went** 10:4 11:8 17:8
  27:10 31:17 51:18
  54:25
**whack** 43:16
**widespread** 47:17
**win** 40:20
**windows** 54:12
**winzip** 47:20,21,21
**wives** 40:20
**wizard** 24:7
**wondering** 55:8
**word** 6:12,24,25
  15:1 41:21
**words** 10:9 14:18,22
  14:24,25 15:14,17
  15:18,21 50:18
**work** 3:6,21 4:2,9
  8:10 10:2 12:24
  25:10 26:21 27:1,5
**worked** 2:7
**working** 28:10 54:8
**works** 38:10 51:2
  54:8
**worried** 6:25
**worth** 25:6 49:24
  54:5
**write** 28:4
**wrong** 37:15 50:12
**wrote** 6:3,5,9 7:5,24
  14:10

**x**

**x** 8:25

**y**

**y** 8:25
**yahoo** 10:4 50:11,15
**yawn** 57:3
**yeah** 17:10 22:5,18
**year** 3:11,22 6:5
  19:12 20:10 21:21
  26:21 27:10,21 28:6
  28:14 30:5 32:16
  36:23 37:5
**years** 2:24,24 3:10
  3:20 47:15 49:14
**yesterday** 9:21,24
  12:5
**young** 19:12 20:12
  29:20
**younger** 38:1
**youtube** 9:9,12,14
  21:25 22:1,8 27:6
  29:17,18 30:4,10,11
  30:22,24 31:3,20
  33:13,15,18,22 34:7
  34:11,19,22 35:3,10
  35:17,20,23 36:2,5
  36:6,9,11,16,23
  38:2,4 39:12,18
  40:2,15 43:4 45:23
**youtube's** 39:4