



Office of the
Attorney General
State of Mississippi

Jim Hood
Attorney General

# Google:

## Guiding Consumers Down Illegal Paths

Neiman Decl.
Ex. 10

# Google AutoComplete

# AutoComplete Removals

- **GOOGLE Says it will remove:**

  - HATE, VIOLENT SPEECH

  - PERSONAL IDENTIFIERS, e.g., SS#, personal addresses

  - PORN, ADULT CONTENT

  - PIRACY TERMS, e.g., Bittorrent

  - RELIGIOUS identities but not Nationalities, e.g., Muslims not Syrians

  - BY COURT ORDER, e.g., Italian and French suits for defamation

+You Search Images Maps Play YouTube News Gmail Drive Calendar More

Google

prescription drugs online

prescription drugs **online**
prescription drugs **online no prescription**
prescription drugs on **plane**
prescription drugs on **airlines**

First autocomplete suggestion directs user to illegal websites

Ads related to **prescription drugs online**

Walgreens **Online** Pharmacy
www.walgreens.com/Pharmacy
America's Trusted Pharmacy Serving Your Needs For Prescriptions & More
Walgreens has 2,673 followers on Google+

Online Express Refills
Transfer Prescriptions
Get Our Mobile App
Join Balance™ Rewards

Walmart $4 Prescriptions - Only $4 for a 30-Day Supply
www.walmart.com/ - 95 seller reviews
Walmart - Save money. Live better.

Save up to 75% on Rx Cost
www.helprx.info/
Same **Drugs** - for a lot less At your Pharmacy

Buy **Online Prescription Drugs** from Canada - CanadaDrugs.com
www.canada**drugs**.com/**prescription**/
Buy **online prescription drugs** from Canada from CanadaDrugs.com, an authorized Canadian pharmacy offering discount **prescription drugs**.
Discount Prescription Drugs - V - Discount Prescription Drugs - P - Clopidogrel

# Oxycodone Purchase

oxycodone online

oxycodone online

oxycodone online **sales**

oxycodone online **pharmacy**

oxycodone online **pharmacy no prescription**

Autocomplete suggests "no prescription"

Ad related to **oxycodone online**

Official Physician Site
www.ivanalgesia.com/
Find Info On An IV Pain Treatment and Review Clinical Trials

Buy **Oxycodone Online**
www.buy**oxycodone-online**.com/
Buy **Oxycodone online** cheap prescription medication from licensed online pharmacy.

Can i buy **oxycodone online**? - Yahoo! Answers
answers.yahoo.com › ... › General Health Care › Pain & Pain Management
Jun 5, 2010 – If you know where to look and possibly know the right people, then it's possible -- it does surface **online** from time to time as being for sale in ...



Google oxycodone online pharmacy no prescription

Web Images Maps Shopping More Search tools

About 1,960,000 results (0.26 seconds)

**First two search results are related to no prescription websites**

Offshore, **Online** and Mexican **pharmacies** : buying **prescription** ...
opioids.com/offs…repharmacy/
**online pharmacies** that sell Vicodin, **OxyContin**, etc ... Epharmas.com - **no-prescription** Opana (oxymorphone), Vicodin (acetaminophen & hydrocodone), ...

Buy **Oxycodone** 30mg, 40mg **online without prescription**
rxpharmstore.com/buy-**oxycodone**.php
In such packing it is allowed to buy **Oxycodone without prescription**. ... You can buy **Oxycodone online** any time you need to get pain relief. ... **online** became a rescue for physically challenged people unable to visit common **pharmacies**.

Amazon.com: Customer Discussions: Buy **Oxycontin Online** Illegal ...
www.amazon.com/forum/health?_encoding=UTF8&cdForum...
We offer a large database of listed trusted **pharmacies no prescription** required, in the United States How to Order **OXYCONTIN online** - Buy **OXYCONTIN** ...

Order **Oxycodone Online** By Fedex Overnight Delivery : Free ...
archive.org › Ebook and Texts Archive › Community Texts
★★★★★ Rating: 4.8 - 2579 votes
Buy **Oxycontin Oxycodone**, **Oxycodone** And Soma **No Prescription**, **Oxycodone** Online Purchase, ... Cheap **Oxycodone No Prescription Online Pharmacy** ...

SALE: Buy **Oxycodone Online No Prescription**, where can i buy ...
www.tomorrowlandwiki.com/wp-content/plugins/.../showthread.php?tid...
2 days ago – no rx **Oxycodone** order **Oxycodone** online by fedex. **Oxycodone** cod **no prescription online pharmacies no prescription**. **Oxycodone** buy fedex ...

PHARMACY reviewer

HOME | TOP-RATED PHARMACIES | BLACKLISTED PHARMACIES | FORUM | CONTAC

These are the featured pharmacies for this medication. The "buy" link will directly take you to the relevant product page of the online pharma

- A prescription may be required
- The listed shipping price is usually per order, not per item
- No consultation fee or other hidden/additional charges. (The price you see is what you pay)

**Oxycodone (Oral oxycodone, OxyContin)** Price Comparison (drug information)

## Price Comparison

| Pharmacy name | Generic Name | Brand Name | Dosage | Price | Shipping $ | Total Price | $ Per Unit | Order | User Rating |
|---|---|---|---|---|---|---|---|---|---|
| Mail Pharma | Oxycodone | Generic OXYCODONE | 10MG 20Pills | 120.00 | 10.00 | $ 130.00 | $ 6.50 | Buy! | |

**Oxycodone** Drug Information

Login for registered users

© 2007-2013 PharmacyReviewer.com ¦ Terms of Use ¦ Privacy Policy ¦ Ho

Google

prescription drugs online no prescription

**Google Autocomplete suggested I use this search term**

Web Images Maps Shopping More ▾ Search t

About 41,600,000 results (0.33 seconds)

**First search result is to illegal site**

Buy **Drugs Without** a **Prescription** - Top **Online** Pharmacy: Flavors....
flavors.me/norxshop ▾
Buy Cheap **DRUGS Online** - Click Here! **No Prescription** Required The Most Trusted **Online** Drug Supplier Fast & Guaranteed Worldwide Delivery Lowest prices ...

**This site has been reported as illegal to Google. (Google Transparency Report)**

RX Pill -- Buy **drugs online without** a **prescription**
rxpill.com/ ▾
Buy **prescription drugs online** with **no** prior **prescription**. Learn about the different types of **prescription drugs**. Visit our quick reference to **prescription drugs**, links ...

Pharmacy Network - **Online** Pharmacy for **Prescription Drugs**
www.pharmacy-network.com/ ▾
**No prescription** required - safe reliable licensed **online** pharmacy drugstore. Over 2000 FDA approved Rx **prescription drugs without prescription**.
Contact Us - Cart and Secure Checkout - Piperacillin + Tazobactam - Azelastine



Google

buy viagra online

Search Term

Search

About 131,000,000 results (0.23 seconds)

Everything
Images
Maps
Videos
News
Shopping
More

Jackson, MS
Change location

Any time
Past hour
Past 24 hours
Past 2 days
Past week
Past month
Past year
Custom range...

All results
Related searches

More search tools

Ads - Why these ads?

**Buying VIAGRA® Online | VIAGRA**.com
www.**viagra**.com/
Learn How to **Buy** Real **VIAGRA®** (sildenafil citrate) **Online**.

Target Pharmacy | Target.com
www.target.com/Pharmacy - ★★★★ 1,397 seller reviews
Find $4 Generics, Rx Refills, Pharmacy Rewards & More at Target.
+ Show map of 170 Promenade Blvd, Flowood, MS and nearby target.com locations

Order **Viagra Online** | drugstore.com
www.drugstore.com/**Viagra**
drugstore.com is rated ★★★★★ 28,756 reviews
Trusted US Pharmacy, Safe & Private Prescription Required-Easy to Order

Shopping results for **buy viagra online**

Viagra 100mg Tablets
$133.65 - HealthWarehouse.com
Non Prescription Sildenafil / **Viagra** Free Male Sexual ...
$68.95 - Sears
Non Prescription Sildenafil / **Viagra** Free Male Sexual ...
$28.95 - Sears

**buy viagra online**
www.etfd.org/
The best webstore where you can order high quality ED treatment with fast shipping and good price **buy viagra online** in our shop. Become a fan on Facebook!

**Buy Viagra Online** 25 Mg $ 0.55 Per Pill
**online-viagra**-tramadol.com/
On this site lowest prices, you may **Buy viagra online** 50 mg $ 0.73 and 100 mg $ 0.79 per pill. Best quality and fast free shipping.

**Buy Viagra** | Generic Viagra| Quality Generic Drugs at **Online** ...
www.medexpressrx.com/
17 hours ago – **Buy** generic **viagra online** and **viagra** from Medexpressrx. **Viagra** and geneic **viagra** have same active constituent known as sildenafil citrate.

**Buy Viagra Online** Without Prescription!
**buy-viagra-online**.net/
**Buy** Cheap **Viagra Online** Without Prescription! Generic and brand drugs with 100% satisfaction guaranteed. Lowest Prices and Satisfaction Guaranteed!

Selected Website

Levitra Generic, Generic Levitra 32: Canadian Pharmacy



# Canadian Healthcare

# 1 Internet On-line Drugstore

Currency: USD EUR GBP AUD CHF

Your cart: $56.87 2 items
Proceed to Checkout

Language:

Home | Bestsellers | FAQ | Contact us

For Order more than $300.00
12 Viagra pills

For Other For Other Orders
4 Viagra pills

## Products:

- Bestsellers ★
- Erectile Dysfunction
- Male Enhancement
- Anti-Acidity
- Anti-Allergic/Asthma
- Anti-Depressant/Anti-Anxiety
- Anti-Diabetic
- Anti-Fungus
- Anti-Herpes
- Antibiotics
- Blood Pressure/Cholesterol
- Body-Building
- Dental Whitening

Search by name: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## Your cart

| Product name | Price | Quantity | Total | Remove |
|---|---|---|---|---|
| Viagra<br>10 pills x 130 mg *(Generic)*<br>Upgrade to 30 pills for only $65.96 and Save 28.07%! | $56.87 | 1 | $56.87 | |
| Viagra<br>2 pills X 100 mg<br>Change to Cialis 2 pills X 20 mg<br>*How to get more FREE Viagra?* | FREE | 1 | $0.00 | |

Discount code: *How to get it?*

| | | |
|---|---|---|
| AirMail Delivery: | +$10.95 | |
| Courier Delivery: | +$14.95 | |
| Free AirMail Delivery (over $200.00 orders): | $0.00 | |
| Free Courier Delivery (over $300.00 orders): | $0.00 | |

Delivery Insurance - **$4.95** (guaranteed reshipment if delivery failed)

**Total: $67.82**

Continue shopping | Update cart

12-013852 MS ATTORNEY GENERAL
C5-12-01146
UB
7/11/12
Mississippi Crime Laboratory
008 One heat sealed plastic bag co

**This product was tested and found to contain sildenafil, the active ingredient in Viagra.**

# Archived Google Health

+You Search Images Maps Play YouTube News Gmail Drive Calendar More

Google

buy oxycodone w

buy oxycodone **without prescriptions**

buy oxycodone **with prescription**

buy oxycodone **with paypal**

buy oxycodone **without script**

I'm Feeling Lucky »

Press Enter to search.

**Autocomplete suggests I want to buy Oxycodone without a presription**

Google

buy oxycodone online

buy oxy**codone online**
buy oxy**contin online**
buy oxy**tocin**
buy oxy**elite pro**

Ad related to **buy oxycodone online**

Be Safe **Buy** Smart - Ensure Your Pharmacy Is Legit
www.safemeds**online**.org/
Free Pharmacy-Verification Tool!

**First Google Search hit is an archive Google Health Site**

**Buy Oxycodone Online** By Fedex Overnight Delivery - Internet Archive
archive.org › Ebook and Texts Archive › Community Texts
Rating: 4.4 - 1578 votes
Buy Oxycontin Oxycodone, Oxycodone And Soma No Prescription, Oxycodone Online Purchase, Oxycodone Online Cheap, Order Oxycodone Online Codeine, ...

**Buy Oxycodone Online**
www.**buyoxycodone-online**.com/
Buy Oxycodone online cheap prescription medication from licensed online pharmacy.

**Fourth and fifth Google Search hit is for no prescription buys.**

**Buy Oxycodone Online** | Order Oxycodone No Prescription
comprehensivedialogue.org/**buyoxycodoneonline**/
Manage your pain in no minute - buy Oxycodone online. Order genuine Oxycodone with no prescription at cheapest cost possible! Claim your 30% bonus!

# Buy Oxycodone Online By Fedex Overnight Delivery

**Language:** English
**Collection:** opensource
**Notes:**

Google
Health
BETA

Google Approved Pharmacy Directory

**Web Pages** — Viewing in Google PageRank order

Google Health has been discontinued, but the Archived site remains on the Internet Archive and the links are active.

Selected website

Purchase Oxycodone Directly From Here
Order Oxycodone (WITHOUT A PRESCRIPTION) from the privacy of your own home. Order a 30 or 90 day supply of Oxycodone. Save up to 80% on all medications.
http://www.themedshop.com

Buy Oxycodone directly from here
oxycontin 30days supply with overnight delivery, enjoy wholesale discount , saving upto 80% Discount on your purchase,Safe and secure no need for prescription
http://www.rxmedshoppe.com

Buy oxycodone with upto 20% discount
Oxycodone,Oxycontin,Hydrocodone,Percocet etc available with heavy discount.free overnight delivery.no prescription required.all major credit card accepted.100% money back guarantee.
http://www.medzstore.com

Buy Real Oxycodone,Percocet, online now
OXYCODONE - NO PRESCRIPTION REQUIRED - Express Shipping to All U.S States. FDA Approved Pharmacy.Ordered for personal use only.
http://www.rx-meds.com

Oxycodone30mg Oxycontin OC free shipping
Buy Online BRAND Oxycodone 30mg or 80mg, Oxycontin OC 80mg, Opana 40mg or 20mg - No Prescription Required - FDA approved medication - Overnight USA to USA Shipping ! BUY NOW !
http://controlledpills.com

Buy Oxycodone and Other Pain Meds Here
Oxycodone 30 day supply with overnight delivery available with online doctor consultation. Enjoy wholesale discounts, saving up to 80% on your purchase! Safe, secure, and private.
http://www.medicationbargains.com/

Archive.org states the following regarding removal of websites from the private companies:

Request by a webmaster of a private (non-governmental) web site, typically for reasons of privacy, defamation, or embarrassment.

1. Archivists should provide a 'self-service' approach site owners can use to remove their materials based on the use of the robots.txt standard.

2. Requesters may be asked to substantiate their claim of ownership by changing or adding a robots.txt file on their site.

3. This allows archivists to ensure that material will no longer be gathered or made available.

4. These requests will not be made public; however, archivists should retain copies of all removal requests.

Checkout My Cart

About us Latest news Our shops Contact My Account

Oxycodone Oxycontin Opana Percocet Adderall Methadone Hydorcodone Xanax

Home / Oxycodone

BROWSE BY

CATEGORY

- Oxycodone 30mg (3)
- Oxycodone 15mg (1)
- Oxycodone 80mg (1)
- Oxycodone 05mg (1)

Oxycodone

6 Item(s) Show 9 per page

View as: Grid List Sort by Position

Oxycodone M-15, 120 Tabs
$290.00
Add to Cart

Oxycodone M-15, 120 Tabs

Oxycodone ABG-80, 120 Tabs
Add to Cart

Oxycodone M-05, 120 Tabs
$225.00
Add to Cart

Oxycodone M-30, 120 Tabs
$399.00
Add to Cart

Oxycodone A-215, 120 Tabs
$420.00
Add to Cart

Roxycodone 30mg V-48/12, 120 Tabs
$445.00
Add to Cart

MY CART

You have no items in your shopping cart.

