Attorney General James Hood Speech

Neshoba County Fair

July 31, 2013

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

```
 1        (Audio begins mid-sentece)
 2            MR. HOOD:  -- until I heard a lady speak; she was
 3   probably about 38.  Her daddy was one of the top executives at
 4   General Motors in Detroit.  She went to a party.  They got her
 5   drunk.  She passed out.  They made some pictures of her that
 6   were inappropriate.  And they used them to tell her if she
 7   didn't do what they told her to do, then they were going to
 8   release those pictures to everybody in the school and to her
 9   parents.  And she started doing what they 'em to do, and it
10   went into about a ten- or twenty-year cycle of prostitution.
11            And we got a young one down here in the front on the
12   loose this morning.  Yeah, he's on the run, huh?  That's more
13   exciting than these speeches probably, anybody.
14            But, you know, can you -- if the Clarion-Ledger, in
15   the paper this morning -- yeah, he liked my speech, he wanted
16   to stay down there.  If the Clarion-Ledger, in their
17   classifieds, had prostitution on the -- you know, we'd be
18   putting them in jail.  But if they did it online, under this
19   federal law, the Communication Decency Act, they have immunity
20   from it.  If they say -- if you go talk to Back Page, they
21   say, wait a minute, people are telling -- people put that up
22   there, not us, we just provided a space.  Well, what they're
23   doing is they're selling advertising right beside those ads.
24   They're making money off of suffering of a lot of young people
25   in America, and it's not right.
```

1           We attorneys general have written a letter to the
2    United States Congress trying to get them to amend the
3    Communication Decency Act to do away with that immunity.
4    You've seen in some of the papers of some of the battles that
5    I've had with Google lately.
6           You know, if you go on Google now, until I started
7    bringing it to the public eye -- I'm co-chairman of the
8    Intellectual Property Theft of the National Association of
9    Attorneys General.  If you -- used to, if you went online,
10   just back in May, and you were trying to -- say you are
11   elderly and you wanted to buy prescription drugs over the
12   Internet -- you know, you didn't feel like going to the
13   pharmacy and you wanted to buy it over the Internet, you type
14   in "prescription drugs" and automatically, the autocomplete,
15   the drop-down box, it would say "buy prescription drugs
16   without a prescription," and you could go on there and find
17   out how to do it.  And in fact, Google owns the videos that
18   show you how to buy prescription drugs without a prescription.
19          Well, we started calling their hand on it.  I told
20   them they're dope dealers.  I made buys online of painkillers
21   and Viagra.  We had fun with some of those cases.  But we
22   bought without a prescription.  We had undercover buys of
23   those companies.  And what do they say?  "We got immunity.  We
24   don't -- we're not -- you know" -- and they're making millions
25   and billions of dollars off of the pain of selling

```
 1    prescription drugs without a prescription over the Internet.
 2              You know, if some company were doing that in Jackson,
 3    Mississippi, we'd be putting them onto the jail.  But they got
 4    our United States Congress, they bought and paid to get those
 5    changes and that immunity placed in that federal law, and it
 6    needs to be changed.
 7              When you see forty-nine attorneys general write a
 8    letter to the U.S. Congress asking that the law be changed,
 9    you'd think it'd happen.  But the problem is there's so much
10    money on the other side of a lot of these corporations -- I
11    mean, Google's revenues were forty-two billion.  That's what
12    they made, profit, forty-two billion I think it was last year.
13    And these companies don't move until they see fire and gun
14    smoke.  A lawyer with a badge is not enough to push them a lot
15    of the time.  Some of them -- some of the time you had to put
16    somebody in jail.
17              And these large companies are taking advantage of our
18    country and the pain of our people like Back Page with
19    prostitution and human trafficking.  And Google would sell
20    counterfeit items and counterfeit drugs over the Internet that
21    harm our consumers.  But I think these are battles that will
22    be won, and it's because of the media.  You know, once these
23    corporations like that, they only respond to bad publicity.
24    Unfortunately, you had to take it to that level.  The first
25    step you do is you meet with them; you try to get them to move
```

1   and do something, to change the way they're operating.  But
2   they're making money, so they stiff-arm you for a year or two
3   like Google's been doing the AGs.
4          We're about to have the issue civil investigated
5   demands against Google to make them produce documentation, and
6   I suspect we will find the exact same thing that the federal
7   government found in August of 2011.  And if you want to go
8   online and look at it, they entered into a plea of guilty, but
9   they didn't -- they weren't prosecuted.  It was a
10  nonprosecution agreement with the federal government.  Google
11  did, they wrote a check for 500 million dollars for selling
12  drugs in the state of Rhode Island, to that state, for same
13  thing.  And I went back a year later and bought drugs online.
14  And we're going to stop it somehow, some way.
15         Those are battles that are out on the international
16  front, but they come home and they injure our consumers.  And
17  you know, the Internet has opened up so much good for us, but
18  at the same time it's brought us a lot of pain and a lot of
19  injury.
20         There's another federal act that we attorneys general
21  have problems with, and it's called the Class Action Fairness
22  Act.  It was when the Republicans were in control.  George
23  Bush was in the White House, George W. --
24         (Audio ends mid-sentence)
25

```
 1
 2                    C E R T I F I C A T I O N
 3
        I, David Rutt, hereby certify that the foregoing is a true and
 4
        correct transcription, to the best of my ability, of the sound
 5
        recorded proceedings submitted for transcription.
 6
 7
        I further certify that I am not employed by nor related to any
 8
        party to this action.
 9
10
        In witness whereof, I hereby sign this date:
11
        November 19, 2014
12
13
14
15
16
17           [signature]
18           _____
             DAVID RUTT, CET**D-635
19
20
21
22
23
24
25
```

