# Google's Facilitation of Illegal Conduct

Searches in this presentation were conducted January 15-17, 2014

Neiman Decl.
Ex. 20

# Google suggests where to search for pirated content



# Search links to notorious piracy sites offering movies in the theaters



Google | watch her online

Web  Images  Maps  Shopping  Videos  More ▼  Search tools

About 2,930,000,000 results (0.28 seconds)



**Watch Her Online Free Putlocker | Putlocker - Watch Movies Online ...**
putlocker.bz/watch-her-online-free-putlocker.html
Jan 9, 2014
Watch Her (2013) Online Free Full Movie Putlocker. A lonely writer develops an unlikely relationship with his ...

**Watch Full "Her (2013)" Movie Online - Page 1 - SolarMovie**
www.solarmovie.so/watch-her-2013.html ▼
Jan 10, 2014 - Watch full "Her" movie produced in 2013. Genres are Drama, Comedy, Romance, Sci-Fi.

**WATCH Her Online FREE Movie Full Streaming HDQuality 2013 ...**
www.reddit.com/r/.../watch_her_online_free_movie_full_streaming/
1 day ago - BOOm1ng❖ Watch Free Her Movie Full HD Streaming Online"" New Sensation of watching movie here, enjoy dan "Watch Movie Free Her ...

**Watch Her Online Free | Putlocker HD Movie**
watchheronline2k14.tumblr.com/ ▼
Watch HER Online Or Download HER Movie Free. The inescapable, incompatible bonds between man and machine is an idea which can be traced back to the ...

**watch her movie online for free in hd**
www.moviezr.com/her-movie-2013-watch-online-for-free/ ▼
6 days ago - Directed By : Spike JonzeProduced By : Megan Ellison ,Spike Jonze ,Vincent LandayWritten By : Spike JonzeStarring : Joaquin Phoenix ,Amy ...

3

# Google's Search results lead directly to piracy sites, like SolarMovie



# Google Search results list piracy sites before legal sources of content



katy perry roar mp3

Web    Images    Maps    Shopping    Videos    More ▼    Search tools

About 7,490,000 results (0.30 seconds)

**Roar Perry Roar Mp3 Download - mp3skull.com**
mp3skull.com/mp3/roar_perry_roar.html ▼
Katy Perry - 06 Katy Perry - Roar - [ParsMelodi] mp3. Download. Play. Save to pCloud. 320 kbps 3:43 8.59 mb. Katy Perry - 06 Katy Perry - Roar - [ParsMelodi] ...

**Roar Katy Mp3 Download - mp3skull.com**
mp3skull.com/mp3/roar_katy.html ▼
Katy Perry - 06 Katy Perry - Roar - [ParsMelodi] mp3. Download. Play. Save to pCloud. 320 kbps 3:43 8.59 mb. Katy Perry - 06 Katy Perry - Roar - [ParsMelodi] ...

**Katy Perry - Roar MP3 Download - Imgur**
imgur.com/xFZcz5Y ▼
[ #1 ] Download : http://tinyurl.com/1-Roar-mp3 =========== ======== katy perry roar mp3 katy perry roar mp3 download katy perry roar katy perry roar zippy.



**Katy Perry - Roar MP3 download [FREE] - YouTube**
www.youtube.com/watch?v=zoeXXi5l-Os
Sep 24, 2013 - Uploaded by dancedanxe
download "Roar" from here: http://bit.ly/15stzL7 Official music video for Katy Perry's "Roar" brought to you ...

# Notorious infringers are returned as top results



imagine dragons radioactive mp3

| Web | Images | Maps | Shopping | Videos | More ▾ | Search tools |

About 5,430,000 results (0.22 seconds)

**Radioactive Imagine Imagine Mp3 Download - mp3skull.com**
mp3skull.com/mp3/radioactive_imagine.html ▾
Radioactive Imagine Mp3 Download. order by bitrate ▽. 192 kbps 1:00 1.37 mb. Imagine Dragons / Imagine Dragons - Radioactive mp3. Download. Play...

