Google Inc.
1600 Amphitheatre Parkway
Mountain View CA 94043



Main Phone 650 253-0000
Main Fax 650 253-0001
www.google.com

January 23, 2014

**By E-mail and First Class Mail**

The Honorable Jim Hood
Attorney General
State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205

Dear General Hood:

I write to thank you and the other Attorneys General and staff who attended our meeting on Tuesday in Denver. We look forward to continuing this dialogue and making progress to address the various issues raised in the course of the discussion.

As I said in the meeting, we would be happy to have our representatives meet again in February.  Please let me know the best dates and times in February to ensure that we can assemble the right team. We agree with General Louie's suggestion that we structure the next discussion around a specific topic so that we can have the most knowledgeable people attend and provide more detail about how we can work with you in building on our existing compliance efforts.

I appreciate your offer to provide a follow-up letter outlining areas to be discussed and the specific types of additional information that would be useful to you in advance of our next meeting.  We will in parallel be working to develop a summary of our presentation that we can share, as well as ideas for enhanced cooperation between the offices of the Attorneys General and Google.  We will plan to provide those materials to you together with our response to your letter.

If any Attorneys General have further questions on specific issues, please invite them to contact Aura Navarro-Abreau (auran@google.com) or Fred von Lohmann (fredvl@googl.com). Aura will be in the best central position to handle questions about autocomplete, ads, and search, while Fred can handle questions specific to copyright and piracy.

More generally, if you (or any of the other Attorneys General) have additional questions please free free to contact me directly. Consistent with General Bruning's

Neiman Decl.
Ex. 21

recommendation, Stephen Merrill (stephen.merrill@bingham.com) is also at your service to help address any issues.

I felt that our meeting was constructive even if we did not have enough time to cover in full all of the various issues raised.  As we discussed, we are committed to continuously refining our enforcement efforts and we welcome your continuing thoughts to help us further improve our products and services.

Best regards,

Kent Walker
Senior Vice President & General Counsel

cc:     The Honorable Jon Bruning
        The Honorable David Louie
        The Honorable John Suthers
        The Honorable Pam Bondi
        The Honorable Catherine Cortez Masto
        The Honorable Dustin McDaniel
        The Honorable Sean Reyes
        The Honorable William Sorrell
        The Honorable Stephen Merrill