# ATTORNEY GENERAL JIM HOOD

**From:** Mike Moore <mm@mikemoorelawfirm.com>
**Sent:** Thursday, February 20, 2014 10:24 AM
**To:** Jim Hood; ATTORNEY GENERAL JIM HOOD
**Subject:** pre meeting on Google

Do you want the Digital Citizens, and industry folks to be at or around your pre meeting on monday morning, before the 330 meeting to brief AGs on new stuff they have produced this week.

Mike Moore
Mike Moore Law Firm, LLC
10 Canebrake Blvd., Ste. 150
P. O. Box 321048
Flowood, MS 39232
T: (601) 933-0070
F: (601) 933-0071