# Illegal Conduct Facilitated Through Google

All screenshots taken on February 24, 2014

Neiman Decl.
Ex. 26

# Piracy





# Piracy

Google

counting stars onerepublic mp3

Web    Videos    Images    Shopping    News    More ▾    Search tools

About 6,310,000 results (0.34 seconds)

**One Republic Counting Stars Stars Mp3 Download - mp3skull.com**
mp3skull.com/mp3/one_republic_counting_stars_stars.html ▾
One Republic Counting Stars Stars Mp3 Download. order by bitrate ▽ . 256 kbps 0:08 0.25 mb. one-republic-counting-stars mp3. Download. Play. 128 kbps 0:30

**OneRepublic - Counting Stars MP3 download - Soundowl**
soundowl.com/track/5xyj/onerepublic-counting-stars ▾
Download OneRepublic - Counting Stars | MP3 7.15 MB.

**one republic - counting stars - MP3 Download. Play. Listen Songs ...**
www.4shared.com/get/iJTbR6F0/one_republic_-_counting_stars.html ▾
one republic - counting starsdownload from 4shared.

**One Republic Counting Stars MP3 Download - mp3ape.com**
mp3ape.com/mp3/one-republic-counting-stars.html ▾
Jason Chen - Counting Stars (One Republic Cover) mp3. Duration: 4:03; Bit Rate : ...
One Republic - Counting Stars (Thomas Jack Edt) mp3. Duration: 7:23; Bit ...

**OneRepublic - Counting Stars - YouTube**
www.youtube.com/watch?v=6hAQAU1... ▾ YouTube ▾
Mar 24, 2013 - Uploaded by MattCzuchry1991
OneRepublic - Counting Stars Native .... OneRepublic - Counting Stars - YouTube. Subscribe 348. YouTube ...
▶ 415

**Amazon.com: Counting Stars: OneRepublic: MP3 Downloads**
www.amazon.com › MP3 Downloads › MP3 Songs › Pop ▾ Amazon.com ▾
Amazon.com: Counting Stars: OneRepublic: MP3 Downloads.

**Counting stars one republic free mp3 download - Mp3Olimp.net**
www.mp3olimp.net/counting-stars-one-republic/ ▾
Counting stars one republic listen online and download for free on Mp3Olimp.net - One Republic - Counting Stars, One Republic - Counting Stars (Snippet)

**ONEREPUBLIC COUNTING STARS - Mp3 Download (3.69 MB)**
www.stafaband.info/download/mp3/lagu_onerepublic_counting_stars/ ▾
Mp3 found 26 files onerepublic counting stars, Click [download] onerepublic ... file size: 2.76 MB | Click Download to Save mp3 onerepublic counting stars from ...

---

Google

counting stars onerepublic |
counting stars onerepublic mp3
counting stars onerepublic lyrics
counting stars onerepublic download
counting stars onerepublic meaning
counting stars onerepublic chords
counting stars onerepublic youtube
counting stars onerepublic album
counting stars onerepublic soundcloud
counting stars onerepublic zippy
counting stars onerepublic video meaning

Google Search    I'm Feeling Lucky

# Forged Identification Documents

Google | buy fake ids 🔍

Web  Shopping  Images  News  Maps  More ▾  Search tools

About 715,000 results (0.34 seconds)

**Really Good Fake IDs**
www.reallygoodfakes.com/ ▾
Want to get a hold of us? Check our Contact page. Get your **fake ID** today with our secure order form. Order Now! © 2013-2014 ReallyGoodFakes.com. Back to ...
Order - Prices - Contact - Examples

**Where to get novelty good fake ID online**
21overnight.com/ ▾
**Fake ID** - Informational resource to all people who purchase **fake ID** in the UK and USA. ... There's a few scams out there when **buying fake** or novelty ID card.
Picture Fake ID - What is Novelty ID? - Fake ID News - Fake ID Glossary

**Buy Fake ID Online . Com**
www.**buyfakeid**online.com/ ▾
**Buy fake ID** online. Where to **buy fake ids** and novelty **fake ids** from trusted **fake id** site reviews.
Approved Fake ID Site - Our Rating Criteria - Contact us about a site

**Best Site for a Fake ID? - Yahoo Answers**
answers.yahoo.com/question/?qid=20130520185125AAi6t92 ▾
May 20, 2013 - DO NOT **buy** one online. Ever since the FBI got ID Chief shut down they are monitoring every **fake ID** site that pops up, getting them shut down ...

