

Page 1

1

2

3

4

5

6                 NATIONAL ASSOCIATION OF

7                 ATTORNEY GENERALS

8

9

10

11                                    )

12    MEETING                         )    TRANSCRIPT OF

13                                     )    EXCERPT OF

14                                     )    PROCEEDINGS

15

16

17                 February 25, 2014

18

19

20

21

22

23

24

25    Job No. CS1960542

Neiman Decl.
Ex. 27

1    A P P E A R A N C E S:

2

3    JIM HOOD

4    JON BRUNING

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        P R O C E E D I N G S

2        (DISCLAIMER:  Poor audio, parties too far away

3        from recording device and background noise;

4        "indiscernibles" noted)

5              MR. HOOD:  -- know the Chamber of

6        Commerce had kind of gotten that together and

7        they reached an agreement, you know, in our

8        meeting.  Of course, you know, they were going to

9        work together and they went off over in a -- I

10       think they (indiscernible) White House or

11       something.  So we didn't get credit for it which

12       we wouldn't -- didn't care about it.

13             You know, but the got the deal done.

14       And the banks worked with the (indiscernible).

15       So we began to try to work with some of the

16       search units.

17             Jon, good to have you back.  JB's

18       insulted me twice while you've been gone so --

19            (Laughter)

20             UNIDENTIFIED SPEAKER:  Which took a lot

21       of restraint to keep it to that number.

22            (Laughter)

23             MR. HOOD:  But, anyway, then we began

24       to start working with the search engines and

25       trying to figure out, you know, how we can kind

Page 4

1    of stop the flow of some counterfeit items.  It's

2    not just counterfeit items.  I mean, it's -- it's

3    human trafficking.  You get on a search engine

4    and you look for prostitute, you find those kind

5    of things.  Kids are doing this, you know.

6    They're looking at this stuff.  You know, they've

7    got to how to videos on how to murder and how to

8    rape, how you kill your wife, how you get away

9    with it.

10              And they -- like the sale of drugs.  I

11   mean, our investigators purchased drugs online

12   from a Google advertiser.  We got them lab

13   tested.  We're talking about counterfeit -- we're

14   talking about pain killers.  You know, some of

15   them were counterfeit, some not.

16              So we've had several meetings over

17   about two and a half years with Google because

18   they're the primary.  You know, I know for our

19   meeting in Boston and Yahoo, I think, which uses

20   Bay -- is powered by Baine (sic) if I'm right

21   about that.

22              But I remember calling one of their

23   people and saying, look, you know, you've got a

24   query on here that says, you know, buy

25   prescription drugs without a prescription.  And I

1    said, you know, then it goes to a site where you

2    can actually buy them.  It's not just a -- you

3    know, something that's trying to take your money

4    or take a joke or whatever.  And that was on

5    Friday.  By Monday, they got it -- they stopped

6    that auto-complete feature.

7              So we're not just, you know, picking on

8    -- on one particular company.  But Google on auto

9    some days you have an 80 percent market, some

10   days you got 60 percent on the desktop, you know,

11   queries.  So -- (indiscernible) inquiries.

12             So we -- we have tried to work with

13   them.  We've written a series of letters.  We had

14   a meeting this week and this is where I kind of

15   want to just lay the foundation for the -- where

16   -- where we're in a disagreement.  And, Jon, I'm

17   going to ask you to jump in.

18             My position is that they should delist

19   some of these sites that they know are bad sites.

20   And delisting is you take it off.  You can't find

21   it.  Demotion is you just push it down so far

22   where people can't find it.

23             Well, a while back (indiscernible) use

24   it.  Then the first site you can see was

25   something called MP3skull.  That's just one that

1    we know about.  And it's not a (indiscernible).

2    It's not about music (indiscernible) software.

3    It's about pursuing protection items that start

4    house fires and drugs and, you know, human

5    trafficking, all those issues.  But this is just

6    an easy one to understand.  MP3skull

7    (indiscernible).

8              Well what is the most renown site, I

9    guess, to (indiscernible).  It should be the

10   first one, you would think, to pop up if you did

11   that query for (indiscernible).  Now they've

12   changed it a little bit, but this pirating

13   outfit, pretty much all they do is -- is power

14   (indiscernible).

