

STATE OF MISSISSIPPI

# JIM HOOD
ATTORNEY GENERAL

August 29, 2014

Ms. Cynthia Pantazis
Senior Policy Manager
Google
Via email: cpantazis@google.com

Re: Trusted Flagger Program

Dear Ms. Pantazis:

Thank you for allowing the Mississippi Attorney General's office to participate in the YouTube trusted flagger program. Our investigators worked through the trusted flagger program and have some suggested improvements.

1.   When the trusted user flags a questionable video, it remains up and accessible on YouTube. YouTube should consider temporarily removing the video until it has been reviewed by YouTube staff.

2.   When videos are flagged, no notice is given to the user if and when the video is removed. YouTube should consider giving the trusted user a status report when the video is flagged showing that the video will be reviewed by YouTube and, if the video is removed, the date and time of its removal.

3.   As a companion to the trusted user program, YouTube should consider implementing a more comprehensive content evaluation process. An example of this could be dedication of resources for the development of content analysis software and/or additional personnel to review the content.

These are but a few suggestions that Google can implement to make YouTube a safer place for consumers. Please provide feedback on these suggestions to Special Assistant Attorney General Blake Bee at blbee@ago.state.ms.us and Special

Neiman Decl.
Ex. 29

Assistant Attorney General Mary Jo Woods at mwood@ago.state.ms.us.

Sincerely yours,

Jim Hood
Attorney General

Cc: Kent Walker
c/o Pamela Howell phowell@google.com