AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Google Inc. <br><br> *Plaintiff(s)* <br> v. <br><br> Jim Hood, Attorney General of the State of Mississippi, in his official capacity <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:14cv981 HTW-LRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jim Hood, Attorney General of the State of Mississippi
Mississippi Attorney General's Office
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Fred Krutz, Esq.
Daniel J. Mulholland, Esq.
Forman Perry Watkins Krutz & Tardy LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Post Office Box 22608

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   ARTHUR JOHNSTON

Date: DEC 1 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jim Hood, Attorney General
was received by me on *(date)* 12/19/14 . by Marilyn Robinson

☒ I personally served the summons on the individual at *(place)* MS Attorney General Office 550 High St. Jackson, MS on *(date)* 12/19/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12-19-14

*Jim Latham*
Server's signature

Tim Latham, Process Server
Printed name and title

200 S. Lamar, Jxn, MS., 39201
Server's address

Additional information regarding attempted service, etc: