FORM 6 (ND/SD MISS. DEC. 2011)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

Google Inc., )
      *Plaintiff*, )
)
v. ) No. 3:14cv981 HTW-LRA
)
Jim Hood, Attorney General of the State )
of Mississippi, in his official capacity, )
      *Defendant*. )
)

## APPLICATION FOR ADMISSION PRO HAC VICE - DAVID H. KRAMER

**(A)** Name: <u>David H. Kramer</u>

Firm Name: <u>Wilson Sonsini Goodrich & Rosati, P.C.</u>

Office Address: <u>650 Page Mill Road</u>

City: <u>Palo Alto</u>  State: <u>CA</u>  Zip: <u>94304-1050</u>
Telephone: <u>(650) 493-9300</u>  Fax: <u>(650) 565-5100</u>
E-Mail: <u>dkramer@wsgr.com</u>

**(B)** Client(s): <u>Google Inc.</u>

Address: <u>1600 Amphitheatre Parkway</u>

City: <u>Mountain View</u>  State: <u>CA</u>  Zip: <u>94043</u>
Telephone: <u>(650) 253-0000</u>  Fax: _____

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

Applicant has represented Plaintiff for roughly fifteen years in a host of matters, including many matters that, like this one, implicate the Communications Decency Act, the First Amendment, and the Digital Millennium Copyright Act.

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

Applicant's long standing relationship with the Plaintiff and experience with the issues joined in the case make it particularly desirable that Applicant be permitted to represent Plaintiff.

**(C)**   Applicant is admitted to practice in the:

_____   State of California
_____   Northern District of California

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

United States District Court for the Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102
Telephone Number: (415) 522-2000
Website: www.cand.uscourts.gov

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| California State Bar Admission | 12/14/1993 |
| United States District Court, Central District of California | 01/11/1994 |
| United States District Court, Eastern District of California | 06/16/1997 |
| United States District Court, Northern District of California | 12/14/1993 |
| United States District Court, Southern District of California | 09/11/2007 |
| United States District Court, Colorado | 08/05/2005 |
| United States District Court, Northern District of Florida | 01/11/2010 |

Form 6 (ND/SD Miss. Dec. 2011)

| | |
|---|---|
| United States Court of Appeals for the Second Circuit | 09/02/2010 |
| United States Court of Appeals for the Third Circuit | 06/29/2006 |
| United States Court of Appeals for the Fourth Circuit | 10/06/2000 |
| United States Court of Appeals for the Seventh Circuit | 08/15/2014 |
| United States Court of Appeals for the Ninth Circuit | 01/13/1994 |
| United States Court of Appeals for the Federal Circuit | 10/01/2004 |
| Supreme Court of the United States | 11/13/2007 |

|   |   | Yes | No |
|---|---|---|---|
| **(D)** | Has Applicant been denied admission pro hac vice in this state? | ☐ | ☒ |
|  | Has Applicant had admission pro hac vice revoked in this state? | ☐ | ☒ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|   |   | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|   |   | Yes | No |
|---|---|---|---|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☒ |

Form 6 (ND/SD Miss. Dec. 2011)

    If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)** Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
|  |  |  |

**(H)** Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
|  |  |

FORM 6 (ND/SD MISS. DEC. 2011)

|     |     | Yes | No |
| --- | --- | --- | --- |
| **(I)** | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ☒ | ☐ |
|     | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ☒ | ☐ |

**(J)** Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No:   Daniel J. Mulholland, MSB#3643

Firm Name:   Forman Perry Watkins Krutz & Tardy, LLP

Office Address:   P.O. Box 22608

City:  Jackson          State MS          Zip 39225
Telephone:   601-960-8600       Fax:   601-960-8613
E-Mail:   Mulhollanddj@fpwk.com

**(K)** The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/Daniel J. Mulholland
Resident Attorney

I certify that the information provided in this Application is true and correct.

12/30/14
Date

DHMw
Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

FORM 6 (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

Dated:  January 5, 2015

/s/Daniel J. Mulholland<br>
Daniel J. Mulholland, MSB#3643<br>
Attorney for Google Inc.