## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

|  |  |  |
|---|---|---|
| Google Inc., | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 3:14cv981 HTW-LRA |
| | ) | |
| Jim Hood, Attorney General of the State of Mississippi, in his official capacity, | ) | |
| *Defendant*. | ) | |

### MOTION FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL

Pursuant to Uniform Local Rule 83.1(b)(3), Google Inc. (Google) moves the Court for entry of an order allowing withdrawal of Paul Lekas as counsel of record, and relieving Mr. Lekas of further responsibility in this action.

Google has other counsel of record, and withdrawal by Mr. Lekas will neither prejudice Google, nor effect the disposition of this action.

Respectfully submitted,

/s/Daniel J. Mulholland
Daniel J. Mulholland MSB#3643

ATTORNEY FOR GOOGLE INC.

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ &
  TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone: (601) 960-8600
Facsimile: (601) 960-8613
mulhollanddj@fpwk.com

## CERTIFICATE OF SERVICE

    I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on January 5, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                            /s/ Daniel J. Mulholland
                                            Daniel J. Mulholland, MSB#3643