IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| Google, Inc. | ) | |
|       *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:14-cv-981-HTW-LRA |
| | ) | |
| | ) | |
| Jim Hood, Attorney General of the | ) | |
| State of Mississippi, in his official | ) | |
| capacity | ) | |
|       *Defendant* | ) | |
| | ) | |

## ATTORNEY GENERAL JIM HOOD'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO EXCEED PAGE LIMITATION AS TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT BASED ON JURISDICATIONAND OTHER GROUNDS

Jim Hood Attorney General for the State of Mississippi in his official capacity (hereafter the "Attorney General" or "General Hood"), files this memorandum in support of motion for leave to exceed the page limitation regarding his primary memorandum in support of his motion to dismiss complaint based on lack of subject matter jurisdiction and other grounds. L.U.Civ.R. 7(b)(5) provides that movant's original memorandum and rebuttal memorandum briefs together may not exceed a total of thirty-five (35) pages. The Attorney General's memorandum in support of his motion to dismiss is forty (40) pages, exclusive of signature and certificate of services pages.

The Plaintiff, Google, Inc. ("Google"), has filed this declaratory action seeking to enjoin the Attorney General, a state constitutional officer, from continuing his investigation into whether Google has violated the Mississippi Consumer Protection

Act, Miss. Code Ann. § 75-24-1, *et seq.*   Google further seeks an injunction

prohibiting the Attorney General from instituting civil litigation and/or brining

criminal charges against it stemming from his investigation and the issuance of an

Administrative Subpoena and Subpoena Duces Tecum.  The issues involved in this

lawsuit implicate important questions of federalism involving the balance of state

and federal interests and the right of the Attorney General to enforce Mississippi's

consumer protection laws.  The Attorney General has set forth a number of issues in

his supporting memorandum regarding this Court's subject matter jurisdiction to

entertain this suit.

     Given to the nature of the allegations raised by Google and the jurisdictional

issues presented, there was considerable legal ground to cover in the Attorney

General's memorandum.  Therefore, the Attorney General respectfully requests that

the memorandum of in support of his motion to dismiss the complaint based on

jurisdiction and other grounds be accepted by the Court in full.  Permitting the

Attorney General to exceed the page limitations will not prejudice.  The Attorney

General also requests he be permitted to file a reply brief  in excess of the page

limitation limited to ten (10) additional pages.

     This the 12th day of January, 2015.

                          Respectfully Submitted,

                          JIM HOOD, ATTORNEY GENERAL FOR THE
                          STATE OF MISSISSIPPI, in his official capacity

         By:     JIM HOOD, ATTORNY GENERAL FOR THE
                STATE OF MISSISSIPPI

By:     */s/ Douglas T. Miracle*
        DOUGLAS T. MIRACLE, MSB # 9648
        SPECIAL ASSISTANT ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-5654
Facsimile: (601) 359-2003
dmira@ago.state.ms.us


## **CERTIFICATE OF SERVICE**

I, Douglas T. Miracle, Special Assistant Attorney General for the State of Mississippi, do

hereby certify that on this date I electronically filed the foregoing document with the Clerk of

this Court using the ECF system and sent a true and correct copy to counsel of record:

> Daniel J. Mulholland
> FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP - Jackson
> P.O. Box 22608
> 200 S. Lamar Street, Suite 100 (39201-4099)
> Jackson, MS 39225-2608
> 601/960-8600
> Fax: 601/960-8613
> Email: mulhollanddj@fpwk.com

> David H. Kramer - PHV
> WILSON, SONSINI, GOODRICH & ROSATI, PC
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> 650/493-9300
> Fax: 650/565-5100
> Email: dkramer@wsgr.com

> Fred Krutz , III
> FORMAN, PERRY, WATKINS, KRUTZ & TARDY
> P.O. Box 22608
> Jackson, MS 39225-2608
> (601) 960-8600
> Email: fred@fpwk.com

Blake C. Roberts - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP - Washington
1801 Pennsylvania Avenue, NW
Washington, DC 20006
Fax: 202/663-6363
Email: blake.roberts@wilmerhale.com

Jamie S. Gorelick - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP - Washington
1801 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6500
Fax: 202/663-6363
Email: jamie.gorelock@wilmerhale.com

Patrick J. Carome - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP - Washington
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6610
Fax: 202/663-6363
Email: patrick.carome@wilmerhale.com

Peter Neiman - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP - New York
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/295-6487
Fax: 212/230-8888
Email: peter.neiman@wilmerhale.com

Violetta G. Watson - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP - New York
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/230-8800
Fax: 212/230-8888
Email: violetta.watson@wilmerhale.com

This the 12th day of January, 2015.

/S/ Douglas T. Miracle
DOUGLAS T. MIRACLE