




October 7, 2013

David C. Drummond
Senior Vice President, Corporate Development
and Chief Legal Officer
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Dear Mr. Drummond,

As you are no doubt aware, several state Attorneys General have expressed concerns regarding your company's monetization of dangerous and illegal content, particularly on Google's video subsidiary, YouTube. While YouTube is an enormously useful and productive video sharing system, its capacity to be a means of distributing illegal and possibly dangerous content is significant. The dissemination of such content is troubling in itself. It is compounded by the revelation that, in some instances, Google has partnered with the posters of such harmful content and received revenue from resulting content-specific advertising.

Additionally, several of us have expressed our concern regarding the prevalence of content on Google's platforms which constitute intellectual property violations and ease which with such content is shared and trafficked over Google's systems. Other concerns include the promotion of illegal and prescription-free drugs through Google and the facilitation of payments to and by purveyors of all of the aforementioned content through Google's payment services.

It is our obligation as state Attorneys General to address the wide dissemination and monetization of dangerous and illegal content, particularly when it represents a clear threat to the safety and health of our citizens.

Toward that end, we believe that a meeting is appropriate this fall. We hope to work with Google to determine the particulars of the meeting's agenda, including what preliminary information should be exchanged in advance.



We sincerely hope to work constructively with Google to address the concerns already expressed. We expect this meeting will be a valuable step toward that goal. We appreciate your immediate attention to this matter and look forward to your reply.

Sincerely,

Jon Bruning
*Attorney General of Nebraska*

Jim Hood
*Attorney General of Mississippi*

David Louie
*Attorney General of Hawaii*

Ken Cuccinelli
*Attorney General of Virginia*