December 10, 2013

Mr. Kent Walker
General Counsel
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Dear Mr. Walker,

During the past year, a growing number of state Attorneys General have expressed concerns regarding troubling and harmful problems posed by several of Google's products. These issues include: (1) Google's monetization of dangerous and illegal content; (2) the prevalence of content constituting intellectual property violations and ease with which such content is shared and trafficked over Google's systems; (3) the promotion of illegal and prescription-free drugs; and (4) the facilitation of payments to and by purveyors of all of the aforementioned content through Google's payment services.

We feel strongly that Google should not permit its useful and productive systems to be tarnished by abuse and the presence of content which represents a clear threat to public health and safety. As state Attorneys General, it is our obligation to address such issues, collectively if necessary.

Though Google has taken some steps to mitigate the above-listed concerns, much more must be done. We propose meeting on January 14, 21, or 29, 2014, in Denver, Colorado. In order to facilitate travel, we would ask that you respond by December 17, 2013 as to which date works best.

We sincerely hope to work constructively with Google to address the concerns already expressed. We expect this meeting will be a valuable step toward that goal. We appreciate your immediate attention to this matter and look forward to your reply.

Sincerely,

Jon Bruning
Nebraska Attorney General

David Louie
Hawaii Attorney General

Jim Hood
Mississippi Attorney General

John W. Suthers
Colorado Attorney General

EXHIBIT
H

*[signature]*
Luther Strange
Alabama Attorney General

*[signature]*
Michael Geraghty
Alaska Attorney General

*[signature]*
Dustin McDaniel
Arkansas Attorney General

*[signature]*
Samuel S. Olens
Georgia Attorney General

*[signature]*
James D. "Buddy" Caldwell
Louisiana Attorney General

*[signature]*
Janet Mills
Maine Attorney General

*[signature]*
Bill Schuette
Michigan Attorney General

*[signature]*
Tim Fox
Montana Attorney General

*[signature]*
Catherine Cortez Masto
Nevada Attorney General

*[signature]*
Joseph Foster
New Hampshire Attorney General

*[signature]*
Gary King
New Mexico Attorney General

*[signature]*
Wayne Stenehjem
North Dakota Attorney General

*[signature]*
Mike DeWine
Ohio Attorney General

*[signature]*
Ellen F. Rosenblum
Oregon Attorney General

*[signature]*
Peter Kilmartin
Rhode Island Attorney General

*[signature]*
Robert E. Cooper, Jr.
Tennessee Attorney General

*[signature]*
William H. Sorrell
Vermont Attorney General

*[signature]*
Kenneth T. Cuccinelli, II
Virginia Attorney General

*[signature]*
Robert W. Ferguson
Washington Attorney General

*[signature]*
Luis Sánchez Betances
Puerto Rico Attorney General