IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GOOGLE, INC.                                                                                      PLAINTIFF

V.                                                                                      NO. 3:14CV981 HTW-LRA

JIM HOOD, ATTORNEY GENERAL OF THE
STATE OF MISSISSIPPI, IN HIS OFFICIAL
CAPACITY                                                                                           DEFENDANT

## ENTRY OF APPEARANCE

**COMES NOW** Bridgette W. Wiggins, Special Assistant Attorney General for the State of Mississippi, and hereby submits this her Entry of Appearance before this Honorable Court as counsel of record for Defendant, Jim Hood, Attorney General of the State of Mississippi, in his Official Capacity.

Dated this the 20th day of January, 2015.

                        Respectfully submitted,

                        JIM HOOD, ATTORNEY GENERAL
                        OF THE STATE OF MISSISSIPPI,
                        IN HIS OFFICIAL CAPACITY

              By:    /s/ Bridgette W. Wiggins
                        BRIDGETTE W. WIGGINS, MSB # 9676
                        SPECIAL ASSISTANT ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
Post Office Box 22947
Jackson, Mississippi 39225
Telephone: 601-359-4279
Facsimile: 601-359-4231
bwill@ago.state.ms.us

## CERTIFICATE OF SERVICE

I, Bridgette W. Wiggins, Special Assistant Attorney Genera for the State of Mississippi, do hereby certify that on this date I caused to be electronically filed the foregoing *Entry of Appearance* with the Clerk of Court using ECF filing system which sent electronic notification to all counsel of record.

THIS, the 20th day of January, 2015.

/s/ Bridgette W. Wiggins
BRIDGETTE W. WIGGINS, MSB # 9676
SPECIAL ASSISTANT ATTORNEY GENERAL