# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | | |
|---|---|---|
| **GOOGLE, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | *Electronically filed* |
| | ) | |
| v. | ) | Case No. 3:14-CV-981-HTW-LRA |
| | ) | |
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI, IN HIS OFFICIAL CAPACITY**, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF GENERAL HOOD'S MOTION TO DISMISS

The duly elected Attorneys General for Commonwealth of Kentucky and the States of Arizona, Connecticut, Illinois, Maryland, New Hampshire, New Mexico, Oregon, Rhode Island, Vermont, and Washington move for leave to file the attached amici curiae brief in support of Mississippi Attorney General Jim Hood's motion to dismiss the complaint of Google, Inc. (DE #31).

Generally, courts have "exercised great liberality" in using their discretion to permit amici curiae to file briefs in pending cases. *United States v. State of Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990). Further, "[t]here are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable by the court." *Id.* (citation omitted).

Here, the participation of the Attorneys General is useful. As the chief law enforcement officers for their respective states, charged with protecting the interests of the general public and,

1

in furtherance of that charge, authorized to investigate activity that may violate their states' consumer protection statutes, the Attorneys General have a distinct interest in the Court's resolution of the case, and particularly the Court's resolution of General Hood's pending motion. To that end, the brief of the Attorneys General highlights issues of significant public importance involved in this litigation, including the extent of an Attorney General's right to investigate potential violations of his or her state's consumer protection laws.

Accordingly, the Attorneys General ask the Court to grant their Motion and accept for consideration the attached amici curiae brief.

Respectfully submitted,

JACK CONWAY, ATTORNEY GENERAL
COMMONWEALTH OF KENTUCKY

By: JACK CONWAY, ATTORNEY GENERAL
COMMONWEALTH OF KENTUCKY

TODD LEATHERMAN
Executive Director, Office of Consumer Protection

By: /s/ Laura S. Crittenden
Laura S. Crittenden, KSB #92527
Assistant Attorney General

Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
laura.crittenden@ky.gov

*Counsel for the Commonwealth of Kentucky*

**ALSO SUPPORTED BY:**

**MARK BRNOVICH**
**ATTORNEY GENERAL OF ARIZONA**
1275 W. Washington St.
Phoenix, AZ 85007

**GEORGE JEPSEN**
**ATTORNEY GENERAL**
**STATE OF CONNECTICUT**
55 Elm St.
Hartford, CT 06106

**LISA MADIGAN**
**ATTORNEY GENERAL OF ILLINOIS**
100 West Randolph, 12th Floor
Chicago, Illinois 60601

**BRIAN E. FROSH**
**ATTORNEY GENERAL OF MARYLAND**
200 Saint Paul Place
Baltimore, Maryland 21202

**JOSEPH FOSTER**
**ATTORNEY GENERAL, NEW HAMPSHIRE**
33 Capitol St.
Concord, NH 03301

**HECTOR H. BALDERAS**
**ATTORNEY GENERAL OF NEW MEXICO**
P.O. Drawer 1508
Santa Fe, NM 87504-1508

**ELLEN F. ROSENBLUM**
**ATTORNEY GENERAL, OREGON**
1162 Court Street NE
Salem, OR 97301

**PETER F. KILMARTIN**
**ATTORNEY GENERAL, RHODE ISLAND**
150 South Main St.
Providence, RI 02903

**WILLIAM H. SORRELL**
**ATTORNEY GENERAL, VERMONT**
109 State St.
Montpelier, VT 05609

**BOB FERGUSON**
**ATTORNEY GENERAL, WASHINGTON**
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504

## **CERTIFICATE OF SERVICE**

      The foregoing Motion was electronically filed this 22nd day of January, 2015. All parties indicated on the electronic filing receipt will be served via the Court's electronic filing system.

                                                                                                 _/s/ Laura S. Crittenden_____