# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| Google Inc., | ) |
|     *Plaintiff*, | ) |
|     *v.* | ) No. 3:14cv981 HTW-LRA |
| Jim Hood, Attorney General of the State of Mississippi, in his official capacity, | ) |
|     *Defendant.* | ) |

**GOOGLE INC.'S CONSOLIDATED RESPONSE TO DEFENDANT'S MOTION TO DISMISS, AND REBUTTAL TO DEFENDANT'S RESPONSE TO MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Google Inc. requests that the Court deny defendant's Motion to Dismiss and grant Google's Motion for a Temporary Restraining Order and Preliminary Injunction, for the reasons stated in Google's accompanying memorandum briefs. Google submits the following in support:

Exhibit 1 – Supplemental Declaration of Peter Neiman, with Exhibits

Exhibit 2 – Declaration of Patrick Thomas

Exhibit 3 – Declaration of Alice Wu, with Exhibits

| | |
|---|---|
| January 22, 2015 | Respectfully submitted, |

| | |
|---|---|
| OF COUNSEL: | /s/ Fred Krutz |
| | Fred Krutz, MSB No. 4270 |
| Jamie S. Gorelick | Daniel J. Mulholland, MSB No. 3643 |
| Patrick J. Carome | FORMAN PERRY WATKINS KRUTZ & |
| Blake C. Roberts |   TARDY LLP |
| WILMER CUTLER PICKERING | 200 South Lamar Street, Suite 100 |
|   HALE AND DORR LLP | Jackson, Mississippi 39201 |
| 1875 Pennsylvania Ave., NW | Post Office Box 22608 |
| Washington, DC 20006 | Jackson, Mississippi 39225-2608 |
| Telephone: (202) 663-6000 | Phone: (601) 960-8600 |
| Facsimile: (202) 663-6363 | Facsimile: (601) 960-8613 |
| jamie.gorelick@wilmerhale.com | fred@fpwk.com |
| patrick.carome@wilmerhale.com | mulhollanddj@fpwk.com |
| blake.roberts@wilmerhale.com | |
| | *Attorneys for Plaintiff Google Inc.* |
| Peter Neiman | |
| Violetta G. Watson | |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | |
| 7 World Trade Center | |
| 250 Greenwich Street | |
| New York, NY 10007 | |
| Telephone: (212) 230-8000 | |
| Facsimile: (212) 230-8888 | |
| peter.neiman@wilmerhale.com | |
| violetta.watson@wilmerhale.com | |

OF COUNSEL:

FORMAN PERRY WATKINS KRUTZ &
  TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone: (601) 960-8600
Facsimile: (601) 960-8613
mulhollanddj@fpwk.com

## CERTIFICATE OF SERVICE

 I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on January 22, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

              /s/ Fred Krutz
              Fred Krutz, MSB#4270