IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google Inc.,<br>    *Plaintiff,*<br><br>    *v.*<br><br>Jim Hood, Attorney General of the State of Mississippi, in his official capacity,<br>    *Defendant.* | No. 3:14cv981 HTW-LRA<br><br>**Declaration of Alice Wu in Support of Plaintiff Google Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction** |

I, Alice Wu, hereby declare as follows:

1. I have been an employee of Google Inc. ("Google" or the "Company") since February 2006. I am an Ads Policy Manager at YouTube, focusing on issues related to advertising policy. I have been in this role for over five years. I was previously a Legal Specialist in Google's Legal Removals team for three years. This declaration is based on my personal knowledge, review of relevant Google and YouTube business records, and conversations with other Google and YouTube personnel, and I am competent to so testify if called upon as a witness.

**Attorney General Jim Hood and the Subpoena Served on October 27, 2014**

2. I understand that the Attorney General has made a series of complaints and threats of prosecution related to the presence of advertisements appearing alongside certain types of YouTube videos.

**Exhibit 3**

3. Google uses sophisticated algorithms that review the metadata associated with YouTube videos and classifies the videos as falling into one of more than 1,500 subject matter categories (e.g., sports, comedy). Google uses these classifications for various purposes, including to determine whether advertising should run against the video.

4. In light of the Attorney General's repeated complaints and threats of prosecution, Google blocked advertisements on YouTube videos classified under the category "health and pharmacy." Google did so because it was one practical way to minimize the chance that advertising would run against videos promoting rogue pharmacies, which the Attorney General had asserted could subject Google to criminal liability. As a result, Google is no longer running any advertisements alongside YouTube videos that receive the "health and pharmacy" classification.

5. For example, Google is currently blocking advertisements from running alongside the YouTube video entitled "Nutrition Tips for Healthy Living : Foods That Give You Heartburn." A true and correct screen shot of the video, as it appeared as of January 16, 2015 at https://www.youtube.com/watch?v=yxa6g0oArbI, is attached hereto as Exhibit 1.

6. Google is also currently blocking advertisements from running alongside the YouTube video entitled "Healthy Break – Complete Sleep." A true and correct screen shot of the video, as it appeared as of January 16, 2015 at https://www.youtube.com/watch?v=TbsOAm6Vcpk, is attached hereto as Exhibit 2.

7. Google is also currently blocking advertisements from running alongside the YouTube video entitled "Cooking Dinner with Healthy ingredients we bought at Duane Read $16 for a meal of four!" A true and correct screen shot of the video, as it appeared as of January

- 2 -

16, 2015 at https://www.youtube.com/watch?v=EMOg1PSagtw, is attached hereto as Exhibit 3.

8. Google is also currently blocking advertisements from running alongside the YouTube video entitled "Portsmouth's Healthy Living Pharmacy Journey." A true and correct screen shot of the video, as it appeared as of January 16, 2015 at https://www.youtube.com/watch?v=w5xyOJg9Ak0, is attached hereto as Exhibit 4.

9. The Attorney General's threats to bring legal action against Google if it did not restrict certain content were an important factor in the decision to algorithmically prevent advertising from running alongside the aforementioned videos (and many others), which YouTube makes available to the public free-of-charge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2015, in San Bruno, California.

_____
Alice Wu



Wu Decl.
Ex. 1





Wu Decl.
Ex. 2





Wu Decl.
Ex. 3




Wu Decl.
Ex. 4