IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| Google, Inc. | ) | |
| | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:14-cv-981-HTW-LRA |
| | ) | |
| | ) | |
| Jim Hood, Attorney General of the | ) | **ORDER GRANTING MOTION** |
| State of Mississippi, in his official | ) | **TO FILE BRIEF AS** *AMICI CURIAE* |
| capactiy | ) | |
|    *Defendant*. | ) | |
| | ) | |

  Upon consideration of the Motion by Digital Citizens Alliance, Taylor Hooton Foundation, Stop Child Predators, and Ryan United (collectively, "*Amici*") requesting leave to file a brief as *amici curiae* in support of Jim Hood, Attorney General of the State of Mississippi, in support of Attorney General Hood's response in opposition to Plaintiff Google, Inc.'s ("Google") Motion for Temporary Restraining Order and Preliminary Injunction, the Court orders as follows:

  **WHEREAS** Plaintiff Google filed suit on December 19, 2014 against the Defendant, Jim Hood, Attorney General for the State of Mississippi, in his official capacity;

  **WHEREAS** Plaintiff Google moved on December 19, 2014 for a temporary restraining order and a preliminary injunction on the ground that it faced irreparable harm if the Defendant either (a) enforced the Administrative Subpoena and Subpoena Duces Tecum issued by the Defendant and served on Plaintiff on October 27, 2014 (the "Subpoena"); or (b) brought a civil or criminal charge against Plaintiff (or any subsidiary thereof) under Mississippi law;

{D0295637.1}

2

**WHEREAS** Defendant's brief in opposition to the Plaintiff Google's Motion for Temporary Restraining Order and Preliminary Injunction was filed on January 12, 2015; and

**WHEREAS** Plaintiff Google's reply brief in support of its Motion for Temporary Restraining Order and Preliminary Injunction shall be filed by January 22, 2015.

**It is hereby:**

**ORDERED** that, motion of *Amici* for leave to file a brief as *amici curiae* is granted.

**IT IS SO ORDERED, this the 27th day of January, 2015.**

                                            **s/ HENRY T. WINGATE**
                                              UNITED STATES DISTRICT JUDGE