IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GOOGLE, INC.                                                                                           PLAINTIFF

VS.                                                            CIVIL ACTION NO. 3:14-cv-981-HTW-LRA

JIM HOOD, ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI,
IN HIS OFFICIAL CAPACITY                                                                      DEFENDANT

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

This matter is before the Court on the International AntiCounterfeiting Coalition's ("IACC") Motion for Leave to File Brief as *Amicus Curiae* [Dkt 37]. Google, Inc. consents to the filing of the amicus brief. Accordingly, the Court concludes that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the International AntiCounterfeiting Coalition's Motion for Leave to File Brief as *Amicus Curiae* [Dkt 37] is granted.

SO ORDERED, this the 30th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

___s/Jason R. Bush_____
Jason R. Bush (MB No. 100451)
BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, PC
4268 I-55 North, Meadowbrook Office Park
Post Office Box 14167
Jackson, Mississippi  39236-1467
Telephone:  (601) 351-2400
Telecopier:  (601) 351-2424
E-mail:     jbush@bakerdonelson.com