IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google, Inc., )<br>   *Plaintiff*, )<br> v. )<br>    )<br>Jim Hood, Attorney General of the )<br>State of Mississippi, in his official )<br>capacity, )<br>   *Defendant*. )<br>    )<br>    ) | **CIVIL ACTION**<br><br>**No. 3:14-cv-00981-HTW-LRA** |

## CORPORATE DISCLOSURE STATEMENT

*Amici Curiae* the Electronic Frontier Foundation, Center for Democracy & Technology, New America Foundation, Public Knowledge, and R Street Institute (collectively, "*Amici*") state that they are nonprofit corporations recognized as tax exempt under Internal Revenue Code section 501(c)(3), that they have no parent corporation, and that no publicly held corporation owns 10% or more of their stock.

Dated:  January 30, 2015      Respectfully submitted,

                 /s/ Herbert W. Wilson II
               Herbert W. Wilson II
               (MSB No. 103187)
               THE LAW OFFICE OF
               HERBERT W. WILSON II, PLLC
               P.O. Box 6031
               Gulfport, MS 39507
               Telephone: (228) 206-5297
               Facsimile: (800) 916-3763
               herb@herbwilson.lawyer

Corynne McSherry (*pro hac vice* pending)
Mitchell L. Stoltz
Jamie L. Williams
ELECTRONIC FRONTIER
FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993
corynne@eff.org

Counsel for *Amici Curiae*

- 2 -

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which sent notifications of such filing to all counsel of record.

Dated:  January 30, 2015           */s/ Herbert W. Wilson II*
                                          Herbert W. Wilson II
                                          THE LAW OFFICE OF
                                          HERBERT W. WILSON II, PLLC