# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| Google, Inc., ) | |
|     *Plaintiff*, ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 3:14-cv-00981-HTW-LRA** |
| ) | |
| Jim Hood, Attorney General of the ) | |
| State of Mississippi, in his official ) | |
| capacity, ) | |
|     *Defendant*. ) | |
| ) | |
| ) | |

## *CORRECTED* CORPORATE DISCLOSURE STATEMENT

*Amici Curiae* the Electronic Frontier Foundation, Center for Democracy & Technology, New America, Public Knowledge, and R Street Institute (collectively, "*Amici*") state that they are nonprofit corporations recognized as tax exempt under Internal Revenue Code section 501(c)(3), that they have no parent corporation, and that no publicly held corporation owns 10% or more of their stock.

Dated: January 30, 2015

Respectfully submitted,

 /s/ Herbert W. Wilson II
Herbert W. Wilson II
(MSB No. 103187)
THE LAW OFFICE OF
HERBERT W. WILSON II, PLLC
P.O. Box 6031
Gulfport, MS 39507
Telephone:     (228) 206-5297
Facsimile:      (800) 916-3763
herb@herbwilson.lawyer

Corynne McSherry (*pro hac vice* pending)
Mitchell L. Stoltz
Jamie L. Williams
ELECTRONIC FRONTIER
FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993
corynne@eff.org

Counsel for *Amici Curiae*

- 2 -

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which sent notifications of such filing to all counsel of record.

Dated:  February 2, 2015          */s/ Herbert W. Wilson II*
                                             Herbert W. Wilson II
                                             THE LAW OFFICE OF
                                             HERBERT W. WILSON II, PLLC