IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google, Inc.<br>   *Plaintiff*<br><br>v.<br><br>Jim Hood, Attorney General of the<br>State of Mississippi, in his official<br>capacity<br>   *Defendant* | )<br>)<br>)<br>)<br>)<br>) No. 3:14-cv-981-HTW-LRA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DOUGLAS T. MIRACLE

I, Douglas T. Miracle, hereby declare as follows:

1. I am a Special Assistant Attorney General for the Mississippi Attorney General's Office, Civil Litigation Division. I submit this Declaration in support of Attorney General Jim Hood's Motion to Dismiss Google, Inc.'s Complaint for Temporary Restraining Order and Preliminary Injunction and in opposition to Google's Motion for Temporary Restraining Order and Preliminary Injunction.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a letter from Adam Barea ("Mr. Barea"), Director Legal for Google to Attorney General Jim Hood ("General Hood") and other Attorney's General responding to Attorneys General December 10, 2013 letter to Google.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a letter dated December 23, 2013 from General Hood to Mr. Barea.

4. Attached hereto as Exhibit 3 is a true and accurate copy of a letter dated January 23, 2014 from Kent Walker ("Mr. Walker"), Senior Vice President and General Counsel for Google to General Hood.

5. Attached hereto as Exhibit 4 is a true and accurate copy of a letter dated February 7, 2014 from General Hood and other Attorneys General to Mr. Walker.

6. Attached hereto as Exhibit 5 is a true and accurate copy of a letter dated February 12, 2014 from General Hood and other Attorneys General to Mr. Walker.

7. Attached hereto as Exhibit 6 is a true and accurate copy of a letter dated February 21, 2014 from Mr. Walker to General Hood and other Attorneys General.

8. Attached hereto as Exhibit 7 is a true and accurate copy of a letter dated August 29, 2014 from General Hood to Cynthia Pantazis ("Ms. Patanzis"), Senior Policy Manager for Google.

9. Attached hereto as Exhibit 8 is a true and accurate copy of a letter dated September 22, 2014 from Ms. Pantazis to General Hood.

10. Attached hereto as Exhibit 9 is a true and correct copy of a YouTube document entitled "Enable and disable ads on my videos."

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on February 10, 2015, Jackson, Mississippi.

_____
Douglas T. Miracle