

Help

# Enable and disable ads on my videos

You can submit a video for monetization and enable ads in two ways from within your YouTube account.

## Enable ads on your videos

### Upon Upload:

1. As your video uploads, click the "Monetization" tab on the upload page and click the "**Monetize my video**" check box.
2. Select which ad formats you want to enable for your video. To learn more about the different options available, click the "?" icons next to each ad format.
3. Click the "Save changes" button.
4. Your video will go through a standard review process before ads begin to appear. You may be asked to submit information proving you own all necessary commercial use rights to any or all content in your video. Note that if you enable monetization at the time of upload and your video is set to private or unlisted  , it will remain so and without ads until you make it public.

### After Upload:

From your channel Video Manager  :

1. Locate your video.
2. Click the "Edit" or "$" button next to your video.
3. On the "Monetization" tab of the video editor, click the "**Monetize my video**" check box.
4. Select which ad formats you want to enable for your video. To learn more about the different options available, click the "?" icons next to each ad format.
5. Click the "Save changes" button.
6. Your video will go through a standard review process before ads begin to appear. You may be asked to submit information proving you own all necessary commercial use rights to any or all content in your video. Note that if you enable monetization at the time of upload and your video is set to private or unlisted  , it will remain so and without ads until you make it public.

EXHIBIT 9



Note that you may also enable monetization for multiple videos at once.

## Disable ads on your videos

1. Locate your video within the "Monetized Videos" view in your account.
2. On the "Monetization" tab of the video editor, uncheck the "**Monetize my video**" check box.
3. Click the "Save changes" button.

YouTube Partners: Guide to setting up your account

A guide for new YouTube partners to help you learn about setting up your account

**Advertising**

Enable and disable ads on my videos

Monetize multiple videos at once

Default ad settings

Ads on embedded videos

Block ads from appearing on my YouTube channel and videos

Allow sensitive ads on my YouTube channel and videos

Youtube third-party ad vendors



**Resources for Creators**

Check out the creator resources available to help you build your channel and connect with the community.

**How helpful is this article:**

Not at all helpful

Not very helpful

Somewhat helpful

Very helpful

Extremely helpful

g+1  41

©2015 Google - Privacy Policy - Terms of Service

**English**