## GENERAL AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HINDS

I Lee McDivitt, An Investigator with the Mississippi Attorney General's Office make an affidavit based off an investigation that originated from information that Google was still selling possible counterfeit and/or illegal items on both their search engine and advertisement bar. On the dates of: 6/18/2012; 6/22/2012; 7/3/2012; and 7/26/012 I made recorded undercover purchases of the following: prescription medication; spice; bath salt; color contact lenses; and diet pills with official State of Mississippi funds from both the Google search engine and advertisement bar. The above reference undercover purchases were used in a power point presentation by the Mississippi Attorney General at the National Association of Attorney General's (NAAG) conference in Boston, Massachusetts.

Investigator Lee McDivitt

Notary Public

