IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google, Inc., )<br>   *Plaintiff*, )<br>           )<br> v.         )<br>           )<br>           )<br>Jim Hood, Attorney General of the )<br>State of Mississippi, in his official )<br>capacity,        )<br>   *Defendant*.    )<br>           )<br>           ) | **CIVIL ACTION**<br><br>**No. 3:14-cv-00981-HTW-LRA** |

*CORRECTED* [PROPOSED] ORDER GRANTING MOTION FOR LEAVE
TO FILE BRIEF *AMICUS CURIAE*

Upon consideration of the Motion by the Electronic Frontier Foundation, Center for Democracy & Technology, New America's Open Technology Institute, Public Knowledge, and R Street Institute (collectively "*Amici*") requesting leave to file a brief as *amici curiae* in support of Plaintiff Google, Inc. ("Google"), the Court orders as follows:

**WHEREAS** Plaintiff Google filed suit on December 19, 2014 against Defendant Jim Hood, Attorney General for the State of Mississippi, in his official capacity;

**WHEREAS** Plaintiff Google moved on December 19, 2014 for a temporary restraining order and a preliminary injunction on the ground that it faced irreparable harm if the Defendant either (1) enforced the Administrative Subpoena and Subpoena Duces Tecum issued by the

- 2 -

Defendant and served on Plaintiff on October 27, 2014 (the "Subpoena"); or (2) brought a civil or criminal charge against Plaintiff (or any subsidiary thereof) under Mississippi law;

**WHEREAS** Defendant's brief in opposition to Plaintiff Google's Motion for Temporary Restraining Order and Preliminary Injunction, along with a Motion to Dismiss Plaintiff Google's Complaint, was filed on January 12, 2015;

**WHEREAS** Plaintiff Google's reply brief in support of its Motion for Temporary Restraining Order and Preliminary Injunction and opposition to Defendant's Motion to Dismiss was filed on January 22, 2015; and

**WHEREAS** Defendant's reply brief in support of its Motion to Dismiss will be filed on February 2, 2015.

**It is hereby:**

**ORDERED** that the motion of *Amici* for leave to file a brief as *amici curiae* is granted.

**IT SO ORDERED this 20th day of February, 2015.**

                                            s/ **HENRY T. WINGATE**
                                            UNITED STATES DISTRICT JUDGE

Dated:  January 30, 2015                    Respectfully submitted,

                                                                               */s/ Herbert W. Wilson II*
Herbert W. Wilson II
(MSB No. 103187)
THE LAW OFFICE OF
HERBERT W. WILSON II, PLLC
P.O. Box 6031
Gulfport, MS 39507
Telephone:     (228) 206-5297
Facsimile:      (800) 916-3763
herb@herbwilson.lawyer

Corynne McSherry (*pro hac vice* pending)
Mitchell L. Stoltz
Jamie L. Williams
ELECTRONIC FRONTIER
FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993
corynne@eff.org

Counsel for *Amici Curiae*

- 3 -