UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **GOOGLE, INC.,** | ) |
| Plaintiff, | ) *Electronically filed* |
| v. | ) Case No. 3:14-CV-981-HTW-LRA |
| **JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI, IN HIS OFFICIAL CAPACITY,** | ) **ORDER** |
| Defendant. | ) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Court, having reviewed the Motion for Leave to File Amici Curiae Brief [DE #49] filed by the state Attorneys General, and further being advised that Plaintiff, Google, Inc., consents to the filing of the Generals' Amici Brief, hereby **ORDERS** that the Generals' Motion [DE #49] is **GRANTED**. The Attorneys General may file their Amici Brief in the record.

This the 20th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF MISSISSIPPI

1