**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| Google, Inc., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | No.: 3:14-cv-00981 HTW (LRA) |
| | ) | |
| Jim Hood, Attorney General of the State | ) | **PLAINTIFF GOOGLE INC.'S NOTICE OF** |
| of Mississippi, in his official Capacity, | ) | **RULE 45 DOCUMENT PRODUCTION** |
| | ) | **SUBPOENAS TO NON-PARTIES** |
| *Defendant*. | ) | |
| | ) | |
| | ) | |
| | ) | |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Google Inc. ("Google"), pursuant to Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 26, 34(c) and 45, will serve subpoenas for production of documents on the following non-parties on March 13, 2015. Copies of the subpoenas are attached. Consistent with the subpoenas, the documents identified in the Attachment A to each subpoena attached hereto have been requested from the following non-parties at the place, date, and time specified, or at such other location and time as Google and the respective non-parties may agree.

| **PRODUCING PARTY** | **DATE/TIME** | **LOCATION** |
|---|---|---|
| Motion Picture Association of America (documents) | March 30, 2015, 9:00 a.m. | Wilson Sonsini Goodrich & Rosati 1700 K Street, NW Fifth Floor Washington, D.C.  20006-3817 Attn:  David H. Kramer |

| | | |
|---|---|---|
| Jenner & Block LLP (documents) | March 30, 2015, 9:00 a.m. | Wilson Sonsini Goodrich & Rosati<br>1700 K Street, NW<br>Fifth Floor<br>Washington, D.C.  20006-3817<br>Attn:  David H. Kramer |
| Digital Citizens Alliance (documents) | March 30, 2015, 9:00 a.m. | Wilson Sonsini Goodrich & Rosati<br>1700 K Street, NW<br>Fifth Floor<br>Washington, D.C.  20006-3817<br>Attn:  David H. Kramer |
| Viacom Inc. (documents) | March 30, 2015, 9:00 a.m. | Wilson Sonsini Goodrich & Rosati<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019-6022<br>Attn:  David H. Kramer |
| Twenty-First Century Fox, Inc. (documents) | March 30, 2015, 9:00 a.m. | Wilson Sonsini Goodrich & Rosati<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019-6022<br>Attn:  David H. Kramer |
| NBCUniversal Media, LLC (documents) | March 30, 2015, 9:00 a.m. | Wilson Sonsini Goodrich & Rosati<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019-6022<br>Attn:  David H. Kramer |

DATED this 13th day of March, 2015.

Respectfully submitted,

/s/ Daniel J. Mulholland
Fred Krutz, MSB No. 4270

OF COUNSEL:

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
dkramer@wsgr.com

Daniel J. Mulholland, MSB No. 3643
FORMAN WATKINS KRUTZ &
 TARDY LLP
200 South Lamar Street, Suite
100 Jackson, Mississippi 39201
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone: (601) 960-8600
Facsimile: (601) 960-8613
fred@fpwk.com
mulhollanddj@fpwk.com

*Attorneys for Plaintiff Google Inc.*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United

States District Court for the Southern District of Mississippi by using the Court's CM/ECF

system on March 13, 2015. I further certify that all parties are represented by attorneys who are

registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 /s/ Daniel J. Mulholland
Daniel J. Mulholland, MSB#3643