IN THE UNITED STATES DISRTICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GOOGLE, INC.                                                    PLAINTIFF

V.                              CIVIL ACTION NO. 3:14-CV-981-HTW-LRA

JIM HOOD, in his official capacity
as Attorney General of the State of
Mississippi                                                    DEFENDANT

## AMENDED NOTICE OF APPEAL

Defendant Jim Hood, in his official capacity as Attorney General for the
State of Mississippi (the "State"), files this Amended Notice of Appeal to the
United States Court of Appeals for the Fifth Circuit from the order of the
district court dated March 27, 2015 [Docket No. 88]. The State previously
filed its Notice of Appeal [Docket No. 86] from the district court's order dated
March 2, 2015 granting plaintiff's motion for preliminary injunction. [Docket
No. 82]. The district court's March 2, 2015 order provided that a detailed
ruling on the March 2, 2015 order would be forthcoming. [Docket No. 82] at
3. Thereafter on March 27, 2015, the district court issued a detailed ruling of
the March 2, 2015 order from which the State files this Amended Notice of
Appeal.

The Court has jurisdiction under 28 U.S.C. § 1292(a)(1), and this

Amended Notice of Appeal is timely filed within thirty (30) days of the entry

of the March 27, 2015 order in accordance with Fed. R. App. P. 4(a)(1)(A).

THIS the 31st day of March, 2015.

Respectfully Submitted,

JIM HOOD, in his official capacity as
Attorney General of the State of
Mississippi

By:   JIM HOOD, ATTORNY GENERAL,
      STATE OF MISSISSIPPI

By:   _____
      DOUGLAS T. MIRACLE (Bar No. 9648)
      SPECIAL ASSISTANT ATTORNEY GENERAL
      OFFICE OF THE ATTORNEY GENERAL
      Post Office Box 220
      Jackson, Mississippi 39205-0220
      Telephone: (601) 359-5654
      Facsimile: (601) 359-2003
      dmira@ago.state.ms.us

      *Counsel for Defendant Jim Hood, in
      his official capacity as Attorney General
      of the State of Mississippi*

## CERTIFICATE OF SERVICE

I, Douglas T. Miracle, Special Assistant Attorney General for the State of Mississippi, hereby certify that a true and correct copy of the foregoing document has been filed electronically with the Clerk of Court using the Court's ECF system and thereby served on all counsel of record having entered their appearance in this action:

Fred Krutz , III
Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
P.O. Box 22608
200 S. Lamar Street, Suite 100 (39201-4099)
Jackson, MS 39225-2608
Email: mulhollanddj@fpwk.com
Email: fred@fpwk.com

David H. Kramer - PHV
WILSON, SONSINI, GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, CA 94304-1050
Email: dkramer@wsgr.com

Blake C. Roberts - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
Email: blake.roberts@wilmerhale.com

Jamie S. Gorelick - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
Email: jamie.gorelock@wilmerhale.com

Patrick J. Carome - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Email: patrick.carome@wilmerhale.com

Peter Neiman - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Email: peter.neiman@wilmerhale.com

Violetta G. Watson - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Email: violetta.watson@wilmerhale.com

THIS the 31st day of March, 2015.

DOUGLAS T. MIRACLE