UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google Inc., | ) |
| *Plaintiff*, | ) |
| | ) |
| | ) |
| *v.* | ) |
| | ) No. 3:14cv981 HTW-LRA |
| | ) |
| | ) |
| Jim Hood, Attorney General of the State | ) |
| of Mississippi, in his official capacity, | ) |
| *Defendant.* | ) |
| | ) |

**ORDER ON *ORE TENUS* DISCOVERY MOTION**

The Court heard Google, Inc.'s *ore tenus* motion regarding the commencement of discovery and the timing of Defendant's responses to Google's document requests on April 6, 2015. The Court orders as follows:

1. Defendant shall produce the following documents and privilege log by April 15, 2015:

    a. Any draft subpoenas provided to the Attorney General by the third parties identified in Google's request.

    b. Attorney General Hood's November 13, 2013 email to Vans Stevenson, and any replies or responses thereto;

    c. Attorney General Hood's August 28, 2014 letter to the Attorneys General in all 50 states regarding setting up a working group;

    d. The Word files listed in item (6) of Google's January 14, 2015 request ("Google can take action" "Google must change its behavior" "Google's illegal conduct" "CDA"), and any emails from the third parties attaching those word files; and

    e. Any documents already gathered in connection with the Techdirt Mississippi Public Records Act request that are responsive to Google's requests.

2. Defendant shall complete its response to Google, Inc.'s document requests (including producing documents and a privilege log) by April 27, 2015.

3. Discovery commenced for the parties and third parties on March 2, 2015.

SO ORDERED, this the 10th day of April, 2015.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE