**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| Google Inc., | ) |
| *Plaintiff*, | ) |
| | ) |
| | ) |
| | ) No. 3:14cv981 HTW-LRA |
| | ) |
| *v.* | ) **DECLARATION OF PETER G. NEIMAN** |
| | ) **IN SUPPORT OF PLAINTIFF GOOGLE** |
| | ) **INC.'S MOTION TO COMPEL THE** |
| | ) **PRODUCTION OF DOCUMENTS BY** |
| Jim Hood, Attorney General of the State of | ) **DEFENDANT JIM HOOD, THE** |
| Mississippi, in his official capacity, | ) **ATTORNEY GENERAL OF THE STATE** |
| *Defendant.* | ) **OF MISSISSIPPI** |
| | ) |
| | ) |

I, Peter G. Neiman, hereby declare as follows:

1.     I am a partner of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), 7

World Trade Center, 250 Greenwich Street, New York, NY 10007, and counsel for Plaintiff

Google Inc. ("Google") in this matter.  I submit this declaration in support of Plaintiff Google

Inc.'s Motion to Compel the Production of Documents by Defendant Jim Hood, the Attorney

General of the State of Mississippi.

2.     Attached hereto as Exhibit 1 is a true and accurate copy of Defendant's Responses

to Plaintiff's First Set of Requests for Production of Documents and Privilege Log, dated April

15, 2015.

3.     Attached hereto as Exhibit 2 is a true and accurate copy of Defendant's First

Supplemental Privilege Log for April 15, 2015 Document Production.

4.     Attached hereto as Exhibit 3 is a true and accurate redacted copy of a letter, dated

June 29, 2012, from Geoffrey C. Morgan, Chief of Staff, Office of the Attorney General of the

State of Mississippi, to Mike Moore of the Mike Moore Law Firm, LLC, as provided by

Defendant in response to Google's request.

     5.     Attached hereto as Exhibit 4 is a true and accurate copy of a New York Times

article by Nick Wingfield and Eric Lipton, entitled "Google's Detractors Take Their Fight to the

States," dated December 16, 2014, *available at*

http://www.nytimes.com/2014/12/17/technology/googles-critics-enlist-state-attorneys-general-

in-their-fight.html.

     6.     Attached hereto as Exhibit 5 is a true and accurate copy of an Ars Technica article

by Joe Mullin, entitled "Hollywood v. Goliath: Inside the aggressive studio effort to bring

Google to heel," dated December 19, 2014, *available at* http://arstechnica.com/tech-

policy/2014/12/how-hollywood-spurned-by-congress-pressures-states-to-attack-google/.

     I declare under penalty of perjury that the foregoing is true and correct, to the best of my

knowledge.

     Executed on April 22, 2015, in New York, New York.

                        _____

                        Peter G. Neiman

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

CIVIL LITIGATION DIVISION

April 15, 2015

Fred Krutz , III
Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
P.O. Box 22608
200 S. Lamar Street, Suite 100 (39201-4099)
Jackson, MS 39225-2608

     **Re:**    ***Google, Inc. v. Jim Hood***; USDC of the Southern District of Mississippi,
                  Case No. 3:14-CV-981-HTW-LRA

Dear Mr. Krutz:

    Enclosed please find a copy of Defendant's *Response to Plaintiff's First Request for Production of Document* and *Privilege Log*, along with the *Notice of Service* filed with the Court today via ECF, with regard to the above-referenced matter.

    Please contact me if you have any questions.

                            Sincerely,

                            Brenda B. Myers
                            Assistant to DOUGLAS T. MIRACLE
                            Special Assistant Attorney General

/bbm
Enclosures
cc:     David H. Kramer – PHV (*w/encl.*)
         Blake C. Roberts - PHV (*w/encl.*)
         Jamie S. Gorelick - PHV (*w/encl.*)
         Patrick J. Carome - PHV (*w/encl.*)
         Peter Neiman - PHV (*w/encl.*)
         Violetta G. Watson - PHV (*w/encl.*)

## IN UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**GOOGLE, INC.**                                                          **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 3:14cv981-HTW-LRA**

**JIM HOOD, ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI,**
**IN HIS OFFICIAL CAPACITY**                                          **DEFENDANT**

### NOTICE OF SERVICE

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jim Hood, in his official capacity as Attorney General of

the State of Mississippi, has this day served a true and correct copy of

**RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF**
**DOCUMENTS AND PRIVILEGE LOG**

upon counsel of record for Plaintiff Google, Inc.

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**RESPECTFULLY SUBMITTED**, this the 15th day of April, 2015.

> **JIM HOOD, ATTORNEY GENERAL FOR THE**
> **STATE OF MISSISSIPPI, in his official capacity**
>
> **BY: JIM HOOD, ATTORNEY GENERAL**
> **STATE OF MISSISSIPPI**
>
> **BY:**  */s/ Krissy C. Nobile*
> KRISSY CASEY NOBILE, MSB # 103577
> SPECIAL ASSISTANT ATTORNEY GENERAL

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BRIDGETTE W. WIGGINS (MSB # 9676)
SPECIAL ASSISTANT ATTORNEY GENERAL
DOUGLAS T. MIRACLE (MSB # 9648)
SPECIAL ASSISTANT ATTORNEY GENERAL
Post Office Box 220
Jackson, MS   39205
Telephone No. (601)359-3824
knobi@ago.state.ms.us
bwill@ago.state.ms.us
dmira@ago.state.ms.us

## CERTIFICATE OF SERVICE

This is to certify that on this day I, Krissy C. Nobile, Special Assistant Attorney General for

the State of Mississippi, do hereby certify that I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which sent notification of such filing to the

following counsel of record:

Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
P.O. Box 22608
200 S. Lamar Street, Suite 100 (39201-4099)
Jackson, MS 39225-2608
601/960-8600
Fax: 601/960-8613
Email: mulhollanddj@fpwk.com

Fred Krutz , III
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608
(601) 960-8600
Email: fred@fpwk.com

David H. Kramer - PHV
WILSON, SONSINI, GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650/565-5100
Email: dkramer@wsgr.com

Blake C. Roberts - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6920
Fax: 202/663-6363
Email: blake.roberts@wilmerhale.com

Jamie S. Gorelick - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6500

3

Fax: 202/663-6363
Email: jamie.gorelock@wilmerhale.com

Patrick J. Carome - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6610
Fax: 202/663-6363
Email: patrick.carome@wilmerhale.com

Peter Neiman - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/295-6487
Fax: 212/230-8888
Email: peter.neiman@wilmerhale.com

Violetta G. Watson - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/230-8800
Fax: 212/230-8888
Email: violetta.watson@wilmerhale.com

THIS, the 15th day of April, 2015.

