**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

Google Inc.,

                        Plaintiff

v.                                                                **CIVIL ACTION**
                                                                  **NO. 3:14cv981 HTW-LRA**
Jim Hood, Attorney General of
the State of Mississippi, in his
official capacity,
                        Defendant

**NOTICE OF SERVICE OF SECOND SET OF REQUESTS FOR**
**PRODUCTION OF DOCUMENTS TO DEFENDANT**

**TO:** **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(*V*) Check as appropriate:

☐ Interrogatories to: _____

☑ Requests for Production of     Defendant _____
Documents to:

☐ Requests for Admissions to: _____

☐ Responses to Interrogatories of: _____

☐ Responses to Requests for
Production of Documents of: _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

☐ Responses to Requests for
Admissions of:

_____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

| April 27, 2015 | s/Daniel J. Mulholland |
|---|---|
| Date | Signature |

                                          Daniel J. Mulholland/MS Bar No.3643
                                                  Typed Name & Bar Number

FORM 2(b) (ND/SD MISS. DEC. 2011)

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on April 27, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    s/Daniel Mulholland
Daniel Mulholland, MSB#3643