IN UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GOOGLE, INC.**                                                                                              **PLAINTIFF**

v.                                                              CIVIL ACTION NO. 3:14cv981-HTW-LRA

**JIM HOOD, ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI,
IN HIS OFFICIAL CAPACITY**                                                     **DEFENDANT**

## NOTICE OF SERVICE

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jim Hood, in his official capacity as Attorney General of the State of Mississippi, has this day served a true and correct copy of

**RESPONSES TO PLAINTIFF'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG**

upon counsel of record for Plaintiff Google, Inc.

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**RESPECTFULLY SUBMITTED**, this the 28th day of April, 2015.

> **JIM HOOD, ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI, in his official capacity**
>
> BY:  **JIM HOOD, ATTORNEY GENERAL
>       STATE OF MISSISSIPPI**
>
> BY:  */s/ Krissy C. Nobile*
>       KRISSY CASEY NOBILE, MSB # 103577
>       SPECIAL ASSISTANT ATTORNEY GENERAL

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BRIDGETTE W. WIGGINS (MSB # 9676)
SPECIAL ASSISTANT ATTORNEY GENERAL
DOUGLAS T. MIRACLE (MSB # 9648)
SPECIAL ASSISTANT ATTORNEY GENERAL
Post Office Box 220
Jackson, MS   39205
Telephone No. (601)359-3824
knobi@ago.state.ms.us
bwill@ago.state.ms.us
dmira@ago.state.ms.us

**CERTIFICATE OF SERVICE**

This is to certify that on this day I, Krissy C. Nobile, Special Assistant Attorney General for the State of Mississippi, do hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

    Daniel J. Mulholland
    FORMAN, WATKINS, KRUTZ & TARDY, LLP
    P.O. Box 22608
    200 S. Lamar Street, Suite 100 (39201-4099)
    Jackson, MS 39225-2608
    601/960-8600
    Fax: 601/960-8613
    Email: mulhollanddj@fpwk.com

    Fred Krutz , III
    FORMAN, PERRY, WATKINS, KRUTZ & TARDY
    P.O. Box 22608
    Jackson, MS 39225-2608
    (601) 960-8600
    Email: fred@fpwk.com

    David H. Kramer - PHV
    WILSON, SONSINI, GOODRICH & ROSATI, PC
    650 Page Mill Road
    Palo Alto, CA 94304-1050
    650/493-9300
    Fax: 650/565-5100
    Email: dkramer@wsgr.com

    Blake C. Roberts - PHV
    WILMER, CUTLER, PICKERING, HALE & DORR, LLP
    1801 Pennsylvania Avenue, NW
    Washington, DC 20006
    202/663-6920
    Fax: 202/663-6363
    Email: blake.roberts@wilmerhale.com

    Jamie S. Gorelick - PHV
    WILMER, CUTLER, PICKERING, HALE & DORR, LLP
    1801 Pennsylvania Avenue, NW
    Washington, DC 20006
    202/663-6500

Fax: 202/663-6363
Email: jamie.gorelock@wilmerhale.com

Patrick J. Carome - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6610
Fax: 202/663-6363
Email: patrick.carome@wilmerhale.com

Peter Neiman - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/295-6487
Fax: 212/230-8888
Email: peter.neiman@wilmerhale.com

Violetta G. Watson - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/230-8800
Fax: 212/230-8888
Email: violetta.watson@wilmerhale.com

THIS, the 28th day of April, 2015.

*/s/Krissy C. Nobile*_____
KRISSY CASEY NOBILE