UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GOOGLE INC.                              )
                                         )
                        Plaintiff        )
vs.                                      )        CASE NO.: 3:14-CV-981 HTW-LRA
                                         )
JIM HOOD, in his official capacity       )
as Attorney General of the               )
State of Mississippi                     )
                        Defendant        )
_____          )

## ENTRY OF APPEARANCE

COMES NOW John W. Kitchens of Kitchens Law Firm, P.A., and enters his appearance in the

above-styled case on behalf of the Defendant, Jim Hood, Attorney General of the State of Mississippi.

This the 7th day of May, 2015.

RESPECTFULLY SUBMITTED,

/s/ John W. Kitchens
        John W. Kitchens

John W. Kitchens, Miss Bar #101137
Kitchens Law Firm, P.A.
Post Office Box 799
Crystal Springs, MS  39059-0799
Telephone:  601-892-3067
Facsimile:  601-892-3057
jkitchens@kitchenslaw.net

Douglas T. Miracle, Miss. Bar # 9648
Special Assistant Attorney General
Bridgette W. Wiggins, Miss. Bar # 9676
Special Assistant Attorney General
Krissy Casey Nobile, Miss. Bar # 103577
Special Assistant Attorney General
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205-0220
Telephone: 601-359-5654
Facsimile: 601-359-2003
dmira@ago.state.ms.us
bwill@ago.state.ms.us
knobi@ago.state.ms.us

## CERTIFICATE OF SERVICE

I, John W. Kitchens, attorney for Defendant, Jim Hood, Attorney General of the State of Mississippi, do hereby certify that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Fred Krutz, III, Esq.
Daniel J. Mulholland, Esq.
FOREMAN, PERRY, WATKINS, KRUTZ, & TARDY, LLP
Post Office Box 22608
Jackson, MS 39225

David H. Kramer, PHV
WILSON, SONSINI, GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, CA 94304-1050

Blake C. Roberts, PHV
Jamie S. Gorelick, PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006

Patrick J. Carome, PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Peter Neiman, PHV
Violetta G. Watson, PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
7 World Trade Center
250 Grenwich Street
New York, NY 10007

This the 7th day of May, 2015.

/s/ John W. Kitchens
John W. Kitchens

John W. Kitchens
Miss. Bar No.101137
Kitchens Law Firm, P.A.
Post Office Box 799
Crystal Springs, MS  39059-0799
Telephone:  601-892-3067
Facsimile:  601-892-3057

Douglas T. Miracle, Miss. Bar # 9648
Special Assistant Attorney General
Bridgette W. Wiggins, Miss. Bar # 9676
Special Assistant Attorney General
Krissy Casey Nobile, Miss. Bar # 103577
Special Assistant Attorney General
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205-0220
Telephone: 601-359-5654
Facsimile: 601-359-2003
dmira@ago.state.ms.us
bwill@ago.state.ms.us
knobi@ago.state.ms.us