**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| Google Inc., | ) |
| *Plaintiff*, | ) |
| v. | ) No. 3:14cv981 HTW-LRA |
| | ) **NOTICE OF SERVICE** |
| Jim Hood, Attorney General of the State of Mississippi, in his official capacity, | ) |
| *Defendant.* | ) |

TO:     ALL COUNSEL FO RECORD

PLEASE TAKE NOTICE that Google Inc. has this day served a true and correct copy of **PLAINTIFF GOOGLE INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** upon counsel of record for Defendant, Jim Hood, Attorney General of the State of Mississippi, in his official capacity.

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

1

**DATED** this the 11th day of May, 2015.

                                                  Respectfully submitted,

| | |
|---|---|
| OF COUNSEL:<br>Jamie S. Gorelick<br>Patrick J. Carome<br>Blake C. Roberts<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br>jamie.gorelick@wilmerhale.com<br>patrick.carome@wilmerhale.com<br>blake.roberts@wilmerhale.com<br><br>Peter G. Neiman<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone:  (212) 230-8000<br>Facsimile:  (212) 230-8888<br>peter.neiman@wilmerhale.com |     s/ Fred Krutz<br>Fred Krutz, MSB No. 4270<br>Daniel J. Mulholland, MSB No. 3643<br>FORMAN PERRY WATKINS<br>  KRUTZ & TARDY LLP<br>200 South Lamar Street, Suite 100<br>Jackson, Mississippi 39201<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Phone:  (601) 960-8600<br>Facsimile:  (601) 960-8613<br>fred@fpwk.com<br>mulhollanddj@fpwk.com<br><br>*Attorneys for Plaintiff Google Inc.* |

**CERTIFICATE OF SERVICE**

      I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on May 11, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                      s/Fred Krutz
                                                      Fred Krutz, MSB#4270