**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| Google, Inc., | ) |
| *Plaintiff*, | ) |
| v. | ) No.: 3:14-cv-00981 HTW (LRA) |
| Jim Hood, Attorney General of the State of Mississippi, in his official Capacity, | ) **PLAINTIFF GOOGLE INC.'S NOTICE OF RULE 45 DOCUMENT PRODUCTION SUBPOENA TO NON-PARTY** |
| *Defendant*. | ) |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Google Inc. ("Google"), pursuant to Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 26, 34(c) and 45, will serve a subpoena for production of documents on the following non-party on May 21, 2015. A copy of the subpoena is being served on you concurrently with this Notice. Consistent with the subpoena, the documents identified in the Attachment A to the subpoena have been requested from the following non-party at the place, date, and time specified, or at such other location and time as Google and the non-party may agree.

| PRODUCING PARTY | DATE/TIME | LOCATION |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | June 8, 2015, 9:00 a.m. | Wilson Sonsini Goodrich & Rosati P.C.<br>650 Page Mill Rd.,<br>Palo Alto, CA 94304-1050<br>Attn: David H. Kramer |

DATED this 21st day of May, 2015.

1

Respectfully submitted,

/s/ Fred Krutz
Fred Krutz, MSB No. 4270
Daniel J. Mulholland, MSB No. 3643
FORMAN PERRY WATKINS KRUTZ &
  TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone: (601) 960-8600
Facsimile: (601) 960-8613
fred@fpwk.com
mulhollanddj@fpwk.com

*Attorneys for Plaintiff Google Inc.*

OF COUNSEL:

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
dkramer@wsgr.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on May 21, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

  s/Fred Krutz
Fred Krutz, MSB#4270