IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GOOGLE INC.                                                                                                PLAINTIFF

v.                                                                            Civil Action No. 3:14-cv-981-HTW-LRA

JIM HOOD, in his official capacity
as Attorney General of the State of
Mississippi                                                                                              DEFENDANT

## NOTICE OF APPEARANCE

COMES NOW Carolyn G. Anderson of Zimmerman Reed P.L.L.P., and enters her appearance in the above-styled case on behalf of Defendant Jim Hood, Attorney General of the State of Mississippi.

Dated this 22nd day of May, 2015.

                                              Respectfully submitted,

                                            *s/Carolyn G. Anderson*
                                           Carolyn G. Anderson

Carolyn G. Anderson – PHV
ZIMMERMAN REED PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
carolyn.anderson@zimmreed.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on May 22, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

       _s/Carolyn G. Anderson_
       Carolyn G. Anderson