**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

Google Inc.,                                  )
                                              )
            *Plaintiff*,                       )
                                              )
                                              )
            *v.*                               )   No. 3:14cv981 HTW-LRA
                                              )
                                              )   **UNOPPOSED MOTION TO EXTEND
                                              )   DISCOVERY DEADLINE**
Jim Hood, Attorney General of the State       )
of Mississippi, in his official capacity,     )
                                              )
            *Defendant.*                       )
                                              )
                                              )
                                              )

For the reasons stated in Google Inc.'s Memorandum in Support of Unopposed Motion to Extend Discovery Deadline, Google requests that the Court extend the discovery deadline by 30 days, from July 9, 2015, until August 10, 2015. The Attorney General agrees to this extension. A proposed Agreed Order has been submitted to the Court.

DATED:  June 9, 2015

Respectfully submitted,

OF COUNSEL:
Jamie S. Gorelick
Patrick J. Carome
Blake C. Roberts
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
jamie.gorelick@wilmerhale.com
patrick.carome@wilmerhale.com
blake.roberts@wilmerhale.com

Peter G. Neiman
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8000
Facsimile:  (212) 230-8888
peter.neiman@wilmerhale.com

Chris Johnstone
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
chris.johnstone@wilmerhale.com

 s/Fred Krutz
_____
Fred Krutz, MSB No. 4270
Daniel J. Mulholland, MSB No. 3643
FORMAN WATKINS
   KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone:  (601) 960-8600
Facsimile:  (601) 960-8613
fred.krutz@formanwatkins.com
daniel.mulholland@formanwatkins.com
*Attorneys for Plaintiff Google Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on June 9, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

  s/Fred Krutz
Fred Krutz, MSB#4270

3