UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google Inc., *Plaintiff*, | ) ) ) ) |
| v. | ) ) No. 3:14cv981 HTW-LRA ) ) |
| Jim Hood, Attorney General of the State of Mississippi, in his official capacity, *Defendant*. | ) ) ) ) |

## ORDER

The Court orders as follows:

1. The Court grants the pending pro hac motions (ECF Numbers 116, 117, 118, and 119).

2. The Court denies the pending motion to file additional pages as moot.

3. The Court denies the Attorney General Motion to Stay Discovery Pending Appeal (ECF Number 87).

4. With respect to Google's Motion to Compel (ECF Number 100), the Attorney General shall by the close of business on Thursday, May 21, 2015:

    a. Provide to the Court redacted and unredacted hard copies of the documents which are the subject of Google's motion to compel;

    b. Provide to the Court and Google a list identifying the authors and recipients of the subject documents and their positions when the documents were authored or received;

    c. Advise Google and the Court whether there are other letters from Attorney General Jim Hood to Attorneys General of other states which should have been, but were not, previously identified on the Attorney General's privilege log or produced.

    d. Log or produce any letters which should have been, but were not, previously logged or produced.

    e. Pursuant to Paragraph 4(c) and 4(d), the Attorney General has advised that "the letter from General Hood to State Attorneys General, bates numbered D000004-D000065 in the Attorney General's document production, include all recipients of that letter (31 recipients)," and that "General Hood's August 28, 2014 letter was sent only to the Attorneys General included in the document production and not to Attorneys General in all fifty states."

5. Upon completion of review of in camera documents, the Court will conduct a telephonic hearing to advise the parties of its ruling on Google's motion to compel.

SO ORDERED, this the 9th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE