IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google Inc., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> ) <br> v.  ) <br> ) <br> ) <br> ) <br> Jim Hood, Attorney General of the State ) <br> of Mississippi, in his official capacity, ) <br> ) <br> *Defendant.* ) <br> ) <br> ) <br> ) | No. 3:14cv981 HTW-LRA <br><br> **ORDER EXTENDING DISCOVERY DEADLINE** |

For the reasons stated in Google Inc.'s Motion and Memorandum in Support of Unopposed Motion to Extend Discovery Deadline, the Court extends the discovery deadline from July 9, 2015, until August 10, 2015.

DATED:  June 11, 2015

                                              s/ HENRY T. WINGATE
                                              HENRY T. WINGATE, UNITED STATES
                                              DISTRICT COURT JUDGE