**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

Google Inc.,                                    )
                                                )
                              *Plaintiff,*       )
                                                )
                                                )
                     *v.*                        )   No. 3:14cv981 HTW-LRA
                                                )
                                                )   **ATTORNEY GENERAL JIM HOOD'S**
                                                )   **RESPONSE IN OPPOSITION TO**
Jim Hood, Attorney General of the State         )   **PLAINTIFF GOOGLE INC.'S MOTION**
of Mississippi, in his official capacity,       )   **FOR A PROTECTIVE ORDER WITH**
                                                )   **RESPECT TO NOTICES OF RULE 30(b)(6)**
                                                )   **DEPOSITIONS OF GOOGLE INC.**
                              *Defendant.*       )
                                                )
                                                )   <u>ORAL ARGUMENT REQUESTED</u>
                                                )

COMES NOW, Jim Hood, Attorney General of the State of Mississippi, in his official capacity ("Attorney General"), and files his Response in Opposition to Plaintiff Google Inc.'s Motion for a Protective Order with Respect to Notices of Rule 30(b)(6) Depositions of Google Inc.

Google, through its Motion for a Protective Order and its accompanying Memorandum, is seeking the Court's protection from having to substantiate allegations in its Complaint. The Attorney General is not, as Google suggests, attempting to circumvent the Court's previous rulings. Rather, as is proper in any litigation, the Attorney General is seeking to discover the factual basis of Google's allegations.

The Attorney General requests that the Court deny Plaintiff's Motion for a Protective Order for the reasons stated in the Attorney General's accompanying Memorandum in

Opposition.  In further support of his opposition, the Attorney General submits the Declaration of

F. Jerome Tapley, with Exhibits (attached hereto).

THIS the 16th day of June, 2015.

Respectfully Submitted,

JIM HOOD, in his official capacity as Attorney
General of the State of Mississippi

By:      */s/ F. Jerome Tapley*

F. Jerome Tapley, PHV
Hirlye R. "Ryan" Lutz III, PHV
**Cory Watson, P.C.**
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
jtapley@corywatson.com
rlutz@corywatson.com

John W. Kitchens, (MSB # 101137)
**Kitchens Law Firm, P.A.**
Post Office Box 799
Crystal Springs, MS 39059-0799
Telephone: 601-892-3067
Facsimile: 601-892-3057
jkitchens@kitchenslaw.net

DOUGLAS T. MIRACLE (MSB # 9648)
SPECIAL ASSISTANT ATTORNEY GENERAL
BRIDGETTE W. WIGGINS (MSB # 9676)
SPECIAL ASSISTANT ATTORNEY GENERAL
KRISSY CASEY NOBILE (MSB # 103577)
SPECIAL ASSISTANT ATTORNEY GENERAL
**Office of the Attorney General**
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-5654
Facsimile: (601) 359-2003
dmira@ago.state.ms.us
bwill@ago.state.ms.us
knobi@ago.state.ms.us

Sean Rommel, PHV
Jim Wyly, PHV
**Wyly-Rommel, PLLC**
4004 Texas Boulevard
Texarkana, Texas  75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645
srommel@wylyrommel.com
jwyly@wylyrommel.com

Carolyn G. Anderson, PHV
Patricia A. Bloodgood, PHV
**Zimmerman Reed, PLLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone:  612.341.0400
carolyn.anderson@zimmreed.com
patricia.bloodgood@zimmreed.com

## CERTIFICATE OF SERVICE

I, F. Jerome Tapley, one of the attorneys for Defendant Jim Hood, hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi through the Court's CM/ECF system.  I further certify that all parties are represented by attorneys who are registered users of the CM/ECF system and that service will be accomplished through the CM/ECF system.

*/s/ F. Jerome Tapley*

F. Jerome Tapley, PHV
Hirlye R. "Ryan" Lutz III, PHV
**Cory Watson, P.C.**
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
jtapley@corywatson.com
rlutz@corywatson.com