# Search Help



SEARCH    FORUM

## See instant results as you type

As you start to type your search, Google Instant predicts what you're looking for and starts to show results for your search. If you don't see the results you want, keep typing and the results will update.

## Change your instant result settings

**Note:** If you want your Google Instant setting to be the same on every browser you use, make sure to sign in to your Google Account before updating your settings.

1. Visit the Search settings page on your computer or tablet.
2. Under "Google Instant predictions," choose when Google should show you results as you type.
3. Select **Save**.

## Where instant results come from

The possible searches that you see are based on what other people are searching for and the content of web pages indexed by Google.

## Instant results aren't appearing

If Google Instant is turned on but you aren't seeing instant results, try the suggestions below.

Check if speed is the issue

Try typing more

Other reasons instant results might not show up

Share this:



Courtney is a Search expert and author of this help page. Leave her feedback below about the page.

**How helpful is this article:**

○ Not at all helpful

○ Not very helpful

○ Somewhat helpful

○ Very helpful

○ Extremely helpful

---

Help

Change your location on Google

"Ok Google" voice search & actions

Turn SafeSearch on or off

Delete searches & browsing activity

Make Google my homepage

**See instant results as you type**

Image search on Google

©2015 Google  -  Privacy Policy  -  Terms of Service    English