IN UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GOOGLE, INC.**                                                          **PLAINTIFF**

v.                                **CIVIL ACTION NO. 3:14cv981-HTW-LRA**

**JIM HOOD, ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI,
IN HIS OFFICIAL CAPACITY**                                      **DEFENDANT**

## NOTICE OF SERVICE

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jim Hood, in his official capacity as Attorney General of the State of Mississippi, has this day served a true and correct copy of

**ATTORNEY GENERAL JIM HOOD'S RESPONSE
TO GOOGLE, INC.'S FIRST SET OF INTERROGATORIES**

upon counsel of record for Plaintiff Google, Inc.

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**RESPECTFULLY SUBMITTED**, this the 13th day of July, 2015.

                                               Respectfully submitted,

                           BY:    JIM HOOD, in his official capacity as
                                       Attorney General of the State of Mississippi

                           BY:    */s/Douglas T. Miracle*
                                       DOUGLAS T. MIRACLE, MSB # 9648
                                       SPECIAL ASSISTANT ATTORNEY GENERAL

John W. Kitchens, (MSB# 101137)
KITCHENS LAW FIRM, P.A.
Post Office Box 799
Crystal Springs, MS 39059-0799
Telephone: 601-892-3067
Facsimile: 601-892-3057
jkitchens@kitchenslaw.net

Bridgette W. Wiggins (MSB # 9676)
Special Assistant Attorney General
Krissy Case Nobile (MSB # 103577)
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205-0220
Telephone: 601-359-5654

F. Jerome Tapley – PHV
Hirlye R. (Ryan) Lutz III - PHV
CORY WATSON, PC
2131 Magnolia Avenue South, 2nd Floor
Birmingham, AL 35205

Carolyn G. Anderson – PHV
Patricia A. Bloodgood – PHV
ZIMMERMAN REED PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
carolyn.anderson@zimmreed.com
patricia.bloodgood@zimmreed.com

*Attorneys for Defendant Jim Hood*

## CERTIFICATE OF SERVICE

This is to certify that on this day I, Douglas T. Miracle, Special Assistant Attorney General for the State of Mississippi, electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notice of such filing to the following:

Fred Krutz, III
Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY LLP
200 S. Lamar Street, Suite 100 (39201-4099)
Jackson MS 39225-2608
fred@fpwk.com
mulhollanddj@fpwk.com

Blake C. Roberts – PHV
Jamie S. Gorelick - PHV
WILBER, CUTLER, PICKERING, HALE & DORR LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
blake.roberts@wilmerhale.com
Jamie.gorelock@wilmerhale.com

Patrick J. Carome – PHV
Paul N. Lekas - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Patrick.carome@wilmerhale.com

Chris Johnstone, PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
950 Page Mill Road
Palo Alto, CA 94304
chris.johnstone@wilmerhale.com

Peter Neiman – PHV
Christopher Bouchoux – PHV
Violetta G. Watson - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
New York, NY 10007
peter.neiman@wilmerhale.com
christopher.bouchoux@wilmerhale.com
violetta.watson@wilmerhale.com

This the 13th day of July, 2015

*/s/Douglas T. Miracle*
DOUGLAS T. MIRACLE