IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| GOOGLE INC. | PLAINTIFF |
| v. | Civil Action No. 3:14-cv-981-HTW-LRA |
| JIM HOOD, in his official capacity as Attorney General of the State of Mississippi | DEFENDANT |

**ATTORNEY GENERAL JIM HOOD'S MOTION TO COMPEL DEPOSITIONS AND PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26, 30, 34 and 37 of the Federal Rules of Civil Procedure, Defendant Jim Hood, in his official capacity as Attorney General of the State of Mississippi hereby moves the Court for an Order Compelling Plaintiff to produce witnesses and documents in response to the Revised Noticed 30(b)(6) Deposition Nos. 1-3.

This motion is based upon Attorney General Jim Hood's Memorandum of Law in Support of Motion to Compel Depositions and Production of Documents, the supporting Declaration of John W. Kitchens and exhibits filed herewith, and all of the files, records, and pleadings herein, the argument of counsel, and any additional argument, evidence, or briefings as may hereinafter be presented.

Dated this 22nd day of July, 2015.

                Respectfully submitted,

                JIM HOOD, in his official capacity as
                Attorney General of the State of Mississippi

                   s/ John W. Kitchens
                John W. Kitchens

John W. Kitchens, (MSB# 101137)
KITCHENS LAW FIRM, P.A.
Post Office Box 799
Crystal Springs, MS 39059-0799
Telephone:  601-892-3067
Facsimile:  601-892-3057
jkitchens@kitchenslaw.net

Douglas T. Miracle (MSB # 9648)
Special Assistant Attorney General
Bridgette W. Wiggins (MSB # 9676)
Special Assistant Attorney General
Krissy Casey Nobile (MSB # 103577)
Special Assistant Attorney General
Alison E. O'Neal McMinn (MSB# 101232)
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205-0220
Telephone:  601-359-5654

F. Jerome Tapley – PHV
Hirlye R. (Ryan) Lutz III - PHV
CORY WATSON, PC
2131 Magnolia Avenue South, 2nd Floor
Birmingham, AL 35205

Carolyn G. Anderson – PHV
Patricia A. Bloodgood – PHV
ZIMMERMAN REED PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
carolyn.anderson@zimmreed.com
patricia.bloodgood@zimmreed.com

*Attorneys for Defendant Jim Hood*

## GOOD FAITH CERTIFICATE

A Good Faith Certificate executed by counsel for the parties is filed with this motion pursuant to Local Rule 37(a).

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on July 22, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                           s/ John W. Kitchens  
                                                          John W. Kitchens