FORM 4 (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| Google Inc., | ) |
|     *Plaintiff*, | ) |
| | ) No. 3:14cv981 HTW-LRA |
| Jim Hood, Attorney General of the State of Mississippi, in his official capacity, | ) |
|     *Defendant*, | ) |

## GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

    Defendant's Motion to Compel Noticed 30(b)(6) Depositions of Google Inc., and Motion to Compel Production of Documents

Counsel further certify that:

✔ as appropriate:

    \_\_\_\_\_    1.    The motion is unopposed by all parties.

    \_\_\_\_\_    2.    The motion is unopposed by:

    ✔    3.    The motion is opposed by: Plaintiff

    ✔    4.    The parties agree that the motion will be filed and submitted to Judge Wingate by July 22, 2015; the response by August 3, 2015; and, the reply by August 10, 2015.

FORM 4 (ND/SD MISS. DEC. 2011)

This the ___22nd___ day of ___July___, 20_15_

| | |
|---|---|
| | *[signature]* <br> Signature of Plaintiff's Attorney |
| | Fred Krutz, MSB No. 4270 <br> Typed Name and Bar Number |
| | *[signature]* <br> Signature of Defendant's Attorney |
| | John W. Kitchens, MSB No. 101137 <br> Typed Name and Bar Number |