IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GOOGLE INC.                                                    PLAINTIFF

v.                                         Civil Action No. 3:14-cv-981-HTW-LRA

JIM HOOD, in his official capacity
as Attorney General of the State of
Mississippi                                                   DEFENDANT

---

## DEFENDANT'S OBJECTION TO PLAINTIFF'S LETTER BRIEF

---

The Attorney General, pursuant to Local Rule 7(b), submits this Objection to Plaintiff Google's letter to the Court, dated July 22, 2015.

### INTRODUCTION

On July 22, 2015, Google submitted an unsolicited and improper, single-spaced, two-page letter brief directly to the Court offering supplemental argument in support of Google's prior and fully briefed motion. This is not the first time that Google has sent a similar letter briefing directly to the Court, without permission. In a previous letter brief, Google sought to interject matters that it is currently litigating against third-parties in the District Court of the District of Columbia.[1]

This most recent July 22 letter was submitted directly to the Court, in further reply to its motion to compel. Briefing on this motion—consisting of a motion, response, and reply (*See* Docs. No. 100, 103, and 105) was completed on May 7, 2015. Moreover, the Court, having

---

[1] In the letter, dated July 2, 2015 to the Court, Google sought to unilaterally characterize the positions of third-parties in litigation in the District Court of the District of Columbia to which the Attorney General is not even a party, going so far as to excerpt a portion of a pleading filed in that litigation filed by a third-party.

received all proper briefing pursuant to the Local Rules and having conducted a telephonic hearing on the matter, has not requested further submissions from the parties. Nevertheless, Google, without seeking permission to file an additional reply, has done so. As such, the Attorney General objects to the July 22, 2015 letter and requests that the Court instruct Google to cease sending unrequested submissions beyond those contemplated by the Local Rules or authorized by the Court.

## ARGUMENT

The Local Rules of this Court permit a party to file a motion, an opposing party to file a response, and the movant to file a reply. L. U. Civ. R. 7(b). Here, Google has submitted a letter—without seeking leave from this Court—re-urging its motion to compel, while briefing additional arguments in support of its motion. This letter—the "Second Reply"—is unsolicited and improper, and should not be permitted. Such continued submissions are unfair and prejudicial after briefing on the motion has closed, particularly where the matters informally submitted to the Court by Google would not constitute part of the record.

## CONCLUSION

Accordingly, the Attorney General requests that the Court sustain his objection to Google's July 22, 2015 letter, and asks that the Court order Google to cease sending unrequested submissions beyond those contemplated by the Local Rules or authorized by the Court.

THIS the 24th day of July, 2015.

Respectfully Submitted,

JIM HOOD, in his official capacity as Attorney General of the State of Mississippi

By:     /s/ John W. Kitchens

John W. Kitchens, (MSB # 101137)
Kitchens Law Firm, P.A.
Post Office Box 799
Crystal Springs, MS 39059-0799
Telephone: 601-892-3067
Facsimile: 601-892-3057
jkitchens@kitchenslaw.net

DOUGLAS T. MIRACLE (MSB # 9648)
SPECIAL ASSISTANT ATTORNEY GENERAL
BRIDGETTE W. WIGGINS (MSB # 9676)
SPECIAL ASSISTANT ATTORNEY GENERAL
KRISSY CASEY NOBILE (MSB # 103577)
SPECIAL ASSISTANT ATTORNEY GENERAL
**Office of the Attorney General**
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-5654
Facsimile: (601) 359-2003
dmira@ago.state.ms.us
bwill@ago.state.ms.us
knobi@ago.state.ms.us

F. Jerome Tapley, PHV
Hirlye R. "Ryan" Lutz III, PHV
Cory Watson, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
jtapley@corywatson.com
rlutz@corywatson.com

Sean Rommel, PHV
Jim Wyly, PHV
Wyly-Rommel, PLLC
4004 Texas Boulevard
Texarkana, Texas 75503
Telephone: (903) 334-8646
Facsimile: (903) 334-8645
srommel@wylyrommel.com
jwyly@wylyrommel.com

Carolyn G. Anderson, PHV
Patricia A. Bloodgood, PHV
ZIMMERMAN REED, PLLP
1100 IDS Center, 80 South 8th Street

Minneapolis, MN 55402
Telephone: 612.341.0400
carolyn.anderson@zimmreed.com
patricia.bloodgood@zimmreed.com

## CERTIFICATE OF SERVICE

I, John W. Kitchens, one of the attorneys for Defendant Jim Hood, hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi through the Court's CM/ECF system. I further certify that all parties are represented by attorneys who are registered users of the CM/ECF system and that service will be accomplished through the CM/ECF system.

_/s/ John W. Kitchens_

John W. Kitchens

John W. Kitchens, (MSB # 101137)
Kitchens Law Firm, P.A.
Post Office Box 799
Crystal Springs, MS 39059-0799
Telephone: 601-892-3067
Facsimile: 601-892-3057
jkitchens@kitchenslaw.net