IN UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GOOGLE, INC.**                                                                                          **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO. 3:14cv981-HTW-LRA**

**JIM HOOD, ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI,**
**IN HIS OFFICIAL CAPACITY**                                                                **DEFENDANT**

## NOTICE OF SERVICE

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jim Hood, in his official capacity as Attorney General of the State of Mississippi, has this day served a true and correct copy of

**SIXTH SUPPLEMENTAL RESPONSE TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

upon counsel of record for Plaintiff Google, Inc.

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

Dated this 31th day of July, 2015.

                                        **JIM HOOD, ATTORNEY GENERAL FOR THE STATE**
                                        **OF MISSISSIPPI, in his official capacity**

                                        **BY:   JIM HOOD, ATTORNEY GENERAL**
                                                **STATE OF MISSISSIPPI**

                                        **BY:   */s/ Alison O'Neal McMinn***
                                                ALISON O'NEAL MCMINN, MSB # 101232
                                                SPECIAL ASSISTANT ATTORNEY GENERAL

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Douglas T. Miracle (MSB # 9648)
Special Assistant Attorney General
Bridgette W. Wiggins (MSB # 9676)
Special Assistant Attorney General
Krissy Casey Nobile (MSB # 103577)
Special Assistant Attorney General
Post Office Box 220
Jackson, MS 39205-0220
Telephone:  601-359-5654

John W. Kitchens, (MSB# 101137)
KITCHENS LAW FIRM, P.A.
Post Office Box 799
Crystal Springs, MS 39059-0799
Telephone:  601-892-3067
Facsimile:  601-892-3057
jkitchens@kitchenslaw.net

F. Jerome Tapley – PHV
Hirlye R. (Ryan) Lutz III - PHV
CORY WATSON, PC
2131 Magnolia Avenue South, 2nd Floor
Birmingham, AL 35205

Carolyn G. Anderson – PHV
Patricia A. Bloodgood – PHV
ZIMMERMAN REED PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
carolyn.anderson@zimmreed.com
patricia.bloodgood@zimmreed.com

## CERTIFICATE OF SERVICE

I, Alison O'Neal McMinn, one of the attorneys for Defendant Jim Hood, hereby certify that I have this date caused a true and correct copy of the foregoing to be delivered via email to all counsel of record in this case:

>Daniel J. Mulholland
>FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
>P.O. Box 22608
>200 S. Lamar Street, Suite 100 (39201-4099)
>Jackson, MS 39225-2608
>601/960-8600
>Fax: 601/960-8613
>Email: mulhollanddj@fpwk.com
>
>Fred Krutz , III
>FORMAN, PERRY, WATKINS, KRUTZ & TARDY
>P.O. Box 22608
>Jackson, MS 39225-2608
>(601) 960-8600
>Email: fred@fpwk.com
>
>David H. Kramer - PHV
>WILSON, SONSINI, GOODRICH & ROSATI, PC
>650 Page Mill Road
>Palo Alto, CA 94304-1050
>650/493-9300

Fax: 650/565-5100
Email: dkramer@wsgr.com

Blake C. Roberts - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6920
Fax: 202/663-6363
Email: blake.roberts@wilmerhale.com

Jamie S. Gorelick - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6500
Fax: 202/663-6363
Email: jamie.gorelock@wilmerhale.com

Patrick J. Carome - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6610
Fax: 202/663-6363
Email: patrick.carome@wilmerhale.com

Peter Neiman - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/295-6487
Fax: 212/230-8888
Email: peter.neiman@wilmerhale.com

Violetta G. Watson - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/230-8800
Fax: 212/230-8888
Email: violetta.watson@wilmerhale.com

THIS, the 31[th] day of July, 2015.

/*s/Alison O'Neal McMinn*
ALISON O'NEAL MCMINN