# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| Google Inc., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| | ) |
| | ) No. 3:14cv981 HTW-LRA |
| *v.* | ) |
| | ) |
| | ) |
| | ) **NOTICE OF SERVICE** |
| Jim Hood, Attorney General of the State | ) |
| of Mississippi, in his official capacity, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |
| | ) |

TO:     ALL COUNSEL FO RECORD

PLEASE TAKE NOTICE that Google Inc. has this day served a true and correct copy of **PLAINTIFF GOOGLE INC.'S FIRST AMENDED OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES** upon counsel of record for Defendant, Jim Hood, Attorney General of the State of Mississippi, in his official capacity.

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**DATED** this the 6th day of August, 2015.

                                                    Respectfully submitted,

OF COUNSEL:
Jamie S. Gorelick
Patrick J. Carome
Blake C. Roberts
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
jamie.gorelick@wilmerhale.com
patrick.carome@wilmerhale.com
blake.roberts@wilmerhale.com

Peter G. Neiman
Christopher J. Bouchoux
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8000
Facsimile:  (212) 230-8888
peter.neiman@wilmerhale.com

Chris Johnstone
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
chris.johnstone@wilmerhale.com

    s/ Fred Krutz
Fred Krutz, MSB No. 4270
Daniel J. Mulholland, MSB No. 3643
FORMAN PERRY WATKINS
  KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone:  (601) 960-8600
Facsimile:  (601) 960-8613
fred.krutz@formanwatkins.com
daniel.mulholland@formanwatkins.com

*Attorneys for Plaintiff Google Inc.*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on August 6, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        s/Fred Krutz  
        Fred Krutz