IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GOOGLE INC.                                                                                  PLAINTIFF

v.                                                               Civil Action No. 3:14-cv-981-HTW-LRA

JIM HOOD, in his official capacity
as Attorney General of the State of
Mississippi                                                                                  DEFENDANT

**ATTORNEY GENERAL JIM HOOD'S CASE MANAGEMENT
STATEMENT & PROPOSED ORDER**

The Attorney General, Defendant in the above-entitled action submits this CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to L.U.Civ.R. 16.

**1.   TRIAL.**

It is estimated that a trial of this matter will require seven days.

It is estimated that the Defendant will call seven fact witnesses.

It is estimated that the Defendant will call two expert witnesses.

**2.   DISCLOSURE.**

This case involves multiple third-party subpoenas.  The Parties are to exchange third-party documents received in this matter to the adverse party within two business days of receipt.

**3.     MOTIONS.**

The following motions are pending before the Court:

**A.     Motion to Compel.**  Plaintiff's Motion to Compel the Production of Documents.  (Mot. ECF No. 100, Opp. ECF No. 103, Reply ECF No. 106).

**B.     Motion for Protective Order.**  Plaintiff's Motion for Protective Order With Respect to Notices of Rule 30(b)(6) Depositions of Google Inc.  (Mot. ECF No. 128, Memo. ECF No. 129, Opp. ECF No. 134, Memo. ECF No. 135, Reply ECF No. 136).

**C.     Motion to Compel.**  Defendant's Motion to Compel Depositions and Document Production.  (Mot. ECF No. 145, Memo. ECF No. 146, Opp. ECF No. 149, Reply ECF No. 157).

**D.     Motion to Compel.**  From the transferred action *Google v. Digital Citizens Alliance*, et al. 3:15-MC-00560-HTW-LRA (transferred August 3, 2015).

**E.     Motion to Compel.**  From the transferred action *Google v. Twenty-First Century Fox, Inc., et al.*, 3:15-MC-00561-HTW-LRA (transferred August 6, 2015).

**F.     Motion to Compel.**  From the transferred action Google Inc. v. Orrick, Herrington & Sutcliffe LLP, No. 3:15-mc-80208 (transferred August 7, 2015).

G. **Motion to Compel.** The Attorney General anticipates an additional Motion to Compel Interrogatory Responses.

4. **PENDING DEPOSITIONS.**

A. **Party Depositions.** The Attorney General has noticed three 30(b)(6) depositions of Google Inc. Google has refused to tender a witness until the Court rules upon Google's motion for a protective order. Google's refusal is a violation of U.L.R.CIV. 37; the Attorney General has moved to compel the depositions.

B. **Fact Depositions.** The Attorney General has noticed the depositions of the five fact witness declarants who provided testimony in support of Google's Motion for a Preliminary Injunction. Google's position is that it will not tender the witnesses, "unless and until the discovery schedule is extended." Google has also subpoenaed the deposition of a non-party that is set to take place on September 18, 2015. Thus far, no depositions have been taken in this case.

5. **DISCOVERY PROVISIONS AND LIMITATIONS.**

The Parties do no seek limitations in addition to those contained within the Federal Rules of Civil Procedure.

6. **SCHEDULING DEADLINES.**

A. **Trial.** This action is set for jury trial during court beginning on: _____, at 9:00, a.m., in Jackson, Mississippi, before United States _____ Judge _____.

ANY CONFLICTS WITH THIS TRIAL DATE MUST BE SUBMITTED IN WRITING TO THE TRIAL JUDGE IMMEDIATELY UPON RECIEPT OF THIS CASE MANAGEMENT ORDER.

    **B.**    **Pretrial.** The pretrial conference is set on: _____, at 9:00, a.m., in Jackson, Mississippi, before United States _____ Judge_____.

    **C.**    **Discovery.** All discovery must be completed by: December 18, 2015.

    **D.**    **Amendments.** The deadline for amendments has passed.

    **E.**    **Experts.** The parties' experts must be designated by the following dates:

        1.    Plaintiff: October 14, 2015.

        2.    Defendant: November 18, 2015.

**7.**    **MOTIONS.** All dispositive motions and Daubert-type motions challenging another party's expert must be filed by January 7, 2016. The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

**8.**    **SETTLEMENT CONFERENCE.**

No setting at this time.

**9.**    **REPORT REGARDING ADR.** On or before (7 days before FPTC) _____, the parties must report to the undersigned all ADR efforts they have undertaken to comply with the Local Rules or provide sufficient

facts to support a finding of just cause for failure to comply.  *See L.U.Civ.R.83.7(f)(3).*

## **CASE MANAGEMENT ORDER**

The above CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]


IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE