## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

|  |  |  |
|---|---|---|
| Google Inc., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| | ) | |
| *v.* | ) | No. 3:14cv981 HTW-LRA |
| | ) | |
| | ) | |
| | ) | |
| Jim Hood, Attorney General of the State | ) | **PLAINTIFF GOOGLE INC.'S** |
| of Mississippi, in his official capacity, | ) | **SECOND AMENDED NOTICE OF** |
| | ) | **DEPOSITION OF BRIAN COHEN** |
| *Defendant.* | ) | |
| | ) | |
| | ) | |
| | ) | |

To:   Jim Hood, in his official capacity as Attorney General of the State of Mississippi by and through his attorneys of record John W. Kitchens, Kitchens Law Firm, P.A., Post Office Box 799, Crystal Springs, MS 39059-0799; Douglas T. Miracle, Bridgette W. Wiggins, and Krissy Casey Nobile, Special Assistant Attorneys General, Office Of The Attorney General, Post Office Box 220, Jackson, Mississippi 39205-0220.

1

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff shall take the deposition upon oral examination of Brian Cohen. This deposition will be recorded by stenographic, audio, and visual means before an officer authorized to administer oaths. This deposition will take place on a date, time and location set forth below or at another mutually agreed-upon date, time and location and shall continue from day-to-day until completed.

|                  |                                                                 |
|------------------|-----------------------------------------------------------------|
| **DEPONENT:**    | **Brian Cohen**                                                 |
| **DATE:**        | **October 8, 2015**                                             |
| **TIME:**        | **9:00 am EST**                                                 |
| **LOCATION:**    | **Wilson Sonsini Goodrich & Rosati, P.C.**                      |
|                  | **1700 K St. NW, 5th Floor**                               |
|                  | **Washington, DC 20006-3817**                                   |

DATED:   September 2, 2015.

Respectfully submitted,

OF COUNSEL:
Jamie S. Gorelick
Patrick J. Carome
Blake C. Roberts
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
jamie.gorelick@wilmerhale.com
patrick.carome@wilmerhale.com
blake.roberts@wilmerhale.com

  s/Fred Krutz
Fred Krutz, MSB No. 4270
Daniel J. Mulholland, MSB No. 3643
FORMAN WATKINS
   KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone:  (601) 960-8600
Facsimile:  (601) 960-8613
fred.krutz@formanwatkins.com
daniel.mulholland@formanwatkins.com
*Attorneys for Plaintiff Google Inc.*

2

Peter G. Neiman
Christopher J. Bouchoux
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8000
Facsimile:  (212) 230-8888
peter.neiman@wilmerhale.com
christopher.bouchoux@wilmerhale.com

Chris Johnstone
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
chris.johnstone@wilmerhale.com

David H. Kramer
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com

Michael H. Rubin
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Street, Speer Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
mrubin@wsgr.com

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on September 2, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Fred Krutz
Fred Krutz, MSB#4270