UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google Inc., )<br>)<br>*Plaintiff*, )<br>)<br>)<br>)<br>v.   )<br>)<br>)<br>)<br>Jim Hood, Attorney General of the State )<br>of Mississippi, in his official capacity, )<br>)<br>*Defendant*. )<br>)<br>)<br>) | No. 3:14cv981 HTW-LRA<br><br>**AGREED ORDER EXTENDING<br>DISCOVERY DEADLINE** |

On the joint motion of the parties, the Court orders as follows:

The discovery deadline is extended to November 16, 2015.

Google's pending motion to Extend Discovery Deadline (ECF 153) is denied as moot.

The Attorney General's pending Motion to Extend Discovery and for a Case Management Order (ECF 169) is denied as moot.

Dated: September 9, 2015.

                                                    s/ HENRY T. WINGATE_____
                                                    UNITED STATES DISTRICT JUDGE