IN UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GOOGLE, INC.**                                                                      **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 3:14cv981-HTW-LRA**

**JIM HOOD, ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI,
IN HIS OFFICIAL CAPACITY**                                          **DEFENDANT**

<u>**NOTICE OF SERVICE**</u>

TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jim Hood, in his official capacity as Attorney General of the State of Mississippi, has this day served a true and correct copy of

**EIGHTH SUPPLEMENTAL RESPONSE TO
PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

upon counsel of record for Plaintiff Google, Inc.

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

Dated this 30th day of September, 2015.

                                         **JIM HOOD, ATTORNEY GENERAL FOR THE STATE
OF MISSISSIPPI, in his official capacity**

                                         **BY:   JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI**

                                         **BY:**    <u>*/s/ Douglas T. Miracle*</u>
                                                        **DOUGLAS T. MIRACLE, MSB # 9648
SPECIAL ASSISTANT ATTORNEY GENERAL**

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Douglas T. Miracle (MSB # 9648)
Special Assistant Attorney General
Bridgette W. Wiggins (MSB # 9676)
Special Assistant Attorney General
Alison O'Neal McMinn (MSB #101232)
Special Assistant Attorney General
Krissy Casey Nobile (MSB # 103577)
Special Assistant Attorney General
Post Office Box 220
Jackson, MS 39205-0220
Telephone:  601-359-5654

John W. Kitchens, (MSB# 101137)
KITCHENS LAW FIRM, P.A.
Post Office Box 799
Crystal Springs, MS 39059-0799
Telephone:  601-892-3067
Facsimile:  601-892-3057
jkitchens@kitchenslaw.net

F. Jerome Tapley – PHV
Hirlye R. (Ryan) Lutz III - PHV
CORY WATSON, PC
2131 Magnolia Avenue South, 2nd Floor
Birmingham, AL 35205

Carolyn G. Anderson – PHV
Patricia A. Bloodgood – PHV
ZIMMERMAN REED PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
carolyn.anderson@zimmreed.com
patricia.bloodgood@zimmreed.com

**CERTIFICATE OF SERVICE**

I, Douglas T. Miracle, one of the attorneys for Defendant Jim Hood, hereby certify that I have this date caused a true and correct copy of the foregoing to be delivered via email to all counsel of record in this case:

Daniel J. Mulholland
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
P.O. Box 22608
200 S. Lamar Street, Suite 100 (39201-4099)
Jackson, MS 39225-2608
601/960-8600
Fax: 601/960-8613
Email: mulhollanddj@fpwk.com

Fred Krutz , III
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P.O. Box 22608
Jackson, MS 39225-2608
(601) 960-8600
Email: fred@fpwk.com

David H. Kramer - PHV
WILSON, SONSINI, GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650/565-5100
Email: dkramer@wsgr.com

Blake C. Roberts - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6920
Fax: 202/663-6363
Email: blake.roberts@wilmerhale.com

Jamie S. Gorelick - PHV
WILMER, CUTLER, PICKERING, HALE & DORR, LLP
1801 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6500
Fax: 202/663-6363
Email: jamie.gorelock@wilmerhale.com

Patrick J. Carome - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202/663-6610
Fax: 202/663-6363
Email: patrick.carome@wilmerhale.com

Peter Neiman - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/295-6487
Fax: 212/230-8888
Email: peter.neiman@wilmerhale.com

Violetta G. Watson - PHV
WILMER, CUTLER, PICKERING, HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212/230-8800
Fax: 212/230-8888
Email: violetta.watson@wilmerhale.com

THIS, the 30th day of September, 2015.

/*s/Douglas T. Miracle*_____
DOUGLAS T. MIRACLE