IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google Inc., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| | ) |
| | ) No. 3:14cv981 HTW-LRA |
| v. | ) |
| | ) |
| | ) **PLAINTIFF GOOGLE INC.'S** |
| | ) **NOTICE OF RULE 45 DOCUMENT** |
| Jim Hood, Attorney General of the State | ) **PRODUCTION SUBPOENAS TO** |
| of Mississippi, in his official capacity, | ) **NON-PARTY** |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |
| | ) |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Google Inc. ("Google"), pursuant to Federal Rules of Civil Procedure 26, 34(c) and 45, will serve a subpoena for production of documents on non-party Mike Moore Law Firm, LLC on November 19, 2015.  Consistent with the subpoena, the documents identified in the Schedule A to the subpoena have been requested from the non-party at Forman Watkins & Krutz LLP, Attn: Fred Krutz, 200 S. Lamar St # 100, City Centre, Jackson, MS 39201, at 9:00 am on December 3, 2015, or at such other location and time as Google and the non-party may agree.

- 2 -

DATED this 19th day of November, 2015.

                                    Respectfully submitted,

| | |
|---|---|
| OF COUNSEL:<br>Jamie S. Gorelick<br>Patrick J. Carome<br>Blake C. Roberts<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br>jamie.gorelick@wilmerhale.com<br>patrick.carome@wilmerhale.com<br>blake.roberts@wilmerhale.com<br><br>Peter G. Neiman<br>Christopher J. Bouchoux<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone:  (212) 230-8000<br>Facsimile:  (212) 230-8888<br>peter.neiman@wilmerhale.com<br>christopher.bouchoux@wilmerhale.com<br><br>Chris Johnstone<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br>chris.johnstone@wilmerhale.com | _____s/ Fred Krutz_____<br>Fred Krutz, MSB No. 4270<br>Daniel J. Mulholland, MSB No. 3643<br>FORMAN WATKINS & KRUTZ LLP<br>200 South Lamar Street, Suite 100<br>Jackson, Mississippi 39201<br>Post Office Box 22608<br>Jackson, Mississippi 39225-2608<br>Phone:  (601) 960-8600<br>Facsimile:  (601) 960-8613<br>fred@fpwk.com<br>mulhollanddj@fpwk.com<br>*Attorneys for Plaintiff Google Inc.* |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on November 19, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

  s/Fred Krutz
Fred Krutz, MSB#4270