IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| GOOGLE INC. | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:14-CV-981-HTW-LRA |
| JIM HOOD, in his official capacity as Attorney General of the State of Mississippi | DEFENDANT |

**DEFENDANT'S NOTICE OF 30(b)(1) DEPOSITION OF KENT WALKER**

To: Google Inc., by and through its attorneys of record, Fred Krutz and Daniel J. Mulholland, FORMAN WATKINS KRUTZ & TARDY LLP, 200 South Lamar Street, Suite 100, Jackson, Mississippi 39201; David H. Kramer, WISON, SONSINI, GOODRICH & ROSATI, PC, 650 Page Mill Road, Palo Alto, California 94304; Jamie Gorelick, Patrick Carome, Paul Lekas, and Blake Roberts, WILMER CUTLER PICKERING HALE AND DOOR LLP, 1875 Pennsylvania Ave. NW, Washington, DC 20006; and Peter Neiman & Violetta Watson, WILMER CUTLER PICKERING HALE AND DOOR LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007.

PLEASE TAKE NOTICE that Defendant shall take the deposition upon oral examination of Kent Walker. This deposition will be taken pursuant to Federal Rules of Civil Procedure ("F.R.C.P."), Rule 30(b)(1), and will be recorded by stenographic and/or sound and visual means before an officer authorized by law to administer oaths. The deposition will take place on at a date, time and location set forth below or at another mutually agreed-upon date, time and location and shall continue from day-to-day until completed.

**DEPONENT:** Kent Walker
**DATE:** TBD
**TIME:** TBD
**LOCATION:** TBD

## **DOCUMENT REQUEST**

1.  All documents relied upon or reviewed when preparing your declaration in this case, or which form the basis of your knowledge in your declaration.

THIS the 17th day of December, 2015.

                                      Respectfully Submitted,

                                      JIM HOOD, in his official capacity as Attorney General of the State of Mississippi

                              By:   */s/ John W. Kitchens*

John W. Kitchens, (MSB # 101137)
Kitchens Law Firm, P.A.
Post Office Box 799
Crystal Springs, MS 39059-0799
Telephone: 601-892-3067
Facsimile: 601-892-3057
jkitchens@kitchenslaw.net

Douglas T. Miracle (MSB # 9648)
Special Assistant Attorney General
Bridgette W. Wiggins (MSB # 9676)
Special Assistant Attorney General
Krissy Casey Nobile (MSB # 103577)
Special Assistant Attorney General
**Office of the Attorney General**
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-5654
Facsimile: (601) 359-2003
dmira@ago.state.ms.us
bwill@ago.state.ms.us
knobi@ago.state.ms.us

## **CERTIFICATE OF SERVICE**

I, John W. Kitchens, one of the attorneys for Defendant Jim Hood, hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi through the Court's CM/ECF system.  I further certify that all parties are represented by attorneys who are registered users of the CM/ECF system and that service will be accomplished through the CM/ECF system.

THIS the 17th day of December, 2015.

/s/ *John W. Kitchens*
John W. Kitchens

John W. Kitchens, (MSB # 101137)
Kitchens Law Firm, P.A.
Post Office Box 799
Crystal Springs, MS 39059-0799
Telephone: 601-892-3067
Facsimile: 601-892-3057
jkitchens@kitchenslaw.net


Douglas T. Miracle (MSB # 9648)
Special Assistant Attorney General
Bridgette W. Wiggins (MSB # 9676)
Special Assistant Attorney General
Krissy Casey Nobile (MSB # 103577)
Special Assistant Attorney General
**Office of the Attorney General**
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-5654
Facsimile: (601) 359-2003
dmira@ago.state.ms.us
bwill@ago.state.ms.us
knobi@ago.state.ms.us