IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| Google Inc., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| | ) | |
| *v.* | ) | No. 3:14cv981 HTW-LRA |
| | ) | |
| | ) | **PLAINTIFF GOOGLE INC.'S** |
| | ) | **MOTION TO STRIKE** |
| Jim Hood, Attorney General of the State | ) | **DEFENDANT'S JURY DEMAND** |
| of Mississippi, in his official capacity, | ) | |
| | ) | |
| *Defendant.* | ) | <u>ORAL ARGUMENT REQUESTED</u> |
| | ) | |
| | ) | |
| | ) | |

Plaintiff Google Inc. moves to strike the demand for a jury trial from the Defendant Attorney General's amended Answer and Defenses, ECF No. 113, because it is improper and untimely under Rule 38 of the Federal Rules of Civil Procedure. In support of this motion, Google submits a memorandum of law and a declaration by Peter G. Neiman.

In accordance with Local Civil Rule 7(b)(6)(A), Google requests oral argument on this Motion.

1

DATED this 29th day of December, 2015.

Respectfully submitted,

 s/Fred Krutz
Fred Krutz, MSB No. 4270
Daniel J. Mulholland, MSB No. 3643
FORMAN WATKINS & KRUTZ LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Post Office Box 22608
Jackson, Mississippi 39225-2608
Phone:  (601) 960-8600
Facsimile:  (601) 960-8613
fred.krutz@formanwatkins.com
daniel.mulholland@formanwatkins.com
*Attorneys for Plaintiff Google Inc.*

OF COUNSEL:
Jamie S. Gorelick
Patrick J. Carome
Blake C. Roberts
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
jamie.gorelick@wilmerhale.com
patrick.carome@wilmerhale.com
blake.roberts@wilmerhale.com

Peter G. Neiman
Christopher J. Bouchoux
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8000
Facsimile:  (212) 230-8888
peter.neiman@wilmerhale.com
christopher.bouchoux@wilmerhale.com

Chris Johnstone
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
chris.johnstone@wilmerhale.com

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on December 29, 2015. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 s/Fred Krutz  
Fred Krutz, MSB#4270
