UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google Inc., | ) |
| *Plaintiff*, | ) |
| v. | ) No. 3:14cv981 HTW-LRA |
| | ) **AGREED ORDER EXTENDING DISCOVERY DEADLINES** |
| Jim Hood, Attorney General of the State of Mississippi, in his official capacity, | ) |
| *Defendant.* | ) |

On the joint motion and memorandum (DNs 193 and 194) of the parties to extend the current deadlines, the Court orders as follows:

1. Defendant's designation of experts by March 15, 2016;

2. Plaintiff's designation of rebuttal experts by March 30, 2016;

3. Non-expert discovery due March 18, 2016;

4. All expert depositions completed (or noticed, if schedules prohibit completion) by April 15; and

5. Dispositive motions due by April 29, 2016.

Dated: This, the 13th day of January, 2016.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE