# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| GOOGLE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI, IN HIS OFFICIAL CAPACITY, <br><br> *Defendant.* | No. 3:14-cv-981-HTW-LRA <br><br><br><br> ORAL ARGUMENT REQUESTED |

## MOTION TO QUASH SUBPOENA

COME NOW Non-Parties Steven B. Fabrizio and the Motion Picture Association of America, Inc. ("MPAA"), by and through their undersigned attorney, pursuant to Federal Rules of Civil Procedure 26(c) and 45(d)(3) of the Federal Rules of Civil Procedure, and move the Court for an Order to Quash the Subpoena seeking deposition of MPAA General Counsel Steven B. Fabrizio.

For the reasons stated in the Non-Parties' Memorandum of Law In Support of Motion to Quash Subpoena Seeking Deposition of MPAA General Counsel Steven B. Fabrizio, filed contemporaneously with this motion, the Non-Parties respectfully request that the Court quash the subpoena in its entirety.

In accordance with Local Rule 7(b)(6)(A), the Non-Parties request oral argument on this motion.

Dated this the 8th day of March, 2016

Respectfully submitted,

/s/ Brad Pigott

Brad Pigott MSB No. 4350
PIGOTT & JOHNSON
775 North Congress Street
Jackson, MS  39202
Tel. (601) 354-2121
Fax (601) 354-7854
bpigott@pjlawyers.com

David A. Handzo (D.C. Bar No. 384023)
JENNER & BLOCK LLP
1099 New York Avenue NW, Ste. 900
Washington, DC 20001
Tel. (202) 639-6000
Fax (202) 639-6060
dhandzo@jenner.com
*Pro Hac Vice Forthcoming*

*Counsel for Respondents Motion Picture Association of America, Inc., Steven B. Fabrizio, and Jenner & Block LLP*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on March 8, 2016. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that services will be accomplished by the CM/ECF system.

/s/ Brad Pigott
BRAD PIGOTT MSB No. 4350

## **GOOD FAITH CERTIFICATE**

Pursuant to Local Rule 37(a), the Non-Parties have filed a Good Faith Certificate with this Motion. The Good Faith Certificate is executed by counsel.

/s/ Brad Pigott
BRAD PIGOTT MSB No. 4350