# ATTACHMENT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

Google Inc.                                                                                           Plaintiff

v.                                              **CIVIL ACTION NO. 3:14-cv-981-HTW-LRA**

Jim Hood, Attorney General of
the State of Mississippi, in his
Official Capacity                                                                                Defendant

**GOOD FAITH CERTIFICATE**

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

    Non-Parties Motion Picture Association of America and Steven B. Fabrizio Motion to Quash

Counsel further certify that:

√ as appropriate:

_____ 1.    The motion is unopposed by all parties.

_____ 2.    The motion is unopposed by:

__√__ 3.    The motion is opposed by: Google, Inc.*

__√__ 4.    The parties agree that the motion, and replies and rebuttals to the motion, will be submitted to United States District Judge Henry T. Wingate within the time limitations stated in L. U. Civ. R. 7(b)(4).*

*Google Inc. maintains that the motion is untimely and inappropriate under L. U. Civ. R. 7 and 37, including Local Rule 7(b)(2)(C) ("A party must file a discovery motion sufficiently in advance of the discovery deadline to allow response to the motion, ruling by the court and time to effectuate the court's order before the discovery deadline."). Google Inc. does not waive L. U. Civ. R. 37(d).


FORM 4 (ND/SD MISS. DEC. 2011)

This the 7th day of March, 2016.

_____
Signature of Plaintiff's Attorney

Daniel J. Mulholland, MSB 3643
Typed Name and Bar Number

_____
Signature of Nonparties' Attorney

David Handzo D.C. Bar No. 384023
Typed Name and Bar Number

2