# ATTACHMENT C

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

GOOGLE, INC.,

      *Plaintiff,*

v.

JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI, IN HIS
OFFICIAL CAPACITY,

      *Defendant.*

No. 3:14-cv-981-HTW-LRA

## DECLARATION OF ATTORNEY DAVID HANDZO
## IN SUPPORT OF MOTION TO QUASH RULE 45 SUBPOENA

I, David Handzo, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am a partner at Jenner & Block LLP in Washington, D.C., and familiar with the documents in this litigation.

2.     Attached as Exhibit A is a true and correct copy of pages 35-39 and 76-79 of the October 8, 2015 deposition of Brian Cohen.

3.     Attached as Exhibit B is a true and correct copy of the letter sent from the MPAA's General Counsel, Steven B. Fabrizio, to the Mississippi Attorney General on December 16, 2014.

4.     Attached as Exhibit C is a true and correct copy of the letter sent from the MPAA's General Counsel, Steven B. Fabrizio, to the Mississippi Attorney General on January 14, 2015.

*****

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on March 8, 2016 in Washington, D.C.

David Handzo
*Pro Hac Vice Forthcoming*

2

EXHIBIT A

Page 1

1

2              IN THE UNITED STATES DISTRICT COURT

3         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

4                    NORTHERN DIVISION

5    _____

6    GOOGLE, INC.              )No.
     Plaintiff                 )3:14-cv-981-HTW-LRA
7    vs.                       )
     JIM HOOD, ATTORNEY        )
8    GENERAL OF THE STATE OF   )
     MISSISSIPPI, IN HIS       )
9    OFFICIAL CAPACITY         )
     Defendant                 )
10   _____

11

12

13

14        Videotaped Deposition of Brian Cohen

15                  Washington, D.C.

16                  October 8, 2015

17                    9:06 a.m.

18

19

20

21

22

23

24   Reported by:  Bonnie L. Russo

25   Job No. 2146100

1      A.     Define "main focus"?

2      Q.     Was Google a focus of the AG working

3   group?

4      A.     Yes.

5      Q.     What other companies were a focus of

6   the AG working group?

7      A.     Any companies in the search engine

8   universe.

9      Q.     Any company in the search engine

10  universe.  Please list them, that you focused

11  on in those calls.

12     A.     Define "focus."  I mean...

13     Q.     I'm not trying to play a game.  I

14  mean, I'm trying --

15     A.     Yeah.

16     Q.     -- to figure out what you talked

17  about on those calls.  You tell me.

18     A.     We talked about strategies to combat

19  intellectual property theft that related to

20  search engines, including Google.

21     Q.     The name of the call was the AG

22  working group, right?

23     A.     Yes.

24     Q.     So you weren't talking about

25  strategies at large, you were talking about

1    some sort of strategy that involved Attorneys'

2    General, right?

3              MR. ROMMEL:  Objection.  Misstates

4    evidence.

5              THE WITNESS:  Can you repeat the

6    question?

7              BY MR. RUBIN:

8        Q.    Sure.

9              You weren't talking about strategies

10   written large to combat issues.  You were

11   talking about strategies involving Attorneys

12   General; isn't that right?

13             MR. ROMMEL:  Objection.

14             THE WITNESS:  No.  No, that's not

15   right.

16             BY MR. RUBIN:

17       Q.    Then, please describe to me the

18   strategies that were discussed on those calls.

19             MR. HANDZO:  And let me just

20   interject because this has a potential to get

21   into legal strategies and legal advice, so I

22   don't have any problem with your answering with

23   respect to general business strategies.  To the

24   extent that there was legal advice on the

25   phone -- on these calls, I would object if that

1    invades the MPAA provision.

2              MR. RUBIN:  There -- as described to

3    me, there is no attorney-client privileged

4    relationship listed on that call, as that would

5    be help by the MPAA.

6              MR. HANDZO:  Well, I don't agree

7    with your characterization, but my point to the

8    witness is if there are legal strategies

9    involved, whether they were coming from lawyers

10   directly or whether they were being repeated by

11   people on the call to talk to the lawyers, I

12   would object to any discussion of legal

13   strategy as opposed to business strategy.

14             THE WITNESS:  And you -- you did jog

15   my memory.  Ben Sheffner was also on those

16   calls.

17             BY MR. RUBIN:

18        Q.   Okay.  What strategies were

19   discussed on those calls?

20             MR. HANDZO:  And same objection.

21             THE WITNESS:  There were different

22   strategies discussed generally to compel

23   companies, such as Google, to change behavior,

24   to prevent the theft of intellectual property.

25   Some of those strategies entailed legislative,

1    some of them were legal, as you heard, some of

2    them were simply ways to compel stakeholders to

3    come to the table to have discussions about

4    voluntary actions.

5         Q.    Did all of the strategies discussed

6    on those calls involve, in some way, attorneys

7    general?

8         A.    No.

9         Q.    So the AG working group meandered

10   from its title?

11        A.    Yes.

12        Q.    What else -- what, beyond the use of

13   attorneys general, were considered as

14   strategies to compel search engines to change

15   their behavior?

16        A.    Can you repeat the question?

17        Q.    What else, beyond the use of

18   attorneys general, were considered as

19   strategies to compel search engines to change

20   their behavior?

21        A.    Legislative.

22        Q.    What sort of legislative strategies?

23        A.    Strategies not too dissimilar from

24   the strategies that were tried previously.

25        Q.    What strategies were tried

Page 39

1    previously?

2        A.    The Protect IP Act and Stop Online

3    Piracy Act.

4        Q.    You're referring to what's also

5    known as SOPA and PIPA?

6        A.    Yes.

7        Q.    And when you say, "discussions of

8    attempting," you're talking efforts to revive

9    SOPA and PIPA?

10       A.    No.

11       Q.    Then, please, explain.

12       A.    General legislative brainstorming to

13   get at the root cause of the theft of

14   intellectual property that were similar to some

15   of the components of that legislation,

16   SOPA/PIPA, but would be entirely new

17   opportunities to address the problem.

