IN THE UNITED STATES DISRTICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GOOGLE, INC.                                                                                     PLAINTIFF

V.                                              CIVIL ACTION NO. 3:14-CV-981-HTW-LRA

JIM HOOD, in his official capacity
as Attorney General of the State of
Mississippi                                                                                      DEFENDANT

## JOINT MOTION TO EXTEND DEADLINES

Google and the Attorney General jointly move the Court for an Order extending the current deadlines as follows:

1. Defendant's designation of experts by June 15, 2016;

2. Plaintiff's designation of rebuttal experts by June 30, 2016;

3. Non-expert discovery due June 20, 2016;

4. All expert depositions completed (or noticed, if schedules prohibit completion) by July 15; and

5. Dispositive motions due by July 29, 2016.

DATED March 16, 2016.

/s/ Fred Krutz                                                  /s/John W. Kitchens
Fred Krutz, MSB No. 4270                          John W. Kitchens, MSB No. 101137
FORMAN WATKINS & KRUTZ LLP           Kitchens Law Firm, P.A.
200 South Lamar Street, Suite 100               Post Office Box 799
Jackson, Mississippi 39201                          Crystal Springs, Mississippi 39059
Post Office Box 22608                                 Phone: (601) 892-3067
Jackson, Mississippi 39225-2608                 Facsimile: (601) 892-3057
Phone: (601) 960-8600                                jkitchens@kitchenslaw.net
Facsimile:  (601) 960-8613                         *Attorney for Jim Hood, Attorney*
Fred.krutz@formanwatkins.com                *General of the State of Mississippi,*
*Attorney for Plaintiff Google, Inc.*              *in his official capacity*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the forgoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the Court's CM/ECF system on March 16, 2016. I further certify that all parties are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/* Fred Krutz
Fred Krutz