IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Google Inc., | ) |
| *Plaintiff*, | ) |
| v. | ) No. 3:14cv981 HTW-LRA |
| | ) **STIPULATION OF DISMISSAL** |
| Jim Hood, Attorney General of the State of Mississippi, in his official capacity, | ) |
| *Defendant*. | ) |

Whereas the United States Court of Appeals for the Fifth Circuit, on April 8, 2016, decided that the claims for injunctive relief brought by Google Inc. ("Google") in this action against Jim Hood, the Attorney General of the State of Mississippi ("Attorney General"), should be dismissed as not ripe;

Whereas Google decided to dismiss this action;

Whereas the Attorney General and Google endeavor to collaborate in addressing the harmful consequences of unlawful and/or dangerous online content;

Whereas the Attorney General, on April 22, 2016, withdrew the subpoena that Google had challenged in this action;

Whereas Google remains subject to the laws of the State of Mississippi and to the jurisdiction and authority of the Attorney General;

It is hereby stipulated and agreed, by and between the parties to the above captioned action, by their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that have been asserted in this action are hereby dismissed without costs to any party. This Stipulation of Dismissal does not alter (A) the authority of the Attorney General to investigate and/or take action against Google consistent with the laws of the State of Mississippi and the United States of America and (B) Google's rights under those same laws.

**DATED** this __ day of July, 2016.

Respectfully submitted,

| | |
|---|---|
| /s/ Fred Krutz | s/ *John W. Kitchens* |
| Fred Krutz, MSB No. 4270 | John W. Kitchens, MSB No. 101137 |
| FORMAN WATKINS & KRUTZ LLP | KITCHENS LAW FIRM, PA |
| 200 South Lamar Street, Suite 100 | P.O. Box 799 |
| Jackson, Mississippi 39201 | Crystal Springs, MS 39059-0799 |
| Post Office Box 22608 | Phone: (601) 892-3067 |
| Jackson, Mississippi 39225-2608 | Facsimile: (601) 892-3057 |
| Phone:  (601) 960-8600 | jkitchens@kitchenslaw.net |
| Facsimile:  (601) 960-8613 | |
| fred.krutz@formanwatkins.com | *Attorney for Jim Hood, Attorney General of the State of Mississippi, in his official capacity* |
| *Attorney for Plaintiff Google Inc.* | |