Express Pharmacy
Phone- 818-900-2628

Checkout My Cart: 1 item

About us | Latest news | Our shops | Contact | My Account

Oxycodone | Oxycontin | Opana | Percocet | Adderall | Methadone | Hydorcodone | Xanax

## Shopping Cart

Oxycodone M-15, 120 Tabs was added to your shopping cart.

| Remove | | Product Name | Unit Price | Qty | Subtotal |
|---|---|---|---|---|---|
| |  | Oxycodone M-15, 120 Tabs | $290.00 | 1 | $290.00 |

Continue Shopping | Update Shopping Cart

| | |
|---|---|
| Subtotal | $290.00 |
| **Grand Total** | **$290.00** |

Proceed to Checkout

Checkout with Multiple Addresses

About Us | Customer Service
Site Map | Search Terms | Advanced Search | Contact Us

http://expresspharmacy.shops.pipfrog.com/

Thank you for your order from our web store. Once your package ships we will send an email with a link to track your order. If you have any questions about your order please contact us at expresspharmacy@mail.com. Your order confirmation is below. Thank you again for your business.

**Your Order #100000727 (placed on May 4, 2013)**

**Billing Information:**

Jackson , Mississippi, 39212
United States
T: 6013594250

**Payment Method:**

Western Union

**Shipping Information:**

Jackson , Mississippi, 39212
United States
T: 6013594250

**Shipping Method:**

Regular Shipping - USPS

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| **Oxycodone M-15, 120 Tabs** | PFH001 | 1 | $290.00 |
| | | Subtotal | $290.00 |
| | | Shipping & Handling | $0.00 |
| | | **Grand Total** | **$290.00** |

**Thank you**

# Bath Salts Google Ad Purchase

# Bath Salts Google Ad Purchase

- Google advertised for many distributors of illegal bath salts through July of 2012.

- The substances found in some bathsalts were criminalized by the DEA in October 2011.

+You **Search** Images Maps Play YouTube News Gmail Documents Calendar More ▾

Google

bath salts for sale
bath salts for sale
bath salts for sale **online**
bath salts for sale **ivory wave**
bath salts for sale **in ohio**

Search

Web
Images
Maps
Videos
News
Shopping
More

Jackson, MS
Change location

Show search tools

Ads related to **bath salts for sale** Why these ads?

Buy **Bath Salts** Online | ravingdragon**bathsalts**.com
www.ravingdragon**bathsalts**.com/
XX Raving Dragon Voodoo Dust XX BEST Legal **Bathsalts**! FAST Shipping

Bulk **Bath Salt** in Gallons - Available Scented or Unscented
www.bulkskincare.com/
Starting at $25.20 per Gallon

**Bath Salts For Sale** | p-chem.net
www.p-chem.net/
Buy 98.9% Pure Research Chemical America's Verifed R-Chem Suppliers

Rave On Bath Salts | **Bath Salts for Sale**
www.lmaoherbals.com/

Ads - Why these ads?

SaltWorks® Sea **Salts**
www.**saltworks**.us/Sea-**Salts**
saltworks.us is rated ★★★★★
Largest Selection in the World.
Wholesale Prices & Free Shipping!
+ Show products from SaltWorks

Don't miss special offers
www.universalplanetshops.com/
Best quality 8 ballz.Free Shipping
Discounts and amazing prices.

Crabtree & Evelyn®
www.crabtree-evelyn.com/**Bath_Salts**
**Bath Salts** & Soaks And More On The
Official Crabtree & Evelyn® Store.

# This purchase was made in June 2012

*Office of the*
Attorney General
STATE OF MISSISSIPPI








Google

bath salts for sale online

bath salts for sale **online**
bath salts for sale **ivory wave**
bath salts for sale **in ohio**
bath salts for sale **drug**

Search

Web
Images
Maps

Ads related to **bath salts for sale online**
Why these ads?

Buy **Bath Salts Online** Now | ravingdragon**bathsalts**.com
www.ravingdragon**bathsalts**.com/
#1 Recommended even by Police. BEST Legal **Bathsalts**! FAST Shipping

Voodoo Dust

ravingdragonvoodoosupply.3dcartstores.com/Voodoo-Dust_p_50.html#

CyberTipline

# Raving Dragon Voodoo Supply

Decorative Items for Your Home and Life

Home | About Us | Contact Us | Shipping & Returns | My Account

## CATEGORY

- Books
- Cauldrons
- Oil Burners
- Runes
- Tarot Cards
- Wall Plaques
- Cool Stuff

## MAILING LIST

Subscribe to our Newsletter

enter email go

- Subscribe
- Unsubscribe

Home > Cool Stuff

## Voodoo Dust

Part Number 500m

Write a Review

PRICE









Office of the Attorney General
State of Mississippi

Jim Hood
Attorney General

## Raving Dragon Voodoo Supply

Decorative Items for Your Home and Life

Hello, Rick Robbins log out

Home | About Us | Contact Us | Shipping & Returns | My Account

**CATEGORY**

- Books
- Cauldrons
- Oil Burners
- Runes
- Tarot Cards
- Wall Plaques
- Cool Stuff

**MAILING LIST**

Subscribe to our Newsletter

enter email go

Subscribe
Unsubscribe

Step 1 >> Step 2 >> Step 3 >> Thank You

Your invoice #AB-5471
THANKS FOR YOUR ORDER! Please check your email for your order confirmation. This charge will appear on your statement as Amazon - RAVINGDRAGON.

**Order AB-5471**

Raving Dragon Voodoo Supply
, DC
Billing Address
Rick Robbins
P.O. Box 321075
Flowood, MS 39232 - US
6623154990
leemac137@gmail.com

Date Ordered: 6/22/2012
Order Number: AB-5471
SHIPPING ADDRESS
Rick Robbins
P.O. Box 321075
Flowood, MS 39232-US

**Shipping Method:** Free Shipping (0.00lbs.)

**Payment Type:** Debit and Credit Cards

| Item ID | ITEMS | PRICE | QTY | TOTAL |
|---|---|---|---|---|
| 500m | Voodoo Dust | $26.99 | 1 | $26.99 |
| | | | Subtotal: | $26.99 |
| | | | Discount(s): | $0.00 |
| | | | Taxes: | $0.00 |
| | | | Shipping: | $0.00 |
| | | | TOTAL: | $26.99 |

**TOP SELLERS**

Voodoo Dust

Lab results indicated the active ingredient is Pentedrone. A schedule 1 drug in most states.

RESULTS AND CONCLUSIONS
Evidence Submission #001
Pentedrone, Amount: 0.3 Gram
RAVING DRAGON
VOODOO DUST
NEW
12-013852
Sub. 1
.5g



# Spice Google Ad Purchase

# Herbal Spice and Google

- Google advertised for spice distributors through July 2012 when the ingredients were outlawed.

- The harm to consumers of herbal spice was known long before it was officially outlawed.

Google

herbal spice for sale

Search

About 4,670,000 results (0.40 seconds)

Web
Images
Maps
Videos
News
Shopping
More

Jackson, MS
Change location

Ads related to **herbal spice for sale** Why these ads?

Herbalife Super Store 1 (888) 707 0023
www.**herbal**happy.com/**Herbalife-for-Sale**
All Herbalife Products for **SALE**. The Premiere Herbalife Direct Site.
Herbalife Programs for Sale - #1 Herbalife Super Store Online

Buy Quality Incense - Lowest Prices on the Best Incense
www.theincensemart.com/fast-shipping
Buy Now Fast with Credit Card!

Discount 50 State Legal | aroma-maddness.com
www.aroma-maddness.com/
Scooby Snax, Mad Hatter, Mr. Happy Huge Selection. Fast Shipping

Ads - Why these ads?

Free Mystic Diamond Aroma
www.mystic-novelties.com/
Are You Tired Of Weak Store Blends?
Free Samples With Free Shipping!

Natural Weight Loss
www.mynaturalmarket.com/Diet-Weightloss
This advertiser is rated

Ayurvedic **Herbal** Teas
www.tealux.ca/
Widest Selection of **Herbal** Teas

**Website is a Google Ad**

Aroma Maddness - 50 State Legal Incens...
www.aroma-maddness.com
Aroma Maddness
WELCOME VISITOR YOU CAN LOGIN OR CREATE AN ACCOUNT
SHOPPING CART
0 ITEM(S) - $0.00
SEARCH
HOME
WISH LIST (0)
MY ACCOUNT
CHECKOUT
CATEGORIES
INCENSE / POTPOURRI (50)
WTF
50 State Legal
Cool Beanz
OMG

CATEGORIES

INCENSE / POTPOURRI (50)

WTF
W T F
Rack City
50 State
Legal
Strawberry 3 Grams
Cool Beanz
4g
OMG
M

FEATURED
MAUI WOWIE - STRAWBERRY FIELD 3G
$14.99
EVIL CLOWN BOTANICAL SACHET 3G
$14.99
COOL BEANZ 4G
$12.99
CLOUD 10 - STRAWBERRY 3G
$14.99
SCOOBY SNAX 10G
$22.99
DANK SECOND GENERATION POTPOURRI 10G
$22.99
MAD HATTER BLUEBERRY INCENSE 10G
$22.99
MR HAPPY WATERMELON 12G
$23.99
MR NICE GUY OMG 4G
$14.99
HOLY SH*T POTPOURRI 3G
$14.99
IMPACT BLUEBERRY 10G
$25.99
ZOMBIE KILLA 4G
$14.99
WILD INCENSE - JOKERS WILD 3G
$14.99
MATRIX RED 10G
$19.99
RACK CITY POTPOURRI 3G
$14.99

32

Aroma Maddness
WELCOME VISITOR YOU CAN LOGIN OR CREATE AN ACCOUNT.
SHOPPING CART
1 ITEM(S) - $32.09
SEARCH
HOME
WISH LIST (0)
MY ACCOUNT
CHECKOUT
Success: You have added White Rhino Original 15g to your shopping cart!
CATEGORIES
INCENSE / POTPOURRI (50)
Home » White Rhino Original 15g
WHITE RHINO ORIGINAL 15G
ORIGINAL
WHITE RHINO
Product Code: WRXX201205001
Reward Points: 0
Availability: Out Of Stock
$29.99
Qty: 1
ADD TO CART

| Product Name | Model | Quantity | Price | Total |
|---|---|---|---|---|
| Wild Incense - Hypnotic 3g | WIHP201205001 | 1 | $14.99 | $14.99 |
| Dank Second Generation Potpourri 10g | DKXX201205002 | 1 | $22.99 | $22.99 |
| Scooby Snax 10g | SSOR201205001 | 1 | $22.99 | $22.99 |
| | | | Sub-Total: | $60.97 |
| | | | Free Shipping: | $0.00 |
| | | | FL Sales Tax: | $4.27 |
| | | | Total: | $65.24 |

**Credit Card Details**

Card Owner: rick

Card Number: 54065

Card Expiry Date: January / 20



12-013852
MS ATTORNEY GENERAL
C5-12-01146
UB
7/11/12
Mississippi Crime Laboratory
006
One heat sealed plastic bag co

Evidence Submission #006

Sec Notes, Amount: 0.5 Gram

*Submission 6 contains pentedrone, 4-methylethcathinone, a-pyrrolidinopentiophenone and pentylone. These are Schedule I controlled substances under Mississippi Code §41-29-113(e)(7). Submission 6 also contains the noncontrolled substance caffeine.*



# YouTube and Prescription Drugs

# YouTube "Video Ads"

- YouTube is a free, youth-focused hosting service for short, third-party videos.

- YouTube hosts many 2-10 minute "video ads" promoting commercial products or services.

- Google uses these YouTube video ads as platforms to display paid advertisements.

- Google then splits some advertising revenues generated from a video ad with its uploader.



YouTube | buy prescription drugs online | Upload

Popular on YouTube
Music
Sports
Gaming
Movies
TV Shows
News
Spotlight

CHANNELS FOR YOU
Ora TV
The Wall Street Journal
Town Square
BuzzFeed Central
Al Jazeera English

Browse channels

Sign in to add channels to your guide and for great recommendations!
Sign in ›

Filters

About 13,900 results

MILLIONAIRE MAKER
powered by TOTAL REWARDS
WILLIAM W
FROM ARKANSAS
WON A MILLION
DOLLARS
Harrah's TUNICA
HORSESHOE TUNICA
TUNICA ROADHOUSE

Advertisement

**How To Buy Prescription Drugs Without A Previous Prescription Legally**
by **jessemart1** • 3 years ago • 51,210 views
http://painpillpharmacy/ explains how in most states it is legal to **purchase** non-controlled **prescription drugs** like Tramadol and ...

**Online Pharmacy No Prescription - By Prescription Drugs Onl**
by **draketeam3214** • 2 years ago • 1,584 views
http://www.proquipment.net - You may **buy prescription drugs online** easily with our guarantee that you will not have to worry

First 2 results related to
buying prescription drugs
without a prescription

**Safely Buying Prescription Drugs Online**
by eDrugstores • 4 years ago
http://e-drugstore-md.com -- **Buying prescription drugs online**? Stay safe with these do's and don'ts.

**How To Buy Prescription Drugs Online**
by **Howcast** • 2 years ago • 8,746 views
HD

**Hazards of Buying Prescription Drugs Online (June 2007)**
by **LawsuitGuru** • 5 years ago • 23,349 views
Many people are choosing to **buy prescription drugs online**, but unless they are very careful, this can be a risky undertaking. Drugs

**How to Safely Buy Prescription Drugs Online - eDrugSearch.com**
by **Cary Byrd** • 1 year ago • 17,501 views
http://www.eDrugSearch.com While many consumers are interested in **online** pharmacies and how to safely **buy prescription** ...

**Buy Non-Controlled Prescription Drugs Online Legally**
by **SuperKaizen1** • 1 year ago • 234 views
http://www.buydrug247.com/ Video explains where to go to **buy** non-controlled **prescriptions online** without a previous **prescription** ...

**Buying Prescription Drugs Online?**
by **AARPCOLORADO** • 1 year ago • 174 views
Kevin has some great tips to protect yourself if you order **prescriptions online**!
HD







How To Buy Prescription Drugs Without ...

www.youtube.com/watch?v=1CpHBk9rbis

YouTube | buy prescription drugs online | Upload | Sign in

GUIDE

MORE RESULTS NEW buy prescription drug...

**Video explaining how to buy prescription drugs without a prescription**

0:17 / 1:41

## How To Buy Prescription Drugs Without A Previous Prescription Legally

jessemart1 · 4 videos

Subscribe 8

51,361

11 · 17

Like | About | Share | Add to

Uploaded on Oct 20, 2009

http://painpillpharmacy/ explains how in most states it is legal to purchase non-controlled prescription drugs like Tramadol and Cialis without a previous prescription. It tells you what website to visit to

Show more

**Website to buy the drugs**

Uploader Comments (jessemart1)

ginaven1 · 1 year ago
Actually this is not legal.
Reply

jessemart1 · 1 year ago
Actually, it really is legal. The prescription drugs described are non-controlled. You are absolutely right when it comes to drugs like amphetamines and barbiturates.
Reply · in reply to ginaven1

Top Comments

beezyb42011 · 2 years ago
lol hard to trust a guy who looks like he works for the DEA.
Reply · 18

**Google Sponsored Ad**

"Silk Road" Let's You Buy Illegal Drugs Online
by TheDailyConversation
160,095 · FEATURED · 2:55

Drugs Dot Com - Online Prescription Drugs
by wala
46,545 views · 2:52

Pill Mill
by Juropa P
44,166 views · 10:48

Florida Pill Mills
by schlesingerlaw
23,734 views · 2:16

Behind The Orange Curtain - Official Trailer
by OrangeCurtainDoc
28,830 views · 5:09

buy oxycodone online
by Lars Taldaya
4,864 views · 2:03

Florida's Pill Part Two of Two
by TampaPainDoctor
14,213 views · 13:03

Stop Withdrawals from Oxycontin, Methadone, Heroin, Dilaudid & Vicodin
by aaroncohen
46,806 views · 10:29

Nodding Off on Oxycodone
by NeuroSoup
106,604 views · 6:35

How To Find A Safe Online Pharmacy
by edrugstoremd
10,143 views · 2:25

How To Get Free Prescription Drugs
by MoneyTalksNews
42,987 views · 1:57

50 Cent snorts Cocaine on Live Television
by ywuditellu
612,230 views · 3:21

Detectives Nab Dozens For Buying, Peddling Pain Pills

# Google/ Youtube Ad Profits



# Music and Video

https://www.google.com/#gs_rn=14&gs_ri=psy-ab&cp=16&gs_id=1ze&xhr=t&q=download+movies+for+android&es_nrs=true&pf=p&sclient=psy-ab&oq=download+movi

+You Search Images Maps Play YouTube News Gmail Drive Calendar More

Google

download movies for android

download movies **for android**
download movies **to ipad**
download movies **for free**
download movies **from youtube**

**Third autocomplete suggestion directs users to illegal sites**

Ad related to **download movies for android**

**Movies** on Google Play - play.google.com
play.google.com/
Stream **movies** instantly or **download** to watch later, anywhere you go.
Google Play has 1,542,693 followers on Google+

# Google search for movie by juvenile – Django Unchained

# Django Unchained Stream from Google Search by 16 year old

Specified Domain: **viooz.co**

# Google Transparency Report related to website

| | |
|---|---|
| Total Requests: | 4 |
| Median Requests per Week: | 2 |
| URLs Requested to be Removed: | 5 |
| % Indexed URLs | – |
| Median URLs per Week: | 3 |
| Most Recent Request: | May 2, 2013 |
| First Available Request: | Apr 28, 2013 |

ains

s

## Top Copyright Owners

| | URLs |
|---|---|
| Magnolia Pictures | 2 |
| 5 Points Pictures | 1 |
| Mavericke UG | 1 |
| Paramount | 1 |

+You Search Images Maps Play YouTube News Gmail Drive Calendar More

Google

download

download **free music**

download **youtube videos**

download **free games**

download **itunes**

Press Enter to search.