### A
ability
 6:4
act
 2:19 3:3 5:20,22
action
 5:21 6:8
ads
 2:23
advantage
 4:17
advertising
 2:23
agreement
 5:10
AGs
 5:3
amend
 3:2
America
 2:25
anybody
 2:13
asking
 4:8
Association
 3:8
Attorney
 1:7
attorneys
 3:1,9 4:7 5:20
Audio
 2:1 5:24
August
 5:7
autocomplete
 3:14
automatically
 3:14

### B
back
 2:20 3:10 4:18 5:13
bad
 4:23
badge
 4:14
battles
 3:4 4:21 5:15
begins
 2:1
best
 6:4
billion
 4:11,12
billions
 3:25
bought
 3:22 4:4 5:13
box
 3:15
bringing
 3:7
brought
 5:18
Bush
 5:23
buy
 3:11,13,15,18
buys
 3:20,22

### C
C
 6:2,2
called
 5:21
calling
 3:19
cases
 3:21
certify
 6:3,7
CET
 6:18
change
 5:1
changed
 4:6,8
changes
 4:5
check
 5:11
civil
 5:4
Clarion-Ledger
 2:14,16
Class
 5:21
classifieds
 2:17
come
 5:16
Communication
 2:19 3:3
companies
 3:23 4:13,17
company
 4:2
Congress
 3:2 4:4,8
consumers
 4:21 5:16
control
 5:22
corporations
 4:10,23
correct
 6:4
counterfeit
 4:20,20
country
 4:18
County
 1:8
co-chairman
 3:7
cycle
 2:10

### D
daddy
 2:3
date
 6:10
David
 6:3,18
dealers
 3:20
Decency
 2:19 3:3
demands
 5:5
Detroit
 2:4
documentation
 5:5
doing
 2:9,23 4:2 5:3
dollars
 3:25 5:11
dope
 3:20
drop-down
 3:15
drugs
 3:11,14,15,18 4:1,20
  5:12,13
drunk
 2:5
D-635
 6:18

### E
E
 6:2
elderly
 3:11
ELECTRONIC
 1:24
em
 2:9
employed
 6:7
ends
 5:24
entered
 5:8
everybody
 2:8

| | | | |
|---|---|---|---|
| exact | George | injury | 3:1 4:8 |
| 5:6 | 5:22,23 | 5:19 | level |
| exciting | go | **Intellectual** | 4:24 |
| 2:13 | 2:20 3:6,16 5:7 | 3:8 | liked |
| executives | going | international | 2:15 |
| 2:3 | 2:7 3:12 5:14 | 5:15 | look |
| eye | good | **Internet** | 5:8 |
| 3:7 | 5:17 | 3:12,13 4:1,20 5:17 | loose |
| | **Google** | investigated | 2:12 |
| **F** | 3:5,6,17 4:19 5:5,10 | 5:4 | lot |
| F | **Google's** | **Island** | 2:24 4:10,14 5:18,18 |
| 6:2 | 4:11 5:3 | 5:12 | |
| fact | government | issue | **M** |
| 3:17 | 5:7,10 | 5:4 | making |
| **Fair** | guilty | items | 2:24 3:24 5:2 |
| 1:8 | 5:8 | 4:20 | mean |
| **Fairness** | gun | it'd | 4:11 |
| 5:21 | 4:13 | 4:9 | media |
| federal | | | 4:22 |
| 2:19 4:5 5:6,10,20 | **H** | **J** | meet |
| feel | hand | **Jackson** | 4:25 |
| 3:12 | 3:19 | 4:2 | mid-sentece |
| find | happen | jail | 2:1 |
| 3:16 5:6 | 4:9 | 2:18 4:3,16 | mid-sentence |
| fire | harm | **James** | 5:24 |
| 4:13 | 4:21 | 1:7 | million |
| first | heard | **July** | 5:11 |
| 4:24 | 2:2 | 1:9 | millions |
| foregoing | home | | 3:24 |
| 6:3 | 5:16 | **K** | minute |
| forty-nine | **Hood** | know | 2:21 |
| 4:7 | 1:7 2:2 | 2:14,17 3:6,12,24 4:2 | **Mississippi** |
| forty-two | **House** | 4:22 5:17 | 4:3 |
| 4:11,12 | 5:23 | | money |
| found | huh | **L** | 2:24 4:10 5:2 |
| 5:7 | 2:12 | lady | morning |
| front | human | 2:2 | 2:12,15 |
| 2:11 5:16 | 4:19 | large | **Motors** |
| fun | | 4:17 | 2:4 |
| 3:21 | **I** | lately | move |
| further | immunity | 3:5 | 4:13,25 |
| 6:7 | 2:19 3:3,23 4:5 | law | |
| | inappropriate | 2:19 4:5,8 | **N** |
| **G** | 2:6 | lawyer | N |
| general | injure | 4:14 | 6:2 |
| 1:7 2:4 3:1,9 4:7 5:20 | 5:16 | letter | **National** |