**Radioactive Imagine Imagine Mp3 Download - mp3skull.com**
mp3skull.com/mp3/radioactive_imagine_imagine.html ▾
Imagine Dragons :: wWw.TakTaraneh.Com :: - 001-imagine dragons-radioactive mp3. Download. Play. 263 kbps 3:07 5.86 mb. Imagine Dragons :: wWw.

**radioactive - imagine dragon - MP3 Download_Play_Listen Songs ...**
www.4shared.com/mp3/l-b4HzuG/radioactive_-_imagine_dragon.htm ▾
Jul 26, 2013 - radioactive - imagine dragondownload from 4shared.

**radioactive imagine: FREE MP3 Download - MP3Juices**
mp3juices.com/search/radioactive-imagine ▾
Download radioactive imagine With MP3 search for Top Songs and Music. ... Lindsey Stirling & Pentatonix - Radioactive (Imagine Dragons Cover) FREE MP3 ...

**Radioactive - Imagine Dragons MP3 download**
www.dilandau.eu/.../Imagine%20Dragons/Radioactive/download-mp3-1....
★★★★★ Rating: 4.6 - Review by Radioactive - Imagine Dragons - Mar 9, 2013
ringtone Send Radioactive - Imagine Dragons Ringtone to your Mobile [ad] ringtone ... Radioactive Imagine Dragons Continued Silence EP.mp3. Source: tumblr.

imagine dragons radioactive
imagine dragons radioactive
imagine dragons radioactive lyrics
imagine dragons radioactive mp3
imagine dragons radioactive download
About 76,600,000 results (0.41 seconds)



Google has received:*

- **2,142,485** notices for mp3skull.com
  (1st and 2nd results)

- **4,073,141** notices for 4shared.com
  (3rd result)

- **1,815,060** notices for mp3juices.com
  (4th result)

- **6,860,509** notices for dilandau.eu
  (5th result)

\* Source: Google Transparency Report, Jan. 16, 2014

6

# Google suggests searches for fake identification documents



buy fake p|
- buy fake pokemon cards
- buy fake passport
- buy fake pregnancy test
- buy fake prada
- buy fake pumpkins
- buy fake pills
- buy fake poop
- buy fake palm trees
- buy fake pregnant belly
- buy fake peacock feathers



buy fake |
- buy fake rolex
- buy fake north face jackets
- buy fake id
- buy fake shoes
- buy fake jordans
- buy fake timberland boots
- buy fake beats by dre
- buy fake beats
- buy fake money
- buy fake uggs

# Google Search makes it easy to find forged identification documents



# Google also facilitates the sales of counterfeit goods



Google

knockoff
- knockoff handbags
- knockoff coach handbags
- knock off uggs
- knockoff watches
- knockoff oakleys
- knockoff sunglasses
- knockoff jerseys
- knockoff michael kors
- knockoff celine bag
- knock off beats

Google Search   I'm Feeling Lucky



Google

louis vuitton hand
- louis vuitton handbags
- louis vuitton handbags outlet
- louis vuitton handbags sale
- louis vuitton handbags saks
- louis vuitton handbags cheap
- louis vuitton handbags ebay
- louis vuitton handbags clearance
- louis vuitton handbags neverfull
- louis vuitton handbags replica
- louis vuitton handbag prices

Google Search   I'm Feeling Lucky

# Google suggests search queries encouraging violent crimes:



how to murder

- how to murder your wife
- how to murder your life
- how to murder someone
- how to murder mystery party
- how to murder a sim in sims 3
- how to murder your wife imdb
- how to murder your wife dvd
- how to murder a rich uncle
- how to murder your brother
- how to murder your parents



how to rap|

- how to rap
- how to rap fast
- how to rap like lil wayne
- how to rape
- how to rap like eminem
- how to rap better
- how to rappel
- how to rap like lil wayne vine
- how to rappel with atc
- how to rap battle