**Underground-Review.com - Fake Id Novelty Free Template Cards ...**
www.underground-review.com/ ▾
Never **buy fake id** from sites located in the USA or Canada they make novelty id NOT **fake id**, BIG difference. By law (research it yourself) if they made anything ...

**Scannable Fake Id - Fake Drivers License**
www.noveltyid.eu/fake_drivers_license.html ▾
**Buy fake ids** that scan or **fake** drivers license. Making **fake** id. Scannable Fake Ids . Novelty **fake id** maker designs card original perfection!

---

Google

[ ] 

buy fa
buy facebook likes
buy fabric online
buy fabric
buy fake rolex
buy facebook page likes
buy fake jordans
buy fake id
buy facebook followers
buy facebook friends
buy farmland

Google Search     I'm Feeling Lucky



# Forged Identification Documents



# Sex Trafficking

Sex Trafficking websites pay for advertising through Google's AdWords program

Google | mail order brides asian

Web  Videos  Images  Shopping  News  More ▾  Search tools

About 441,000 results (0.24 seconds)

Ads related to mail order brides asian ⓘ

**Pretty Japanese Brides - AsianDate.com**
www.asiandate.com/ ▾
Meet 100s Beautiful Mail Order Brides. 100% Verified Profiles!
AsianDate has 1,227 followers on Google+
Top 1000 Ladies - Ladies Online - Free SignUp - Search for Your Lady

**Asian Mail Order Wives™ - ChnLove.asia**
www.chnlove.asia/ ▾
Meet Your Dream Asian Women for Love & Marriage. Free Sign-up Now!
Free Trial of Video Show - Top 2,500 Ladies Online - Sign up with FB Accout

**Asian Mail Order Wife - idateasia.com**
www.idateasia.com/ ▾
Approved Anti-Scam Idateasia™ with 20K+ Verified Profiles. Free Join!
iDateAsia has 546 followers on Google+

**Asian Brides, Asian Women, Asian Dating - Rose Brides**
https://www.rosebrides.com/asian-brides.html ▾
Results 1 - 15 of 1878 - Women from Asia seeking men online for love and marriage. Thai brides, Chinese brides, Vietnamese Brides. Find your Asian mail order ...

**Chinese Brides - Mail order brides from China**
www.rosebrides.com/chinese-brides.html ▾
Results 1 - 15 of 467 - Russian Brides · Ukrainian Brides · Belarusian Brides · Asian Brides · Latin Brides · View all ... Chinese bride - Yuxuan from Lianyungang ...

**Reviews of the Top 10 Mail Order Brides Websites 2014**
mail-order-brides-websites.noireviews.com/ ▾
The site is filled with genuine profiles of beautiful women from Asia and other parts ...
Unlike many other mail order bride websites, KievConnections.com do not ...

**Russian women Latin women and Asian Women Dating Service ...**
www.loveme.com/ ▾  A Foreign Affair ▾
... colombian women & china women for love, 75 tours a year to meet Russian, Latin, Colombian & Chinese women, Asian women and Mail Order Brides.

**Asian Mail Order Brides - Asian Brides - Asian Dating**
www.asianmailorderbrides.net/ ▾
Over 5000 Asian Mail Order Brides for romance or more. Photos + profiles of Asian brides seeking men from overseas. a trusted Asian dating site.

Ads ⓘ
**Asian Mail Order Wives**
www.behappy2day.com/ ▾
Asian Women Seeking Life Partners. Date & Marry Hot Beauty. Join Free!