15             Now Google complained that, you know,

16   (indiscernible) it's not.  My argument as the

17   prosecutor is, you know, if I've got a store

18   selling drugs I'm not just going to shut down one

19   department.  I'm going to shut the whole store

20   down.  So they say, we'll shut down the

21   (indiscernible) if you tell us.  So their MO is

22   you've got to tell us.  You've got to feed the

23   machine rather than clean up our site.  It's your

24   job to report those.

25             So they offered us something.  We got

Page 7

1   something out of this meeting, this -- that --

2   I'm glad that we did it and (indiscernible) I

3   would encourage your states as well.  They put on

4   the table what's a trusted flag approach and

5   that's a -- that's what the YouTube videos that

6   we plan on and brought to their attention that

7   show things like, you know, how to murder, those

8   kind of things.  But they're going to train our

9   people at our place or theirs or whatever and

10  help our people do the notification on them.

11          So I (indiscernible) notify them.  I

12  think it's their job to clean it up.  Why should

13  we spend our resources; why should government

14  fear their water because they're making money off

15  of this.

16          But to try to -- to reach some

17  agreement with them I put on the table, you know,

18  if -- if the banks take this -- they don't have

19  these protections and immunity under the

20  Communication (Indiscernible) Act like -- you

21  know, the banks just don't have protection.  But

22  they'll take this list of this non-profit and

23  they'll cut them off.  They won't pay.

24          Why don't you take, you know, that you

25  -- Google (indiscernible) list from one of their

Page 8

1   associations that says, here's a list of my

2   websites and we cut them off.  We delist them.

3           There are other groups that would have

4   the same lists, that they would provide them and

5   they could give them to us and we could give them

6   to them, such as the motion picture association,

7   you know, the recording industry.  I know they

8   already do it, but there are others that would do

9   it if we had the list.  I said, why don't you

10  take these lists and delist them.  They keep

11  saying -- there are no First Amendment -- you're

12  not going.  They have no liability to cut them

13  off and if the sites get themselves right then

14  they can come back on.

15          And this is where I'm going to turn it

16  over to Jon because he just flat said in the

17  meeting, you know, give us an answer.  And so,

18  Jon, I would ask that you kind of fill in the

19  things I've missed and then get to the point of

20  what their answer was when we kind of put this to

21  them.

22          And the only thing I will mention in

23  case Jon forgets, they -- to their credit they

24  put on the table that they're going to hire 10

25  percent more people to do more work and that's

Page 9

1    great.  They're doing -- you know, they're

2    spending a lot of money.  It looks like they're

3    spending huge amounts and they've got a thousand

4    people working on it.

5             But the problem is, is that morning we

6    got this letter from them, we printed out 10

7    sites that had buy what was Percocet online

8    without a prescription.  I mean, whatever they're

9    doing is not working.  And so we're saying -- you

10   know, Jon was pushing them on demotion.  I was

11   pushing them on delisting, and so we're both --

12   you know, they get us in a circle, circular

13   argument about the demotion because it's not

14   working.

15            And so, Jon, I would like for you to

16   step in and kind of explain what else I've missed

17   and then, you know, what their answer was.

18            MR. BRUNING:  Well, first of all, I

19   want to say that I very much appreciate my good

20   friend, General Hood (indiscernible) saying.

21   It's meant a lot to all of us, Jim, that you have

22   taken -- you know, carried this load against --

23   on this very important issue.

24            You know, yesterday was pretty

25   frustrating for those of us that were there.  It

1    was surprising because the team from Google

2    seemed to have very direct orders from whoever it

3    was up their chain of command to not give an

4    inch.

5            And so I did finally ask them at some

6    point.  I mean, we all understand it.  We have

7    people work for us.  And if we send them into a

8    meeting and say, don't give an inch, that we

9    expect them not to give an inch.  And I think

10   what happened when we got into that Google

11   meeting is we had a team from Google that was

12   told, don't give anything.