/s/ Krissy C. Nobile
KRISSY CASEY NOBILE

## IN UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**GOOGLE, INC.**                                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 3:14cv981-HTW-LRA**

**JIM HOOD, ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI,**
**IN HIS OFFICIAL CAPACITY**                                      **DEFENDANT**

### RESPONSES TO PLAINTIFF'S FIRST
### SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

      **COMES NOW**, Jim Hood, Attorney General for the State of Mississippi ("Attorney

General") and hereby responds to Plaintiff's First Set of Requests for Production of Documents.

The Attorney General reserves the right to supplement these objections and answers as further

review and investigation may warrant.

### REQUESTS FOR PRODUCTION

      **REQUESTS FOR DOCUMENTS NO. 1:**   Any draft subpoenas provided to the

Attorney General by the third parties identified in Google's request.

      **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**   The Attorney General

objects to this Request on the grounds that it is overly broad in both time and scope, is not

reasonably calculated to lead to the discovery of admissible evidence, and seeks information

protected by the attorney client privilege and/or the work product doctrine. Please see the

attached privilege log.

      **REQUEST FOR DOCUMENTS NO. 2:** Attorney General Hood's November 13, 2013

email to Vans Stevenson, and any replies or responses thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**   There are no documents responsive to this request for an email dated November 13, 2013. Based upon information and good-faith belief due to the description of the request, please see the attached email and response dated November 27, 2013, which is bates labeled as D000001-D000003. The redacted portions of document D00001-D00003 either are non-responsive to the request or are protected by the attorney-client privilege, as noted on the attached privilege log.

**REQUEST FOR DOCUMENTS NO. 3:**   Attorney General Hood's August 28, 2014 letter to the Attorneys General in all 50 states regarding setting up a working group.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**   The Attorney General objects to this Request on the grounds that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, and it seeks information protected by the work product doctrine and/or the common interest doctrine.   Without waiving said objections, please see redacted letters attached hereto and bates labeled as D000004-000065. The redacted portions of these letters are protected by the work product doctrine and/or the common interest doctrine, as noted on the attached privilege log.

**REQUEST FOR DOCUMENTS NO. 4:**   The Word files listed in item (6) of Google's January 14, 2015 request ("Google can take action" "Google must change its behavior" "Google's illegal conduct" "CDA"), and any emails from the third parties attaching those word files.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**   The Attorney General objects to this Request on the grounds that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, and it seeks information protected by the work product doctrine. Please see the attached privilege log.

**REQUEST FOR DOCUMENTS NO. 5:**   Any   documents   already   gathered   in connection with the Techdirt Mississippi Public Records Act request that are responsive to Google's requests.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**   There are no documents responsive to this request.

THIS, the 15th day of April, 2015.

<div style="margin-left:35%;">

**JIM HOOD, ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI, in his official capacity**

**BY:  JIM HOOD, ATTORNEY GENERAL STATE OF MISSISSIPPI**

**BY:**   */s/ Krissy C. Nobile*
KRISSY CASEY NOBILE, MSB # 103577
SPECIAL ASSISTANT ATTORNEY GENERAL

</div>

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BRIDGETTE W. WIGGINS (MSB # 9676)
SPECIAL ASSISTANT ATTORNEY GENERAL
DOUGLAS T. MIRACLE (MSB # 9648)
SPECIAL ASSISTANT ATTORNEY GENERAL
Post Office Box 220
Jackson, MS   39205
Telephone No. (601)359-3824
knobi@ago.state.ms.us
bwill@ago.state.ms.us
dmira@ago.state.ms.us

## CERTIFICATE OF SERVICE

This is to certify that on this day I, Krissy C. Nobile, Special Assistant Attorney General for the State of Mississippi, do hereby certify that I have this date emailed and mailed through the United States Postal Service, postage prepaid, a true and correct copy of the above and foregoing to counsel of record:

Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
P.O. Box 22608
200 S. Lamar Street, Suite 100 (39201-4099)
Jackson, MS 39225-2608
601/960-8600
Fax: 601/960-8613
Email: mulhollanddj@fpwk.com

Fred Krutz , III
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608
(601) 960-8600
Email: fred@fpwk.com

David H. Kramer - PHV
WILSON, SONSINI, GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650/565-5100
Email: dkramer@wsgr.com

Blake C. Roberts - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6920
Fax: 202/663-6363
Email: blake.roberts@wilmerhale.com

Jamie S. Gorelick - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6500

4

Fax: 202/663-6363
Email: jamie.gorelock@wilmerhale.com


Patrick J. Carome - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6610
Fax: 202/663-6363
Email: patrick.carome@wilmerhale.com

Peter Neiman - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/295-6487
Fax: 212/230-8888
Email: peter.neiman@wilmerhale.com

Violetta G. Watson - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/230-8800
Fax: 212/230-8888
Email: violetta.watson@wilmerhale.com

THIS, the 15th day of April, 2015.

*/s/Krissy C. Nobile*
KRISSY CASEY NOBILE

# IN UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**GOOGLE, INC.**                                                      **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 3:14cv981-HTW-LRA**

**JIM HOOD, ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI,**
**IN HIS OFFICIAL CAPACITY**                                         **DEFENDANT**

## PRIVILEGE LOG

| Name | Description | Date(s) | Author(s) | Recipient(s) | Privilege(s) |
|------|-------------|---------|-----------|--------------|--------------|
| PL000001-PL000067 | Draft Subpoena (Request No. 1) | On or about Oct. 17, 2014[1] | | From Mike Moore Law Firm to Office of the Mississippi Attorney General | Attorney-Client<br><br>Work Product |
| PL000075-PL000119 | Draft Subpoena (Request No. 1) | On or about Sept. 11, 2014[2] | | From Mike Moore Law Firm to Office of the Mississippi Attorney General | Attorney-Client<br><br>Work Product |
| PL000068-PL000074 | Draft CID (Request No. 1) | On or about Nov. 26, 2013[3] | | From Orrick to Office of the Mississippi Attorney General | Work Product |
| PL00012-PL000166 | Draft CID (Request No. 1) | On or about April 22, 2014[4] | | From Orrick to Office of the Mississippi Attorney General | Work Product |
| PL000167-PL000176 | Draft Subpoena (Request No. 1) | On or about April 3, 2012[5] | | From Mike Moore Law Firm to Office of the Mississippi Attorney General | Attorney-Client<br><br>Work Product |
| D000001 | Email (Forward email from Attorney | Nov. 27, 2013 | Attorney General Hood | From Attorney General Hood to the Mike Moore Law | Attorney-Client |