18       Q.    Utilizing different legislative

19   means under new names to achieve the same end?

20       A.    To achieve -- no.

21            To achieve the end of forwarding

22   intellectual property theft and piracy.

23       Q.    Did you discuss site blocking on

24   those calls?

25       A.    Yes.

1    got there in June of 2011?

2        A.    And, again, you're asking if MPAA

3    was already doing what?

4        Q.    Was already working with State's

5    attorneys general to -- with respect to

6    Google's practices?

7            MR. ROMMEL:  Objection.  Asked and

8    answered, and calls for speculation.

9            THE WITNESS:  They were already

10   working with State's attorneys general with

11   re -- with respect to intellectual property

12   theft and piracy.

13           BY MR. RUBIN:

14       Q.    I'm asking specifically with respect

15   to Google?

16       A.    I don't know.

17       Q.    When you took your position in 2012,

18   were the states already working with the states

19   -- was the MPAA already working with the states

20   with respect to Google, specifically?

21           MR. DAVIS:  Objection.  Form.

22           THE WITNESS:  I don't know.

23           BY MR. RUBIN:

24       Q.    You don't know because you didn't

25   have access to that information at the MPAA, or

Page 77

1    because you don't recall?

2         A.    I didn't have access to that

3    information at the MPAA.  I was not part of the

4    MPAA leadership.  I was not setting policy or

5    strategy.  I was there to implement, so I

6    don't -- I'm not privy to conversations.

7         Q.    Who would know the answer to that

8    question?

9         A.    Vans.

10        Q.    Who else would know?

11        A.    I don't know.

12        Q.    Did Vans set that sort of strategy

13   at the MPAA by himself?

14        A.    I don't know.

15        Q.    Have you ever heard the term

16   "Project Goliath"?

17        A.    Yes.

18        Q.    What is Project Goliath?

19        A.    General overarching strategy with

20   regards to Google.

21        Q.    Can you describe that general

22   overarching strategy?

23        A.    No.

24        Q.    What did you understand Project

25   Goliath to entail?

Page 78

1      A.    General overarching strategy with
2  regards to Google.
3      Q.    Whose strategy?
4      A.    The MPAA's.
5      Q.    Who developed the strategy?
6      A.    I don't know.
7      Q.    Who coined the term "Project
8  Goliath"?
9      A.    I don't know.
10     Q.    Who would know?
11     A.    I don't know.
12     Q.    Who is the expert in Project
13 Goliath?
14     A.    I don't know.
15     Q.    Whose baby was Project Goliath?
16           MR. ROMMEL:  Objection.
17           MR. DAVIS:  Objection to form.
18           THE WITNESS:  I don't know.
19           BY MR. RUBIN:
20     Q.    Who would know?
21     A.    I don't know.
22           MR. ROMMEL:  Objection.  Calls for
23 speculation.
24           BY MR. RUBIN:
25     Q.    Who's in charge of the MPAA?

1      A.     Chris Dodd.

2      Q.     And all decisions of consequence are

3   run by Chris Dodd?

4             MR. DAVIS:  Objection.

5             MR. ROMMEL:  Objection.  Lacks

6   foundation.

7             THE WITNESS:  I don't know.

8             BY MR. RUBIN:

9      Q.     When did you first hear the term

10  "Project Goliath"?

11     A.     It was towards the end of my tenure

12  there.  I don't recall exactly.  You know, I --

13  I finished around April 2014.  So it was

14  towards the end, but I can't tell you the

15  specific date.

16     Q.     Was the term "Project Goliath" ever

17  used on the AG working group calls?

18     A.     I don't know.

19     Q.     Did you ever hear anyone else use

20  the term?

21     A.     Yes.

22     Q.     Who did you hear it from?

23     A.     General counsel at MPAA, Steve

24  Fabrizio.

25     Q.     In what context?

EXHIBIT B



MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
1600 EYE STREET, NORTHWEST
WASHINGTON, D.C. 20006
(202) 293-1966

**Steven B. Fabrizio**
Senior Executive Vice President
& Global General Counsel
202-378-9120
Steven_Fabrizio@mpaa.org

December 16, 2014

Attorney General Jim Hood
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205

Dear Attorney General Hood:

Thank you for your request for information concerning a recent announcement by Google regarding the impact of copyright removal notices on search rankings. As you know, MPAA and its motion picture studio members believe that Google Search facilitates the unlawful theft of content when pirate sites appear in its search results (and in particular the first few pages).[1]  We appreciate the opportunity to share with you our preliminary analysis of how the change to Google's search algorithm has affected the accessibility of stolen content on the Internet.

<u>Overview</u>

Google first announced that it would demote known piracy sites in its search results in August of 2012. It reported that it would do so by incorporating copyright removal notices for websites in its search ranking algorithm. In practice, however, very little changed. Notorious piracy sites continued to regularly appear at or near the top of search results – even in response to search queries not expressly seeking pirated content. It was business as usual.

Several weeks ago, Google again announced a change in its search algorithm. Google claimed to have "improved and refined the DMCA demotion signal in search results," to help users find

---

[1] MPAA's members include: Walt Disney Studios Motion Pictures; Paramount Pictures Corporation; Sony Pictures Entertainment Inc.; Twentieth Century Fox Film Corporation; Universal City Studios LLC; and Warner Bros. Entertainment Inc.

Attorney General Jim Hood
December 16, 2014
Page 2 of 17

legitimate sources of content more easily.[2]  Google made this change without any consultation with, or input from, rights holders.  Nevertheless, MPAA and its member companies view actions taken by any search engine to promote legitimate sources of content and demote unlawful sites to be positive, and we told Google as much directly.  Our initial analysis shows that, for certain types of search queries, the recent algorithm change does appear to demote the search rankings of certain types of sites with an exceptionally high number of DMCA notices.  Overall, however, our initial analysis shows that the impact of the algorithm change is limited and ultimately ineffective.