**First autocomplete suggestion directs users to illegal sites**

Google

download free mp3

Web Images Maps Shopping Applications More Search tools

About 1,190,000,000 results (0.28 seconds)

**Free Mp3 Download**: mp3skull.com
**mp3**skull.com/
mp3skull.com is an easy way to listen and **download** music. You can find your favorite songs in our multimillion database of quality **mp3** links. We provide fast **...**
Top 100 Downloads - Skull Mp3 - Gangnam style mp3 - I knew you were trouble mp3
3,924 people +1'd this

**First Google Search hit**

**Free** Music **Downloads** – Last.fm
www.last.fm/music/+**free**-music-**downloads**
**Download free** music MP3s on Last.fm, the world's largest online music catalogue, powered by your **...** All **MP3 Downloads ...** **Free MP3** · If You Wanna (2:54) **...**



Google Transparency Report

Home Traffic **Removal Requests** User Data Requests

Introduction **Copyright** Government

**Overview**
Owners
Reporting Organizations
Specified Domains
Requests
FAQ
Download Data
Visible Changes

mp3skull

## Specified Domain: mp3skull.com

| | |
|---|---|
| Total Requests: | 31,579 |
| Median Requests per Week: | 310 |
| URLs Requested to be Removed: | 815,401 |
| % Indexed URLs | < 5% |
| Median URLs per Week: | 2,561 |
| Most Recent Request: | May 20, 2013 |
| First Available Request: | Jun 2, 2011 |

Do you own this domain? Sign up with Webmaster Tools to be notified when we receive copyright removal requests regarding URLs for your domain.

### URLs Requested to be Removed Per Week

50,000
37,500
25,000
12,500
0
5/30/11
11/14/11
4/30/12
10/15/12
4/1/13

### Top Copyright Owners

| | URLs |
|---|---|
| RIAA member companies (EMI Music North A… | 545,125 |
| BPI LTD MEMBER COMPANIES | 165,449 |
| Universal Music Group | 19,456 |
| BPI (British Recorded Music Industry) Ltd | 15,269 |
| SONY MUSIC ENTERTAINMENT | 13,600 |

### Top Reporting Organizations

| | URLs |
|---|---|
| Recording Industry Association of America, Inc. | 545,125 |
| BPI (British Recorded Music Industry) Ltd | 242,970 |
| AudioLock.NET Limited | 10,980 |
| MUSO.com Anti-piracy | 4,943 |
| Institut hrvatske glazbe | 3,662 |



mp3skull.com - Free Mp3 Download
mp3skull.com

mp3skull

Download

Play

**Top Downloads**

1. Pink Just Give Me A Reason Mp3
   Size: **0.46 MB** | Duration: **1:00**
2. Tubidy Mp3
   Size: **1.02 MB** | Duration: **2:59**
3. Bruno Mars I Was Your Man Mp3
   Size: **8.16 MB** | Duration: **3:34**
4. Macklemore Can T Hold Us Mp3
   Size: **5.05 MB** | Duration: **4:24**
5. Tum Hi Ho Aashiqui 2 Mp3
   Size: **2.88 MB** | Duration: **2:21**
6. Gentleman Mp3
   Size: **7.95 MB** | Duration: **3:28**
7. Mirrors Justin Timberlake Mp3
   Size: **7.44 MB** | Duration: **8:06**
8. Rihanna Feat Mikky Ekko Mp3
   Size: **9.21 MB** | Duration: **4:01**
9. Skull Mp3
   Size: **2.56 MB** | Duration: **1:48**
10. Heart Attack Demi Lovato Mp3

mp3skull.com/mp3/hall_of_fame.html

mp3skull

hall of fame Search

iMesh

PLAY NOW

DOWNLOAD

## Hall Of Fame Mp3 Download

order by bitrate ▼

| | |
|---|---|
| 192 kbps<br>3:05<br>4.24 mb | **Hall Of Fame - Sleight Of Line mp3**<br>Download Play Embed Send Ringtone (ad) |
| 96 kbps<br>1:30<br>1.04 mb | **Teonaki of High Woltage - Hall of Fame Theme mp3**<br>Download Play Embed Send Ringtone (ad) |
| 96 kbps<br>3:46<br>2.59 mb | **Teonaki of High Woltage - Main Theme - Hall of Fame mp3**<br>Download Play Embed Send Ringtone (ad) |
| 96 kbps<br>1:30<br>1.04 mb | **Teonaki of High Woltage - Hall of Fame Theme mp3**<br>Download Play Embed Send Ringtone (ad) |
| 128 kbps<br>1:42<br>1.55 mb | **Terry Stewart - Rock and Roll Hall of Fame Walk of Fame mp3**<br>Download Play Embed Send Ringtone (ad) |
| 64 kbps<br>0:30<br>0.23 mb | **The Script feat. will.i.am - Hall of Fame mp3**<br>Download Play Embed Send Ringtone (ad) |
| 128 kbps<br>0:30<br>0.46 mb | **The Script - Hall of Fame mp3**<br>Download Play Embed Send Ringtone (ad) |

DOWNLOA

FREE

MUSIC

Install mp3skull toolbar to

To listen Hall Of Fame music just click

To download **Hall Of Fame mp3** for f
1. Right Click -> Save Link As (Save T
2. Change filename to Hall Of Fame.m
3. If Save As Type is not MP3, change

+1 1 Like 72

Video

The Script feat. will.i.am - Hall of Fame mp3
Download Play Embed Send Ringtone (ad)
The Script - Hall of Fame
Download Play Embed
The Script - Hall Of Fame
Download Play Embed
hall of fame mp3
Download Play Embed
William feat. The Script -
Download Play Embed
the-script-feat.-will.i.am-
Download Play Embed
Junichi Masuda/Go Ichinose - Congratulations on Entering the Hall of Fame! mp3
Opening The Script - Hall Of Fame (Carimbo).mp3
You have chosen to open:
The Script - Hall Of Fame (Carimbo).mp3
which is a: MPEG Audio (3.1 MB)
from: http://www.dumontfm.com.br
What should Firefox do with this file?
Open with
Browse...
Save File
Do this automatically for files like this from now on.
OK
Cancel
2. Chan
3. If Sav

Google
The Script - Hall Of Fame (Carimbo)(1).mp3
A few seconds remaining — 2.6 of 3.1 MB
The Script - Hall Of Fame (Carimbo).mp3
3.1 MB — mp3skull.com — 3:43 PM
hof_sleightofline.mp3
115 KB — thesocialregistry.com — 3:41 PM
Show All Downloads
Tweet
1
72

# Possible Causes of Action

**State Consumer Protection Acts**

Unfair and deceptive trade practices

**Parens Patriae**

- Public nuisance
- Public health concern

**State RICO**

Conspiracy, illegal sale of controlled substances

**Ryan Haight Act (Controlled Substances Act)**

Aiding and Abetting the illegal sale of controlled substances online

Attorneys General can file in federal court

# Ryan Haight Act, 21 USC 801(h)(1)

- (Ryan was a minor who died from oxycodone he ordered online)
- **State AGs can bring suit in federal court for**
- **AIDING and ABETTING sale of online controlled drugs**
  - To prove, the Internet communication provider must serve as knowing agent between buyer and seller of online controlled substances

    *BUT SEE, RHA cross references and incorporates:*
  - Communications Decency Act, 47 USC Sec. 230 immunity for Internet communication providers

# RHA, continued…

- Sale of Controlled Substances:
- Proof must show:
  - 1) without a prescription
  - 2) unregistered pharmacy
  - 3)host "materially altered" content
    - More than corrections for spelling, decency

Knowledge of illegal content + failure to remove + make accessible to users

# Digital Millennium Copyright Act

- Proof to overcome the Sec. 512 Safe Harbor for communication providers must show that host has:
  - KNOWLEDGE of, or FINANCIAL BENEFIT from illegal activity;

And has COPYRIGHT POLICY, which gives notifications to owners and lists an agent to address copyright violations.

Google correspondence letters dated April 19, 2013 and May 21, 2013. (Exhibits 28 -32)

# Digital Millennium Copyright Act

Copyright notice removals:

Google says it removes with valid notices and the more notices, the lower the result appears in search results.

BUT

A search for “Django” found many prominent results for “free online movies” and many URL removal requests for pirated versions in the Transparency Report.

Google correspondence letters dated April 19, 2013 and May 21, 2013. (Exhibits 28 -32)

# Content Removal

Google claims can remove only in "narrow set of circumstances"

- Removes searches for child pornography
- Removed content in Germany that glorified Nazi party and religious insults in India

*BUT*:

Google does not de-index known websites which sell drugs without prescription or pirated movies, songs.

Google correspondence letters dated April 19, 2013 and May 21, 2013. (Exhibits 28 -32) 32)

# Auto Complete

- Google says it does not control autocomplete and does not manually select terms or phrases.
- Google says search results are dependent on users' popular queries and its algorithim.
- BUT, GOOGLE CAN BLOCK WORDS and PHRASES:
  - Goggle does block "free child porn".
  Autocomplete does not complete ""free child" or "porn".
  - Google does NOT block "buy oxycodone online"; but Autocomplete suggests "buy oxycodone online without prescription".

# Role of Search Engine in curbing sale of counterfeit drugs

- Google does not address role of "search" for pharmaceuticals in their response letter to Attorneys General, implying that it is not an issue of concern.

- Google does not mention You Tube and how users can search illicit "how to" videos for illegal activities while simultaneously viewing paid ads.

*Google appears to be actively encouraging and facilitating illegal activity.*

Google correspondence letters dated April 19, 2013 and May 21, 2013. (Exhibits 28 -32)

# Exhibits

Exhibit 1

Google Inc.
1101 New York Avenue, N.W.
Second Floor
Washington, DC 20005

Main 202 346.1100
Fax 202 346.1101
www.google.com

April 19, 2013

Attorney General Jim Hood
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205

Attorney General Kenneth T. Cuccinelli
Office of the Attorney General of Virginia
900 East Main Street,
Richmond, Virginia ,

Attorney General David M. Louie
Office of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813

Dear Attorneys General Hood, Cuccinelli, and Louie:

We appreciated the opportunity to participate in the National Association of Attorneys General Intellectual Property Committee Stakeholder Discussion that was held on November 28th. As a follow-up to that discussion, please find our responses to the questions outlined in your February 13th letter.

Google remains committed to developing effective policies and technology tools to combat infringing activities. Google has dedicated tens of millions of dollars in engineering and other resources to address these issues and leads the industry in helping to combat copyright infringement and the sale of counterfeit goods online. Our successes include:

- **DMCA Takedowns on Google Search** -- The industry-leading tools that we have built have dramatically streamlined the DMCA takedown process for rights holders. Today, Google is processing more notices and faster than any other search engine.
- **Combating the Sale and Promotion of Counterfeits in Online Advertising** -- We've dedicated considerable human and engineering resources across the company to develop and implement measures to root out counterfeit from our ad networks. Our engineering teams have developed highly sophisticated automated systems based on

advanced risk models that rely on thousands of data signals to detect fraudulent activity by advertisers, including counterfeit. Our automated systems are highly effective. We shut down approximately 82,000 AdWords accounts for attempting advertise counterfeit goods in 2012. Nearly 99% of AdWords accounts terminated on counterfeit grounds are detected by these systems. Due to continuous enhancements to these systems, counterfeiters are increasingly unable to circumvent our detection methods. Rights holders have also provided feedback that these systems are working well.

- **Illegal Pharmaceuticals** -- Google is committed to stopping the problems of online pharmacy advertising at the source. We have taken a lead role in a cross-industry effort to collaborate with government. As part of this effort, Google was a founding member of the Center for Safe Internet Pharmacies (http://www.safemedsonline.org/who-we-are/) which was formed in 2011. The Center provides consumers with important information about purchasing prescription drugs safely online.

  In addition, Google provides criminal referrals to law enforcement in the US regarding rogue pharmacies that have attempted to abuse our systems. We have made thousands of referrals to the FDA in the last few years, and we participate in concerted action with law enforcement agencies worldwide (*e.g.*, Operation Pangea).

- **Removal of Ads from Sites that Engage in Copyright Infringement** -- Google has always taken steps to prevent the appearance of AdSense ads -- that is, ads served by Google -- on sites that engage in copyright infringement. Over the past two years, we have intensified those efforts. For example, in addition to responding to notices received from rights holders, in 2012 we proactively took action against more than 46,000 sites that were showing AdSense ads against potentially infringing content.

- **Content ID** -- No other online video site has done more to fight piracy or paid more in royalties to the content industry than YouTube. As a result of our state-of-the-art Content ID system, as every video is uploaded, it is analyzed and compared to our database of millions of fingerprints corresponding to copyrighted works. When copyrighted music or video is detected in a video, we apply the business rules chosen by the relevant copyright owner. The choice of most copyright owners has been to allow the video to be posted and monetized with advertising -- a choice that has yielded substantial royalty payments from YouTube to those companies. Please note that Content ID does not require sending a takedown notice as there is nothing to take down since we have blocked the video from being posted in the first place.

  Additionally, we terminate the accounts of users who abuse our service and we take steps to block third-party "downloader" sites that violate our terms of service.

With this background in mind, we now turn to answering your specific questions.

***Specific details of how the takedown process works.***

We have takedown policies for our various products, but for the purposes of this question, we will focus on organic search and ads.

Organic search: The web is made up of over 30 trillion pages and grows every day. Google navigates the web by crawling the pages to build an index of the web. Google uses algorithms to deliver the most relevant results to users entering search queries. Google's search index simply reflects existing content on the web and the sites linked to in Google's search results are created and controlled by those sites' webmasters. Removing a page from Google's index does not remove it from the web and people will still be able to see that page by going to it directly or via another search engine.

Google is committed to free expression and only removes content from our search results in a narrow set of circumstances. Google cannot adjudicate the legality of content on the web and cannot determine whether a particular piece of content is authorized or not. Because content owners large and small use the Web in so many different ways, determining a particular copyright holder's preference --including determining whether a third-party uploader has permission to upload -- is difficult at best.

Rights holders have several ways to address problematic sites in organic search results. First, Google complies with the Digital Millennium Copyright Act and removes webpages upon notice from a rights holder of infringing copyrights. Google leads the industry in its DMCA removals and has invested vast resources to support the number of removals undertaken. The manner in which we deal with removals is transparent, public, and detailed in our Transparency Report which you can view here. Additionally, rights holders can submit court orders obtained against the unlawful sites to Google. Google offers an online form for submission of court orders adjudicating content to be unlawful. The court orders simply need to identify webpages that contain illegal content and Google will remove the pages voluntarily from our search results.

Advertising: Google's advertising solutions helps businesses around the world grow online, from small businesses to Fortune 500 companies. Google's online advertising platforms allow businesses to connect with users searching for information. There are over a million advertisers in our AdWords network.