3:8
**needs**
4:6
**Neshoba**
1:8
**nonprosecution**
5:10
**November**
6:11

---

**O**

**O**
6:2
**once**
4:22
**online**
2:18 3:9,20 5:8,13
**opened**
5:17
**operating**
5:1
**owns**
3:17

---

**P**

**Page**
2:20 4:18
**paid**
4:4
**pain**
3:25 4:18 5:18
**painkillers**
3:20
**paper**
2:15
**papers**
3:4
**parents**
2:9
**party**
2:4 6:8
**passed**
2:5
**people**
2:21,21,24 4:18
**pharmacy**

3:13
**pictures**
2:5,8
**placed**
4:5
**plea**
5:8
**prescription**
3:11,14,15,16,18,18
  3:22 4:1,1
**probably**
2:3,13
**problem**
4:9
**problems**
5:21
**proceedings**
1:24 6:5
**produce**
5:5
**PRODUCED**
1:25
**profit**
4:12
**Property**
3:8
**prosecuted**
5:9
**prostitution**
2:10,17 4:19
**provided**
2:22
**public**
3:7
**publicity**
4:23
**push**
4:14
**put**
2:21 4:15
**putting**
2:18 4:3

---

**R**

**R**

6:2
**recorded**
1:24 6:5
**RECORDING**
1:24
**related**
6:7
**release**
2:8
**Republicans**
5:22
**respond**
4:23
**revenues**
4:11
**Rhode**
5:12
**right**
2:23,25
**run**
2:12
**Rutt**
6:3,18

---

**S**

**school**
2:8
**see**
4:7,13
**seen**
3:4
**sell**
4:19
**selling**
2:23 3:25 5:11
**SERVICE**
1:25
**show**
3:18
**side**
4:10
**sign**
6:10
**smoke**
4:14

**somebody**
4:16
**sound**
1:24 6:4
**space**
2:22
**speak**
2:2
**speech**
1:7 2:15
**speeches**
2:13
**started**
2:9 3:6,19
**state**
5:12,12
**States**
3:2 4:4
**stay**
2:16
**step**
4:25
**stiff-arm**
5:2
**stop**
5:14
**submitted**
6:5
**suffering**
2:24
**suspect**
5:6

---

**T**

**T**
6:2,2
**take**
4:24
**talk**
2:20
**tell**
2:6
**telling**
2:21
**ten**

| | | |
|---|---|---|
| 2:10 | 3:17 | **2** |
| **Theft** | | 2011 |
| 3:8 | **W** | 5:7 |
| **thing** | **W** | **2013** |
| 5:6,13 | 5:23 | 1:9 |
| **think** | **wait** | **2014** |
| 4:9,12,21 | 2:21 | 6:11 |
| **time** | **want** | |
| 4:15,15 5:18 | 5:7 | **3** |
| **told** | **wanted** | 31 |
| 2:7 3:19 | 2:15 3:11,13 | 1:9 |
| **top** | **way** | 38 |
| 2:3 | 5:1,14 | 2:3 |
| **trafficking** | **went** | |
| 4:19 | 2:4,10 3:9 5:13 | **5** |
| **TRANSCRIPT** | **weren't** | 500 |
| 1:25 | 5:9 | 5:11 |
| **transcription** | **we're** | |
| 1:25 6:4,5 | 3:24 5:4,14 | |
| **true** | **whereof** | |
| 6:3 | 6:10 | |
| **try** | **White** | |
| 4:25 | 5:23 | |
| **trying** | **witness** | |
| 3:2,10 | 6:10 | |
| **twenty-year** | **won** | |
| 2:10 | 4:22 | |
| **two** | **write** | |
| 5:2 | 4:7 | |
| **type** | **written** | |
| 3:13 | 3:1 | |
| | **wrote** | |
| **U** | 5:11 | |
| **undercover** | | |
| 3:22 | **Y** | |
| **Unfortunately** | **yeah** | |
| 4:24 | 2:12,15 | |
| **United** | **year** | |
| 3:2 4:4 | 4:12 5:2,13 | |
| **U.S** | **young** | |
| 4:8 | 2:11,24 | |
| | | |
| **V** | **1** | |
| **Viagra** | 19 | |
| 3:21 | 6:11 | |
| **videos** | | |