# YouTube offers instruction videos on how to commit violent crimes



# Google makes it easy to find illegal and dangerous drugs





- buy bath
- buy bath salts online
- buy bath salts
- buy bathroom vanity
- buy bathtub
- buy bath salts drug
- buy bath salts drug online
- buy bathing suits
- buy bathrobe
- buy bathroom tile
- buy bathtub online

Google Search    I'm Feeling Lucky

12

Google | buy bath salts drug online | 🔍

Web   Images   Maps   Shopping   More ▼   Search tools

About 482,000 results (0.35 seconds)

**buy-bath-salts-online-shop**
buybathsaltsonlineshop.com/ ▼
Buy Bath Salts Online Shop,Live Help Now: (323)863 3150 ... All that things are really harmful but we would like to introduce you **drug** that is harmless to your ....

**BATH SALTS IN USA**
bath-salts-direct.com/ ▼
Best prices on bath salts in USA. Legal bath salts ... BLISS ULTRA PILLS 1A - 250mg pills 2 Pill Pack BUY ONE GET ONE FREE. $13.32 ... This is Bath salt drug.

**Buy Bath salts drugs online**
bathsaltsbuy.com/ ▼
Purchase bath salt drugs online 24 hour shipping to the entire world. Designer drugs. Cloud 9, Ivory wave, Ivory Dove, party pills and poppers.

**buy bath salts online-Best Online Head Shop**
www.bathsaltsforsale.com/ ▼
buy bath salts online (317) 572-8592. Home · Products · research ... Buy Now. Concentrated Ivory Wave Top quality Concentrated Bath Salt. $15.00. Buy Now.

Sponsored ⓘ

Shop on Google

Tired Old Ass Soak Bath Salts
$14.95 - The Vermont Country Store

Bath Salts and Other Synthetic Drugs
$24.46 - Barnes & Noble
Always Ships Free On Orders $25+!

Shop by brand

Burt's Bees   EO   Ahava

13

# Google continues to promote sites selling illegal pharmaceuticals

Google | online pharmacy no prescription codeine

Web   Images   Maps   Shopping   More ▾   Search tools

About 1,850,000 results (0.38 seconds)

**buy promethazine with codeine no prescription USA Online ...**
nwnews.com/.../ryhx-buy-promethazine-with-codeine-no-prescription.p... ▾
buy promethazine with codeine no prescription — Finding an Internet Pharmacy You Can Trust. buy promethazine with codeine no prescription - Canada ...

**orisenjibanjika on PureVolume**
www.purevolume.com/orisenjibanjika ▾
where to buy cheap codeine no prescriptin buy codeine overnight delivery codeine no online prescription overnight codeine codeine cod pharmacy codeine ...

**Buy Codeine no prescription overnight, buy Codeine next day cod ....**
www.humanitysteam.org/fr/node/1304 ▾
Codeine with no prescription, Codeine online overnight, Codeine cheap no prescription, Codeine ... buy Codeine from online pharmacy with saturday delivery

**Codeine next day shipping - Game Discussions - Community Cube ...**
forum.cubeworldwiki.net › ... › Cube World › Game Discussions ▾
16 hours ago - 3 posts - 2 authors
online pharmacies no prescription Codeine ... pharmacy Codeine no prescrption ... cheap Codeine for sale online no prescription required

Online Doctor Consultation For Codeine How To Buy ...   1 post   Nov 30, 2013
ORDER Codeine ONLINE FEDEX COD FREE CONSULT ...   1 post   Nov 30, 2013
More results from forum.cubeworldwiki.net



no prescription code|
no prescription codeine
no prescription codeine cough syrup
no prescription codeine syrup
no prescription promethazine codeine syrup
online pharmacy no prescription codeine
canadian pharmacy no prescription codeine
codeine no prescription overnight
codeine no prescription uk
codeine no prescription needed