**Marry Asian Brides.**
www.marryasianbride.com/ ▾
Amaze you with Brides of China and the Asian world.

**Asian Beauties.**
www.thai-matches.com/ ▾
1000s Beautiful Single Thai Girls Meet your Lovely Thai. Join Free.

**Beautiful Asian Brides**
www.asiandating.com/Brides ▾
Start Dating Sexy Asian Women. 3 Million+ Profiles. Join Free Now!

See your ad here »

Google

Google Search    I'm Feeling Lucky

mail order|
mail order brides
mail order pharmacy
mail order food
mail order catalogs
mail order steaks
mail order comedy
mail order grooms
mail order brides asian
mail order
mail order gifts

# Prostitution

find escorts in colorado



0:01 / 1:08

### Denver Escorts | High end escorts in Denver Colorado and beyond

Tryst Denver  2 videos

Subscribe  3

1,791

👍 1  👎 0

Like   About   Share   Add to

Published on Sep 9, 2012

We are a small boutique escort agency serving Denver and beyond. We have been established for about 4 years, and we are by far the most discreet agency in the country. Because of our methods, how we screen and the fact that most information is only viewed by me (Mia Sinclair) Each and every experience you have with my agency is a lasting great memory.

Please see our website for more great girls
http://www.trystdenver.com

Buy "Piano Sonata No.14 in C-Sharp Minor, Op. 27 "Moonlight Sonata": I. Adagio sostenuto" on
Google Play
iTunes

You Tube



An advertisement for ExxonMobil appears alongside video search results for prostitutes

# Stolen Credit Card Numbers



Videos for websites selling stolen credit card and bank account numbers are ad-supported

# Street Drugs

buy crack online



 YouTube

www.bercshop.com, Crack Cocaine, buy Crack Cocaine online US...



Cliford hall · 102 videos

Subscribe

Like    About    Share    Add to

14 views

Created using
One True Media video creation and editing

Published on Jan 19, 2014
www.bercshop.com,Mephedrone, Ketamine, Ephedrine Hcl,
Methylone, Methadrone, Pseudoephedrine, Etizolam , MAM-2201,HU
-210,HU-211
HU-239,HU-243,HU-308,HU-320,HU-331,HU-336,HU-
345,Phenazepam,
STS 135,MDPV,BAY 38 7271,Pentylone,6 McO MiPT,a pvp,
Show more

# Illegal Pharmaceutical Drugs

Google | buy xanax online no prescription

Web  Shopping  Images  Maps  Videos  More▾  Search tools

About 3,050,000 results (0.19 seconds)

Ad related to **buy xanax online no prescription** ⓘ
**New Get Started Program**
www.qsymia.com/
Qsymia™ (phentermine and topiramate extended-release) capsules CIV
Learn Your BMI - Taking Qsymia

Xanax **Without Prescription** - **Buy Xanax Online**
www.getxanaxonline.com/xanax-without-prescription.html ▾
Learn about **no prescription** Xanax. Moral and legal information before you make a choice.

Overnight **xanax without prescription** - Canadian Pharmacy. Your ...
www.fungoes.net/2010/01/ ▾
Overnight **xanax without prescription**: merck manual finds however increasing prevention for best ... Phillip is removed by the cannabis's grain to **buy** couple.

**Buying Xanax Online Without a Prescription**: Price Comparison ...
www.coreynahman.com/11_25_Xanax_price_comparison.html ▾
Jan 23, 2012 - **Xanax** price comparison shopping. People often write to me and ask: "How do you **buy Xanax** on the internet **without** getting into trouble?"

**Buy Xanax Online Without Prescription** |
happyjourneycollective.com/ ▾
This enables anyone to **buy xanax online** within a budget that he/she has set and still ... Are you considering **buying Xanax without** having a **prescription** from an ...

**No Prescription** Required. New Discounted Rates for Valium, **Xanax** ...
www.abroadpharma.com/ ▾
We offer huge range of pharmaceutical solution **without** any **prescription** or doctors ...



An ad for weight-loss medication appears alongside search results for websites illegally selling prescription drugs