13           So it was a -- it was a somewhat

14   frustrated meeting.  You know, what we're looking

15   for, as I think General Hood has laid out, is

16   that we're looking for, one, Google to do

17   something about sites that in particular make

18   money, make the vast majority or all of their

19   money from stealing music, movies, and other

20   digital counting.  There are sites that do

21   nothing but that.  That's number one.  Do

22   something about it, either demote them, delist

23   them, do something because there is an immense

24   amount in raw numbers of illegal content or -- or

25   of content that is taken illegally, so music

1    that's downloaded without a license, movies that

2    are downloaded without a license without paying

3    for it.  There's an immense amount of that.

4                Now Google will tell you, well, only

5    five percent -- only five percent of the searches

6    find that type of content that's -- that's able

7    to be downloaded for free.  Well, five percent of

8    a billion searches is a lot of searches.  It's a

9    lot of people downloading illegal content --

10   downloading content illegally.

11               So that's the first issue.

12               The second issue is as General Hood

13   mentioned.  They have an immense amount of

14   content on their YouTube platform that is just

15   flat out illegal, so how to build a Boston

16   Marathon bomb; how to find an underage

17   prostitute; how to buy Oxycontin without a

18   prescription.  They -- all that is on YouTube and

19   Google will say, well, we're trying to take it

20   down.  But our stance, as attorney generals, has

21   to be, you can do better.  You have to do better.

22   It should not be that readily available.

23               You own a restaurant and if somebody

24   wants to walk in, you know, wearing a Speedo and

25   carrying a bucket of horse crap, you don't have

 

1   to serve them dinner.  And if Google has a

2   platform and you want to -- you know, somebody

3   wants to put a video on there of how to make a

4   fake passport, Google doesn't have to put it up.

5   And if it does get put up, they have a duty to

6   take it down.

7        So we find ourselves at a crossroads

8   where I think we have a couple of options.

9   Litigation, as General Suthers (ph) pointed out

10  yesterday, is a challenge certainly.  We would

11  have to find out exactly what our theory is.

12  General Suthers, I think, made a very salient

13  point on that issue, what is our legal cause of

14  action.

15       But we do have secondarily, as General

16  Kilmartin (ph) and I were talking about earlier,

17  we have a significant bully pulpit.  As the

18  attorney general of this country we can demand

19  better from companies like Google and a company

20  that's done a lot of good worldwide.  But we can

21  demand better from them.

22       And so we have a bully pulpit.

23  Collectively, we have a significant bully pulpit.

24  We could have called, as we were talking about

25  earlier, General, we could have called a press

Page 13

1    conference yesterday 15 minutes before attorney

2    General Houler (ph) walked in here and we would

3    have had 20 TV cameras to talk to about the fact

4    that Google allows a video on how to make a

5    Boston Marathon bomb readily available on its

6    YouTube site.

7            And perhaps that's our next step.  It's

8    either see IDs to understand what kind of ad

9    revenue they're generating from this type of

10   content because they do sell ads right next to

11   it.  As we pointed out yesterday, Target, U.S.

12   Olympic Committee and all kinds of stuff is sold

13   right next to how to buy a fake passport or how

14   to make a bomb or buy Oxycontin without a

15   prescription.  So they're making money from this

16   -- from this.

17           So our question to -- the question we

18   have to ask ourselves is how do we want to go

19   forward.  Is it see IDs or mark consumer

20   protection divisions; is it litigation under the

21   CDA which is quite a challenge as we all know; is

22   it public shaming where we simply say, you need

23   to do the right thing and we're here as arbiters

24   of the public good to make sure you did.  That's

25   the question for us collectively.

1        And, General Hood, I want you to know

2    how much I appreciate your leadership on this

3    issue.  I intend to stay engaged on it.  I think

4    it's important for consumers in our states.  And

5    now we have to decide how to go forward.

6        Thank you.

7        UNIDENTIFIED SPEAKER:  Do people of

8    Nebraska frequently go into restaurants wearing

9    Speedos carrying buckets --

10        (Laughter)

11        MR. BRUNING:  Well, I would expect

12    (indiscernible) Nebraska restaurant

13    (indiscernible) certainly personally.

14        UNIDENTIFIED SPEAKER:  You may have no

15    business left.

16        MR. BRUNING:  That's my point.  Google

17    --

18        (Laughter)

19        MR. BRUNING:  Google needs to just say

20    no when those -- when those people show up on

21    their site and they're not doing it well enough.