---

[1] This date indicates the approximate date of receipt.
[2] This date indicates the approximate date of receipt.
[3] This date indicates the approximate date of receipt.
[4] This date indicates the approximate date of receipt.
[5] This date indicates the approximate date of receipt.

| | | | | | |
|---|---|---|---|---|---|
| | General Hood, which has been redacted) (Request No. 2) | | | Firm and Special Assistant Attorneys General with the Office of the Mississippi Attorney General | |
| D000004-D000065 | Redacted Portion of Letters from Attorney General Hood (Request No. 3) | August 28, 2014 | Attorney General Hood | Attorneys General in Other States | Work Product<br><br>Common Interest Doctrine |
| PL000202-PL000222 | Email with Legal Memoranda (Request No. 4) | On or about January 14, 2014[6] | | From Orrick to Special Assistant Attorney General with the Office of the Mississippi Attorney General | Work Product |
| PL000223-PL000245 | Email with Legal Memoranda (Request No. 4) | On or about January 9, 2014[7] | | From Jenner & Block to Special Assistant Attorney General with the Office of the Mississippi Attorney General | Work Product |
| PL000177-PL000201 | Email with Legal Memoranda (Request No. 4) | On or about January 9, 2014[8] | | From Jenner & Block to Special Assistant Attorney General with the Office of the Mississippi Attorney General | Work Product |

---

[6] This date indicates the approximate date of receipt.
[7] This date indicates the approximate date of receipt.
[8] This date indicates the approximate date of receipt.

Outlook.com Print Message                                    Page 1 of 3

Print                                                        Close



**From:** <vans_stevenson@Mpaa.org>
**Date:** November 27, 2013 at 1:21:12 PM CST
**To:** <jimhoodag@hotmail.com>
**Subject: Re: Google and isoHunt...**

Jim-

Thanks for the heads-up...too bad Google's GC doesn't get it.  I'll make sure Tom
Perrelli is at the meeting Mike Moore is organizing in NO, or consults with you directly
on next steps, CID, etc.  I'll reach out to Melanie for a copy of the letter.

I have to be in Hartford next week at the same time as NAAG...Brian will be there, but
as I'm sure you'll agree Perrelli is key to your next steps.

Happy Thanksgiving as well to you and your family!

All the best,

Vans

Sent from my iPad

On Nov 27, 2013, at 1:58 PM, "jim" <jimhoodag@hotmail.com> wrote:

Vans,

My conversation with Google's general counsel did not go well.  I just sent
him a letter yesterday characterizing our telephone conversation as a

D000001
4/8/2015

meeting would not be fruitful.  Mike Moore is trying to get together a
meeting in New Orleans during which we can all discuss the next move.
My letter is based upon the one Tom Perrelli drafted.  If you want to see a
copy, contact my assistant Melanie Webb.

I hope you have a Happy Thanksgiving!

Jim







D000002

D000003

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Luther Strange
Alabama Attorney General
500 Dexter Avenue
Montgomery, AL 36103

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Strange:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review,



WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000004



Sincerely yours,

Jim Hood
Attorney General

STATE OF MISSISSIPPI



## JIM HOOD
ATTORNEY GENERAL

August 28, 2014

The Honorable Dustin McDaniel
Arkansas Attorney General
323 Center Street
Little Rock, AR 72201-2610

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General McDaniel:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review,



WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000006



Sincerely yours,

Jim Hood
Attorney General



**STATE OF MISSISSIPPI**

## JIM HOOD
ATTORNEY GENERAL

August 28, 2014

The Honorable John W. Suthers
Colorado Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Suthers:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal. Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, 

WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000008



Sincerely yours,

Jim Hood
Attorney General

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable George Jepsen
Connecticut Attorney General
Post Office Box 120
Hartford, CT 06141-0120

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Jepsen:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal. Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review,





Sincerely yours,

Jim Hood
Attorney General

D000011

STATE OF MISSISSIPPI



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Pamela Jo Bondi
Florida Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Bondi:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review,



WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000012



Sincerely yours,

Jim Hood
Attorney General

D000013

STATE OF MISSISSIPPI



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Sam E. Olens
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Olens:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review, 



Sincerely yours,

Jim Hood
Attorney General

D000015

STATE OF MISSISSIPPI



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable David J. Louie
Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Louie:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review,



WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000016



Sincerely yours,

Jim Hood
Attorney General

D000017



STATE OF MISSISSIPPI

## JIM HOOD
### ATTORNEY GENERAL

August 28, 2014

The Honorable Tom J. Miller
Iowa Attorney General
1305 E. Walnut, 2nd Floor
Des Moines, IA 50319

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Miller:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal.  Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review,



WALTER SILLERS BUILDING  •  POST OFFICE BOX 220  •  JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680  •  TELEFAX (601) 359-3441

D000018



Sincerely yours,

Jim Hood
Attorney General



**STATE OF MISSISSIPPI**

**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Lisa Madigan
Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Madigan:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal.  Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, █████████████████████████████████████████████



WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000020



Sincerely yours,

Jim Hood
Attorney General



**STATE OF MISSISSIPPI**

# JIM HOOD
ATTORNEY GENERAL

August 28, 2014

The Honorable James D. Caldwell
Louisiana Attorney General
Post Office 94005
Baton Rouge, LA 70804-4095

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Caldwell:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review, ████████████████████████████



WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000022



Sincerely yours,

Jim Hood
Attorney General

STATE OF MISSISSIPPI



# JIM HOOD
ATTORNEY GENERAL

August 28, 2014

The Honorable Douglas Gansler
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Gansler:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review, ███████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000024



Sincerely yours,

Jim Hood
Attorney General

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Martha Coakley
Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108-1698

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Coakley:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal. Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, 



Sincerely yours,

Jim Hood
Attorney General



## STATE OF MISSISSIPPI

### JIM HOOD
#### ATTORNEY GENERAL

August 28, 2014

The Honorable William Schutte
Michigan Attorney General
P. O. Box 30212
Lansing, MI 48909-0212

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Schutte:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal. Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review,



WALTER SILLERS BUILDING  •  POST OFFICE BOX 220  •  JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680  •  TELEFAX (601) 359-3441

D000028



Sincerely yours,

Jim Hood
Attorney General



**STATE OF MISSISSIPPI**

**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Jon Bruning
Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509-8920

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Bruning:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review, 

WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000030



Sincerely yours,

Jim Hood
Attorney General

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Gary King
New Mexico Attorney General
Post Office Drawer 1508
Santa Fe, NM 87505