At bottom, this adjustment in Google's ranking algorithm fails to address the core problem: Pirated content continues to appear at or near the top of Google's search results, even when users may be looking for legitimate sources of copyrighted works.  As a general matter, Google's change to its algorithm does not change *whether* sites offering pirated content are highly ranked in search results.  Instead, it simply changes *which* piracy sites appear at or near the top of search results.  While a "top" piracy site, with hundreds of thousands of DMCA notices, may now be less likely to be ranked as highly in search results, other sites – even those owned and operated by the same individuals (and with many copyright notices themselves) – simply appear in its place.  Moreover, depending on the search terms used, many of the "top" piracy sites – the very sites Google claims to have demoted – remain at the top of the search rankings.

The failure of the algorithm change to actually hamper content theft demonstrates the weakness in relying solely upon DMCA notices to demote websites.  Any algorithm change that relies only on the volume of notices, rather than the content of the site, will be unlikely to meaningfully combat piracy.  Such a system might require months of notice sending – and months of unchecked infringement – before the algorithm change has any impact at all.  Moreover, it is, unfortunately, far too easy for piracy sites to take actions to avoid demotion.  For example, with a simple change in domain name (*e.g.*, from ".com" to ".to"), a site can "reset" its DMCA count to zero and rise to the top of Google's search results.  A more robust approach will be necessary to meaningfully, and finally, end Google's facilitation of the theft of content.

## Analysis of Google's New Algorithm

We continue our analysis of the changes Google has made, but we thought it would be helpful to provide you some real-world examples of the impact, or lack thereof, of Google's change.[3]  First, as we illustrate below, even when users search for content without seeking out piracy sites, sites peddling pirated content continue to appear at or near the top of search results.  And these illegal sources of content regularly appear above legal sources in Google's organic search results.  Second, while some "top" piracy sites now seem to be less likely to appear at the top of the results for certain search queries, they simply have been replaced by other piracy sites.  This has created a boon for lesser-known sites, which are now benefiting from their high search-result

---

[2] How Google Fights Piracy, at 18 (Oct. 17, 2014),
https://drive.google.com/file/d/0BwxyRPFduTN2NmdYdGdJQnFTeTA/view.

[3] The examples used in this letter illustrate how Google Search continues to facilitate theft of copyrighted content, and that pirated content continues to appear at or near the top of Google's search results.  Of course, the precise results to identical search queries will vary from user-to-user and over time.

Attorney General Jim Hood
December 16, 2014
Page 3 of 17

rankings through increased traffic to their sites, amply demonstrating how Google can propel piracy sites to popularity.  Third, simple modifications of the user search query can result in prominent piracy sites continuing to appear at the top of search results.  Therefore, despite Google's change to the algorithm, the result for copyright owners is the same: well-known piracy sites remain prominently placed in search results, and the theft of intellectual property continues.

We provide some illustrations of these points below.

*Generic Search Terms Result in Piracy Links at the Top of Search Results*

From our internal analyses, search phrases that include the title of a copyrighted work (for example, "Expendables") when combined with innocuous search terms not specifically directed at piracy (for example, "watch" or "download") continue to return a substantial number of piracy sites in the top twenty search results.  Often these piracy sites appear in the top five results.

For example, in its own piracy report, Google highlighted that the results for certain search queries are now accompanied by paid advertisements for authorized sources of the content.[4] While this is true, Google failed to note that the organic search results appearing immediately *beneath* those paid advertisements commonly have links to pirated content as their top results. For example, a recent search of "download Captain America The Winter Soldier" returned piracy sites in the top two results, before any legitimate sources for the content:

---

[4] *See* How Google Fights Piracy, at 20 (Oct. 17, 2014),
https://drive.google.com/file/d/0BwxyRPFduTN2NmdYdGdJQnFTeTA/view.  Notably, however, this is true only for searches for movies – not TV shows.  Additionally, it appears that Google has also only implemented the change on searches conducted through Google.com, not its foreign search platforms.

Attorney General Jim Hood
December 16, 2014
Page 4 of 17

Go‍ gle    download Captain America The Winter Soldier    

Web    Videos    Shopping    News    Images    More ▾    Search tools

About 2,560,000 results (0.41 seconds)



🎬 Watch Captain America: The Winter S... ⓘ

▶ Google Play from $14.99

📺 VUDU from $14.99

🎞 Amazon from $14.99

---

**Download Captain America The Winter Soldier (2014 ...**
https://kickass.so/captain-america-the-winter-soldier-2014-1080p-brrip-x... ▾
Aug 1, 2014 - Download Captain America The Winter Soldier (2014) 1080p BrRip
x264 - YIFY torrent or any other torrent from Highres Movies category

---

**Captain America: The Winter Soldier - Mp4Movies.info**
mp4hdmovies.info/.../Captain-America:-The-Winter-Soldier-(2014).html ▾
Captain America: The Winter Soldier (2014) BRRip Full Movie Download Free
Mp4,HD Mp4 and High Quality Mp4 For Mobile,PC or Tablets,Mkv,Avi,3gp Full ...

---

A search for "22 Jump Street download" returned similar results.

Attorney General Jim Hood
December 16, 2014
Page 5 of 17

 22 Jump Street download 

Web    Videos    Shopping    News    Images    More ▾    Search tools

About 58,400,000 results (0.37 seconds)

🎬 **Watch 22 Jump Street**                                        ⊕

▶  **Google Play** from $3.99

VUDU  **VUDU** from $3.99

🎬  **Amazon** from $3.99

---

**Download 22 Jump Street (2014) YIFY Torrent for 720p mp4 ...**
www.yify-torrent.org/.../**download-22-jump-street**-2014-mp4-yify-torre... ▾
**22 Jump Street** (2014) After making their way through high school (twice), big changes are in store for officers Schmidt and Jenko when they go deep ...