Rights holders can take advantage of the online removals processes that Google has set up for any problematic advertisements. Google has a robust counterfeit complaint and removal process. We have a simple and accessible complaint form for reporting ads that may promote counterfeit goods. This form can be submitted by consumers, as well as trademark owners. In response to a valid complaint, Google will take action in 24 hours. In most instances, we terminate the account and disable the domain so the advertiser and site are banned from AdWords. Additionally, it is our policy to respond to notices of alleged infringement that comply with the DMCA. For AdWords, if we receive a notice or otherwise have reason to believe that an advertiser's site is infringing, we may remove the offender's advertising in compliance with the DMCA. More information about our DMCA process is available at http://adwords.google.com/support/aw/bin/request.py?hl=en&contact_type=adwords_dmca&rd=1.

***A detailed explanation of the use of DMCA notices or other factors to alter search results,***

***including statistics demonstrating how rankings have been altered as a result of removal notices.***

Google's goal is to provide a great experience for our users. Toward that goal, we have developed over 200 signals to ensure our search algorithms deliver the best possible results. A recent signal takes into account the number of valid copyright removal notices we receive for any given site. Sites with high numbers of removal notices may appear lower in our results. This ranking change should help users find legitimate, quality sources of content more easily.

At the same time, we want to point out that Google cannot determine whether a particular webpage does or does not violate copyright law. While our 200 plus signals influence the ranking of some search results, consistent with the DMCA, we do not remove any pages from search results unless we receive a valid copyright removal notice from the rights owner. Responding to billions of queries each day, Google's algorithms work to provide results that are relevant to user queries. We are not in a position to determine whether any one among the more than 30 trillion web pages available on the Internet is "legal" or "illegal" or, more precisely, "infringing" or "noninfringing." That is a determination that a copyright owner or court is best positioned to make. Copyright owners also have the power to "line edit" search results by sending us DMCA takedown notices.

We believe that the interests of our users and copyright owners are aligned. Our users want access to the best material available and that should be the material provided by copyright owners. Our job is to connect the two.

***How auto complete features can be altered to reduce or eliminate directing consumers to counterfeit product sites, as well as illegal and harmful sites, such as the search "buy oxycodone online without a prescription" mentioned at the meeting.***

The predictions that appear in auto complete are an algorithmic reflection of query terms that are popular with our users and on the internet. Google does not manually select these terms or determine what queries are considered related to each other. Instead, we use algorithms to detect patterns based on data sources including user search queries. While Google's auto complete functionality displays predictions of search terms that the user might find useful, a user is always able to type in any term in which he is interested, regardless of whether it shows up as a prediction in Autocomplete. For more information on our auto complete feature and policies, we encourage you to visit:
http://www.google.com/support/websearch/bin/answer.py?hl=en&answer=106230

Google does apply a narrow set of filters in cases of potentially shocking or offensive entries (*e.g.*, hate speech) and in cases where there is a high correlation between particular terms and infringing copyright. We are not aware of a high correlation between particular terms and sites associated with counterfeiting or pharmaceuticals in search results. In fact, queries for terms such as "counterfeit" or "fake" generally lead to sites on how to detect counterfeits. In any event, Google is unable to implement broad filters without censoring legitimate search queries. For instance, it would be vastly overbroad to remove generic terms such as "prescription" or "online"

or fake" or "knockoff" or "mp3" or "download."

*How licensing services have helped or can help reduce infringing activities.*

While online piracy remains a challenge to overcome, viable marketplace alternatives are making progress and are driving legitimate consumption. Just a few years ago, iTunes did not exist and it wasn't clear if anyone could compete with "free." Now, digital music sales have grown 1000% over the last six years and there are more music purchases than ever before. Meanwhile, services like YouTube are creating entirely new revenue streams, and Amazon is selling more eBooks than paperbacks. Consumers will play by the rules if they are offered high quality content that is convenient to purchase and consume, and competitively priced.

Google fully supports licensed services and strives to connect consumers to them. Our launch of Google Play offers music fans a compelling new alternative for enjoying their music. In conjunction with copyright owners, we are in the process of creating licensing models to accommodate new, exciting authorized services under the Google Play brand. All signs point to a turning of the tide, with legitimate services going mainstream, digital music revenues for copyright owners trending upward, and companies like Google making substantial efforts to combat piracy. Copyright owners can also do more to help prevent piracy, such as adopting day-and-date for online releases of most popular movie studios and TV networks (Game of Thrones, in-theater movies). Why give pirates the ability to make your works available first when you can beat them to the market?

The availability of lawful works does dramatically reduce piracy. Please note the opening of this February 26, 2013 article by Forbes magazine[1]:

> It seems that people just aren't pirating music the way they used to. In many cases, because they don't have to. That's according to the NPD Group, which just released their "Annual Music Study 2012." The report shows that the number of music files being illegally downloaded was 26% less in 2012 than in 2011. What's more, 40% of the people surveyed in the study who said that they'd illegally downloaded in 2011 did *not* do so in 2012.
>
> So what's responsible for this massive reduction in piracy? According to the survey, it's not stepped-up enforcement, it's the availability of free music via streaming services like Spotify, which is a fully-licensed music service that pays sizable royalties to copyright owners. Nearly half of the people who had stopped or sharply reduced their music downloading cited those services as the reason for stopping.

*Whether "whole site" removal can be used in cases of repeat offenders.*

Whole site removal is ineffective and can easily result in censorship of lawful material. Blogging sites contain millions of pages from hundreds of thousands of users as do social networking

---

[1] The article is available in full here: http://www.forbes.com/sites/alexknapp/2013/02/26/study-finds-that-streaming-and-spyware-are-killing-music-piracy/

sites, e-commerce sites, and cloud computing services. All can inadvertently contain material that is infringing. It is rare indeed for a site to consist wholly of infringing material. But for such "rogue" websites dedicated to copyright infringement or counterfeiting sites, Google believes that a "follow the money" approach, which chokes off revenue, is most effective. Since such sites are dedicated to making money, taking away sources of money is the most effective approach.

We employ a range of procedures and financial resources to prevent our advertising products form being used to monetize material that infringe copyright. For example, our AdSense program enables website publishers to display ads alongside their content. Our policies prohibit the use of this program for infringing sites, and we use automated and manual review to weed out abuse.

***Legal issues posed by altering or eliminating direct access by consumers to counterfeit product sites and illegal and harmful sites, as well as "whole site" removal.***

Google is a provider of information not a mediator or censor. As discussed above, Google's search index simply reflects existing content on the web, and the sites linked to in Google's search results are created and controlled by those sites' webmasters. Google brings different web pages that relate to search requests, but Google does not make claims about the content of the pages nor does Google have a relationship with the owners of these pages. Removing a page from Google's index does not remove it from the web, and people will still be able to see that page by going to it directly or via another search engine.

Google is not in the position to play the role of arbiter through content review, adjudications of illegality, and censorship. That role is properly left to the courts. In our experience, we have seen many demands for removal of sites which threaten to stifle legitimate commerce and speech. For example, we have seen rights holders seek removal of resellers of unauthorized sellers of genuine goods – either used goods or new goods at prices below those at retail outlets. We have seen competitors targeting each others' sites for removal under the claim of counterfeit. Rights holders have also sought the removal of "gripe sites" containing consumer complaints, critical product reviews, or criticism.

Whole site removal was evaluated and rejected on the federal level due to the precedent it would set. As discussed above, whole site removal is ineffective and can easily result in censorship of lawful material.

***What role search engines have played in curbing the sale of counterfeit pharmaceuticals, medical devices, and other products posing significant consumer health and safety threats.***

Google has been an industry leader in the fight against counterfeits and illegal pharmaceuticals. Google has zero tolerance on counterfeit in search ads. We've dedicated considerable human and engineering resources across the company to develop and implement measures to root out counterfeit from AdWords. These measures are applicable across all counterfeit goods, including ones posing health and safety concerns.

As discussed above, our engineering teams have developed highly sophisticated automated systems to detect fraudulent activity by advertisers, including counterfeit. Our automated systems are highly effective. Nearly 99% of AdWords accounts terminated on counterfeit grounds are detected by these systems. Due to continuous enhancements to these systems, counterfeiters are increasingly unable to circumvent our detection methods. We're now seeing a decrease in counterfeiters infiltrating AdWords. For example, we shut down approximately 82,000 accounts on counterfeit grounds in 2012, down from 150,000 in 2011. More information about our efforts can be found here: http://adwords.blogspot.com/2013/01/ads-security-2012-retrospective.html. In addition to our proactive efforts, Google also works with rights holders who submit notices of any ads violating our policies to ensure that those ads are removed and associated accounts are disabled.

Specifically with respect to pharmaceuticals, since March 2010, the AdWords program has only permitted online pharmacies based in the United States to run ads appearing in the United States. Google is the first online search provider to require these U.S. online pharmacies to be accredited by the National Association Boards of Pharmacy VIPPS program.

Google continues to improve upon its existing automated screening programs and has developed new tools to enhance its ability to enforce and monitor advertisers' compliance with these policies. Google monitors thousands of prescription drug terms for compliance with Google's advertising policies (see http://support.google.com/adwordspolicy/answer/2430794).

On a quarterly basis, Google provides criminal referrals to law enforcement in the US regarding any rogue pharmacies that have attempted to abuse our systems. We have made thousands of referrals to the FDA in the last few years. We also participate in concerted action with law enforcement agencies around the world.

Google has also taken a lead role in a cross-industry effort to collaborate with government bodies to attempt to stop the problems of online pharmacy advertising at the source. Those efforts led to the creation in 2011 of the Center for Safe Internet Pharmacies (http://www.safemedsonline.org/who-we-are/) that provides consumers with important information about purchasing prescription drugs safely online (http://www.safemedsonline.org/protecting-consumers/check-your-pharmacy/).

We trust this information is sufficient to address your questions and look forward to working with you on these important issues.

Sincerely,

John C Burchett

John Burchett
*Director*
*Public Policy, U.S. States and Local, Latin America and Canada*

+You Search Images Maps Play You EXHIBIT 2 s Gmail Drive Calendar More

Google

prescription drugs on
prescription drugs **online**
prescription drugs **online no prescription**
prescription drugs on **plane**
prescription drugs on **airlines**

First autocomplete suggestion directs user to illegal websites

Ads related to **prescription drugs online**

Walgreens **Online** Pharmacy
www.walgreens.com/Pharmacy
America's Trusted Pharmacy Serving Your Needs For Prescriptions & More
Walgreens has 2,673 followers on Google+

Online Express Refills
Transfer Prescriptions
Get Our Mobile App
Join Balance™ Rewards

Walmart $4 Prescriptions - Only $4 for a 30-Day Supply
www.walmart.com/ - ★★★★ 95 seller reviews
Walmart - Save money. Live better.

Save up to 75% on Rx Cost
www.helprx.info/
Same **Drugs** - for a lot less At your Pharmacy

Buy **Online Prescription Drugs** from Canada - CanadaDrugs.com
www.canada**drugs**.com/**prescription**/
Buy **online prescription drugs** from Canada from CanadaDrugs.com, an authorized Canadian pharmacy offering discount **prescription drugs**.
Discount Prescription Drugs - V - Discount Prescription Drugs - P - Clopidogrel

EXHIBIT 3

oogle

oxycodone online

oxycodone online

oxycodone online **sales**

oxycodone online **pharmacy**

oxycodone online **pharmacy no prescription**

**Autocomplete suggests "no prescription"**

Ad related to **oxycodone online**

Official Physician Site

www.ivanalgesia.com/

Find Info On An IV Pain Treatment and Review Clinical Trials

Buy **Oxycodone Online**

www.buy**oxycodone-online**.com/

Buy Oxycodone **online** cheap prescription medication from licensed online pharmacy.

Can i buy **oxycodone online**? - Yahoo! Answers

answers.yahoo.com › ... › General Health Care › Pain & Pain Management

Jun 5, 2010 – If you know where to look and possibly know the right people, then it's possible -- it does surface **online** from time to time as being for sale in ...

EXHIBIT 4

Google | prescription drugs online no prescription

Google Autocomplete suggested I use this search term

Web Images Maps Shopping More ▾ Search t

About 41,600,000 results (0.33 seconds)

First search result is to illegal site

[Buy **Drugs Without** a **Prescription** - Top **Online** Pharmacy: Flavors....]

flavors.me/norxshop ▾

Buy Cheap **DRUGS Online** - Click Here! **No Prescription** Required The Most Trusted **Online** Drug Supplier Fast & Guaranteed Worldwide Delivery Lowest prices ...

This site has been reported as illegal to Google. (Google Transparency Report)

[RX Pill -- Buy **drugs online without** a **prescription**]

rxpill.com/ ▾

Buy **prescription drugs online** with **no** prior **prescription**. Learn about the different types of **prescription drugs**. Visit our quick reference to **prescription drugs**, links ...

[Pharmacy Network - **Online** Pharmacy for **Prescription Drugs**]

www.pharmacy-network.com/ ▾

**No prescription** required - safe reliable licensed **online** pharmacy drugstore. 2000 FDA approved Rx **prescription drugs without prescription**.

Contact Us - Cart and Secure Checkout - Piperacillin + Tazobactam - Azelastine

# EXHIBIT 5

Google | buy viagra online ← Search Term

Search

Images
Maps
Videos
News
Shopping
More

Jackson, MS
Change location

Any time
Past hour
Past 24 hours
Past 2 days
Past week
Past month
Past year
Custom range

All results
Related searches
More search tools

Ads - Why these ads?

**Buying VIAGRA® Online | VIAGRA.com**
www.viagra.com
Learn How to Buy Real VIAGRA® (sildenafil citrate) Online

**Target Pharmacy | Target.com**
www.target.com/Pharmacy ★★★★ 1,397 seller reviews
Find $4 Generics, Rx Refills, Pharmacy Rewards & More at Target
+ Show map of 170 Promenade Blvd, Flowood, MS and nearby target.com locations

**Order Viagra Online | drugstore.com**
www.drugstore.com/Viagra
drugstore.com is rated ★★★★★ 28,756 reviews
Trusted US Pharmacy. Safe & Private Prescription Required-Easy to Order

**Shopping results for buy viagra online**
Viagra 100mg Tablets
$133.65 - HealthWarehouse.com
Non Prescription Sildenafil / Viagra Free Male Sexual ...
$68.95 - Sears
Non Prescription Sildenafil / Viagra Free Male Sexual ...
$28.95 - Sears

**buy viagra online**
www.ettd.org
The best webstore where you can order high quality ED treatment with fast shipping and good price buy viagra online in our shop. Become a fan on Facebook!

**Buy Viagra Online 25 Mg $ 0.55 Per Pill**
online-viagra-tramadol.com
On this site lowest prices, you may Buy viagra online 50 mg $ 0.73 and 100 mg $ 0.79 per pill. Best quality and fast free shipping.

**Buy Viagra | Generic Viagra| Quality Generic Drugs at Online ...**
www.medexpressrx.com
17 hours ago – Buy generic viagra online and viagra from Medexpressrx. Viagra and generic viagra have same active constituent known as sildenafil citrate.

**Buy Viagra Online Without Prescription!**
buy-viagra-online.net
Buy Cheap Viagra Online Without Prescription! Generic and brand drugs with 100% satisfaction guaranteed. Lowest Prices and Satisfaction Guaranteed!

← Selected Website

Levitra Generic, Generic Levitra 32, Canadian Pharmacy

EXHIBIT 6

Canadian Healthcare

# 1 Internet On-line Drugstore

Home | Bestsellers | FAQ | Contact us

For Order more than $300.00

12 Viagra pills

For Other For Other Orders

4 Viagra pills

## Products:

Bestsellers ★

Erectile Dysfunction

Male Enhancement

Anti-Acidity

Anti-Allergic/Asthma

Anti-Depressant/Anti-Anxiety

Anti-Diabetic

Anti-Fungus

Anti-Herpes

Antibiotics

Blood Pressure/Cholesterol

Body-Building

Dental Whitening

Search by name A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

# Your cart

| Product name | Price | Quantity | Total | Remove |
|---|---|---|---|---|
| Viagra<br>10 pills x 130 mg (Generic)<br>Upgrade to 30 pills for only $65.98 and Save 28.07%! | $56.87 | 1 | $56.87 | |
| Viagra<br>2 pills X 100 mg<br>Change to Cialis 2 pills X 20 mg<br>How to get more FREE Viagra? | FREE | 1 | $0.00 | |

Discount code: How to get it?

| | |
|---|---|
| AirMail Delivery: | +$10.95 |
| Courier Delivery: | +$14.95 |
| Free AirMail Delivery (over $200.00 orders): | $0.00 |
| Free Courier Delivery (over $300.00 orders): | $0.00 |

Delivery Insurance - $4.95 (guaranteed reshipment if delivery failed)

Total: $67.82

Next step



EXHIBIT 7

12-013852
MS ATTORNEY GENERAL
C5-12-01146
Mississippi Crime Laboratory
008
One heat sealed plastic bag co
UB
7/11/12
This product was tested and found to contain sildenafil, the active ingredient in Viagra.
VIAGRA
100 mg
Pfizer



buy oxy

EXHIBIT 8

buy oxycodone online
buy oxycontin online
buy oxytocin
buy oxyelite pro

Ad related to buy oxycodone online

Be Safe Buy Smart - Ensure Your Pharmacy Is Legit
www.safemedsonline.org/
Free Pharmacy-Verification Tool!