Google Search   I'm Feeling Lucky

14



Google makes it easy for minors to buy alcohol and cigarettes

# YouTube includes videos promoting underage drinking



# YouTube includes videos promoting underage smoking



# Google makes it easy to find sites engaged in human trafficking





# Google

**buy foreign wife**

| Web | Images | Maps | Shopping | Videos | More ▾ | Search tools |

About 74,700,000 results (0.34 seconds)

Ads related to **buy foreign wife**

**Beautiful Foreign Wives - AnastasiaDate.com**
www.anastasiadate.com/
Find True Love with a Russian Woman Dynamic Response. Fast & Secure.
AnastasiaDate has 1,725 followers on Google+

**Red Hot Foreign Brides - Live Chat - RussianBrides.com**
www.russianbrides.com/
20,000+ Slavic Teasers Get it Quick! Get it Steady! Enter.
RussianBrides has 1,317 followers on Google+
Alla - Odessa Girls - Maria - Ukrainian Girls

**Foreign Women Seek Older - foreignladies.com**
www.foreignladies.com/personals.html
Post free profile & let sexy foreign women write you!

**Foreign Brides and International Dating - International Introductions**
www.latin-wife.com/Foreign-Brides.asp
How to avoid the mistakes men make in search of foreign brides. ... guys think by going to a foreign country those poor odds of meeting your wife on your next date disappears. ..... I get the same basic answer every time: he's trying to buy her.

**Russian Girls, Russian Mail Order Brides, Russian Wives, and ...**
www.volgagirl.com/
... over 2,300 Russian girls who are interested in find a foreign husband ... who are interested in finding a compatible Russian wife, usually beginning with email ...
Russian Bride,Russian Girls ... - Instant Video Gallery - Our Most Recent Profiles

Ads ⓘ

**Beautiful Foreign Brides**
www.internationalcupid.com/Foreign
Start Dating Sexy Foreign Women.
Meet 1000s of Singles. Join Free!

**International Dating Site**
www.russiagirlsdating.com/
Top Dates with Russian Dacha Girls.
Dip Your Finger in Her Honey! Join

**buy a wife**
www.charmingdate.com/
Chat & Meet Russian Beauties. Free
Services help you find Perfect wife

**Asian Romance Tours**
www.asianbeauties.com/
Book an AsianBeauties Romance Tour
& Date Orient Women Face-to-Face!

See your ad here »

# Google

**teen escorts for sale**

Web    Images    Maps    Shopping    More ▾    Search tools

About 44,400,000 results (0.52 seconds)

### Sale Teen Escorts Directory - UK Escorts
www.ukadultzone.com/sale-teen-escorts.html ▾
Sale Teen escorts directory featuring sexy Sale Teen escorts girls offering outcall and incall escorting services.

### TAP - Rachael Ross Archives
www.asstr.org/~rache/vbe_tap.htm ▾
These Teen Escorts have already found a home, but don't worry. ... young women money can buy to our valued customers through the Auctions and Adoption ...

### Teen Escorts London
www.casaenecuador.com/teen-escorts-london/ ▾
Price: Dirección: Teen Escorts London. Tipo: Sale, City: Teen Escorts London ... Young and fresh, our teen escorts London are really up for partying and fun ...

### Tight Teenage Escorts 01 DVD - CD Universe
www.cduniverse.com/productinfo.asp?pid=6075948 ▾
Tight Teenage Escorts 01 DVD adult movie video at CD Universe, Watch these smokin ... Customers Who Bought Tight Teenage Escorts 01 buy Also Bought ...

### Buy teensescorts.com - Bodis.com
teensescorts.com/ ▾
The domain TEENSESCORTS.COM is FOR SALE. Price: $750. USD. How do you want to pay? Enjoy the benefits of our fast and secure checkout process.

20