22    And they have lots of money.  They spent $500

23    million to settle with Rhode Island and the

24    federal government.  And they can certainly

25    figure out how to put more resources.  I

1    appreciate the time and resources they have

2    applied to this, but they certainly can and must

3    do more.

4            UNIDENTIFIED SPEAKER:  I just wanted

5    you to know I was listening.

6        (Laughter)

7            MR. BRUNING:  I'm just glad you're

8    awake, General.

9            UNIDENTIFIED SPEAKER:  Thank you.

10            Any questions for either -- for either

11    of the two generals or comments?

12            Everybody's got planes to catch.

13            Last, but certainly not least, we have

14    --

15        (Recording stopped)

16                    *  *  *  *  *

17

18

19

20

21

22

23

24

25

Page 16

1                         CERTIFICATION

2

3            I, Sherri L. Breach, certify that the

4       foregoing is a correct transcript from the official

5       electronic sound recording of the proceedings in the

6       above-entitled matter.

7

8       Dated:  November 4, 2014

9

10

11

        AAERT Certified Electronic Reporter & Transcriber CERT*D-397

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[& - electronic]                                          Page 1

| & |
| --- |
| **&**   16:11 |

| 1 |
| --- |
| **10**   8:24 9:6 |
| **15**   13:1 |

| 2 |
| --- |
| **20**   13:3 |
| **2014**   1:17 16:8 |
| **25**   1:17 |

| 3 |
| --- |
| **397**   16:11 |

| 4 |
| --- |
| **4**   16:8 |

| 5 |
| --- |
| **500**   14:22 |

| 6 |
| --- |
| **60**   5:10 |

| 8 |
| --- |
| **80**   5:9 |

| a |
| --- |
| **aaert**   16:11 |
| **able**   11:6 |
| **act**   7:20 |
| **action**   12:14 |
| **ad**   13:8 |
| **ads**   13:10 |
| **advertiser**   4:12 |
| **agreement**   3:7 7:17 |
| **allows**   13:4 |
| **amendment**   8:11 |
| **amount**   10:24 11:3 |
|    11:13 |
| **amounts**   9:3 |
| **answer**   8:17,20 9:17 |
| **anyway**   3:23 |
| **applied**   15:2 |
| **appreciate**   9:19 |
|    14:2 15:1 |
| **approach**   7:4 |
| **arbiters**   13:23 |

**argument**   6:16 9:13
**association**   1:6 8:6
**associations**   8:1
**attention**   7:6
**attorney**   1:7 11:20
   12:18 13:1
**audio**   3:2
**auto**   5:6,8
**available**   11:22 13:5
**awake**   15:8

| b |
| --- |
| **back**   3:17 5:23 8:14 |
| **background**   3:3 |
| **bad**   5:19 |
| **baine**   4:20 |
| **banks**   3:14 7:18,21 |
| **bay**   4:20 |
| **began**   3:15,23 |
| **better**   11:21,21 |
|    12:19,21 |
| **billion**   11:8 |
| **bit**   6:12 |
| **bomb**   11:16 13:5,14 |
| **boston**   4:19 11:15 |
|    13:5 |
| **breach**   16:3 |
| **brought**   7:6 |
| **bruning**   2:4 9:18 |
|    14:11,16,19 15:7 |
| **bucket**   11:25 |
| **buckets**   14:9 |
| **build**   11:15 |
| **bully**   12:17,22,23 |
| **business**   14:15 |
| **buy**   4:24 5:2 9:7 |
|    11:17 13:13,14 |

| c |
| --- |
| **c**   2:1 3:1 |
| **called**   5:25 12:24,25 |
| **calling**   4:22 |
| **cameras**   13:3 |
| **care**   3:12 |
| **carried**   9:22 |

**carrying**   11:25 14:9
**case**   8:23
**catch**   15:12
**cause**   12:13
**cda**   13:21
**cert**   16:11
**certainly**   12:10
   14:13,24 15:2,13
**certification**   16:1
**certified**   16:11
**certify**   16:3
**chain**   10:3
**challenge**   12:10
   13:21
**chamber**   3:5
**changed**   6:12
**circle**   9:12
**circular**   9:12
**clean**   6:23 7:12
**collectively**   12:23
   13:25
**come**   8:14
**command**   10:3
**comments**   15:11
**commerce**   3:6
**committee**   13:12
**communication**
   7:20
**companies**   12:19
**company**   5:8 12:19
**complained**   6:15
**complete**   5:6
**conference**   13:1
**consumer**   13:19
**consumers**   14:4
**content**   10:24,25
   11:6,9,10,14 13:10
**correct**   16:4
**counterfeit**   4:1,2,13
   4:15
**counting**   10:20
**country**   12:18
**couple**   12:8
**course**   3:8