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General King:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal.  Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

WALTER SILLERS BUILDING  •  POST OFFICE BOX 220  •  JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680  •  TELEFAX (601) 359-3441

D000032



Sincerely yours,

Jim Hood
Attorney General

D000033

STATE OF MISSISSIPPI



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Catherine Cortez Masto
Nevada Attorney General
100 N. Carson Street
Carson City, NV 89710-4717

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Masto:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal.  Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies.  Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, ███████████████████████████████████





Sincerely yours,

Jim Hood
Attorney General

D000035

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Eric M. Schneiderman
New York Attorney General
120 Broadway, Suite 26 C
New York, NY 10271

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Schneiderman:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal.  Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, 

WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000036



Sincerely yours,

Jim Hood
Attorney General

D000037

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Mike DeWine
Ohio Attorney General
150 East Gay Street, 20th Floor
Columbus, OH 43215-3428

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General DeWine:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review, 



Sincerely yours,

Jim Hood
Attorney General

STATE OF MISSISSIPPI



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Scott Pruitt
Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Pruitt:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review, 



Sincerely yours,

Jim Hood
Attorney General



**STATE OF MISSISSIPPI**

**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Ellen Rosenblum
Oregon Attorney General
1162 Court Street NE
Salem, OR 97301

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Rosenblum:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review, ████████████████████████████████





Sincerely yours,

Jim Hood
Attorney General



**STATE OF MISSISSIPPI**

# JIM HOOD
ATTORNEY GENERAL

August 28, 2014

The Honorable Kathleen Kane
Pennsylvania Attorney General
1600 Strawberry Square
Harrisburg, PA 17120

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Kane:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal.  Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review,





Sincerely yours,

Jim Hood
Attorney General

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Peter Kilmartin
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Kilmartin:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal. Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review.



WALTER SILLERS BUILDING • POST OFFICE BOX 220 • JACKSON, MISSISSIPPI 39205-0220
TELEPHONE (601) 359-3680 • TELEFAX (601) 359-3441

D000046



Sincerely yours,

Jim Hood
Attorney General



**STATE OF MISSISSIPPI**

**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Marty J. E. Jackley
South Dakota Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Jackley:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal.  Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, 



Sincerely yours,

Jim Hood
Attorney General



**STATE OF MISSISSIPPI**

**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Robert E. Cooper, Jr.
Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN 37243

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Cooper, Jr.:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal.  Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, 



Sincerely yours,

Jim Hood
Attorney General

D000051



**STATE OF MISSISSIPPI**

**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Greg Abbott
Texas Attorney General
Post Office Box 12548
Austin, TX 78711-2548

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Abbott:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal. Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, 



Sincerely yours,

Jim Hood
Attorney General

D000053



**STATE OF MISSISSIPPI**

## JIM HOOD
ATTORNEY GENERAL

August 28, 2014

The Honorable Sean Reyes
Utah Attorney General
State Capitol, Room 236
Salt Lake City, UT 84114-0810

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Reyes:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal.  Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies.  Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, 



Sincerely yours,

Jim Hood
Attorney General

STATE OF MISSISSIPPI



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Mark Herring
Virginia Attorney General
900 East Main Street
Richmond, VA 23221

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Herring:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal. Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review, ███████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████



Sincerely yours,

Jim Hood
Attorney General

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable William  Sorrell
Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Sorrell:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal.  Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review,





Sincerely yours,

Jim Hood
Attorney General



**STATE OF MISSISSIPPI**

**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Bob Ferguson
Washington Attorney General
1125 Washington Street, SE
Olympia, WA 98504-0100

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Ferguson:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal.  Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review





Sincerely yours,

Jim Hood
Attorney General

D000061

**STATE OF MISSISSIPPI**



**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Peter K. Michael
Wyoming Attorney General
State Capitol Building
Cheyenne, WY 82002

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger Program

Dear General Michael:

After I and other attorneys general met with Google representatives at the NAAG winter meeting in Washington, D.C., regarding Google's online activities, Google offered to establish a "trusted flagger" program for our staff members to review YouTube videos and report videos that staff found to contain illicit content to YouTube for expedited review and removal. Over the summer, our investigators used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube deems improper and then gives them access to the bulk flagger portion of the website for videos that may contain content that would be in violation of YouTube's policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria. Once the suspicious videos are flagged by trusted flaggers, then the YouTube enforcement team reviews the video and assesses whether or not it violates YouTube's terms.

Based on our review, █████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████



Sincerely yours,

Jim Hood
Attorney General

D000063



**STATE OF MISSISSIPPI**

**JIM HOOD**
ATTORNEY GENERAL

August 28, 2014

The Honorable Joseph Foster
New Hampshire Attorney General
State House Annex, 33 Capitol St.
Concord, NH 03301-6397

Re: Formation of Google Working Group and Analysis of Google's Trusted Flagger
Program

Dear General Foster:

After I and other attorneys general met with Google representatives at the NAAG
winter meeting in Washington, D.C., regarding Google's online activities, Google
offered to establish a "trusted flagger" program for our staff members to review
YouTube videos and report videos that staff found to contain illicit content to
YouTube for expedited review and removal. Over the summer, our investigators
used and tested the trusted flagger program.

YouTube provides selected "power" users basic information about what YouTube
deems improper and then gives them access to the bulk flagger portion of the
website for videos that may contain content that would be in violation of YouTube's
policies. Trusted flaggers then tag (or flag) the content they feel meets that criteria.
Once the suspicious videos are flagged by trusted flaggers, then the YouTube
enforcement team reviews the video and assesses whether or not it violates
YouTube's terms.

Based on our review,





Sincerely yours,

Jim Hood
Attorney General

**IN UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**GOOGLE, INC.**                                                                    **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 3:14cv981-HTW-LRA**

**JIM HOOD, ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI,**
**IN HIS OFFICIAL CAPACITY**                                              **DEFENDANT**

**FIRST SUPPLEMENTAL PRIVILEGE LOG FOR APRIL 15, 2015 DOCUMENT**
**PRODUCTION**

| Name | Description | Date(s) | Author(s) | Recipient(s) | Privilege(s) |
|---|---|---|---|---|---|
| PL000001-PL000067[1] | Draft Subpoena (Request No. 1) | On or about Oct. 17, 2014[2] | See footnote[3] | From Mike Moore Law Firm to Blake Bee, Special Assistant Attorney General with the Office of the Mississippi Attorney General | Attorney-Client<br><br>Work Product |
| PL000075-PL000119 | Draft Subpoena (Request No. 1) | On or about Sept. 11, 2014[4] | See footnote[5] | From Mike Moore Law Firm to Bridgette Williams, Special Assistant Attorney General with the Office of the Mississippi Attorney General | Attorney-Client<br><br>Work Product |
| PL000068-PL000074 | Draft CID (Request No. 1) | On or about | See footnote[7] | From Orrick (Brian Moran) to Blake | Work Product |

---

[1] "PL" denotes Privilege Log bates number series and "D" denotes Defendant Jim Hood's bates number series for documents produced to Plaintiff.