---

**22 Jump Street (2014) BRRip Full Movie Download Free ...**
mp4hdmovies.info/movie/**22-Jump-Street**-(2014).html ▾
**22 Jump Street** (2014) BRRip Full Movie **Download** Free Mp4,HD Mp4 and High Quality Mp4 For Mobile,PC or Tablets,Mkv,Avi,3gp Full movies ...

---

The pattern is clear.  Even when sites offering legal, licensed versions of the content are available, Google's organic search results continue to point users toward illegal, pirated content. As a result, even when ads highlight the legal availability of content for purchase, Google simultaneously promotes the same content as available to "download free" through unlawful sites that regularly appear in the prominent positions in its search results.

Attorney General Jim Hood
December 16, 2014
Page 6 of 17

  star trek into darkness online   

Web    Videos    Shopping    News    Images    More ▾    Search tools

About 2,960,000 results (0.46 seconds)

📺 **Watch Star Trek Into Darkness**    ⓘ
▶ **Google Play** from $9.99
vudu **VUDU** from $9.99
N **Netflix** with free trial

**Star Trek Into Darkness (2013) HD Watch Online Free ...**
onlinemovies.pro/**star-trek-into-darkness**-2013-hd/ ▾
**Star Trek Into Darkness** (2013) HD Watch **Online** For Free on OnlineMovies.PRO
Director:J.J. Abrams Writers:Roberto Orci, Alex Kurtzman, Stars:Chris Pine ...

**Watch Movie Star Trek Into Darkness (2013) Online Free ...**
www.solarmovie.ws/watch-**star-trek-into-darkness**-2013-**online**.html ▾
Watch Movie **Star Trek Into Darkness** (2013) **Online** Free SolarMovie - After the
crew of the Enterprise find an unstoppable force of terror from within their own ...

Google also continues to direct users to piracy sites in response to generic searches for content.
Users who are looking for legitimate sources to download or stream movies can end up with
recommendations from Google for piracy sites.  For example, a user searching for "watch
movies online" might expect to be directed to legitimate websites like Netflix or Hulu.  Instead,
the top five search results on Google are for well-known piracy sites.  Two of these sites,
Putlocker and SolarMovie, have been subject to thousands of copyright removal requests.  The
remaining three results in the top five have each been subject to several hundred removal notices.
The first legitimate source for movies – Disney Movies Anywhere – only appears as the sixth-
most-relevant search result.

Attorney General Jim Hood
December 16, 2014
Page 7 of 17

Google    watch movies online                              🔍

Web    Videos    Shopping    Apps    News    More ▾    Search tools

About 656,000,000 results (0.33 seconds)

Watch Movies Online Free
watchmovies-online.ch/ ▾
Watch Movies Online Free, New Movies Streaming . Watch your favorite movies
online free on Firedrive.

Putlocker - Watch Movies Online Free
putlocker.is/ ▾
Putlocker - Watch Movies Online Free. Watch your favorite movies online free on
Putlocker. Discover thousands of latest movies online.
Featured Movies · New Movies · Today · 2014 · AZ List

OnlineMovies.Pro - Watch Movies Online Free Full HD
onlinemovies.pro/ ▾
Watch Movies Online Free on OnlineMovies.Pro . Stream latest released Movies , TV
Shows online for free . Watch Movies HD , 720p / 1080p Bluray Online For ...

SolarMovie: Watch Movies and TV Shows Online for Free
www.solarmovie.is/ ▾
Watch 44074 movies and 4389 TV shows absolutely for free. No registration required.

New Releases - Movie25
www.movie25.cm/new-releases/ ▾
14831 items · watch movies online, watch free movies online, online movies, latest
movies, download movies, free online movie downloads, film downloads, free ...
You recently searched for download

Disney Movies Anywhere | Watch Your Disney, Pixar ...
www.disneymoviesanywhere.com/ ▾
Watch Disney, Pixar, and Marvel movies whenever and wherever you go with Disney
Movies Anywhere.

Moreover, the volume of illegal sites appearing in response to such queries is truly staggering.
In a search for "streaming film," all ten of Google's top ten organic results – 100% – were links
to infringing sites. In response to a search for "download movies for free," eight of the top ten
results were infringing.

Attorney General Jim Hood
December 16, 2014
Page 8 of 17

Google    streaming film                                    🎤  🔍

Web    Videos    News    Shopping    Images    More ▾    Search tools

About 182,000,000 results (0.16 seconds)

Tip: Search for **English** results only. You can specify your search language in
Preferences

---

**Films « Comedie « Streaming VF - Stream Complet**
stream**complet.com/film**/comedie/ ▾ Translate this page
La Course au jouet 2. 6 362. Idiocracy. 61 416. Roland Magdane : Rire ! 16 747. Luna
Un Tigre croc-mignon. 27 166. Le Noël où tout a changé. 54 416.
Comedie - 20 - The Other Woman - Page 6

---

**Film en streaming, regarder film en direct, streaming vf ...**
sokro**stream.com/** ▾ Translate this page
film en streaming, **streaming film**, film gratuit, film streaming gratuit, regarder film,
regarder film streaming.
Captain America, le soldat de l ... - Godzilla - Noé - Blackout Total

---

**Film en Streaming: Film streaming vf | Film streaming vk ...**
**filmstream**vk.com/ ▾
streaming vf , film streaming , **streaming film** , film en streaming , streaming vk, films
**streaming** , **film** stream vf, regarder film **streaming** , **film** complet ,

---

**Film Streaming in Alta Definizione Senza Limiti Gratis**
**filmstream**.me/ ▾ Translate this page
**Film Streaming** in alta definizione su FilmStream me il nuovo portale italiano dedicato
ai **film streaming** in hd ed alle Serie TV gratis e senza limiti

---

**Film in Streaming per Tutti**
www.**filmpertutti**.eu/ ▾ Translate this page
Il Portale italiano dedicato ai **Film** in **Streaming** Senza Limiti, inoltre **Film** Per Tutti è
aggiornato tutti i giorni con tantissimi nuovi **Film** e Serie TV Gratis.