First Google Search hit is an archive Google Health Site

Buy Oxycodone Online By Fedex Overnight Delivery - Internet Archive
archive.org › Ebook and Texts Archive › Community Texts
★★★★½ Rating: 4.4 - 1578 votes
Buy Oxycontin Oxycodone. Oxycodone And Soma No Prescription. Oxycodone Online Purchase. Oxycodone Online Cheap. Order Oxycodone Online Codeine. ...

Buy Oxycodone Online
www.buyoxycodone-online.com/
Buy Oxycodone online cheap prescription medication from licensed online pharmacy.

Fourth and fifth Google Search hit is for no prescription buys.

Buy Oxycodone Online | Order Oxycodone No Prescription
comprehensivedialogue.org/buyoxycodoneonline/
Manage your pain in no minute - buy Oxycodone online. Order genuine Oxycodone with no prescription at cheapest cost possible! Claim your 30% bonus!

**Buy Oxycodone Online By Fedex Overnight Delivery**

EXHIBIT 9

**Language:** English
**Collection:** opensource
**Notes:**

Google
Health

Google Approved Pharmacy Directory

**Web Pages** Viewing in Google PageRank order

Purchase Oxycodone Directly From Here
Order Oxycodone (WITHOUT A PRESCRIPTION) from the privacy of your own home. Order a 30 or 90 day supply of Oxycodone. Save up to 80% on all medications.
http://www.themedshop.com

Selected website

Google Health has been discontinued, but the Archived site remains on the Internet Archive and the links are active.

Buy Oxycodone directly from here
oxycontin 30days supply with overnight delivery, enjoy wholesale discount . saving upto 80% Discount on your purchase,Safe and secure no need for prescription
http://www.rxmedshoppe.com

Buy oxycodone with upto 20% discount
Oxycodone,Oxycontin,Hydrocodone,Percocet etc available with heavy discount.free overnight delivery.no prescription required.all major credit card accepted.100% money back guarantee.
http://www.medzstore.com

Buy Real Oxycodone,Percocet, online now
OXYCODONE - NO PRESCRIPTION REQUIRED - Express Shipping to All U.S States. FDA Approved Pharmacy.Ordered for personal use only.
http://www.rx-meds.com

Oxycodone30mg Oxycontin OC free shipping
Buy Online BRAND Oxycodone 30mg or 80mg, Oxycontin OC 80mg, Opana 40mg or 20mg - No Prescription Required - FDA approved medication - Overnight USA to USA Shipping ! BUY NOW !
http://controlledpills.com

Buy Oxycodone and Other Pain Meds Here
Oxycodone 30 day supply with overnight delivery available with online doctor consultation. Enjoy wholesale discounts, saving up to 80% on your purchase! Safe, secure, and private.
http://www.medicationbargains.com/

EXHIBIT 10

Archive.org states the following regarding removal of websites from the private companies:

Request by a webmaster of a private (non-governmental) web site, typically for reasons of privacy, defamation, or embarrassment.

1. Archivists should provide a 'self-service' approach site owners can use to remove their materials based on the use of the robots.txt standard.

2. Requesters may be asked to substantiate their claim of ownership by changing or adding a robots.txt file on their site.

3. This allows archivists to ensure that material will no longer be gathered or made available.

4. These requests will not be made public; however, archivists should retain copies of all removal requests.



EXHIBIT 11

Express Pharmacy
Phone- 818-900-2628

Checkout My Cart: 1 item

About us Latest news Our shops Contact My Account

Oxycodone Oxycontin Opana Percocet Adderall Methadone Hydorcodone Xanax

## Shopping Cart

Oxycodone M-15, 120 Tabs was added to your shopping cart.

| Remove | Product Name | Unit Price | Qty | Subtotal |
|---|---|---|---|---|
| | Oxycodone M-15, 120 Tabs | $290.00 | 1 | $290.00 |

Update Shopping Cart

Continue Shopping

| | |
|---|---|
| Subtotal | $290.00 |
| **Grand Total** | **$290.00** |

Proceed to Checkout

Checkout with Multiple Addresses

About Us Customer Service
Site Map Search Terms Advanced Search Contact Us

http://expresspharmacy.shops.bigfrog.com/



+You
Search
Images
Maps
Play
YouTube
Calendar
More
EXHIBIT 12
Google
bath salts for sale
bath salts for sale
bath salts for sale online
bath salts for sale ivory wave
bath salts for sale in ohio
Search
Web
Images
Maps
Videos
News
Shopping
More
Jackson, MS
Change location
Show search tools
Ads related to bath salts for sale
Why these ads?
Buy Bath Salts Online | ravingdragonbathsalts.com
www.ravingdragonbathsalts.com/
XX Raving Dragon Voodoo Dust XX BEST Legal Bathsalts! FAST Shipping
Bulk Bath Salt in Gallons - Available Scented or Unscented
www.bulkskincare.com/
Starting at $25.20 per Gallon
Bath Salts For Sale | p-chem.net
www.p-chem.net/
Buy 98.9% Pure Research Chemical America's Verifed R-Chem Suppliers
Rave On Bath Salts | Bath Salts for Sale
www.imaoherbals.com
Ads
Why these ads?
SaltWorks® Sea Salts
www.saltworks.us/Sea-Salts
rated
Largest Selection in the World.
Wholesale Prices & Free Shipping!
+ Show products from SaltWorks
Don't miss special offers
www.universalplanetshops.com/
Best quality 3 ballz Free Shipping
Discounts and amazing prices
Crabtree & Evelyn®
www.crabtree-evelyn.com/Bath_Salts
Bath Salts & Soaks And More On The
Official Crabtree & Evelyn® Store



# EXHIBIT 13

bath salts for sale |
bath salts for sale **online**
bath salts for sale **ivory wave**
bath salts for sale **in ohio**
bath salts for sale **drug**

Search

Web
Images
Maps
Videos

Ads related to bath salts for sale online

Why these ads?

Buy **Bath Salts Online** Now | ravingdragon**bathsalts** com
www ravingdragon**bathsalts** com/
#1 Recommended even by Police BEST Legal **Bathsalts**! FAST Shipping



EXHIBIT 14

Voodoo Dust
3dcartstores.com
CyberTipline
Raving Dragon Voodoo Supply
Decorative Items for Your Home and Life
Home
About Us
Contact Us
Shipping & Returns
My Account
Home > Cool Stuff
Voodoo Dust
Part Number 500m
CATEGORY
Books
Cauldrons
Oil Burners
Runes
Tarot Cards
Wall Plaques
Cool Stuff
MAILING LIST
Subscribe to our Newsletter
enter email
go
Subscribe
Unsubscribe
PRICE

RAVING DRAGON
VOODOO DUST
1/2 g.
Write a Review



Raving Dragon Voodoo Supply
Decorative Items for Your Home and Life
EXHIBIT 15
Home
About Us
Contact Us
Shipping & Returns
My Account
CATEGORY
Books
Cauldrons
Oil Burners
Runes
Tarot Cards
Wall Plaques
Cool Stuff
MAILING LIST
Voodoo Dust
1
$26.99
$26.99
Subtotal
TOTAL
$26.99
$26.99
Note: Shipping is always free!
Update Cart
Proceed to Checkout

Lab results indicated the active ingredient is Pentedrone. A schedule 1 drug in most states.
EXHIBIT 16
RESULTS AND CONCLUSIONS
Evidence Submission #001
Pentedrone, Amount: 0.3 Gram
RAVING DRAGON
VOODOO DUST
NEW
.5g



herbal spice for sale

**EXHIBIT 17**

Search

Images
Maps
Videos
News
Shopping
More

Jackson, MS
Change location

Show search tools

Ads related to herbal spice for sale — Why these ads?

Herbalife Super Store 1 (888) 707 0023
www.herbalhappy.com/Herbalife-for-Sale
All Herbalife Products for SALE The Premiere Herbalife Direct Site
- Herbalife Programs for Sale - #1 Herbalife Super Store Online

Buy Quality Incense - Lowest Prices on the Best Incense
www.theincensemart.com/fast-shipping
Buy Now Fast with Credit Card!

Discount 50 State Legal | aroma-maddness.com
www.aroma-maddness.com
Scooby Snax, Mad Hatter, Mr. Happy Huge Selection. Fast Shipping

Spice Herbal Smoke Head Shop Spice Marijuana Alternative Smoke ...
www.eazysmoke.com/spice-herbal-smoke.htm
Spice Herbal Smoke Blends on sale at our Herbal Smoke Shop Online. Herbal Smoke Shopping for Legal High Spice Herbal Smoke and Spice legal smoke ...

Spice Gold and Diamond | herbal incense - Buy One Get One Free
spice-gold-direct.com
If in the almost unheard of event that you do see exactly the same Spice Gold herbal blends products on sale elsewhere at a cheaper price please contact us ...

Buy Legal Smoking Blends For Sale - JonSmokeShop.com
www.jonsmokeshop.com

Ads — Why these ads?

Free Mystic Diamond Aroma
www.mystic-novelties.com
Are You Tired Of Weak Store Blends? Free Samples With Free Shipping!

Natural Weight Loss
www.mynaturalmarket.com/Diet-Weightloss
This advertiser is rated ★★★★★

**Website is a Google Ad**

Ayurvedic Herbal Teas
www.tealux.ca
Widest Selection of Herbal Teas
Ayurvedic & Wellness Healthy Tea

Gourmet Herbs & Spices
www.atlanticspice.com/spices
High Quality Hebs & Spices
Herbs & Spices at Wholesale Prices

Mississippi - Herbal
www.local.com
Looking for Herbal
in Mississippi? Find it here!

EXHIBIT 18
Aroma Maddness - 50 State Legal Incens...
aroma-maddness.com
Aroma Maddness
WELCOME VISITOR YOU CAN LOGIN OR CREATE AN ACCOUNT
SHOPPING CART
SEARCH
HOME
MY ACCOUNT
CHECKOUT
CATEGORIES
50 State Legal
WTF
OMG

EXHIBIT 19
Aroma Maddness
WELCOME VISITOR YOU CAN LOGIN OR CREATE AN ACCOUNT
SEARCH
HOME
WISH LIST (0)
MY ACCOUNT
CHECKOUT
Success: You have added
CATEGORIES
INCENSE / POTPOURRI (50)
WHITE RHINO ORIGINAL 15G
ORIGINAL
WHITE RHINO
$29.99
ADD TO CART

EXHIBIT 20

12-013852 MS ATTORNEY GENERAL UB

C5-12-01146

7/11/12

Mississippi Crime Laboratory

006 One heat sealed plastic bag co

Lab results indicate this contained pentedrone, 4-methlethcathinone, a-pyrrolidinopentiophenone and pentylone which are Schedule 1 conrolled substances in most states.

 # EXHIBIT 21

buy prescription drugs online

Upload

Filters

About 13,900 results

Popular on YouTube

Music

Sports

Gaming

Movies

TV Shows

News

Spotlight

CHANNELS FOR YOU

Ora TV

The Wall Street Journal

Town Square

BuzzFeed Central

Al Jazeera English

Browse channels

Sign in to add channels to your guide and for great recommendations!
Sign in ›

PainPillPharmacy.com
1:41

**How To Buy Prescription Drugs Without A Previous Prescription Legally**
by jessemart1 · 3 years ago · 51,210 views
http://painpillpharmacy/ explains how in most states it is legal to purchase non-controlled prescription drugs like Tramadol and ...

1:41

**Online Pharmacy No Prescription - By Prescription Drugs Onl**
by draketeam3214 · 2 years ago · 1,584 views
http://www.proquipment.net - You may buy prescription drugs online easily with our guarantee that you will not have to worry

MILLIONAIRE MAKER
WILLIAM W
FROM ARKANSAS
WON A MILLION
DOLLARS
Harrah's TUNICA
HORSESHOE TUNICA
TUNICA ROADHOUSE

Advertisement

**First 2 results related to buying prescription drugs without a prescription**

CIPROFLOXACIN
TABLET
2:40

**Safely Buying Prescription Drugs Online**
by edrugstoremd · 4 years ago
http://e-drugstore-md.com – Buying prescription drugs online? Stay safe with these do's and don'ts.

**How To Buy Prescription Drugs Online**
by Howcast · 2 years ago · 8,746 views
Watch ... Know Your Medications videos: http://www.howcast.com ... Subscribe to Howcast ...
HD

2:12

**Hazards of Buying Prescription Drugs Online (June 2007)**
by LawsuitGuru · 5 years ago · 23,349 views
Many people are choosing to buy prescription drugs online, but unless they are very careful, this can be a risky undertaking. Drugs

2:03

**How to Safely Buy Prescription Drugs Online - eDrugSearch.com**
by Cary Byrd · 1 year ago · 17,501 views
http://www.eDrugSearch.com While many consumers are interested in online pharmacies and how to safely buy prescription ...

0:49

**Buy Non-Controlled Prescription Drugs Online Legally**
by SuperKaizen1 · 1 year ago · 234 views
http://www.buydrug247.com/ Video explains where to go to buy non-controlled prescriptions online without a previous prescription ...

Colorado
AARP

**Buying Prescription Drugs Online?**
by AARPCOLORADO · 1 year ago · 174 views
Kevin has some great tips to protect yourself if you order prescriptions online!
HD



 How To Buy Prescription Drugs Without ...
Exhibit 22
www.youtube.com/watch?v=1CpHBl9rbi:
Sign in
YouTube
buy prescription drugs online
Upload
GUIDE
MORE RESULTS NEW
Video explaining how to buy prescription drugs without a prescription
How To Buy Prescription Drugs Without A Previous Prescription Legally
jessemart1 4 videos
Subscribe
51,361
11 17
Like
About
Share
Add to
Website to buy the drugs
Uploaded on Oct 30, 2009
http://painpillpharmacy/ explains how in most states it is legal to purchase non-controlled prescription drugs like Tramadol and Cialis without a previous prescription. It tells you what website to visit to
Show more
Uploader Comments (jessemart1)
ginaven1 1 year ago
Actually this is not legal.
Reply
jessemart1 1 year ago
Actually, it really is legal. The prescription drugs described are non-controlled. You are absolutely right when it comes to drugs like amphetamines and barbiturates.
Reply
in reply to ginaven1
Top Comments
beezyb42011 2 years ago
lol hard to trust a guy who looks like he works for the DEA.
Reply
"Silk Road" Let's You Buy Illegal Drugs Online
FEATURED
Google Sponsored Ad
Drugs Dot Com - Online Prescription Drugs
Pill Mill
Florida Pill Mills
Behind The Orange Curtain - Official Trailer
buy oxycodone online
Florida's Pill Part Two of Two
Stop Withdrawals from Oxycontin, Methadone, Heroin, Dilaudid & Vicodin
Nodding Off on Oxycodone
How To Find A Safe Online Pharmacy
How To Get Free Prescription Drugs
50 Cent snorts Cocaine on Live Television
Detectives Nab Dozens For Buying, Peddling Pain Pills

EXHIBIT 23
Google Ad
Google Pop-up Ad
we guarantee every
purchase will be sold
Top Home Workout Machine
Buy Quality Treadmills, Ellipticals & Exercise Bikes from Sole Online!
www.SoleTreadmills.com
1:20
1:21 / 1:41
SOLE FITNESS
Top Rated Treadmills
Order Now
Surgical Mesh Problems
4:12
Order Xanax
0:40
FEATURED
16x9 - Dying By Prescription: Oxycontin
23:46
Online Pharmacy No Prescription - By Prescription Drugs Onl
draketeam3214
Subscribe
1,229
User Selected Video
Like
About
Google Featured Ad
Google Music Sales Ad
Buy "A Better Life" on

download free mp3

EXHIBIT 24

Web Images Maps Shopping Applications More Search tools

About 1 190,000,000 results (0.28 seconds)

First Google Search hit

**Free Mp3 Download**: mp3skull.com
**mp3**skull.com/
mp3skull.com is an easy way to listen and **download** music. You can find your favorite songs in our multimillion database of quality **mp3** links. We provide fast ...
Top 100 Downloads - Skull Mp3 - Gangnam style mp3 - I knew you were trouble mp3
3,924 people +1'd this

**Free** Music **Downloads** – Last.fm
www.last.fm/music/+**free**-music-**downloads**
**Download free** music MP3s on Last.fm, the world's largest online music catalogue, powered by your ... All **MP3 Downloads** ... **Free MP3** - If You Wanna (2:54) ...