**crap**   11:25
**credit**   3:11 8:23
**crossroads**   12:7
**cs1960542**   1:25
**cut**   7:23 8:2,12

| d |
| --- |
| **d**   3:1 16:11 |
| **dated**   16:8 |
| **days**   5:9,10 |
| **deal**   3:13 |
| **decide**   14:5 |
| **delist**   5:18 8:2,10 |
|    10:22 |
| **delisting**   5:20 9:11 |
| **demand**   12:18,21 |
| **demote**   10:22 |
| **demotion**   5:21 9:10 |
|    9:13 |
| **department**   6:19 |
| **desktop**   5:10 |
| **device**   3:3 |
| **digital**   10:20 |
| **dinner**   12:1 |
| **direct**   10:2 |
| **disagreement**   5:16 |
| **disclaimer**   3:2 |
| **divisions**   13:20 |
| **doing**   4:5 9:1,9 |
|    14:21 |
| **downloaded**   11:1,2 |
|    11:7 |
| **downloading**   11:9 |
|    11:10 |
| **drugs**   4:10,11,25 6:4 |
|    6:18 |
| **duty**   12:5 |

| e |
| --- |
| **e**   2:1,1 3:1,1 |
| **earlier**   12:16,25 |
| **easy**   6:6 |
| **either**   10:22 13:8 |
|    15:10,10 |
| **electronic**   16:5,11 |

[encourage - market]                                                    Page 2

encourage 7:3
engaged 14:3
engine 4:3
engines 3:24
entitled 16:6
everybody's 15:12
exactly 12:11
excerpt 1:13
expect 10:9 14:11
explain 9:16

**f**

fact 13:3
fake 12:4 13:13
far 3:2 5:21
fear 7:14
feature 5:6
february 1:17
federal 14:24
feed 6:22
figure 3:25 14:25
fill 8:18
finally 10:5
find 4:4 5:20,22
  11:6,16 12:7,11
fires 6:4
first 5:24 6:10 8:11
  9:18 11:11
five 11:5,5,7
flag 7:4
flat 8:16 11:15
flow 4:1
foregoing 16:4
forgets 8:23
forward 13:19 14:5
foundation 5:15
free 11:7
frequently 14:8
friday 5:5
friend 9:20
frustrated 10:14
frustrating 9:25

**g**

g 3:1
general 9:20 10:15
  11:12 12:9,12,15,18
  12:25 13:2 14:1
  15:8
generals 1:7 11:20
  15:11
generating 13:9
give 8:5,5,17 10:3,8
  10:9,12
glad 7:2 15:7
go 13:18 14:5,8
goes 5:1
going 3:8 5:17 6:18
  6:19 7:8 8:12,15,24
good 3:17 9:19
  12:20 13:24
google 4:12,17 5:8
  6:15 7:25 10:1,10
  10:11,16 11:4,19
  12:1,4,19 13:4
  14:16,19
gotten 3:6
government 7:13
  14:24
great 9:1
groups 8:3
guess 6:9

**h**

half 4:17
happened 10:10
help 7:10
hire 8:24
hood 2:3 3:5,23 9:20
  10:15 11:12 14:1
horse 11:25
houler 13:2
house 3:10 6:4
huge 9:3
human 4:3 6:4

**i**

ids 13:8,19
illegal 10:24 11:9,15
illegally 10:25 11:10
immense 10:23 11:3
  11:13
immunity 7:19
important 9:23 14:4
inch 10:4,8,9
indiscernible 3:10
  3:14 5:11,23 6:1,2,7
  6:9,11,14,16,21 7:2
  7:11,20,25 9:20
  14:12,13
indiscernibles 3:4
industry 8:7
inquiries 5:11
insulted 3:18
intend 14:3
investigators 4:11
island 14:23
issue 9:23 11:11,12
  12:13 14:3
issues 6:5
items 4:1,2 6:3