[2] This date indicates the approximate date of receipt.

[3] On information and belief, this document was prepared by or at the direction of Tom Perrelli and/or Brian Moran.

[4] This date indicates the approximate date of receipt.

[5] On information and belief, this document was prepared by or at the direction of Tom Perrelli and/or Brian Moran.

Exhibit 2

| | | Nov. 26, 2013[6] | | Bee, Special Assistant Attorney General with the Office of the Mississippi Attorney General | |
|---|---|---|---|---|---|
| PL000120-PL000166 | Draft CID (Request No. 1) | On or about April 22, 2014[8] | See footnote[9] | From Orrick (Brian Moran) to Mary Jo Woods, Special Assistant Attorney General with the Office of the Mississippi Attorney General | Work Product |
| PL000167-PL000176 | Draft Subpoena (Request No. 1) | On or about April 3, 2012[10] | See footnote[11] | From Mike Moore Law Firm to Bridgette Williams, Special Assistant Attorney General with the Office of the Mississippi Attorney General | Attorney-Client<br><br>Work Product |
| D000001 | Email (Forward email from Attorney General Hood, which has been redacted) (Request No. 2) | Nov. 27, 2013 | Attorney General Hood | From Attorney General Hood to the Mike Moore Law Firm and Special Assistant Attorneys General with the Office of the Mississippi Attorney General | Attorney-Client |
| D000004-D000065 | Redacted Portion of Letters from Attorney General Hood | August 28, 2014 | Attorney General Hood | Attorneys General in Other States | Work Product<br><br>Common Interest Doctrine |

---

[7] On information and belief, this document was prepared by or at the direction of Tom Perrelli and/or Brian Moran.

[6] This date indicates the approximate date of receipt.

[8] This date indicates the approximate date of receipt.

[9] On information and belief, this document was prepared by or at the direction of Tom Perrelli and/or Brian Moran.

[10] This date indicates the approximate date of receipt.

[11] On information and belief, this document was prepared by or at the direction of Jeff Modisett and/or Anthony Eliseuson (SNR Denton US LLP).

| | | | | | |
|---|---|---|---|---|---|
| | (Request No. 3) | | | | |
| PL000202-PL000222 | Email with Legal Memoranda[12] (Request No. 4) | On or about January 14, 2014[13] | See footnote[14] | From Orrick (Rob McKenna) to Blake Bee, Special Assistant Attorney General with the Office of the Mississippi Attorney General | Work Product |
| PL000223-PL000245 | Email with Legal Memoranda[15] (Request No. 4) | On or about January 9, 2014[16] | See footnote[17] | From Jenner & Block (Thomas Perrelli) to Blake Bee, Special Assistant Attorney General with the Office of the Mississippi Attorney General | Work Product |
| PL000177-PL000201 | Email with Legal Memoranda[18] (Request No. 4) | On or about January 9, 2014[19] | See footnote[20] | From Jenner & Block (Thomas Perrelli) to Mary Jo Woods, Special | Work Product |

---

[12] The subject of the email is entitled "Draft memos." The attachments listed on the email are as follows: "AG Memo 3 – Google Must Change Its Behavior"; "AG Memo 4 – CDA"; "AG Memo 2 – Google Can Clamp Down"; AG Memo 1 – Google Illegal Conduct." The titles of the four legal memoranda are as follows: "Google Can Take Action to Stop Illegal Behavior"; "The Communications Decency Act Does Not Immunize Google From Liability For Facilitating Illegal Conduct"; "Google Must Reform Its Behavior"; "How Google Facilitates Illegal Conduct".

[13] This date indicates the approximate date of receipt.

[14] The email with attached memorandum was sent from Rob McKenna. On information and belief, the documents were prepared by or at the direction of Tom Perrelli, Rob McKenna, and/or Brian Moran.

[15] The subject of the email is entitled "January Meeting." The attachments listed on the email are as follows: "AG Memo 1 – Google Illegal Conduct"; "AG Memo 3 – Google Must Change Its Behavior"; "AG Memo 2 – Google Can Take Action"; "AG Memo 4 – CDA". The titles of the four legal memoranda are as follows: "How Google Facilitates Illegal Conduct"; "Google Can Take Action to Stop Illegal Behavior"; "Google Must Reform Its Behavior"; "The Communications Decency Act Does Not Immunize Google From Liability For Facilitating Illegal Conduct."

[16] This date indicates the approximate date of receipt.

[17] This email with attached memorandum was sent from Thomas Perrelli. On information and belief, the documents were prepared by or at the direction of Tom Perrelli, Rob McKenna, and/or Brian Moran.

[18] The subject of the email is entitled "January Meeting." The attachments listed on the email are as follows: "AG Memo 1 – Google Illegal Conduct"; "AG Memo 3 – Google Must Change Its Behavior"; "AG Memo 2 – Google Can Take Action"; "AG Memo 4 – CDA". The titles of the four legal memoranda are as follows: "How Google Facilitates Illegal Conduct"; "Google Can Take Action to Stop

| | | | | Assistant Attorney General with the Office of the Mississippi Attorney General | |
|---|---|---|---|---|---|
| D-000066-67 | Redacted Portion of Retention Letter | June 29, 2012 | Geoffrey C. Morgan, Chief of Staff | Mike Moore | Work Product |

---

Illegal Behavior"; "Google Must Reform Its Behavior"; "The Communications Decency Act Does Not Immunize Google From Liability For Facilitating Illegal Conduct."

[19] This date indicates the approximate date of receipt.

[20] This email with attached memorandum was sent from Thomas Perrelli. On information and belief, the documents were prepared by or at the direction of Tom Perrelli, Rob McKenna, and/or Brian Moran.

STATE OF MISSISSIPPI



JIM HOOD
ATTORNEY GENERAL

June 29, 2012

Mike Moore
Mike Moore Law Firm, LLC
10 Canebrake Blvd., Ste. 150
Flowood, MS  39232

Dear Mr. Moore:

 This letter confirms that the Mississippi Attorney General's Office ("Office") has retained the law firm of Mike Moore Law Firm, LLC ("MMLF") to assist in its investigation of whether Google's practices ████████████████████ violate the State's consumer protection laws ("Investigation".)  The Office has made the decision to retain outside counsel for this investigation because of the significant resources and technical expertise required.