---

**Film in Streaming Casa-Cinema.net**
casa-cinema.net/ ▾ Translate this page
**Film** e Serie tv in **Streaming** da vedere gratuitamente su Casacinema con player VK
sempre aggiornati e funzionanti.

---

**CB01.TV | FILM GRATIS IN STREAMING E DOWNLOAD ...**
www.cb01.tv/ ▾ Translate this page
Vedi 10.000 **Film** Gratis in **Streaming** online e Download: Firedrive, Rapidgator,
Nowvideo, Nowdownload, VK, Uploaded ecc.. | cb01 ex cineblog01 il miglior ...

---

**FILMVF.NET, un site de streaming 100% gratuit**
**film**vf.net/ ▾ Translate this page
un site de **streaming** gratuit, des lecteurs sans limite, sans publicité, 100%
gratuitement. Complet, **Streaming**, Gratuit, ... Les derniers **films**: French dvdrip ...

---

**Films et Serie en Streaming YouWatch Vk Telechargement ...**
www.**stream**-watch.com/ ▾ Translate this page
Telechargement et Streaming des films et series sur vk, youwatch, uptobox, torrent, film
streaming, serie streaming, streaming serie, films en **streaming**, **films**.

---

**FilmSenzaLimiti - Film Streaming Senza Limiti**
www.**films**enzalimiti.co/ ▾ Translate this page
FilmSenzaLimiti uno dei migliori siti per **Film Streaming**, su **Film** Senza Limiti è
possibile guardare **film** e serie tv sul tuo iPad e iPhone. Offriamo circa 10.000 ...

Attorney General Jim Hood
December 16, 2014
Page 9 of 17

Google    download movies for free    🎤  🔍

Web    Videos    Apps    Shopping    News    More ▾    Search tools

About 804,000,000 results (0.27 seconds)

**Free Movie Downloads,Download movies for free online**
freemoviesdownloads org/ ▾
Free movies downloads online from the best movie **downloading** website with great
quality and latest online **free movies** Download the movies with single click

**Free Direct Download Movies - Full DivX DVD Movies**
www.divxcrawler.to/ ▾
Direct **Download** Free DivX and DVD **Movies**, daily movie updates and DivX related
News, Software and information. DivX Crawler is the most reliable **free** ...

**Full Movies On Google - Stream and download free HD ...**
www.reddit.com/r/full**movies**ongoogle/ ▾ reddit ▾
Jan 28, 2014 - NEW REQUEST THREAD, REQUEST **MOVIES** IN THE COMMENT
SECTION. (self.fullmoviesongoogle). submitted 1 month ago by HJGamer ...

**Movies Torrents - Download Free Movies Torrents**
**movies**torrents.net/ ▾
Detective Jackson Briggs recruits the assassin Hanzo Hasachi into an undercover
mission – enter an illegal tournament and eliminate all its criminal participants ...

**MovieFry.net : Free Download Full Movies, Bollywood ...**
hd**movies**mp4.com/ ▾
**download** hd movies in mp4 high quility for mobile, pc, tab, android, hd movies
**download free**, mp4 hd movies free download, hollywood bollywood punjabi ...

**Download movies for free and legally - Kioskea**
en.kioskea.net/faq/3276-**download-movies-for-free**-and-legally ▾
With the advent of internet and mobile telephony you no longer need go out to rent or
buy a DVD, you are now only a click away to **downloading** and view your ...

**Full Movie free downloads, Best website to Download ...**
fullmovie**freedownloads**.com/ ▾
Full movie **free downloads** is best online source to **download free movies for free**.
This is one of the great website for full movie **downloads** with direct links

**Movies : Free Movies : Download & Streaming : Internet ...**
https://archive.org/details/**movies**andfilms ▾ Internet Archive ▾
Many of these videos are available for **free download**. ... This collection of home
**movies** includes amateur films and videotapes from the collections of the Center ...

**Free Movies Online & Tv Series 2014 High Quality**
x**movies**8.co/ ▾
Free HD movies online without downloading on Xmovies8.co & **Download movies for
free** - Watch movies online Putlocker, Megashare and Picasa server

**Free Download Hollywood Movies - Waptvseries.net**
waptvseries net/site_hollywood_**movies_download_for_free**.xhtml ▾
Ultimate Browsing Speed-Try Free UC Browser Now! Latest Hollywood **Movies**
**Download** HD Quality ... Free Hot Whatsapp Videos Download HerE



Movies or
play.google.
Download M
Watch Instan

Download
www.netflix c
3 9 ★★★★
Stream Movi
Start Your Fr

Movies To
www.amazo
4 5 ★★★★☆
Buy movies i
Free Shipping

Watch Fre
www.popcor
Watch Free M
No Signups, ...

Download
movies.myv
Download a
Try Your New

See your ad her

Attorney General Jim Hood
December 16, 2014
Page 10 of 17

*Lesser-Known Piracy Sites Are Reaping Benefits from the Algorithm Change*

We have seen similar results with respect to searches that are closely associated with piracy. Users who seek out copyrighted works using piracy-related search terms (for example, "torrent" or "piratebay") will find that Google's algorithm adjustment does little to impede their access to pirated content. In the example below, all of the top-ranking sites purport to offer illegal copies of a movie that is still in theaters.

Google    interstellar torrent 

Web    Videos    News    Images    Shopping    More ▾    Search tools

About 1,100,000 results (0.23 seconds)

**Interstellar (2014) 720p BrRip x264 YIFY - YIFY Movies Official**
yify-movies-official.com/**interstellar**-2014-720p-brrip-x264-yify/ ▾
**torrent** file yify **Interstellar** (2014) 720p BrRip x264 YIFY.
**Interstellar**.2014.720p.BluRay.x264.YIFY.mp4. Note: if you're getting 'Missing Codec Pack...