**MP3**.com - **Free** music **downloads**, radio, lyrics, songs, and playlists
**mp3**.com/
**Free mp3 downloads. Download** songs and play radio: with lyrics, news, bios, photos, music videos, and playlists.

**Free Mp3 Download**
search**mp3**.mobi/
SearchMp3.Mobi is a **Free Mp3 Download** Service - Millions of **Free Mp3** and Lyrics **downloads** are available.
Rihanna - Eminem - Kabhi Toh Paas Mere Aao - Register

Myxer - Premium & **Free MP3 Downloads** - **Download Free** Music ...
www.myxer.com › MP3 › All Genres
**Download Free** MP3s & **Free** Songs. Choose from Millions of MP3s at Myxer.com. Bestselling Premium Music **Downloads** from $0.99. Support for most **MP3** ...

**MP3** Search & **Free MP3 Downloads**: Beemp3.com
bee**mp3**.com/
**Free mp3** music search & **download**. Top artists and hit music **free** for **download**. 1 million **mp3** base.

EXHIBIT 25

# Google Transparency Report

- Overview
- Owners
- Reporting Organizations
- Specified Domains
- **Requests**
- FAQ
- Download Data
- Visible Changes

mp3skull

## Specified Domain: mp3skull.com

| | |
|---|---|
| Total Requests: | 31,266 |
| Median Requests per Week: | 323 |
| URLs Requested to be Removed: | 807,639 |
| % Indexed URLs | < 5% |
| Median URLs per Week: | 2,561 |
| Most Recent Request: | May 12, 2013 |
| First Available Request: | Jun 2, 2011 |

Do you own this domain? Sign up with Webmaster Tools to be notified when we receive copyright removal requests regarding URLs for our domain.

### URLs Requested to be Removed Per Week

37,500
25,000
12,500
0
5/30/11 11/14/11 4/30/12 10/15/12

### Top Copyright Owners

| | URLs |
|---|---|
| RIAA member companies (EMI Music North A... | 541,352 |
| BPI LTD MEMBER COMPANIES | 162,247 |
| Universal Music Group | 19,456 |
| BPI (British Recorded Music Industry) Ltd | 15,269 |
| SONY MUSIC ENTERTAINMENT | 13,600 |

### Top Reporting Organizations

| | URLs |
|---|---|
| Recording Industry Association of America, Inc. | 541,352 |
| BPI (British Recorded Music Industry) Ltd | 239,768 |
| AudioLock.NET Limited | 10,794 |
| MUSO.com Anti-piracy | 4,747 |
| Institut hrvatske glazbe | 3,662 |

### Requests

1–20 of 31,266

| Request ID | Date | Copyright Owners | Reporting Organizations | URLs | URLs from this domain not removed |
|---|---|---|---|---|---|
| 594529 | 5/12/13 | BPI LTD MEMBER COMPA... | BPI (British Recorded Music... | 3,123 | |
| 594459 | 5/12/13 | BPI LTD MEMBER COMPA... | BPI (British Recorded Music... | 2,591 | |
| 594528 | 5/12/13 | OWSLA | AudioLock.NET Limited | 19 | |
| 594546 | 5/12/13 | BPI LTD MEMBER COMPA... | BPI (British Recorded Music... | 1,765 | |
| 594597 | 5/11/13 | BPI LTD MEMBER COMPA... | BPI (British Recorded Music... | 1,171 | |
| 594450 | 5/11/13 | A State Of Trance | AudioLock.NET Limited | 6 | |
| 594482 | 5/11/13 | Protocol Recordings | AudioLock.NET Limited | 15 | |
| 594593 | 5/11/13 | BPI LTD MEMBER COMPA... | BPI (British Recorded Music... | 1,311 | |
| 594621 | 5/11/13 | Soundpiercing | AudioLock.NET Limited | 4 | |
| 594568 | 5/11/13 | BPI LTD MEMBER COMPA... | BPI (British Recorded Music... | 1,307 | |
| 594147 | 5/11/13 | Newstate | AudioLock.NET Limited | 19 | |



EXHIBIT 26

mp3skull.com - Free Mp3 Download

mp3skull.com

Download

Play

Top Downloads

1 Pink Just Give Me A Reason Mp3
Size: 0.46 MB | Duration: 1:00

2 Tubidy Mp3
Size: 1.02 MB | Duration: 2:59

3 Bruno Mars I Was Your Man Mp3
Size: 8.16 MB | Duration: 3:34

4 Macklemore Can T Hold Us Mp3
Size: 5.05 MB | Duration: 4:24

5 Tum Hi Ho Aashiqui 2 Mp3
Size: 2.88 MB | Duration: 2:21

6 Gentleman Mp3
Size: 7.95 MB | Duration: 3:28

7 Mirrors Justin Timberlake Mp3
Size: 7.44 MB | Duration: 8:06

8 Rihanna Feat Mikky Ekko Mp3
Size: 9.21 MB | Duration: 4:01

9 Skull Mp3
Size: 2.56 MB | Duration: 1:48

10 Heart Attack Demi Lovato Mp3



EXHIBIT 27
The Script feat. will.i.am - Hall
Download Play Embed Send Ringtone
The Script - Hall of Fame
Download Play Embed Send Ri
The Script - Hall Of Fame (
Download Play Embed Send Ri
hall of fame mp3
Download Play Embed Send Ri
William feat. The Script -
Download Play Embed Send Ri
the-script-feat.-will.i.am-
Download Play Embed Send Ri
Junichi Masuda/Go Ichinose - Congratulations on Entering the Hall of Fame! mp3
Opening The Script - Hall Of Fame (Carimbo).mp3
You have chosen to open:
The Script - Hall Of Fame (Carimbo).mp3
which is a: MPEG Audio (3.1 MB)
from: http://www.dumontfm.com.br
What should Firefox do with this file?
Open with
Browse...
Save File
Do this automatically for files like this from now on.
OK
Cancel

EXHIBIT 28

**A Communication from the Chief Legal Officers of the Following States:**

**Hawaii * Mississippi * Virginia**

February 13, 2013

Dear Search Engines,

Thank you for your attendance at the National Association of Attorneys General's Intellectual Property Committee Stakeholder Discussion on November 28 in Ft. Lauderdale. We believe the meeting was a critical first step in addressing intellectual property crimes in the global online marketplace.

As we discussed, attorneys general are indeed concerned about the infringing activities. In addition to the economic impact, the sale of counterfeit products clearly places the consumers' health and safety at risk. Immigration and Custom Enforcement Director John Morton's comments provided chilling examples of the harm that can be inflicted by such products.

We are therefore interested in achieving a consensus on voluntary action that members of the e-commerce community can take to eliminate or significantly reduce infringing activities, with the caveat that to the extent possible, the voluntary action should not be overly burdensome, either technically or financially. To that end, we are intending to have a conference call with each sector to obtain feedback from the November meeting, as well as discuss the voluntary action and the next steps.

As a prelude to the conference call, we are interested in receiving your written comments on the following:

- Specific details of how the takedown process works.
- A detailed explanation of the use of DMCA notices or other factors to alter search results, including statistics demonstrating how rankings have been altered as a result of removal notices.
- How auto complete features can be altered to reduce or eliminate directing consumers to counterfeit product sites, as well as illegal and harmful sites, such as the search "buy oxycodone online without a prescription" mentioned at the meeting.
- How licensing services have helped or can help reduce infringing activities.
- Whether "whole site" removal can be used in cases of repeat offenders.
- Legal issues posed by altering or eliminating direct access by consumers to counterfeit product sites and illegal and harmful sites, as well as "whole site" removal.
- What role search engines have played in curbing the sale of counterfeit pharmaceuticals, medical devices, and other products posing significant consumer health and safety threats.

One of our staff members will be following up on this letter to obtain your comments on the items listed above.

Thank you in advance for your cooperation and assistance.

Sincerely,

David M. Louie
Hawaii Attorney General

Jim Hood
Mississippi Attorney General

Kenneth T. Cuccinelli
Virginia Attorney General

EXHIBIT 29

STATE OF MISSISSIPPI

**JIM HOOD**
ATTORNEY GENERAL

April 1, 2013

Kent Walker
Senior Vice President and General Counsel
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Dear Mr. Walker:

On November 28, 2012, I convened a stakeholders meeting in Fort Lauderdale, Florida for the National Association of Attorneys General Intellectual Property Committee. This meeting highlighted that many of the concerns I have brought to your attention in the past have not been addressed and continue to threaten the lives and livelihoods of millions of American families and companies. These concerns, which a growing number of attorneys general share, range from a failure to stop illegal sites from selling stolen intellectual property to the prevalence of illegal drugs and other products and services that are promoted and even sold through Google platforms.

As you heard during the meeting, attorneys general are concerned about problems with Google's search algorithm, which often leads to sites known to sell counterfeit goods being at the top of the search results. Moreover, attorneys general are concerned about the fact that some of the sites selling counterfeit goods are advertising with Google, which places Google on notice and in the position of being an accessory before the fact to the sale of counterfeit items.

Our concerns were reinforced by the Immigration and Customs Enforcement Director John Morton, who described chilling examples of the harm to our citizens that can be inflicted by counterfeit products for sale on the Internet. No sector or company should suffer or profit from this illegal and harmful commerce.

As you know, these concerns are not new. Despite multiple requests for information from your company, or from its consultants and advocates, no substantive response has been forthcoming. I and others are increasingly troubled by your company's

WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

deliberately evasive responses and unwillingness to make meaningful reforms. These failures, set forth below, show a lack of commitment to making the Internet a safe place for families and commerce. For example:

Promotion of Counterfeit and Illegal Drugs - It has been a year and a half since Google entered into a Non Prosecution Agreement with the Department of Justice and the state of Rhode Island for its role in facilitating the sale of illegal off shore pharmaceuticals, yet Google platforms continue to promote and profit from these dangerous and illegal activities. Most disturbingly, children are still able to purchase drugs without a prescription through Google.

No Improvement on Sites Providing Counterfeit Goods and Pirated Content- During the November meeting referenced above, your colleague, Katie Oyama, claimed that Google has made extensive progress in lowering the rankings of sites that received significant numbers of DMCA notices through a change in Google's algorithm last August. There is no evidence, however, that this is in fact happening. Indeed, during the IP committee meeting in November, an attorney general went online and found that sites peddling counterfeit and pirated goods are still appearing at the top of search results. Moreover, as you are no doubt aware, the RIAA has released a comprehensive report showing that no significant change to search results have occurred over the last six months.

In fact, many of the sites that appear prominently in your own Transparency Report continue to appear at the top of Google search results. These are sites for which you have received hundreds of thousands of DMCA notices. Additionally, Google's autocomplete tool continues to facilitate searches for illegal content on rogue websites such as pharmaceuticals, movies, recordings, and other products.

Google's lack of meaningful action is unacceptable. At the meeting in Florida, Ms. Oyama suggested these infringing sites are not as bad as they appear on the surface and offer legal as well as illegal content. She claimed that regulating search was "complicated."

Attorneys general view this differently. The law is crystal clear that certain drugs cannot and should not be sold online without a valid prescription. There is also nothing complicated about Pirate Bay, a site that has been adjudicated in a court. There is nothing complicated about following your own terms of service or eliminating autocomplete terms such as "buy oxycodone online without a prescription."

In February, the co-chairs of the committee sent letters to the search engine community. We look forward to your responses to those questions, which our office has tried to obtain as recently as this week. In addition, I would like to meet with you

in April to discuss the greater problem and what Google is committed to doing about it. Your colleagues who have attended previous meetings have not been eager to help. I would like to give you the chance to address the problem.

We are interested in achieving a consensus on voluntary action that members of the search and ecommerce community can take to eliminate or significantly reduce infringing activities. However, if voluntary actions will not suffice, we will take legal action to change behavior to protect consumers and the integrity of economic commerce on the Internet.

Sincerely yours,

Jim Hood
Attorney General

CC: Susan Molinari

EXHIBIT 30

Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Google

Main 650 253.0000
Fax 650 253.0001
www.google.com

May 20, 2013

The Honorable Jim Hood
Attorney General of Mississippi
Post Office Box 220
Jackson, Mississippi 39205-0220

Re: April 1, 2013 Letter to Google

Dear Attorney General Hood:

I write in response to your letter of April 1, 2013 regarding illegal websites selling counterfeit and/or otherwise unlawful products.

Many of the specific issues raised in your letter have been addressed in our April 19th response to the the follow-up questions from the National Association of Attorneys General Intellectual Property Committee Stakeholder Discussion, a copy of which I include herewith for ease of reference.

As a further follow-up, please find a brief summary of Google's specific efforts to help combat illegal pharmacies online. This is an area that Google takes quite seriously and one in which we are leading the industry in the fight against counterfeit and illegal pharmaceuticals.

Advertising

Google changed its policy regarding online pharmacies in March 2010, allowing online pharmacies based in the United States to run pharmacy ads domestically only if those advertisers have been accredited under the National Association Boards of Pharmacy ("NABP") VIPPS program (http://www.nabp.net/programs/accreditation/vipps). Google was the first online search provider to require the stringent VIPPS certification for pharmacy advertisers, and only about 30 online pharmacies nationwide are currently VIPPS certified.

Since 2010, Google has improved and continues to improve its existing automated screening programs and to develop new tools to enhance its ability to enforce and monitor advertisers' compliance with these policies, monitoring thousands of prescription drugs terms (see https://support.google.com/adwordspolicy/answer/2430794#), and rejecting millions of pharma ads each year. Google's efforts extend beyond just prescription drug ads. In 2012, Google voluntarily banned ads for dangerous or deceptive herbal and dietary supplements, as well as unsafe "designer drugs" (see https://support.google.com/adwordspolicy/answer/2423645#).

In order to further enhance Google's enforcement of these policies, Google has also contracted with LegitScript, an independent company with knowledge of online pharmacies, to conduct

Printed on 100% post-consumer waste recycled paper

weekly "sweeps" of ads on Google (i.e., running searches of various terms associated with prescription drugs and supplements to see which ads appear) so that Google can immediately remove any ads identified by LegitScript that have managed to evade Google's policy enforcement systems.

As a result of all of these efforts, the number of illegal ads in this space on search engines like Google has declined by more than 900% percent since 2010 (see http://www.safemedsonline.org/2013/05/companies-join-forces-to-protect-consumers-from-the-prevalent-threat-of-illegal-online-pharmacies/).

**Cooperation with Law Enforcement**

Upon identifying any advertiser potentially operating a rogue online pharmacy, Google alerts appropriate law enforcement officials, resulting in thousands of criminal referrals by Google over the course of the last few years. Google also regularly cooperates with law enforcement investigations relating to illegal pharmaceuticals online, assisting investigators both formally and informally in ascertaining the data available to Google and how to lawfully obtain the same for use in connection with their investigations.

**Cross-Industry Collaboration**

In 2010, Google commenced discussions with the White House Intellectual Property Enforcement Coordinator's (IPEC) office to discuss mechanisms for improving cross-industry collaboration as part of efforts to thwart rogue online pharmacies. At these meetings, Google, GoDaddy, and IPEC made the case for creating a formal organization among industry stakeholders with a nexus to the pharmaceutical supply chain to better facilitate information sharing so that members of the organization could capitalize on a broader universe of information and take quicker action against rogue online pharmacies.