**j**

jb's 3:17
jim 2:3 9:21
job 1:25 6:24 7:12
joke 5:4
jon 2:4 3:17 5:16
  8:16,18,23 9:10,15
jump 5:17

**k**

keep 3:21 8:10
kids 4:5
kill 4:8
killers 4:14
kilmartin 12:16
kind 3:6,25 4:4 5:14
  7:8 8:18,20 9:16
  13:8

kinds 13:12
know 3:5,7,8,13,25
  4:5,6,14,18,18,23,24
  5:1,3,7,10,19 6:1,4
  6:15,17 7:7,17,21
  7:24 8:7,7,17 9:1,10
  9:12,17,22,24 10:14
  11:24 12:2 13:21
  14:1 15:5

**l**

l 16:3
lab 4:12
laid 10:15
laughter 3:19,22
  14:10,18 15:6
lay 5:15
leadership 14:2
left 14:15
legal 12:13
letter 9:6
letters 5:13
liability 8:12
license 11:1,2
list 7:22,25 8:1,9
listening 15:5
lists 8:4,10
litigation 12:9 13:20
little 6:12
load 9:22
look 4:4,23
looking 4:6 10:14,16
looks 9:2
lot 3:20 9:2,21 11:8
  11:9 12:20
lots 14:22

**m**

machine 6:23
majority 10:18
making 7:14 13:15
marathon 11:16
  13:5
mark 13:19
market 5:9

[matter - speedo]                                                           Page 3

matter  16:6
mean  4:2,11 9:8
    10:6
meant  9:21
meeting  1:12 3:8
    4:19 5:14 7:1 8:17
    10:8,11,14
meetings  4:16
mention  8:22
mentioned  11:13
million  14:23
minutes  13:1
missed  8:19 9:16
mo  6:21
monday  5:5
money  5:3 7:14 9:2
    10:18,19 13:15
    14:22
morning  9:5
motion  8:6
movies  10:19 11:1
mp3skull  5:25 6:6
murder  4:7 7:7
music  6:2 10:19,25

**n**

n  2:1 3:1
national  1:6
nebraska  14:8,12
need  13:22
needs  14:19
noise  3:3
non  7:22
noted  3:4
notification  7:10
notify  7:11
november  16:8
number  3:21 10:21
numbers  10:24

**o**

o  3:1
offered  6:25
official  16:4
olympic  13:12

online  4:11 9:7
options  12:8
orders  10:2
outfit  6:13
oxycontin  11:17
    13:14

**p**

p  2:1,1 3:1
pain  4:14
particular  5:8 10:17
parties  3:2
passport  12:4 13:13
pay  7:23
paying  11:2
people  4:23 5:22 7:9
    7:10 8:25 9:4 10:7
    11:9 14:7,20
percent  5:9,10 8:25
    11:5,5,7
percocet  9:7
personally  14:13
ph  12:9,16 13:2
picking  5:7
picture  8:6
pirating  6:12
place  7:9
plan  7:6
planes  15:12
platform  11:14 12:2
point  8:19 10:6
    12:13 14:16
pointed  12:9 13:11
poor  3:2
pop  6:10
position  5:18
power  6:13
powered  4:20
prescription  4:25,25
    9:8 11:18 13:15
press  12:25
pretty  6:13 9:24
primary  4:18
printed  9:6

problem  9:5
proceedings  1:14
    16:5
profit  7:22
prosecutor  6:17
prostitute  4:4 11:17
protection  6:3 7:21
    13:20
protections  7:19
provide  8:4
public  13:22,24
pulpit  12:17,22,23
purchased  4:11
pursuing  6:3
push  5:21
pushing  9:10,11
put  7:3,17 8:20,24
    12:3,4,5 14:25

**q**

queries  5:11
query  4:24 6:11
question  13:17,17
    13:25
questions  15:10
quite  13:21