 The Attorney General has the sole authority to decide whether and in what manner to proceed with the Investigation and whether and in what manner to pursue claims discovered during the course of the Investigation.  The Attorney General will designate a member of his staff to monitor the Investigation and MMLF will keep the designated staff member fully informed and cooperate on all matters relating to the Investigation.  Prior to initiating inquiries or demands of any persons or entities, the Attorney General's Office and MMLF will agree upon entities to be contacted and the Office will review, approve, and issue any subpoenas for documents or testimony.

 MMLF recognizes that the Office has sole discretion to determine whether there have been violations of State law and whether to pursue any claims discovered as a result of the Investigation.  If the Office decides to proceed with litigation, the Office will enter into a Retainer Agreement with MMLF.  That Retainer Agreement will provide, among other things, for the payment of reasonable fees and expenses to MMLF from any recovery in this matter, which will include fees and expenses incurred during the Investigation.

Exhibit 3

D-000066

Mike Moore
June 29, 2012
Page 2

In addition,

1. MMLF and its attorneys, Mike Moore, Lee Martin and Jonathan Compretta are hereby designated as Special Assistant Attorneys General to investigate and research possible claims in connection with the investigation. As such, MMLF is hereby deemed an "authorized employee of the Attorney General" and shall thereby be authorized to review any and all documents produced pursuant to Miss. Code Ann. Section 75-24-27.

2. MMLF will refer any press inquiries to the Office for its comment and response.

3. MMLF will maintain the confidentiality of all information and documents obtained during the course of the investigation.

Sincerely,

Geoffrey C. Morgan
Chief of Staff

Acknowledged and agreed to by:

Mike Moore
Mike Moore Law Firm, LLC
Date: 6/29/12

D-000067



**The New York Times** | http://nyti.ms/1uQLqqE

TECHNOLOGY

# Google's Detractors Take Their Fight to the States

By NICK WINGFIELD and ERIC LIPTON  DEC. 16, 2014

They have lobbied state attorneys general. They have hired former state attorneys general. They have even helped draft a menacing letter for one state attorney general.

And they have given the target — Google — a code name: Goliath.

Google's detractors complain about the search giant to everyone they can, from raising concerns about the company's dominance with regulators in Brussels to antitrust officials in Washington. Now, they are taking the fight into states, often to push Google to censor illegal content and sites from search results.

The inner workings of those efforts are outlined in emails obtained by The New York Times through open records requests. Other details are contained in messages stolen from Sony Pictures Entertainment by hackers and obtained by The Times through an industry executive. Some of the emails from Sony have been reported by The Verge, a website.

Together, the emails show the extent of the efforts with state attorneys general. The messages detail how the Motion Picture Association of America — the Hollywood industry group — and an organization backed by Microsoft, Expedia and Oracle, among others, have aggressively lobbied attorneys general to build cases against Google in recent years, sometimes in complementary ways.

The movie association and its member companies, the messages show, have assigned a team of lawyers to prepare draft subpoenas and legal briefs for the attorneys general. And the groups have delivered campaign contributions — with several movie studios sending checks — to Jon Bruning, the Republican attorney general of Nebraska, who was helping push their cause, and who made an unsuccessful bid for governor this year.

Exhibit 4

State attorneys general have broad authority to investigate companies involved in practices that cause consumers harm. A year ago, Google paid a $17 million fine — a tiny amount for the giant company — spread among more than 30 states after an investigation related to an accusation that it had violated the privacy of certain Internet users.

Mr. Bruning and Jim Hood, Mississippi's attorney general, who has become one of the most active officials against Google, say they are simply trying to enforce the laws in their states. They say Google, one of the most powerful companies of the Internet era, is dragging its feet on complying with their requests to filter illegal Internet pharmacies and other illicit content from its search results.

"These guys have profited from illegal activity that they promoted in their search engines for years," Mr. Bruning said on Tuesday. "There is a culture at Google of sell anything to anyone. By no means do they wear the white hat in this debate."

But as far as Google is concerned, the attorneys general, the film group and Microsoft have a similar interest: to interfere in Google's business. Movie studios have long complained that Google does not do enough to get rid of links to pirated film and television shows online. Illegal copies of their content on YouTube, a Google property, are another complaint.

By pushing the attorneys general to block illegal sales of pharmaceuticals on Google, the movie industry has concluded, they could use the same powers to curb the distribution of pirated goods. For Microsoft, any limits imposed on Google might help it improve the fortunes of its struggling search engine, Bing.

"As a trade association, our primary objective is to protect our members and their creative works — employing voluntary initiatives, policy solutions and legal actions," said Kate Bedingfield, an M.P.A.A. spokeswoman. "When wrongdoing is taking place online, we work with and support appropriate law enforcement officials, including the attorneys general, as do many other industries."

Google insists that it has cooperated by removing some objectionable content. In a February letter that Kent Walker, general counsel of the company, sent to attorneys general, he said that it had spent over $250 million during the last three years on policy enforcement and systems that help it remove illegal content from its search index. But Google has said it does not believe it is appropriate for it to completely remove from its search results many of the sites to which the prosecutors object.

"It is our firm belief that Google should not be the arbiter of what is and is not legal on the web — that is for courts and government to decide," he said in the email, which was obtained from open records requests.

Google's foes have found a particularly receptive official in Mr. Hood, a folksy Democrat who grew up in northern Mississippi. In late October, Mr. Hood issued a 79-page subpoena to Google, asking for records related to its advertisements and search results for controlled substances, fake IDs and stolen credit card numbers.

For months before that, a steady flow of letters from Mr. Hood to Google indicated his distaste for the company. One letter came with digital fingerprints suggesting that it had originated at a law firm, Jenner & Block, that represents the M.P.A.A.

"In my 10 years as attorney general, I have dealt with a lot of large corporate wrongdoers," one of his letters from November 2013 read. "I must say that yours is the first I have encountered to have no corporate conscience for the safety of its customers, the viability of its fellow corporates or the negative economic impact on the nation which has allowed your company to flourish."

The movie industry, through a nonprofit group it funded called Digital Citizens Alliance, picked the perfect lobbyist to squeeze Mr. Hood: Mike Moore. Mr. Moore was Mr. Hood's predecessor as Mississippi attorney general and helped start Mr. Hood's political career. He remains a close friend of the attorney general and travels with him frequently; he has even played a role in helping Mr. Hood get elected as the president of the National Association of Attorneys General, emails obtained by The Times show.