**Download interstellar+ita Torrents - KickassTorrents**
kickass.filesoup.com/search/**interstellar**%2Bita/ ▾
Come and download **interstellar**+ita absolutely for free. Fast downloads. Direct download via HTTP available.

**Interstellar (2014) Torrents | Torrent Butler**
**torrent**butler.eu/157336-**interstellar** ▾
**interstellar** chronicles the adventures of a group of explorers who make use of a newly discovered wormhole to surpass the limitations on human space travel ...

**Interstellar (2014) - SevenTorrents**
seven**torrents**.re/.../**Interstellar**-2014-720p-HDTS-HC-x264-AAC-x264-P... ▾
Nov 20, 2014 - **Interstellar** (Adventure, Sci-Fi) - In the near future, Earth has been ...
**Interstellar** (2014) ... Movie Summary **Torrent** Details How to download.

In the search results for many queries like the ones shown above, the top-ranked sites have fewer associated DMCA notices than the websites that would have appeared in previous months. But, of course, this does little to impede piracy. Users are still directed to sites offering illegal content.

This has, naturally, been a great boon to lesser-known piracy sites, which offer essentially the same infringing content and therefore can be just as damaging as better-known sites. Since the mid-October algorithm change, these lesser-known websites are now appearing at the top of Google's search results and are enjoying increased traffic (and revenues) as a result of the change. A few simple graphs illustrate how lesser-known piracy sites have benefited from Google's algorithm change. Since October, sites like kickass.so, filesoup.com, and yify-movies-

Attorney General Jim Hood
December 16, 2014
Page 11 of 17

official.com – some of which appear in examples in this letter – have seen spikes in popularity, measured by traffic to the sites.[5]



These graphs confirm the essential role that Google plays in generating traffic to content piracy sites.  With one change in the algorithm, different piracy sites appear at the top of search results, and those domains immediately experience massive spikes in visitors.

It is unsurprising that search rankings have such a significant impact on the volume of traffic to piracy sites.  A recent study conducted by researchers at Carnegie Mellon University revealed that the presence and ranking of piracy sites in search results strongly affects whether users access pirated content.  When legal sites are promoted in search results, users are more likely to visit sites offering legitimate content.  Conversely, when pirate sites are highly ranked in search

---

[5] The graphs demonstrate the popularity of websites over time, as measured by Alexa.  The Y-axis reflects the ranking of a site by popularity, with lower numbers correlating to more popular websites.  A site that ranks "600" is the 600th most-visited site on the Internet.  A site with a ranking of "100k" is the 100,000th most-visited site.

Attorney General Jim Hood
December 16, 2014
Page 12 of 17

results, users are more likely to access stolen content.[6]  The lesson is clear:  Google is vital to the success and survival of websites offering pirated content.

*Top Piracy Sites Appear in Response to Certain Queries*

Notably, even after the algorithm change, not all of the piracy sites appearing at the top of Google's search results are lesser known piracy sites.  Although highly-ranked sites are now less likely to have 50,000 or 100,000 DMCA takedown notices, well-known piracy sites still appear.

The algorithm change appears to have affected site rankings for some types of piracy sites more than others.  "Torrent" sites appear to be more heavily impacted by the algorithm change than other sites like "cyberlocker" websites.  This dynamic is understandable given Google's exclusive reliance on the volume of DMCA notices for demotion.  Torrent sites by nature of their architecture tend to host many more links and, as a result, will be the subject of many more DMCA notices.  Cyberlocker sites, in contrast, do not organize links right on their sites in the same way and thus tend to have fewer DMCA notices to impact their search rankings.  From the perspective of the movie industry, however, cyberlocker sites are just as problematic – if not more so – than torrent sites.

A recent search for "watch gravity" returned as the top three organic search results links to Putlocker, Megashare, and SolarMovie – all sites that are well-known to offer pirated content.  The family of Putlocker domains have been the subject of over 350,000 DMCA notices.[7]  The specific domain listed below, putlocker.is, has itself accumulated almost 1,500 removal notices since June 2014.  Megashare is similarly dominant in the theft of content.  Google has received over 6,800 removal notices for megashare.info.[8]  The third-ranked result, from solarmovie.is, has been the subject of over 7,500 DMCA notices.[9]

---

[6] *See* Liron Sivan, et al., *Do Search Engines Influence Media Piracy? Evidence from a Randomized Field Study* (Sept. 2014), *available at* http://ssrn.com/abstract=2495591.

[7] Google Transparency Report (accessed Dec. 10, 2014),
http://www.google.com/transparencyreport/removals/copyright/search/?q=putlocker.

[8] Google Transparency Report (accessed Dec. 10, 2014),
http://www.google.com/transparencyreport/removals/copyright/search/?q=megashare.

[9] Google Transparency Report (accessed Dec. 10, 2014),
http://www.google.com/transparencyreport/removals/copyright/search/?q=solarmovie.

Attorney General Jim Hood
December 16, 2014
Page 13 of 17



*The Impact of the Algorithm Change Seems Unduly Dependent Upon the Search Query*

Even minor changes in search queries can dramatically affect the volume of piracy sites in search results, and which of those sites appear. A search for "theory of everything" – a film released in November – returns legitimate websites for all results on the first page.