On December 14, 2010, IPEC announced the formation of a 501(c)(3) organization, the Center for Safe Internet Pharmacies (CSIP), that would be dedicated to promoting information sharing, education, and more efficient law enforcement of rogue online pharmacies. Since its inception, CSIP has, among other things:

1. created an information-sharing tool for its members so as to assist in identifying bad actors attempting to abuse member company platforms;
2. actively participated public service campaigns about the potential dangers associated with purchasing pharmaceuticals online (see http://www.safemedsonline.org/protecting-consumers/psa-video-contest/); and
3. Offered consumers a pharmacy checker tool to assist internet users in confirming that their online pharmacies are indeed legitimate (see http://www.safemedsonline.org/protecting-consumers/check-your-pharmacy/).

**Autocomplete**

With regard to objectionable phrases in Autocomplete, please note that Autocomplete predictions are algorithmically determined based on a number of factors (including popularity of search terms) without any human intervention. In other words, Autocomplete is a feature that algorithmically predicts and displays queries as users type, based on what other Google users have searched for historically, and is nothing more than a shortcut for typing common queries into Google's search engine. Removing entries from Autocomplete does nothing to preclude users from typing in objectionable queries. More information on Google's autocomplete feature can be found at:
http://www.google.com/support/websearch/bin/answer.py?hl=en&answer=106230

Google remains committed to free expression and only removes content from its search results (i.e., the organic results displayed based on user search queries) in a narrow set of circumstances. Google cannot adjudicate the legality of content on the web. To the extent any website appearing in Google's search results has been adjudged by a court of competent jurisdiction as illegal based on its sale of pharmaceuticals, Google voluntarily removes such websites from its search results. The court order simply need identify the specific web pages containing the illegal content so as to permit Google to identify and remove those pages from its search results.

*****

We look forward to continuing to work with you and the National Association of Attorneys General Intellectual Property Committee, which you co-chair, to resolve any outstanding issues.

Best regards,

Adam L. Barea
Director, Legal
Google Inc.

EXHIBIT 31

STATE OF MISSISSIPPI

**JIM HOOD**
ATTORNEY GENERAL

May 21, 2013

Mr. Larry Page
Chief Executive Officer
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Re: Invitation to Meet with Attorneys General

Dear Mr. Page:

I am in receipt of Google's April 19, 2013, letter regarding the questions asked by Attorneys General Ken Cuccinelli, David Louie and me, co-chairs of the Intellectual Property Theft Committee of the National Association of Attorneys General. Google's responses to our questions are insufficient and inadequate. I invite you and your general counsel to personally attend a meeting of the National Association of Attorneys General on June 18, 2013, at 1:30 pm at the Westin Copley Place, Boston, Massachusetts to answer these questions and any questions the attorneys general may pose.

Google has had ample opportunity to answer questions regarding its refusal to assist attorneys general in our efforts to curtail intellectual property theft online and the online sale of prescription and counterfeit drugs without a prescription. Google sent some employees who were evasive and attempted to give overly technical answers to simple questions to a meeting of the Intellectual Property Theft Committee (IP committee) last November. On February 13, 2013, the co-chairs of the IP committee sent a letter to Google. When there was no response, I sent another letter on April 1, 2013, to Kent Walker, General Counsel for Google, asking additional questions. In order to avoid more of the apparent obfuscation by Google, you need to be at the meeting to understand the gravity of these issues. I hope the problems you have had with your voice are better. We will understand if you attend and allow your general counsel to answer most of the questions.

The following points are examples of inadequacies in Google's reply, but by no means do they represent an exhaustive list. Please be prepared to at least address these points at the meeting.

**Content Removal** - Google claims to only remove content from its search results in a narrow set of circumstances. The phrase "narrow set of circumstances" seems misleading. Google's own policies on child exploitation state, "we block search results that lead to child pornography. This is a legal requirement and the right thing to do." However, Google also removes other types of content. For instance, Google removes content from its German portal that glorifies the Nazi party on google.de or insults religion on google.co.in in India. Why will Google not remove websites or de-index known websites that purport to sell prescription drugs without a prescription or provide pirated content? Content removal can be done, but it appears Google is unwilling to remove content related to the purchase of prescription drugs without a prescription or the downloading of pirated movies and songs.

**Auto Complete** - Google claims in its April 19th letter that "the predictions that appear in auto complete are an algorithmic reflection of query terms that are popular with our users and on the internet. Google does not manually select these terms or determine what queries are considered related to each other." This statement is misleading. For example, a user cannot type in "free child" and receive an auto complete of the words "porn" or "pornography." Google blocks an auto complete of the phrase "free child porn." However, the phrase "buy oxycodone online" is autocompleted with the words "no prescription cod." Google states in its April 19th letter that removing generic terms such as "prescription" or "online" is vastly overbroad. The issue is not about these words as stand-alone search terms, but phrases that facilitate known illegal behavior. For example, if you type in "buy oxycod," the auto complete will provide "buy oxycodone online no prescription cod" as one of the choices. Another example is typing in "watch movies free so" and auto complete supplies "watch movies free solar." Solarmovie is a known rogue website. The suggested search term by Google, "solar," results in extensive sites containing infringing content on the first page of results. Can Google not remove phrases from auto complete such as "buy oxycodone online no prescription cod" or "watch movies free solar" without removing stand-alone terms?

**Digital Millennium Copyright Act Notices** - Google has repeatedly stated that "sites with high numbers of removal notices may appear lower in our results." However, websites that continue to appear very prominently in Google search results are the same websites highly listed on Google's Transparency Report. For example, single searches for a popular new DVD released film results in the website torrentz.eu on the first hit of the search. Torrentz.eu has received over 2,103,239 URL removal requests according to Google's Transparency Report.

**Role of search engines in curbing sale of counterfeit pharmaceuticals** - Google does not mention the role of "search" at all in response to this question implying that search is not an issue of concern despite what is mentioned above. Moreover, Google does not mention its platform YouTube and the role of search and advertising on YouTube in promoting illegal activities. For example, users can search for and view videos purporting to sell prescription drugs without a prescription and other illegal activities all while viewing paid advertisements. What steps is Google taking to address advertising in conjunction with illicit videos on YouTube?

By blocking results for search terms like child porn, it is obvious that the technology exists for Google to block other terms that direct consumers to dangerous and illicit websites. I understand that Google takes the position that the auto complete suggestions are based upon the number of times users type in these terms. However, when this position is viewed from the perspective of attorneys general, who are duty-bound to enforce their consumer protection laws and other civil and criminal statutes, Google is aiding and abetting by allowing its autocomplete feature to lead and even encourage its users to illegal activity. This is of grave concern to the chief law enforcement officers of this nation.

If you have questions about the format of the meeting, please contact Special Assistant Attorney General Blake Bee in my office at (601) 359-3680. At the conclusion of the June 18 meeting, if Google does not provide adequate answers or unresponsive answers, I will call on all of my fellow attorneys general to issue civil investigative demands to Google to produce documents and answer questions about Google's dangerous conduct. I certainly hope this is not necessary. I hope you will attend the meeting and advise us that the above mentioned activity has ceased and announce a 24-hour link through which attorneys general's de-indexing requests are granted or addressed within hours.

Sincerely yours,

Jim Hood

Cc: Kent Walker

EXHIBIT 32

WILMERHALE

Jamie S. Gorelick

+1 202 663 6500(t)
+1 202 663 6363(f)
jamie.gorelick@wilmerhale.com

June 10, 2013

The Honorable Jim Hood
Attorney General
State of Mississippi
P.O. Box 220
Jackson, MS 39205

Re: **Google**

Dear General Hood:

I have been engaged as counsel to Google in connection with your inquiry and I write in response to your letter of May 21, 2013 to Google's Chief Executive Officer, Larry Page. That letter invites Mr. Page and Google's General Counsel, Kent Walker, to attend a meeting of the National Association of Attorneys General ("NAAG") on June 18, 2013, while also announcing your intent to issue civil investigative demands if you view the information provided at that meeting to be inadequate. For the reasons explained below, Mr. Page and Mr. Walker respectfully decline your request.

Google has a well-documented history of cooperation with law enforcement in general and state Attorneys General in particular. Consistent with that record, when the NAAG Intellectual Property Committee invited multiple search engines to appear voluntarily before the Committee on November 28, 2012, Google was the only search engine to do so. At that meeting, a Google executive described some of the work Google is doing in assisting law enforcement in the challenging task of preventing the misuse of the internet for unlawful transactions and activities.

With the Attorneys General of Hawaii and Virginia, you followed up that meeting with a joint letter on February 13, 2013, which called that meeting a "critical first step in addressing intellectual property crimes in the global online marketplace." The joint February 13 letter spoke of achieving "consensus" on "voluntary action", and expressed "interest" in receiving "written comments" from Google on a small number of topics.

Google contacted your staff shortly thereafter, explaining that it was working on a written response. You then sent Google's general counsel on April 1, 2013, a letter branding Google as "evasive" and threatening unspecified "legal action." Google contacted your staff to brief them orally on the written comments then being developed . Google followed that up on April 19, 2013, with a detailed, seven-page letter addressing all the topics covered in the joint February 13 letter. Google provided still further information in a three-page letter to you on May 20, 2013. Given this history, the assertion in your May 21 letter that Google's prior responses to your queries were "insufficient" and "inadequate' is difficult to understand, in view of the record.

We would also like to respond to the suggestion in your May 21 letter that Google ought to censor its search results by removing certain content. The First Amendment stands squarely

against such a restraint on the free flow of information. That is particularly true with regard to search engines like Google, which simply organize and make accessible information provided by others – an activity that the courts have held is entitled to broad immunity under settled and controlling federal law. *See, e.g., Doe v. MySpace, Inc.*, 528 F.3d 413, 418 (5th Cir. 2008) (federal law provides "broad[]" immunity to internet service providers in "all cases arising from the publication of user-generated content").

Google remains open to working cooperatively with you and your staff to find consensus around appropriate voluntary actions in some of the areas mentioned in your letter. Because your May 21 letter suggests that formal civil investigative demands may be forthcoming, we would ask that further communication between Google and your office in this matter be through counsel.

Sincerely,

Jamie S. Gorelick

cc: Admiral Jim McPherson

EXHIBIT 33

STATE OF MISSISSIPPI

**JIM HOOD**
ATTORNEY GENERAL

June 10, 2013

Jamie S. Gorelick
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
jamie.gorelick@wilmerhale.com

Re: Google Litigation Hold Notice
Preservation of Relevant Information: Paper Documents and Electronically Stored Information

Dear Ms. Gorelick:

The State of Mississippi (the "State") is investigating and evaluating Google's conduct related to its search algorithm, auto-complete feature, advertising policies, and any other related functions. The purpose of this investigation is to determine whether there exist any violations of Mississippi law. One of the many potential outcomes of the ongoing investigation could be civil or criminal litigation arising under state law.

As you are aware, parties have a duty to preserve potentially relevant information that may be used as evidence in pending or reasonably foreseeable litigation. Once a party reasonably anticipates litigation, it must suspend its routine document retention/destruction policy and put in place a "litigation hold" to ensure the preservation of relevant documents. It is crucial that Google, its employees, and agents ("Google") take affirmative steps to preserve both paper documents and electronically stored information that are relevant to this investigation and that are in Google's possession, custody or control.

Accordingly, the State formally requests that Google take all appropriate steps necessary to preserve all potentially relevant information pertaining to the State's investigation during the time period covering August 17, 2011 through today and going forward. Google should not discard documents or electronically stored information that is relevant, nor delete, overwrite, alter, or destroy such materials.

WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

"Potentially relevant information" may include YouTube videos related to illicit activity, such as illegal drug infomercials and forged identification documents. It has come to our attention that Google may be removing such videos, documents, and/or other related materials from its platforms, and may be altering its auto-complete feature to eliminate phrases connected to these illicit activities. We request that Google comply with its legal responsibility to retain all relevant evidence related to any such removed content.

In order to comply with this litigation hold request, we ask you to take affirmative steps to prevent intentional or inadvertent destruction of all relevant evidence. To determine what materials may be relevant, Google should refer to the following correspondence: 1) letter from Attorneys General Louie, Cuccinelli, and Hood dated February 13, 2013; 2) letter from Attorney General Hood dated April 1, 2013; and 3) letter from Attorney General Hood dated May 21, 2013.

Thank you for your attention to this matter, and please feel free to contact me should you have any questions related to this litigation hold request.

Sincerely yours,

Jim Hood
Attorney General

cc:   Mr. Kent Walker

EXHIBIT 34

## NON-PROSECUTION AGREEMENT

The United States Attorney's Office for the District of Rhode Island, United States Department of Justice (the "Government"), and Google Inc. ("Google" or the "Company"), a California-based corporation with its principal place of business located in Mountain View, California, hereby agree as follows:

### The Investigation

1. The Government has conducted an investigation into the Company's acceptance of advertisements placed by online pharmacy advertisers that did not comply with United States law regarding the importation and dispensation of prescription drugs.

### Statement of Relevant Facts

2. The Government and the Company agree that the following statements are true and accurate:

(a) Except under very limited circumstances, not relevant here, it is unlawful for pharmacies outside the United States to ship prescription drugs to customers in the United States. Such conduct violates the Federal Food, Drug, and Cosmetic Act, Title 21, United States Code, Section 331(a) and (d) (Introduction into Interstate Commerce of Misbranded or Unapproved Drugs). Where these prescription drugs are controlled substances, such conduct also violates the Controlled Substances Act, Title 21, United States Code, Section 952 (Importation of Controlled Substances).

(b) The Company is a publicly-traded Internet search and technology corporation.

(c) The Company offers various advertising services that permit advertisers to have their advertising message, and a hyperlink to their website, appear above and next to search



results in response to search queries relevant to the advertiser, and on various websites that contract with the Company.

(d) The Company's largest advertising program, AdWords, displays sponsored advertisements in response to queries by the Company's search engine users. Advertisers pay fees to the Company for each ad. Advertisers are able to geo-target their advertising campaigns, selecting the countries where the advertisements will display.

(e) Online pharmacies advertise through AdWords and other Company advertising platforms. The Company adopted initial policies regarding advertising by online pharmacies, and these policies evolved over time as the Company grew.

(f) As early as 2003, the Company was aware that in most circumstances it was illegal for pharmacies to ship controlled and non-controlled prescription drugs into the United States from Canada. For example, in March 2003 and again in December 2008, the National Association of Boards of Pharmacy advised the Company that the importation of prescription drugs from foreign countries is illegal.

(g) The Company was aware that importation of prescription drugs to consumers in the United States is almost always unlawful because the United States Food and Drug Administration ("FDA") cannot ensure the safety and effectiveness of foreign prescription drugs that are not FDA-approved and because the drugs may not meet FDA's labeling requirements, may not have been manufactured, stored, and distributed under proper conditions, and may not have been dispensed pursuant to a valid prescription. While Canada has its own regulatory regime for prescription drugs, Canadian pharmacies that ship prescription drugs to U.S. residents are not subject to Canadian regulatory authority, and many sell drugs obtained from countries other than Canada, which lack adequate pharmacy regulations.

aR AB

(h) As early as 2003, the Company was on notice that online Canadian pharmacies were advertising prescription drugs to the Company's users in the United States through the Company's AdWords advertising program. Although the Company took steps to block pharmacies in countries other than Canada from advertising in the United States through AdWords, the Company continued to allow Canadian pharmacy advertisers to geo-target the United States in their AdWords advertising campaigns. The Company knew that U.S. consumers were making online purchases of prescription drugs from these Canadian online pharmacies. For example, in a November 18, 2003 email, a Company employee discussed the advertising budgets of several Canadian online pharmacy advertisers and noted that "[a]ll ship from Canada into the US via Express Mail." In an August 23, 2005 email, an employee in the Company's policy group stated, "the majority of Canadian Pharmacies are in business to drive pharmacy traffic from the United States to Canada" and " target the US in their geo-targeting."

(i) The Company also knew that many of these Canadian online pharmacy advertisers distributed prescription drugs, including controlled prescription drugs, based on an online consultation, rather than a valid prescription from a treating medical practitioner. The Company was also on notice that many pharmacies accepting an online consultation rather than a prescription charged a premium for doing so, because individuals seeking to obtain prescription drugs without a valid prescription were willing to pay higher prices for the drugs.