**r**

r  2:1 3:1
rape  4:8
raw  10:24
reach  7:16
reached  3:7
readily  11:22 13:5
recording  3:3 8:7
    15:15 16:5
remember  4:22
renown  6:8
report  6:24
reporter  16:11
resources  7:13
    14:25 15:1
restaurant  11:23
    14:12
restaurants  14:8

restraint  3:21
revenue  13:9
rhode  14:23
right  4:20 8:13
    13:10,13,23

**s**

s  2:1 3:1
sale  4:10
salient  12:12
saying  4:23 8:11 9:9
    9:20
says  4:24 8:1
search  3:16,24 4:3
searches  11:5,8,8
second  11:12
secondarily  12:15
see  5:24 13:8,19
sell  13:10
selling  6:18
send  10:7
series  5:13
serve  12:1
settle  14:23
shaming  13:22
sherri  16:3
show  7:7 14:20
shut  6:18,19,20
sic  4:20
significant  12:17,23
simply  13:22
site  5:1,24 6:8,23
    13:6 14:21
sites  5:19,19 8:13
    9:7 10:17,20
software  6:2
sold  13:12
somebody  11:23
    12:2
somewhat  10:13
sound  16:5
speaker  3:20 14:7
    14:14 15:4,9
speedo  11:24

[speedos - youtube]                                                      Page 4

| | | |
|---|---|---|
| **speedos** 14:9 | **transcriber** 16:11 | **worked** 3:14 |
| **spend** 7:13 | **transcript** 1:12 16:4 | **working** 3:24 9:4,9 |
| **spending** 9:2,3 | **tried** 5:12 | 9:14 |
| **spent** 14:22 | **trusted** 7:4 | **worldwide** 12:20 |
| **stance** 11:20 | **try** 3:15 7:16 | **written** 5:13 |
| **start** 3:24 6:3 | **trying** 3:25 5:3 | **y** |
| **states** 7:3 14:4 | 11:19 | |
| **stay** 14:3 | **turn** 8:15 | **yahoo** 4:19 |
| **stealing** 10:19 | **tv** 13:3 | **years** 4:17 |
| **step** 9:16 13:7 | **twice** 3:18 | **yesterday** 9:24 |
| **stop** 4:1 | **two** 4:17 15:11 | 12:10 13:1,11 |
| **stopped** 5:5 15:15 | **type** 11:6 13:9 | **youtube** 7:5 11:14 |
| **store** 6:17,19 | **u** | 11:18 13:6 |
| **stuff** 4:6 13:12 | | |
| **sure** 13:24 | **u.s.** 13:11 | |
| **surprising** 10:1 | **underage** 11:16 | |
| **suthers** 12:9,12 | **understand** 6:6 10:6 | |
| **t** | 13:8 | |
| | **unidentified** 3:20 | |
| **table** 7:4,17 8:24 | 14:7,14 15:4,9 | |
| **take** 5:3,4,20 7:18 | **units** 3:16 | |
| 7:22,24 8:10 11:19 | **use** 5:23 | |
| 12:6 | **uses** 4:19 | |
| **taken** 9:22 10:25 | **v** | |
| **talk** 13:3 | | |
| **talking** 4:13,14 | **vast** 10:18 | |
| 12:16,24 | **video** 12:3 13:4 | |
| **target** 13:11 | **videos** 4:7 7:5 | |
| **team** 10:1,11 | **w** | |
| **tell** 6:21,22 11:4 | | |
| **tested** 4:13 | **walk** 11:24 | |
| **thank** 14:6 15:9 | **walked** 13:2 | |
| **theirs** 7:9 | **want** 5:15 9:19 12:2 | |
| **theory** 12:11 | 13:18 14:1 | |
| **thing** 8:22 13:23 | **wanted** 15:4 | |
| **things** 4:5 7:7,8 8:19 | **wants** 11:24 12:3 | |
| **think** 3:10 4:19 6:10 | **water** 7:14 | |
| 7:12 10:9,15 12:8 | **we've** 4:16 5:13 | |
| 12:12 14:3 | **wearing** 11:24 14:8 | |
| **thousand** 9:3 | **websites** 8:2 | |
| **time** 15:1 | **week** 5:14 | |
| **told** 10:12 | **went** 3:9 | |
| **trafficking** 4:3 6:5 | **white** 3:10 | |
| **train** 7:8 | **wife** 4:8 | |
| | **work** 3:9,15 5:12 | |
| | 8:25 10:7 | |