Mr. Moore, in an interview, said he was working pro bono to advise Mr. Hood on how to combat the illegal sale of drugs online. He was then hired, for a fee he would not disclose, by the Digital Citizens Alliance in a similar post. Mr. Moore then became a critical source for the movie industry, according to one email, telling them how Mr. Hood's inquiry was progressing and even alerting industry executives that Google had been sent a subpoena — before it said it had been told.

Peggy Lautenschlager, who served as attorney general in Wisconsin, said that the role that the movie industry had played in pushing Mr. Hood, through Mr. Moore and others, was inappropriate. "A private interest is influencing some attorneys general's offices," she said. "Tragically, that is how the world operates nowadays."

Mr. Hood and Mr. Moore said their actions were motivated by wrongdoing by Google, not by any pressure from the movie industry or Microsoft. The Digital Citizens Alliance said it had been public about pushing Google to clean up its search results. Microsoft, which among other efforts has supported FairSearch, a group pushing attorneys general, declined to comment.

"I don't think there is any secret that there is a group of interested industry people who have a problem and they are concerned about how Google is doing their business," Mr. Moore said in an interview. "But frankly, Attorney General Hood, and seven or eight others, are concerned about drugs, about child pornography and illegal steroids."

The groups have also done more than write letters to attorneys general. Executives from the M.P.A.A., for example, urged the group's members to donate $1,000 each to Mr. Bruning's campaign for governor in Nebraska.

The plea coincided with a fund-raising event for Mr. Bruning in March at Microsoft's offices in Washington. Campaign finance records show that donations came in from Paramount Pictures, Sony, 21st Century Fox, as well as other movie industry players, each for exactly $1,000.

Mr. Bruning said that he did not solicit the donations, and that they did not influence him.

Mr. Hood's office did not respond to specific questions about his use of a letter apparently prepared by a movie industry executive as a draft for a warning he sent to Google, or about the role Mr. Moore had played in lobbying his office. But Mr. Hood said in a statement that his office accepted help from outside companies as it investigated wrongdoing.

"If they have expertise to help us catch the bad guys, we gladly accept their help," his office said. "Google has put their profits ahead of the safety of children and families and this office will continue to fight them with all the expertise at our disposal in an effort to protect the people of Mississippi."

A version of this article appears in print on December 17, 2014, on page B1 of the New York edition with the headline: Detractors of Google Take Fight to States.

© 2015 The New York Times Company

Register | Log in

# arstechnica

Love is in the Wear!
READY TO Wear
Enter for a chance to win a year's supply of Double Wear Makeup & more. ▶

ESTÉE LAUDER
RENT THE RUNWAY

🏠  Main Menu ▾     My Stories: 25 ▾     Forums     Subscribe     Jobs     Ars Consortium

## LAW & DISORDER / CIVILIZATION & DISCONTENTS

# Hollywood v. Goliath: Inside the aggressive studio effort to bring Google to heel

Leaked Sony e-mails show states' top lawyers and studios are closer than ever.

by **Joe Mullin** - Dec 19, 2014 7:17pm EST                    150



📷 Aurich Lawson/Ars Technica

Tensions between Google and Mississippi Attorney General Jim Hood exploded into public view this week, as Google filed court papers seeking to halt a broad subpoena Hood sent to the company.

The Hood subpoena, delivered in late October, didn't come out of nowhere. Hood's investigation got revved up after at least a year of intense lobbying by the Motion Picture Association of America (MPAA). E-mails that hackers acquired from Sony Pictures executives and then dumped publicly now show the inner workings of how that lobbying advanced—and just how extensive it was. Attorneys at Sony were on a short list of top Hollywood lawyers frequently updated about the MPAA's "Attorney General Project," along with those at Disney, Warner Brothers, 21st Century Fox, NBC Universal, and Paramount.

The e-mails show a staggering level of access to, and influence over, elected officials. The MPAA's single-minded obsession: altering search results and other products (such as "autocompleted" search queries) from Google, a company the movie studios began referring to as "Goliath" in around February 2014. The studios' goal was to quickly get pirated content off the Web; unhappy about the state of Google's voluntary compliance with their demands and frustrated in their efforts at passing new federal law such as SOPA and PIPA, the MPAA has turned instead to state law enforcement.

The most controversial elements of SOPA/PIPA would have let content owners effectively shut down websites they said were infringing their copyrights or trademarks. This already happens—think of various peer-to-peer sites that no longer exist—but it usually involves drawn-out litigation. SOPA

## LATEST FEATURE STORY ◢



FEATURE STORY (2 PAGES)

**How the DMCA made YouTube**

Happy birthday YouTube! The Digital Millennium Copyright Act sends its love.

## WATCH ARS VIDEO ◢

Exhibit 5

promised a faster-moving process that would have essentially made rights holders a website's judge, jury, and executioner.

To get the same results in a post-SOPA world, MPAA has hired some of the nation's most well-connected lawyers. The project is spearheaded by Thomas Perrelli, a Jenner & Block partner and former Obama Administration lawyer. Perrelli has given attorneys general (AGs) across the country their talking points, suggesting realistic "asks" prior to key meetings with Google. Frustrated with a lack of results, Perrelli and top MPAA lawyers then authorized an "expanded Goliath strategy" in which they would push the AGs to move beyond mere letter writing. Instead, they would seek full-bore investigations against Google.

If the AGs felt short on resources—well, Hollywood studios could help with that. Money from Sony and other Big Six studios was available to draft the actual subpoenas, to research legal theories to prosecute Google, to spread negative press about the search giant, and to reach out to other state AGs that might join with Hood.

This is how the project unfolded over the past year.

## Late 2013: Ramping up

One chain of e-mails among the MPAA and studio lawyers bears the subject line "STATE ATTORNEY GENERAL PROJECT" and focuses on how Google could be pressured into altering its search results, demoting or removing so-called "rogue sites" that host high levels of copyrighted context.

Most notes on the project came from Vans Stevenson, the MPAA's VP of state legislative affairs; higher-level updates were written by MPAA general counsel Steven Fabrizio or took the form of memos written by Perrelli. Most information about the AG project was shared with a group of more than 30 lawyers, including several from the MPAA and RIAA, as well as each of the six big studios, but some were kept to just general counsels and their immediate confidantes.