Attorney General Jim Hood
December 16, 2014
Page 14 of 17

Google    theory of everything

Web    Videos    News    Images    Books    More ▾    Search tools

About 219,000,000 results (0.28 seconds)

## Showtimes for The Theory of Everything

Mon, Dec 15 | Tue, Dec 16 | Wed, Dec 17 | Thu, Dec 18

All times    Morning    Afternoon    Evening    Night

E Street Cinema - Map
Standard   7:00pm    9:35

AMC Loews Georgetown 14 - Map
Standard   6:30pm    9:20

Regal Ballston Common 12 - Map
Standard   6:10pm

All times are in ET

More showtimes

### The Theory of Everything (2014) - IMDb
www.imdb.com/title/tt2980516/ ▾ Internet Movie Database ▾
★★★★ · Rating: 7.7/10 - 9,732 votes
The Theory of Everything – A look at the relationship between the famous physicist
Stephen . The Theory of Everything – Eddie Redmayne, Felicity Jones, and
Full Cast & Crew · Plot Summary · Trivia · Quotes

### The Theory of Everything (2014 film) - Wikipedia, the free ...
en.wikipedia.org/ /The_Theory_of_Everything_(2014_film) ▾ Wikipedia ▾
The Theory of Everything is a 2014 British biographical romantic drama film directed
by James Marsh and adapted by Anthony McCarten from the memoir

### Theory of everything - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/Theory_of_everything ▾ Wikipedia ▾
A theory of everything (ToE) or final theory, ultimate theory or master theory is a
hypothetical single, all-encompassing, coherent theoretical framework of

### The Theory of Everything - Rotten Tomatoes
www.rottentomatoes.com/ ...the_theory_of_everything _ ▾ Rotten Tomatoes ▾
★★★★ · Rating: 81% - 150 votes
Critics Consensus: Part biopic, part love story, This Theory of Everything rises on
James Marsh's polished direction and the strength of its two leads.

### In the news



Eddie Redmayne is Married: Theory of
Everything Actor Weds Hannah Bagshawe in
Candlelit Ceremony
Us Magazine · 2 hours ago
Hannah Bagshawe and Eddie Redmayne Theory of
Everything actor Eddie Redmayne

5 reasons why Eddie Redmayne (Theory of Everything) will win Best Actor Oscar
GoldDerby · 16 hours ago

Theory of Everything star Eddie Redmayne weds
KCTV Kansas City · 1 hour ago

More news for theory of everything

### Official Site | The Theory of Everything | Movie Overview
www.focusfeatures.com/the_theory_of_everything ▾ Focus Features ▾
Story. Starring Eddie Redmayne ('Les Misérables') and Felicity Jones ('The Amazing
Spider-Man 2'), this is the extraordinary story of one of the world's greatest

### The Theory of Everything Reviews - Metacritic
www.metacritic.com/movie/the-theory-of-everything ▾ Metacritic ▾
★★★★ · Rating: 72% - 45 reviews
The Theory of Everything movie reviews & Metacritic score. Once a healthy, active
young man, Stephen Hawking (Eddie Redmayne) received an

### The Theory of Everything - Official Trailer (Universal Pictures ...

www.youtube.com/watch?v=Saiz7uGp72c
Aug 6, 2014 - Uploaded by Universal Pictures UK
The Official Trailer for The Theory of Everything in Cinemas New
Year's Day. 2015 http://www

### AMC Theatres: Theory Of Everything
https://www.amctheatres.com/movies/theory-of-everything ▾ AMC Theatres ▾
Starring Eddie Redmayne ('Les Misérables') and Felicity Jones ('The Amazing Spider-
Man 2'), this is the extraordinary story of one of the world's greatest living

Attorney General Jim Hood
December 16, 2014
Page 15 of 17

With the addition of the word "watch" to the query, however, the results shift significantly. Suddenly, the top two results are for Putlocker and SolarMovie sites, which appear before the official site for the film.



**Google Has the Ability to Meaningfully Combat Piracy**

Although the MPAA appreciates that demoting sites with high numbers of DMCA notices can make a difference in traffic to the specific site at issue, it is apparent that Google's approach has failed to address the core problem. As the above results show, despite the recent adjustment to Google's search ranking algorithm, pirated content continues to appear above lawful sources for copyrighted works. In some cases, the specific websites appearing in the results may have changed, but the underlying problem has not. Google continues to direct users searching for copyrighted content toward illegal websites to view and download that content.

It has become clear that the manner in which Google exclusively relies on DMCA notices in its search rankings is flawed. It fails to eliminate illicit content from the top of search results, and it is burdensome to those whose content is being stolen. Under this system, content owners have to identify each infringing link, one-by-one, and send Google tens of millions of DMCA notices, year after year, just to get well-known pirate sites demoted. In the meantime, content theft continues. If Google is truly committed to helping its "users find legitimate, quality sources of

Attorney General Jim Hood
December 16, 2014
Page 16 of 17

content more easily,"[10] as it says in its piracy report, then it should eliminate such websites from its search results entirely and ensure that authorized sources of content occupy the top of its search results.  There is no legitimate reason why these sites must remain in the search rankings at all, much less at the top of them – particularly given that Google acknowledges that these sites are disseminating vast amounts of copyrighted content unlawfully and should be demoted, and that Google claims to be interested in promoting lawful content.

Google knows how to delist or significantly demote websites (as it does in a variety of contexts, including for sites that Google views as gaming its algorithm).  In other areas of its business Google in fact has done exactly what it could and should do for Search.  For example, when Google saw a business imperative to mitigate copyright infringement on its YouTube platform, Google developed digital fingerprinting technology that can accurately identify videos based on their visual properties.  Likewise, Google claims to have taken steps to clean up its advertising business.  In the same report in which Google announced its algorithm change for Search, Google wrote this about its advertising business:

> Our policies prohibit infringing sites from using our advertising services.  Since 2012, we have ejected more than 73,000 sites from our AdSense program, the vast majority of those caught by our own proactive screens.[11]

Based on Google's own statements, it has the ability to identify and take voluntary action against tens of thousands of piracy sites when it has the motivation to do so.  (The advertisers that pay Google do not want their ads on these illicit sites.)  It would seem beyond reasoned debate that if it wanted to Google could also prevent piracy links and sites from appearing in search results.  Google is one of the most innovative technology companies in the world.  The fact that piracy websites continue to appear at the top of the search rankings demonstrates that Google has much more that it can and must do.