(j) From 2004 to 2006, the Company retained a third-party verification service, Square Trade, Inc. ("Square Trade"), to verify whether online pharmacies seeking to advertise through AdWords were licensed in at least one state in the United States or in Canada. Square Trade required pharmacies seeking to advertise through AdWords to self-certify that they would act in accordance with applicable U.S. laws and regulations. During the period that Square

aR B

Trade was providing services to the Company, the Company knowingly permitted Canadian online pharmacies that were certified by Square Trade to advertise the sale of prescription drugs through AdWords to U.S. consumers.

(k) From 2003 through 2009, the Company provided customer support to some of these Canadian online pharmacy advertisers to assist them in placing and optimizing their AdWords advertisements and in improving the effectiveness of their websites. For example, on or about April 23, 2004, a Google employee based in Canada reported in an email concerning the advertisements of a large Canadian pharmacy advertiser that "the Google team is proactively adjusting creative and optimizing with Square Trade policy in mind." On or about June 4, 2004, the same employee emailed a member of the Company's policy group and stated, "The Max team and [customer support] are sort of furiously working on creative to appease our new policy before approvals gets to them and disapproves."

(l) In 2006, the Company's relationship with Square Trade ended, and the Company began using the certification program of a second verification company, PharmacyChecker.com LLC ("PharmacyChecker"). While PharmacyChecker did not certify online pharmacies that shipped controlled prescription drugs, Canadian or otherwise, PharmacyChecker did certify advertisers of non-controlled prescription drugs, including distributors of non-controlled prescription drugs located in Canada. As a result, the Company knowingly permitted Canadian online pharmacies, certified by PharmacyChecker, to advertise the sale of non-controlled prescription drugs through AdWords to U.S. consumers.

(m) Some pharmacy advertisers did not qualify for certification by either Square Trade or, later, PharmacyChecker, but nonetheless advertised through the Company's AdWords program. The Company was on notice that certain online pharmacy advertisers set up their

aR B

advertising programs so that their AdWords advertisements would not run in the United States. Thus, those advertisements could begin to run without the advertiser being required to obtain a Square Trade or PharmacyChecker certification. Once the advertisements began to run on the Company's search engine, however, some pharmacies changed the geo-targeting of the advertisements so as to cause the advertisements to appear in the United States in response to queries by U.S. users of the Company's search engine. Although the Company was on notice that some online pharmacies changed their geo-targeting in this manner, the Company did not prevent these changes in geo-targeting until after it became aware of the Government's investigation.

(n) In addition, as early as July 2004, the Company was on notice that online pharmacies were circumventing the Square Trade and PharmacyChecker certification process by intentionally avoiding the use of certain pharmaceutical terms in the text of their AdWords advertisements, while using these same terms as advertising "keyword" terms. A keyword is a specific word or phrase selected by the advertiser that the Company uses to trigger the display of advertisements in response to a user's query. Advertisers bid, in an auction-like format, on keywords in order to have their advertisements appear when the user enters the selected keywords into the Company's search engine. Once the Company began using Square Trade, and continuing throughout the period during which the Company used PharmacyChecker, the Company conducted manual review of non-certified online pharmacy advertisements only if a pharmaceutical term appeared in the text of the advertisement. The Company was on notice, however, that some online pharmacy advertisers, including some from Canada, avoided this review by using the prescription drug terms as keywords only and not in advertising text. For example, in a February 13, 2008 email, a member of the Company's policy group stated, "[t]he

aR Kg

only ads that are getting blocked are those with explicit pharma terms in the ad texts; the shady, fraudulent advertisers know not to do this." After it became aware of the Government's investigation, the Company made changes to its systems in order to flag for review all ads that had prescription drug terms as keywords. . . .

(o) The Government and the Company estimate that the total proceeds to the Company and Canadian online pharmacy advertisers generated from the advertising and sale of controlled prescription drugs by Canadian online pharmacies that advertised through the Company's AdWords program was approximately $500 million.

(p) The Government's investigation did not relate to the award or performance of any government contract or subcontract.

(q) In 2009, after the Company became aware of the Government's investigation of its advertising practices in the online pharmacy area, and as a result of that investigation, the Company took a number of significant steps to prevent the unlawful sale of prescription drugs by online pharmacies to U.S. consumers. Among other things, the Company became the first search engine to require online pharmacy advertisers to be certified by the National Association of Boards of Pharmacy's rigorous Verified Internet Pharmacy Practices Sites ("VIPPS") program, which conducts site visits, has a stringent standard against the issuance of prescriptions based on online consultations, and does not certify Canadian online pharmacies. In addition, the Company retained an independent company to enhance its back-end sweeps, which were designed to detect pharmacy advertisers exploiting flaws in the Company's screening systems. The Company has also sued pharmacy advertisers who violated the Company's terms of use, and has reported suspected illegal pharmacies to the FDA.

af [handwritten initials]

**Acceptance of Responsibility**

3. The Company was on notice that most Canadian online pharmacy advertisers, advertising through the Company's AdWords program, geo-targeted their advertisements to consumers in the United States and imported into the United States both controlled prescription drugs, in violation of Title 21, United States Code, Section 952, and misbranded and unapproved prescription drugs, in violation of Title 21, United States Code, Section 331(a) and (d). The Company acknowledges that it improperly assisted Canadian online pharmacy advertisers to run these advertisements that geo-targeted the United States through AdWords, and the Company accepts responsibility for the Company's conduct as set forth above in paragraph 2, "Statement of Relevant Facts."

**Forfeiture**

4. As a result of the conduct described in paragraph 2 above, the Company agrees to forfeit $500,000,000 (five hundred million) to the United States as a substitute res for the proceeds of controlled prescription drug sales by Canadian online pharmacies that advertised through the Company's AdWords program. Payment shall be wire-transferred to the Seized Assets Deposit Account of the United States Marshals Service within three days of the execution of this Agreement.

5. The Government contends, and the Company agrees not to contest, that the facts contained in this Agreement are sufficient to establish that the $500,000,000 (five hundred million) being paid by the Company to the Government is subject to civil forfeiture to the Government and that this agreement, in lieu of a separate affidavit, may be attached to and incorporated into the Civil Forfeiture Complaint to be filed against said amount. By this agreement, the Company specifically waives service of said Civil Forfeiture Complaint and

agrees that a Final Forfeiture Order may enter against the $500,000,000 (five hundred million) paid.

6. Upon payment of said funds as described in paragraph 4 above, the Company shall release any and all claims it may have to such funds and execute such documents as are necessary to accomplish the same, including the release of its claim to said funds in a civil forfeiture proceeding brought against said funds.

**Remediation**

7. The Company represents that it has a comprehensive compliance and ethics program, and policies, procedures and technological tools designed to detect and prevent violations of these laws and to ensure compliance with internal Company policies and procedures.

8. The Company has enhanced its pre-existing compliance program and has undertaken reforms and remedial actions in response to the conduct that has been the subject of the Government's investigation.

(a) The Company in March 2010 began requiring VIPPS certification for pharmacy advertisers using AdWords in order to exclude pharmacy advertisers that import or dispense prescription drugs in violation of United States law.

(b) Because most advertisements the Company accepts are placed electronically and without human interaction, the Company uses electronic screening systems to identify pharmacy ads for which VIPPS approval of the advertiser is required. The Company has continued to improve its electronic systems designed to block ads that violate its policies. To supplement its electronic screening systems, the Company has retained an independent company to enhance its back-end sweeps, that is, searches of advertisements running through AdWords, in order to



identify and allow the Company to block pharmacy advertisers that are not VIPPS-approved and that evaded the Company's electronic screening mechanisms.

(c)     Company policy now forbids accepting advertisements from pharmacies located in Canada, or elsewhere outside the United States, to run in the United States on AdWords.

(d)     The Company shall maintain, and update as necessary, all compliance programs and policies referenced in paragraphs (a), (b) and (c) above.

(e)     The Company has cooperated with the FDA, Office of Criminal Investigations, by making referrals where the Company determines that criminal investigation of a pharmacy advertiser is warranted, and the Company will continue to make such referrals.

(f)     Every three months, beginning three months following the execution of this Agreement, and continuing for two years following the execution of this Agreement, the Company shall furnish a report to the FDA detailing the efforts it has taken to comply with paragraphs (d) and (e) above.

**Government's Agreements**

9.     In consideration of the Company's entering into this Agreement and its commitments to: (a) accept corporate responsibility for the conduct described in paragraph 2; (b) forfeit $500,000,000 to the United States; (c) enforce its ethics and compliance programs relating to the advertisement and sale of prescription drugs; and (d) otherwise comply with the terms of this Agreement, the Government agrees not to prosecute the Company for any crimes relating to (i) the conduct described in paragraph 2 or (ii) any other conduct relating to the advertisement or sale of prescription drugs known to the Government or that was the subject matter of the investigation by the Government that led to this Agreement as of the date this Agreement is executed, including but not limited to any alleged violation of Title 21, United States Code,

Section 331(a) and (d) (Introduction into Interstate Commerce of Misbranded or Unapproved Drugs), and Title 21, United States Code, Section 952 (Importation of Controlled Substances).

10. The Government further agrees to release the Company and its successors and assigns (the "Related Parties") from any civil, administrative or equitable claims the Government has or may have against the Company or the Related Parties of which the Government is currently aware that relate to (i) the conduct described in paragraph 2 or (ii) any other conduct relating to the advertisement or sale of prescription drugs known to the Government or that was the subject matter of the investigation by the Government that led to this Agreement as of the date this Agreement is executed. The Company expressly understands that the protections provided under this Agreement shall not apply to any acquirer or successor entities unless and until such acquirer or successor formally adopts and executes this Agreement.

11. It is understood that this Agreement is binding on the United States Attorney's Office for the District of Rhode Island, the United States Attorneys' Offices for each of the other ninety-three judicial districts of the United States and the United States Department of Justice, but that this Agreement does not bind any other federal agencies, or any state or local authorities. Any reference in this Agreement to an obligation of the "Government" shall be binding on all of the government entities described in this paragraph.

**Additional Obligations**

12. It is understood that if, in the two years following execution of this Agreement, the Government determines, in its sole discretion, that the Company: (a) has deliberately given false, incomplete, or misleading testimony or information in the investigation that led to this Agreement; (b) has committed any criminal conduct relating to the advertisement or sale of prescription drugs through AdWords and constituting a felony under United States law after the

date of this Agreement; or (c) has otherwise deliberately violated any provision of this Agreement, the Company shall, in the sole discretion of the Government, be subject to prosecution for any Federal criminal violation of which the Government has knowledge, including a prosecution based upon the conduct specified in paragraph 2 herein. Any such prosecutions that are not time-barred by the applicable statute of limitations on the date of the execution of this Agreement may be commenced against the Company. In addition, the Company agrees to toll, and to exclude from any calculation of time, the running of the criminal statute of limitations for any criminal conduct relating to the advertisement or sale of prescription drugs through AdWords and constituting a felony under United States law for two years from the date of execution of this Agreement. By this Agreement, the Company expressly intends to and hereby does waive its rights to make a claim premised upon the statute of limitations, as well as any constitutional, statutory, or other claim concerning pre-indictment delay. Such waivers are knowing, voluntary, and in express reliance upon the advice of the Company's counsel. It is further understood that if, within two years following execution of this Agreement, the Government determines, in its sole discretion, that the Company: (i) has deliberately given false, incomplete, or misleading testimony or information in the investigation that led to this Agreement; (ii) has committed any criminal conduct relating to the advertisement or sale of prescription drugs through AdWords and constituting a felony under United States law after the date of this Agreement; or (iii) has otherwise deliberately violated any provision of this Agreement, then: (a) any statements made or testimony given by any then current officer, agent or employee of the Company before a grand jury or other tribunal, whether prior or subsequent to the signing of this Agreement, and any leads from such statements or testimony, shall be admissible in evidence in any criminal proceeding hereinafter brought against the Company; (b)



the facts set forth in the Statement of Relevant Facts section of this Agreement shall be admissible in evidence in any federal criminal proceeding hereinafter brought against the Company; and (c) the Company shall assert no claim under the United States Constitution, any statute, Rule 11(f) of the Federal Rules of Criminal Procedure, Rule 410 of the Federal Rules of Evidence, or any other federal rule, that such statements or any leads therefrom should be suppressed or otherwise excluded from evidence.  It is the intent of this Agreement to waive all rights in the foregoing respects.

13.    It is understood that for a period of two years following the execution of this Agreement, the Company shall fully cooperate with the Government and any federal law enforcement agency designated by the Government and provide the Government, upon request and appropriate legal process if otherwise required by law, all non-privileged information, documents, records, or other tangible evidence about which the Government or any designated federal law enforcement agency inquires in connection with the Company's conduct relating to the advertisement and sale of prescription drugs through AdWords. Nothing in this Agreement shall be construed as a waiver by the Company of any protections of the attorney-client privilege, the attorney work-product doctrine or any other applicable privilege or protection with respect to any information, documents or records requested by the Government.

**Public Statements**

14.    The Company, through its attorneys, agents, officers, directors or employees who have authority to speak, and are speaking on behalf of the Company, shall not make any public statement contradicting any part of paragraph 2.  If the Government notifies the Company that it has preliminarily determined, in its sole discretion, that the Company has made any such contradictory statement, the Company may avoid a finding of breach of this Agreement by



repudiating such statement, in a manner satisfactory to the Government, both to the recipients of such statement and to the Government within 48 hours after receipt of notice from the Government. The Company consents to the public release by the Government of any such repudiation. Consistent with the above, the Company may avail itself of any legal or factual arguments available to it in defending any litigation brought, or in any investigation or proceeding, by the Company or any party other than the Government, as long as doing so does not otherwise violate any term of this Agreement. This paragraph is not intended to apply to any statement made by any individual in the course of any actual or contemplated criminal, regulatory or administrative proceeding or civil case initiated by any governmental or private party against such individual.

**The Government's Discretion**

15. The Company agrees that it is within the sole discretion of the Government to determine whether there has been a deliberate violation of this Agreement. The Company understands and agrees that the exercise of discretion by the Government under this Agreement is not reviewable by any court. In the event that the Government preliminarily determines that the Company has deliberately violated this Agreement, the Government shall provide written notice to the Company of that preliminary determination and shall provide the Company with thirty calendar days from the date of that written notice in which to make a presentation to the Government to demonstrate that no deliberate breach has occurred, or to the extent applicable, that the breach has been cured. The Government shall thereafter provide written notice to the Company of its final determination regarding whether a deliberate breach has occurred and has not been cured.

**Limits of the Agreement**

16. It is understood that this Agreement does not bind any prosecuting authority other than

the Government. However, if requested by the Company or its attorneys, the Government will bring to the attention of any other prosecuting authorities the existence of this Agreement and the status of the Company's compliance with its obligations under this Agreement.

17. If requested by the Company or its attorneys, the Government agrees to bring to the attention of governmental contracting authorities the facts and circumstances relating to the nature of the conduct underlying this Agreement, including the nature and quality of the Company's cooperation and remediation. By agreeing to provide this information to governmental contracting authorities, the Government is not agreeing to advocate on the Company's behalf, but rather to provide facts to be evaluated independently by the government contracting authorities.

**Public Filing**

18. The Company and the Government agree that this Agreement will be disclosed to the public.

**Integration Clause**

19. This Agreement sets forth all the terms of the agreement between the Company and the Government. This Agreement supersedes all prior, if any, understandings, promises and/or conditions between the Company and the Government. No modifications or additions to this Agreement shall be valid unless they are in writing and signed by all of the parties.

20. The undersigned represents and warrants to the Government that he/she has the authority to enter into this Agreement on behalf of the Company.

**On Behalf of the Government**

8/18/11
DATE

PETER F. NERONHA
United States Attorney
District of Rhode Island

8-19-11
DATE

By: ANDREW J. REICH
Senior Litigation Counsel

8/19/11
DATE

By: RICHARD B. MYRUS
Assistant United States Attorney

**On Behalf of Google Inc.**

8/17/11
DATE

By: KENT WALKER
Senior Vice President & General Counsel
Google Inc.

8/19/11
DATE

By: KAREN F. GREEN
Wilmer Cutler Pickering Hale and Dorr LLP
Counsel to Google Inc.

8/18/11
DATE

By: PATRICK M. COLLINS
Perkins Coie LLP
Counsel to Google Inc.

aRB