"[Attorney] General Hood told me by e-mail today that his conversation 'with Google's General Counsel did not go well,' and therefore he followed up with the letter that was sent yesterday," Vans Stevenson informed the group in November 2013. "Hood also said he was organizing a meeting during the NAAG [National Association of Attorneys General] meeting next week in New Orleans with his outside counsel Mike Moore, former MS Attorney General. Also attending that meeting will be MPAA/RIAA outside counsel Tom Perrelli and others, 'so we can discuss the next move,' Hood wrote.... I will keep you advised of further developments."

The e-mail includes a letter from Hood to Google general counsel Kent Walker. It was published earlier this week by The New York Times, which reported that most of the letter was actually written by Perrelli's law firm.

Several weeks later, a meeting took place between Google executives and Connecticut Attorney General George Jepsen. The same morning the meeting took place, MPAA's Perrelli was informed about it by two attorneys at the AG's office, who offered to send Google's presentation to Perrelli. Jepsen reached out to the MPAA, seeking demands that he could press against Google. Perrelli wrote:

> I talked this morning with the CT AG's office [names redacted] about their meeting with Google. They indicated that it was purely a listening meeting, where Google went through the "standard" presentation of all the things that it does to protect privacy and stop unlawful conduct. They are going to send me the presentation that Google did and asked that we come up and give them a "rebuttal" at some point in the next few weeks (likely the first half of February)...
>
> They told me that AG Jepsen is interested in this area and wants to see if there is something reasonable and practical that he can do to be helpful. They understand the concerns that we have and largely agree with them, but want to be cautious here (consistent with the temperament of their boss). He is not afraid to tangle with Google, as he has on antitrust, but his approach is to look for a small number of reasonable things to demand of them and then to press them hard on it. They asked that we not "shoot the moon" on our asks.
>
> I went through our issues and concerns and emphasized that the asks that we have are really things that Google has demonstrated it can do when it feels like it. I am going to send them the



# The 2015 New York International Auto Show: performance cars
NY Auto Show 2015: Performance Cars

## STAY IN THE KNOW WITH ◢
    

## LATEST NEWS ◢
**JUST DON'T ORDER MILK**
**Amazon, Audi, and DHL want to turn a car trunk into a delivery locker**

 **The science (and lack thereof) behind the FBI's retreat on hair analysis**

 **Magic placebo more effective than ordinary placebo**

 **Reform groups: Bill to stop patent demand letters falls short**

 **Google's wireless service, "Project Fi," is official, but invite only**

 **iOS bug sends iPhones into endless crash cycle when exposed to rogue Wi-Fi**

Desktop Management Suite 
manageengine.com/DesktopManagement
Install MSI/EXE, Remote Control, Patch & Asset Management. Download!

Home Solar Grants

Eavesdropping Attack

4 white papers, per their request.

Perelli attached four Microsoft Word files to his update, entitled "Google can take action," "Google must change its behavior," "Google illegal conduct" and "CDA."

## January 2014: Creating Google "asks"

On January 21, 2014, Google's Kent Walker met with 13 state attorneys general who wanted to know more about what Google could do to demote or delete pirated content from its search results. For the MPAA, it was a pivotal moment.

Before the meeting, Mississippi's Hood had already made clear he was going to push his counterparts in other states to take stronger action over movie piracy. He called Stevenson at the MPAA, asking for "fresh examples for his planned live 'search' demonstration of illegal site activity, including the availability of motion pictures only in theatrical release," according to an update Stevenson sent the group.

By the time the AGs meet with Google, they and their staffs had been heavily prepped by Perelli. In the early morning of January 21, Perelli shared some of the impressions from those prep meetings:

> 1) The AGs are going to start the meeting by saying that they are frustrated that Google has not acted; they have had much better success engaging with Facebook and eBay, but feel Google is non-responsive. They want real change at Google that will stick – not just change that lasts for a short time after immense pressure is put on them.
>
> 2) The AGs are struggling with their asks. They understand that Google is likely to offer a few morsels, they know it won't be sufficient, but they are unsure how to demand more. Some want to move to CIDs [civil investigative demands, like a subpoena], but I think the majority want to set a short date for some substantial change on a number of fronts (Search, YouTube, Autocomplete). I went over their likely asks again, but encouraged them not to commit to anything with Google in the meeting.
>
> 3) I walked away from these meetings thinking that we need to develop a different presentation for the AGs – how Google works. There was a real lack of understanding about Google, its services, its interactions with websites, etc. They don't need more about the bad stuff you can get on the Internet; they need to understand better how Google makes money...
>
> 4) I spent more time with Hood after the meeting and, I hope, got him focused on the key issues and the asks. He really does care a great deal about piracy – and he doesn't get sidetracked by some of the things that Microsoft prefers. He wants Google to delist pirate sites and he is going to ask them to do that tomorrow...
>
> 6) [Former Washington State AG] Rob McKenna was very helpful– and I talked to some of his clients at Microsoft and my take is that they are not particularly concerned about our advocacy on search. They see the bigger picture.

Later that day, Stevenson sent a report on the meeting. For more than two hours, led by Mississippi AG Hood, the AGs had confronted Google's Walker about the desired issue: "websites devoted to illegal IP activity." They challenged Walker to "delist and block those websites," wrote Stevenson. Google countered that it did not in fact know that every site on the MPAA hitlist was in "devoted to illegal IP activity" but that it took action when this was clear. This did not go over well with either the MPAA, which continued to lobby the AGs to take action. As Stevenson put it after the meeting:

> Our counsel Tom Perelli and I spoke this evening. We will organize an outreach to all AGs and deputies that attended the meeting in person, as well as participated by phone, to get a more complete picture of the meeting and their feedback. Perelli will also follow-up with AG Hood regarding the planned letter to Google and offer assistance.

It would take time, but this continued attention to Hood in particular did pay off.

READER COMMENTS  150



**Joe Mullin** / Joe Mullin has covered the intersection of law and technology — including the world's biggest copyright and patent battles — for a number of years, mostly at The American Lawyer.
**@joemullin on Twitter**

← OLDER STORY    |    NEWER STORY →

YOU MAY ALSO LIKE

SITE LINKS          MORE READING          CONDE NAST SITES

About Us

Advertise with us

Contact Us

Reprints

SUBSCRIPTIONS

Subscribe to Ars

RSS Feeds

Newsletters

Reddit

Wired

Vanity Fair

Style

Details

Visit our sister sites

Subscribe to a magazine



VIEW MOBILE SITE

CONDÉ NAST

© 2015 Condé Nast. All rights reserved
Use of this Site constitutes acceptance of our User Agreement (effective 1/2/14) and Privacy Policy (effective 1/2/14), and Ars Technica Addendum (effective 5/17/2012)
Your California Privacy Rights
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.

Ad Choices