I have attached a letter that MPAA Chief Executive Officer Chris Dodd sent to Google's Chief Executive Officer and Co-Founder Larry Page.  This letter acknowledges the positive step Google has taken, but explains that the algorithm change has failed to address the facilitation of unauthorized motion pictures and television programs through Search.  This letter is part of our long-term goal of encouraging Google to meaningfully address the problem and of working with them to implement both effective and sustainable changes.

We believe it is important that you, your colleagues, as well as members of Congress and the President, see that our goal is to be positive when progress occurs, while also outlining what remains to be done to significantly reduce online illegal activity.  Thus, as you consider the effects of Google's recent algorithm change, we urge you to not lose sight of the broader context of the problem.  Google has made a positive step, but only if it is part of a larger process to achieve an effective solution.  If Google made these changes to its algorithm only to avoid

---

[10] How Google Fights Piracy, at 18 (Oct. 17, 2014),
https://drive.google.com/file/d/0BwxyRPFduTN2NmdYdGdJQnFTeTA/view.

[11] How Google Fights Piracy, at 4 (Oct. 17, 2014),
https://drive.google.com/file/d/0BwxyRPFduTN2NmdYdGdJQnFTeTA/view.

Attorney General Jim Hood
December 16, 2014
Page 17 of 17

having to make the changes truly needed to meaningfully combat content theft, then the recent changes are in fact a step backwards.

We appreciate your attention to this matter.  Please do not hesitate to contact me or my colleague, Vans Stevenson, to discuss these issues further.

Respectfully,

Steven B. Fabrizio

EXHIBIT C



MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
1600 EYE STREET, NORTHWEST
WASHINGTON, D.C. 20006
(202) 293-1966

**Steven B. Fabrizio**
Senior Executive Vice President
& Global General Counsel
202-378-9120
Steven_Fabrizio@mpaa.org

January 14, 2015

Attorney General Jim Hood
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205

Dear Attorney General Hood:

We welcome the invitation to provide input on specific measures Google can and should take to stop its facilitation of copyright infringement. We too feel strongly that the entire Internet ecosystem must work collaboratively to ensure a safe, secure and sustainable online environment. The consumer harms that lurk online, such as the sale and distribution of counterfeit drugs and consumer goods, can be mitigated if search engines are willing to be part of the solution. Your efforts to find solutions that protect consumers from crime online are commendable and essential.

Google has publicly stated that its antipiracy measures seek to "help[] users find legitimate, quality sources of content more easily."[1] Google's efforts to date, however, have fallen well short of achieving that important objective. Search results directing users to infringing material still consistently appear at the top of Google search results.

Ultimately, only Google knows the inner workings of its search engine, and Google must implement whatever measures are reasonably necessary to keep the first several pages of search results free of links to copyright infringing material. We believe the mitigation measures discussed below – if properly implemented by Google – should substantially achieve that objective, and also would help resolve the other important consumer protection issues underlying your investigation.

---

[1] Google, "How Google Fights Piracy," at 18 (2014), *available at* https://drive.google.com/file/d/0BwxyRPFduTN2NmdYdGdJQn FTeTA/view?pli=1.

Attorney General Jim Hood
January 14, 2015
Page 2 of 3

      To achieve lasting results, we believe it is imperative that the Attorney General's office maintains a supervisory role to assess compliance and results, and to seek enhanced measures if these mitigation measures prove inadequate.  Likewise, given the dynamic changes in search and online piracy, we also believe this process would work best if there were ongoing, collaborative research on effectiveness.

<u>Mitigation Measures</u>

1. <u>Demotion/Promotion</u>.  Google should implement effective demotion of search results pointing to copyright infringing sites based on notices; with corresponding promotion of legitimate sites to ensure that other piracy sites do not rise to the top of search results to take the place of demoted sites.  Google's current scheme is simply not effective.  Effective in this context means, at a minimum, that:

   o The number of notices sufficient to trigger demotion must be low enough to be effective.  Google should work with the Attorney General's office and affected parties to arrive at an appropriate notice threshold that might be based on, for example, the absolute number of notices received in a given time period and overall, the number of notices relative to the number of links on the site that are indexed by Google, and/or other factors such as, for example, whether a notice is for a movie still in theaters.

   o Demotion must not be dependent upon how the user frames the search query; if a site meets the thresholds for demotion, all search results for that site must be similarly demoted, regardless of the user search query.

   o Demotion must be substantial such that pirate sites are moved many pages down the search results, below all or most legitimate search results.

   o Legitimate sites (movie websites, IMDB, Wikipedia, authorized content, critical reviews, etc.) must be promoted such that legitimate sites – and not other pirate sites having fewer notices – rise in ranking to populate the first few pages of search results.

2. <u>Delisting</u>.  Google should delist sites based on court orders directed at infringing sites or other comparable judicial determinations of infringement.  Delisting in this context means that no results from a particular site would appear in any search results.  Google has represented that it already complies with search engine delisting orders issued in cases against third party piracy sites.[2]  That alone, however, is insufficient.  While

---

[2] *Google v. Hood*, 3:14cv981-HTW, Dkt. No. 3, Mem. of Law, at 23, n.11 ("Google will remove links to a website from its search results upon receipt of a valid court order, an option that others have used. *See, e.g., Richemont Int'l S.A. v. Tony Chen*, No. 12-CV- 6689-WHP, Dkt. No. 51 (S.D.N.Y. Mar. 1, 2013) (order to disable and transfer Defendants' newly-detected domains).").

Attorney General Jim Hood
January 14, 2015
Page 3 of 3

Google should reaffirm its commitment to comply with such orders, Google additionally should commit to delist sites that are the subject of site-blocking or related orders from courts in the US and the EU, as well as those issued by any court of similarly competent jurisdiction.

3. <u>Auto-Complete.</u>  Google should fix its auto-complete function so that it does not guide users to search queries for infringing content or sites.

We appreciate your attention to this matter.  Please do not hesitate to contact me or my colleague, Vans Stevenson, to discuss these issues further.

Respectfully,

Steven B. Fabrizio